# In The United States Court of Federal Claims

Cover Sheet

04- 299C

Plaintiff(s) or Petitioner(s)
ACE Constructors, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): W. Robert Vezina, III

Firm Name: Vezina, Lawrence & Piscitelli, P.A.

Post Office Box: ____________________

Street Address: 318 North Calhoun Street

City-State-Zip: Tallahassee, Florida 32301

Telephone & Facsimile Numbers: Ph:850/224-6205; Fax: 850/224-1353

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 0 0

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M

See attached sheet for three digit codes.

Amount Claimed: $ 2,361,803.00

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ____________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.