ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 1 1 2004
U.S. COURT OF FEDERAL CLAIMS

****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

****************************

**No.** 04 - 299C

**Judge** ________________

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the United States Court of Federal Claims, Plaintiff ACE Constructors, Inc. ("ACE") hereby files its disclosure statement and states:

1. ACE is a nongovernmental corporate party in this action.
2. ACE does not have a parent corporation.
3. ACE is not a publicly held corporation.

Respectfully submitted,

Dated: March 10, 2004

W. Robert Vezina, III
Florida Bar No. 0329401
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Telefacsimile: (850) 224-1353

Attorneys for ACE Constructors, Inc.