IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299-C

(Filed: June 29, 2004)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

A telephonic status conference in this case shall be held on July 8, 2004, commencing at 10:00 a.m. The Court will initiate the telephone call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge