IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACE CONSTRUCTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-299C |
| v. | ) | |
| | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, ACE Constructors, Inc., and defendant, the United States, jointly move to modify the Scheduling Order issued in this case on July 14, 2004. By this motion, the parties request that the current, February 18, 2005 date for closing of fact discovery be extended by a period of seven weeks, and that the current, April 15, 2005 date for disclosure of experts and provision of expert reports be extended by two weeks. Accordingly, the parties request that the Court modify the scheduling order to required that fact discovery be completed on April 1, 2005, and that experts be disclosed and expert reports be provided by April 29, 2005. The parties do not request modification of any of the other scheduled dates.

The parties request the modification due to the press of business in this and other courts. Almost daily from November 8 through December 13, 2004 (with some breaks), counsel for defendant was occupied in the trial of the consolidated cases <u>Cienega Gardens v. United States</u>, No. 94-1C (Fed. Cl.) and

Chancellor Manor v. United States, No. 98-39C (Fed. Cl.). In addition, counsel for defendant is currently scheduled for bid protest duty from January 10 through 21, 2005, and is scheduled to defend and take depositions in Asphalt Supply & Service, Inc. v. United States, No. 96-700 (Fed. Cl.), in Montana, from January 24 through 27, 2005.

Counsel for defendant has also recently assumed responsibility to represent the Government in North Star Alaska Housing Corp. v. United States, Nos. 98-168, 02-1632, 03-2699 (Fed. Cl.), in which the Court has scheduled a January 6, 2005 evidentiary hearing. Also in North Star Alaska, the Court has ordered that fact discovery in that case close on March 18, 2005, as part of a schedule leading to trial commencing no later than the beginning of August 2005. That schedule will likely require counsel for defendant to travel to Alaska and Seattle, Washington for depositions in late February or early March, 2005.

In addition, counsel for plaintiff is scheduled to be in trial during the first half of February 2005, and will be unable to attend depositions in February until after the current, February 18 deadline for fact discovery.

Counsel for the parties have discussed a deposition schedule that will provide for completion of fact discovery by April 1, 2005. Completion of fact discovery by that date will allow another month for disclosure of experts and provision of expert

reports. Therefore, the parties respectfully request that the Court, for good cause shown, extend the current deadline for fact discovery to April 1, 2005, and the current deadline for disclosure of experts and provision of expert reports to April 29, 2005.

Prior to the filing of this joint motion, counsel for plaintiffs read this motion, and consented to its electronic filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/W. Robert Vezina, III
W. ROBERT VEZINA, III
Vezina, Lawrence &
Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, FL 32301

Attorney for Plaintiff

January 7, 2005

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

OF COUNSEL:
REX CROSSWHITE
Office of Counsel
Army Corps of Engineers

Attorneys for Defendant

January 7, 2005

Certificate of Filing

I hereby certify that on January 7, 2005, a copy of the foregoing Joint Preliminary Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail