IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299-C

(Filed: January 11, 2005)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Modification of Scheduling Order, filed on January 7, 2005. Pursuant to this court's scheduling order of July 14, 2004, fact discovery is scheduled to conclude on or before February 18, 2005, and exchange of the parties' expert reports is scheduled to take place on or before April 15, 2005. The parties request an additional seven weeks for fact discovery and an additional two weeks for the disclosure and provision of their expert reports. For good cause shown, the parties' motion is GRANTED. The scheduling order of July 14, 2004, is hereby amended to reflect the following changes: fact discovery will be completed by April 1, 2005, and the disclosure and provision of expert reports will take place on or before April 29, 2005.

In light of the parties' joint motion, it seems reasonably apparent that the dates for the pre-trial conference and for trial will have to be reset. Counsel are requested to submit a Joint Status Report on or before May 2, 2005, proposing a new schedule.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge