IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACE CONSTRUCTORS, INC., Plaintiff, | ) | No. 04-299C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION FOR EXTENSION OF TIME TO
COMPLETE DISCOVERY AND FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, ACE Constructors, Inc. ("ACE"), and defendant, the United States, jointly move to modify the Scheduling Order issued in this case on July 14, 2004, (as amended). The parties request that the current, April 29, 2005 date for disclosure of experts and provision of expert reports be extended by one week, to May 9, 2005. On January 11, 2005, the Court granted a request to enlarge that date by two weeks.

The parties also request that the Court set June 3, 2005, as the date for disclosure of expert rebuttal testimony, if any, and that the Court enlarge the current, May 20, 2005 date for the completion of expert depositions by five weeks, to June 24, 2005. The parties did not, in their June 25, 2004 Joint Preliminary Status Report, propose a date for the provision of expert rebuttal testimony, and the Court has not previously enlarged the date for the conclusion of expert depositions.

The parties do not request modification of any of the other scheduled dates; more specifically, the parties would like to maintain the September 7, 2005, date for commencement of the trial in El Paso, Texas, if the date remains available on the Court's docket.

The parties request this modification of the pretrial scheduling order because plaintiff's experts have requested of counsel for plaintiff additional time to complete their work. In addition, lead counsel for defendant will be in trial in California during the week of June 13, 2005, in Orlosky, Inc. v. United States, No. 01-634C (Fed. Cl.), which would preclude him from attending expert depositions during that week. The parties also request this modification because they did not include in their Joint Preliminary Status Report a date for the provision of expert rebuttal testimony.

Prior to the filing of this joint motion, counsel for plaintiff read this motion, and consented to its electronic filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/W. Robert Vezina, III
W. ROBERT VEZINA, III
Florida Bar No. 329401
BRADLEY S. COPENHAVER
Florida Bar No. 162558
Vezina, Lawrence &
Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, FL 32301

Attorney for Plaintiff

April 22, 2005

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

OF COUNSEL:
REX CROSSWHITE
Office of Counsel
Army Corps of Engineers

Attorneys for Defendant

April 22, 2005

Certificate of Filing

I hereby certify that on April 22, 2005, a copy of the foregoing Joint Motion For Extension Of Time To Complete Discovery And For Modification Of Scheduling Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail