IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299-C

(Filed: April 26, 2005)

| | |
|---|---|
| ACE CONSTRUCTORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

A status conference in this case shall be held by telephone on May 5, 2005, commencing at 2:00 p.m. The court will initiate the telephone call. The parties are requested to address the dates and location of the trial in this case.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge