IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACE CONSTRUCTORS, INC., Plaintiff, | ) | No. 04-299C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's January 11, 2005 order requesting that the parties propose a new schedule for the pre-trial conference and the commencement of trial, the parties propose October 11, 2005, for the pre-trial conference and October 17, 2005 for the commencement of trial. If, however, the current, August 31 and September 7, 2005 dates for the pre-trial conference and trial, respectively, remain available on the Court's calendar, the parties respectfully request that the Court maintain that schedule.

Prior to the filing of this joint motion, counsel for plaintiff read this motion, and consented to its electronic filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/W. Robert Vezina, III
W. ROBERT VEZINA, III
Vezina, Lawrence &
Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, FL 32301

Attorney for Plaintiff

May 2, 2005

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

OF COUNSEL:
REX CROSSWHITE
Office of Counsel
Army Corps of Engineers

Attorneys for Defendant

May 2, 2005

Certificate of Filing

I hereby certify that on May 2, 2005, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail