IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299-C

(Filed: May 5, 2005)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

AMENDED SCHEDULING ORDER

Pending before the court is the parties' Joint Motion for Extension of Time to Complete Discovery and for Modification of Scheduling Order, filed on April 22, 2005. Disclosure of the parties' experts and exchange of their expert reports is presently scheduled to take place on or before April 29, 2005, and expert depositions are scheduled to be completed on or before May 20, 2005. The parties request one additional week for the disclosure of their experts and provision of their expert reports, and an additional five weeks for the completion of expert depositions. The parties also request that the court schedule a deadline for disclosure of any expert rebuttal testimony. The court held a status conference on May 5, 2005, where this motion and other issues related to the upcoming trial were addressed.

For good cause shown, and in light of the status conference held May 5, 2005, the parties' motion is GRANTED. The scheduling order of July 14, 2004, as further amended on January 11, 2005, is further amended as follows:

(1) Disclosure and provision of expert reports will take place on or before May 9, 2005.

(2) Disclosure of expert rebuttal reports will take place on or before June 3, 2005.

(3) Expert depositions will be completed on or before June 24, 2005.

(4) The pre-trial conference shall be held on October 11, 2005, at 9:30 a.m. in the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The particular courtroom to be used will be designated in a posting made in the lobby of the building.

(5) Trial shall begin on October 17, 2005, at 9:30 a.m., and conclude on October 21, 2005 (five trial days). The court will endeavor to arrange a location for the trial either in El Paso, TX, or Las Cruces, NM. The parties have requested that the court undertake a site visit during the course of trial, and the court will accommodate that request.

(6) The court rescinds the time limitations for the presentation of evidence specified in the Scheduling Order dated July 14, 2004. The 30-minute time limitations for opening and closing statements remain in effect.

(7) The parties are requested to inform the court at or before the pre-trial conference whether they, or either of them, would desire that post-trial briefing be provided.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge