**UNITED STATES COURT OF FEDERAL CLAIMS**

*********************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*********************************

**No. 04-299 C**

**Judge Charles F. Lettow**

**PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE FACT WITNESS BEYOND FACT DISCOVERY CUTOFF**

Plaintiff, ACE Constructors, Inc. ("ACE"), moves for leave to depose fact witness Jerry Fletcher beyond the fact discovery cutoff. Mr. Fletcher is a former project manager of ACE for the construction project at issue in these proceedings and possesses relevant and material information as to certain fact issues before the Court. Prior to the fact discovery cutoff date of April 1, 2005, counsel for ACE unsuccessfully attempted to locate Mr. Fletcher to arrange for the taking of his deposition. Contact has since been made and Mr. Fletcher has agreed to make himself available for deposition on Friday, June 3, 2005.

The scheduling of Mr. Fletcher's deposition for June 3, 2005, has been cleared with counsel for the Defendant. Moreover, the undersigned is authorized to represent that counsel for the Defendant has no objection to the relief requested herein. This deposition will not delay the progress of this action in that expert depositions are still being conducted until the expert discovery cutoff of June 24, 2005.

WHEREFORE, Plaintiff requests that the Court grant leave to the parties to proceed with the deposition of fact witness Jerry Fletcher on June 3, 2005.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail and Facsimile transmission to Timothy Paul McIlmail, U. S. Department of Justice, Civil Division--Commercial Litigation Branch, 1100 L Street, NW, 8th Floor, Washington, DC 20005 and Rex Crosswhite, Office of Counsel, Army Corps of Engineers, Fort Worth, Texas, this 1st day of June, 2005.

/s/W. Robert Vezina, III
W. Robert Vezina, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Telefax: (850) 224-1353