IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299-C

(Filed: June 3, 2005)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Motion for Leave to Depose Fact Witness Beyond Fact Discovery Cutoff, filed on June 1, 2005. Pursuant to the scheduling order of July 14, 2004, as amended on January 11, 2005, fact discovery was to be completed by April 1, 2005. Plaintiff seeks to depose fact witness Jerry Fletcher on June 3, 2005. Plaintiff has represented that counsel for the government does not oppose this motion.

For good cause shown, plaintiff's motion for leave is GRANTED. Plaintiff may depose Mr. Fletcher on June 3, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge