**UNITED STATES COURT OF FEDERAL CLAIMS**

*****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*****************************

**No. 04-299 C**

**Judge Charles F. Lettow**

**<u>CONSENTED TO MOTION FOR MODIFICATION OF SCHEDULING ORDER</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of federal Claims, plaintiff, ACE Constructors, Inc. ("ACE"), and defendant, the United States, jointly move to modify the Scheduling Order issued in this case on July 14, 2004, (as amended). By this motion, the parties request that the dates for the following events be modified as indicated:

| Event | Current Date | Revised Date |
|---|---|---|
| Submission of Plaintiff's Memorandum of Facts & Law and Witness & Exhibit Lists | July 13, 2005 | August 24, 2005 |
| Submission of Defendant's Memorandum of Facts & Law and Witness & Exhibit Lists | August 10, 2005 | September 21, 2005 |
| Submission of motions *in limine*, if any, by either party | August 17, 2005 | September 28, 2005 |
| Submission of responses to motions *in limine* | August 24, 2005 | October 5, 2005 |

The revised dates for theses submissions are intended to conform to the default deadlines set forth in Appendix A, paragraph 14, to the Rules of the United States Court of Federal Claims. The parties request the modification in light of the Court's previous rescheduling of the

commencement of trial in this matter from August 31st to October 17, 2005, and due to the press of business for the attorneys for the Plaintiff. The parties do not request modification of any of the other scheduled dates.

Prior to the filing of this joint motion, counsel for defendants read this motion, and consented to its electronic filing.

Respectfully submitted,

s/W. Robert Vezina, III
W. ROBERT VEZINA, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Facsimile: (850) 224-1353

Attorneys for Plaintiff

**CERTIFICATE OF FILING**

I hereby certify that on July 11, 2005, a copy of the foregoing Consented to Motion for Modification of Scheduling Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/W. Robert Vezina, III