IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299-C

(Filed: July 12, 2005)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

AMENDED SCHEDULING ORDER

Pending before the court is the parties' Consented to Motion for Modification of Scheduling Order, filed on July 11, 2005. The parties request that the court enlarge the deadlines for filing certain pre-trial submissions to conform to the default deadlines of Appendix A, ¶ 14 of the Rules of the Court of Federal Claims.

For good cause shown, the parties' motion is GRANTED. The scheduling order of July 14, 2004, as amended on January 11, 2005 and May 5, 2005, is further amended as follows:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Submission of plaintiff's Memorandum of Facts and Law and plaintiff's witness and exhibit lists | July 13, 2005 | August 24, 2005 |
| Submission of defendant's Memorandum of Facts and Law and defendant's witness and exhibit lists | August 10, 2005 | September 21, 2005 |
| Submission of motions *in limine*, if any, by either party | August 17, 2005 | September 28, 2005 |
| Submission of responses to motions *in limine* | August 24, 2005 | October 5, 2005 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge