# UNITED STATES COURT OF FEDERAL CLAIMS

****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

****************************

**No. 04-299 C**

**Judge Charles F. Lettow**

## PLAINTIFF'S EXHIBIT LIST

1. See Exhibit A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Timothy Paul McIlmail, U. S. Department of Justice, Civil Division-Commercial Litigation Branch, 1100 L Street, NW, 8th Floor, Washington, DC 20005 and Rex Crosswhite, Office of Counsel, Army Corps of Engineers, Fort Worth, Texas, this 29th day of August, 2005.

/s/ Bradley S. Copenhaver
W. Robert Vezina, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Telefax: (850) 224-1353