ACE Constructors, Inc.

Trial Exhibits

| Exhibit No. | Date | From | To | Depo Exh. | Description |
|---|---|---|---|---|---|
| 1 | 17-Mar-99 | R.Pigg | S. Herrin | | Proprosal for aerial survey services |
| 2 | | | | | Not Used |
| 3 | 29-Mar-99 | S. Herrin | U.S. Army Engineer District, Fort Worth | | Survey & Soil Boring |
| 4 | 29-Mar-99 | S. Herrin | U.S. Army Engineer District, Fort Worth | | Survey Schedule |
| 5 | 31-Mar-99 | | | | CMT Project Progress Report # 1 |
| 6 | | | | | Not Used |
| 7 | | | | | Not Used |
| 8 | 15-Jun-99 | C. Conger | D.Wise | 33 | E-mail in re to FY00 Program |
| 9 | | | | | Not Used |
| 10 | 31-Oct-99 | | | 34 | CMT Project Progress Report # 3 |
| 11 | 30-Nov-99 | | | | CMT Project Progress Report # 4 |
| 12 | 31-Dec-99 | | | | CMT Project Progress Report # 5 |
| 13 | 24-Jan-00 | | | 35 | 35% Conceptual Cost Estimate |
| 14 | 31-Jan-00 | | | | CMT Project Progress Report # 6 |
| 15 | 23-Feb-00 | S. Herrin | U.S. Army Engineer District, Fort Worth | 36 | CMT Comments on M-CACES cost estimate |
| 16 | 29-Feb-00 | | | | CMT Project Progress Report# 7 |
| 17 | 16-Apr-00 | S. Herrin | T.S | | 90% Design Review |
| 18 | 17-Apr-00 | | | | Design Narrative Advance Final Plans Submittal (90%) |
| 19 | 17-Apr-00 | | | | Index to Specifications Advance Final Submittal (90%) |
| 20 | 26-Apr-00 | D.Wise | B. Case | 37 | Review Comments |
| 21 | 01-May-00 | C. Conger | B.Case | | Email re: Paving Spec |
| 22 | 10-May-00 | | | 38 | Agenda for final design review conference |
| 23 | 20-Jun-00 | | | | CMT Project Progress Report # 9 |
| 24 | 24-July-00 | C Conger | B Case | | Email re: Plan Elevations |
| 25 | 23-Aug-00 | | | | Govt Estimate for Ammo Hot Load Area Proj No. 44921 |
| 26 | 23-Aug-00 | C. Conger | L. Ayub/D. Wise | | Email Bid Tabulations |
| 27 | 23-Aug-00 | D. Camilli | Allied Paving | 139 | Quotation on concrete |
| 28 | 23-Aug-00 | | | 16 | Tri-Service Automated Cost Engineering System Eff. Date |
| 29 | 30-Aug-00 | J.Fulkerson | L.Yale | 138 | Requesting an adjustment to bid |
| 30 | 07-Nov-00 | | | | Preconstruction and Safety Conference |
| 31 | 16-Nov-00 | | | 137 | ACE and Cambro Subcontract |
| 32 | 07-Dec-00 | B.Scott | Army Corps. of Engineers | | Transmittal of Gomaco and 9500 Placer Shop Drawing |
| 33 | 07-Dec-00 | B.Scott | Army Corps. of Engineers | | Transmittal of 650 Cylinder Finisher Shop Drawings |
| 34 | | | | | Not Used |
| 35 | 09-Jan-01 | | | | Contractor's Quality Control Report |
| 36 | 10-Jan-01 | | | | Contractor's Quality Control Report |
| 37 | 10-Jan-01 | | | | Preparatory Phase Checklist - Clear and Grub |
| 38 | 17-Jan-01 | | | | Contractor's Quality Control Report |
| 39 | 24-Jan-01 | | | 143 | Contractor's Quality Control Report |
| 40 | 09-Feb-01 | | | 1 | Quality Assurance report Daily log of Construction-Military |
| 41 | 15-Feb-01 | | | | Preparatory Phase Checklist- Demolition |
| 42 | 15-Feb-01 | | | | Preparatory Phase Checklist- Earthwork |
| 43 | 01-Mar-01 | ACE | Army Corps. of Engineers | | Transmittal of Concrete Placer Shop Drawing |
| 44 | 02-Mar-01 | D. Hyland | D. Menchaca | 4 | RFI #4-Dirt |
| 45 | 02-Mar-01 | | | 3 | Contractor's Quality Control Report |

ACE Constructors, Inc.

Trial Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 56 | 22-Mar-01 | | | 39 | Contractor's Quality Control Report |
| 57 | 02-Apr-01 | | | 12 | Quality Assurance report Daily log of Construction-Military |
| 58 | 02-Apr-01 | | | | Comparison of existing Plan Grade to Existing Topo |
| 59 | 15-Apr-01 | | | | Comparison of existing Plan Grade to Existing Topo |
| 60 | 27-Apr-01 | J.Fletcher | D.Wise | 129 | Submitting a request for equitable adjustment for additional |
| 61 | 01-May-01 | D.Wise | ACE | 31 | Concern with progress of project |
| 62 | 07-May-01 | CMI Sales Co. | Cambro Construction | | Order form |
| 63 | 08-May-01 | B.Steffen | M.Camilli | 102 | Proposal from Metal Forms Corp. |
| 64 | 29-May-01 | J. Fletcher | D. Wise | | Request for equitable adjustment for additional embankment |
| 65 | 01-Jun-01 | D.Wise | T.Fuentes | | Discussion of ACE cross section drawings/charts |
| 66 | 11-Jul-01 | M.Camilli | D.Hyland | 103 | Pallet Storage |
| 67 | 11-Jul-01 | T.Fuentes | R.Johnston | | ACE Statment of Facts |
| 68 | 12-Jul-01 | J.Fulkerson | T.Fuentes | | R. White as Project Superintendent |
| 69 | 12-Jul-01 | R. Ray | S. Herrin | | CMT Receipt of Dirt Claim |
| 70 | 13-Jul-01 | D. Wise | ACE | | COE Response to Dirt Claim |
| 71 | 17-Jul-01 | D.Camilli | J.Fulkerson | 104 | Correspondence |
| 72 | 19-Jul-01 | J.Fulkerson | M. Camilli | 131 | Correspondence |
| 73 | 03-Aug-01 | J.Fletcher | D. Camilli | | Correspondence |
| 74 | 15-Aug-01 | J.Fulkerson | M. Camilli | 132 | Correspondence |
| 75 | 15-Aug-01 | M.Kraus | J.Fulkerson | 105 | Correspondence |
| 76 | 15-Aug-01 | J. Fulkerson | S. Adkins | | Correspondence |
| 77 | 20-Aug-01 | D. Hyland | D. Menchaca | | RFI #20 Profilograph |
| 78 | 30-Aug-01 | A. Forneris | Merchants Bonding | | Correspondence |
| 79 | 30-Aug-01 | D.Wise | ACE | 32 | Correspondence |
| 80 | 30-Aug-01 | J. Fulkerson | D. Camilli | | Correspondence |
| 81 | 07-Sep-01 | M.Kraus/M.Ca | J.Fulkerson | 106 | Correspondence |
| 82 | 07-Sep-01 | J.Fulkerson | D.Camilli | | Correspondence |
| 83 | 07-Sep-01 | M. Camili | J. Fulkerson | | Correspondence |
| 84 | 12-Sep-01 | T.Fuentes | D. Wise | 19 | ACE claim comments attatched to e-mail |
| 85 | | | | | Not Used |
| 86 | 14-Sep-01 | T.Fuentes | G.Guiterrez | 21 | E-mail in re to profiligraph |
| 87 | 17-Sep-01 | D.Wise | ACE | | COE Response to Dirt Claim |
| 88 | 18-Sep-01 | D. Hyland | D. Menchaca | | RFI#25 Profiligraph |
| 89 | 18-Sep-01 | M.Kraus | D.Menchaca | 108 | Light pole piers |
| 90 | 18-Sep-01 | T.Sherman/G.G | T.Fuentes | | E-mails re Questions in re to profiligraph |
| 91 | 19-Sep-01 | M. Kraus | D. Menchaca | | Cambro's position on profilagraph |
| 92 | 19-Sep-01 | D.Camilli | D.Wise | 109 | Correspondence |
| 93 | 20-Sep-01 | T.Fuentes | G.Guiterrez | 22 | E-mail in re profiligraph |
| 94 | | | | | Not Used |
| 95 | | | | | Not Used |
| 96 | | | | | Not Used |
| 97 | 25-Sep-01 | J.Fulkerson | L. Taylor | 135 | Default Notice to Surety |
| 98 | 25-Sep-01 | J.Fulkerson | D.Camilli | | Correspondence |
| 99 | 26-Sep-01 | J.Fulkerson | D.Camilli | | Correspondence |
| 100 | 27-Sep-01 | J.Fulkerson | D.Wise | 136 | Response to 8/30/2001 and 9/14/2001 letters |
| 101 | 02-Oct-01 | Ned A Finney | G. Fluent | | Profilograph |
| 102 | 03-Oct-01 | G. Fluent | N. Finney | | Profilograph |
| 103 | 04-Oct-01 | J. Camilli | Andrew | | Profilograph |
| 104 | 05-Oct-01 | Ned A Finney | M.Camilli | | Profilograph |
| 105 | 08-Oct-01 | J.Camilli | J.Fulkerson | 111 | Transmittal- Limited Work Authorization Agreement |
| 106 | 09-Oct-01 | A.Cuaderes | J.Camilli | | Profilograph |
| 107 | 09-Oct-01 | D.Hyland | D.Menchaca | 24 | RFI #27 -Profiligraph |

ACE Constructors, Inc.

Trial Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 118 | 18-Dec-01 | J. Fulkerson | D. Wise | | Revised Construction Progress Chart |
| 119 | 20-Dec-01 | M. Schmidt | T.Fuentes/D. Wise | 17 | AE's Estimate - Dirt Claim |
| 120 | 03-Jan-02 | T.Fuentes | B.Case | | Email re dirt claim |
| 121 | 05-Jan-02 | J. Fulkerson | J.Camilli | | Correspondence |
| 122 | 08-Jan-02 | R. Lorton | T.Fuentes | 18 | Transmittal- Hot Load Earthwork |
| 123 | 24-Jan-02 | T. Fuentes/D. | D. Wise/ T. Fuentes | 13 | E-mail in re to Government Estimate |
| 124 | 30-Jan-02 | J. Fulkerson | J.Camilli | | Correspondence |
| 125 | 05-Feb-02 | T. Fuentes/D. | D. Wise/ T. Fuentes | | E-mails in re to profiligraph |
| 126 | 05-Feb-02 | D.Wise | ACE | 15 | Request for Proposal |
| 127 | 21-Feb-02 | J. Fulkerson | D. Wise | | Construction Progress Chart |
| 128 | 14-Mar-02 | D.Wise | ACE | 27 | Request for Proposal |
| 129 | 18-Mar-02 | J. Fulkerson | D.Wise | 29 | Response to Request for Proposal |
| 130 | 26-Mar-02 | D. Wise | ACE | | Approved Construction Progress Chart |
| 131 | | | | | Not Used |
| 132 | 08-Apr-02 | D.Camilli | J.Fulkerson | 118 | Correspondence |
| 133 | | | | | Not Used |
| 134 | 18-Apr-02 | E. Fuentes | T. Forneris | 28 | Profilograph |
| 135 | 25-Apr-02 | D.Wise | ACE | 30 | Correspondence |
| 136 | 29-Apr-02 | D.Camilli | D.Hyland | 120 | Strength test beams |
| 137 | 04-Nov-02 | J.Fulkerson | D.Wise | 141 | Dirt Claim |
| 138 | 27-Nov-02 | J. Rodgers | J. Fulkerson | | Correspondence |
| 139 | 09-Jan-03 | W. Sanford | S. Herrin | | Memorandum |
| 140 | 18-Feb-03 | | | | CMT Review |
| 141 | | | | | Not Used |
| 142 | 06-Aug-03 | J.Fulkerson | D.Wise | 142 | Cambro Claim |
| 143 | 04-Feb-04 | W Howard | V. Sands | 140 | ACE Audit |
| 144 | 21-May-04 | DCAA Arizona | | | Cambro Audit |
| 145 | 17-Sep-04 | T. Fuentes | S. Herrin | | e-mail in re to questions aboutearthwork quantity |
| 146 | | | | | Cambro Elevation/Form Drawing |
| 147 | | | | 115 | Cambro Quote |
| 148 | | | | 125 | Cambro's claim spreadsheets |
| 149 | | | | 124 | Handwritten notes |
| 150 | | | | 41 | D, Wise Activity Schedule 1/2001-12/2001 |
| 151 | | D. Camilli | J. Fulkerson | | Request for Equitable Adjustment |
| 152 | | | | 116 | Handwritten notes |
| 153 | | | | | Not Used |
| 154 | | | | | Pre-Surveys Meetings Ft. Bliss(El Paso),TX |
| 155 | | | | 101 | Cambro Payment Summary |
| 156 | | | | 2 | Menchaca Desk Calendar- 1/2001-12/2001 |
| 157 | | | | | Composite exhibit- Landmark as built certifications |
| 158 | | | | | Composite Cambro Const. Daily Report- 6/27/2001-9/18/2001 |
| 159 | | | | | Cambro Const. Daily Report 10/13/2001-5/6/2002 |
| 160 | | | | | Trujillo Trucking delivery tickets |
| 161 | | | | | Daily Reports 1/17/2001-8/2/2001 |
| 162 | | | | | Daily Reports 8/13/2001-10/18/2001 |
| 163 | | | | | Daily Reports 10/19/2001-12/31/2001 |
| 164 | | | | | Daily Reports 1/2/2002-2/27/2002 |
| 165 | | | | | Daily Reports 2/28/2002-7/2/2002 |
| 166 | | | | | Pay Est. 10 9/01/01-9/30/01 (draft) |
| 167 | | | | | Pay Est. 10 9/01/01-9/30/01 (Final) |
| 168 | | | | | Pay Est. 11 10/01/01-10/30/01 (Final) |
| 169 | | | | 123 | Handwritten notes |

ACE Constructors, Inc.

Trial Exhibits

| | | | | |
|---|---|---|---|---|
| 179 | | | | Revised CMT Project Plans - Sequence Nos. 00, 10, 24-29, 49, 65, 92, 109A-B, 115, 115B, 119-120, 123-125, 135-136, 138-180 |
| 180 | | | | Project Photographs |
| | | | | All Exhibits Necessary for Rebuttal |
| | | | | All Exhibits Listed by the Government to which ACE does not otherwise object |