**UNITED STATES COURT OF FEDERAL CLAIMS**

****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

****************************

**No. 04-299 C**

**Judge Charles F. Lettow**

**PLAINTIFF'S WITNESS LIST**

1. John Fulkerson: accuracy of the cost information, the timeline of ACE's topographic survey, the clearing procedures, discussions and request for equitable adjustment negotiations regarding the Government's inaccurate topographic survey with COE, problems caused by the grade breaks in the defective staking plans, problems caused by the defective profilograph specification.

2. Del Hyland: clearing procedures, discussions with the COE regarding the inaccurate topographic survey, problems caused by the defective topographic survey, problems caused by the grade breaks in the defective staking plans, problems caused by the defective profilograph specification.

3. Ramon Llavara: clearing procedures, discussions with the COE regarding the inaccurate topographic survey, problems caused by the defective topographic survey, problems caused by the grade breaks in the defective staking plans, problems caused by the defective profilograph specification.

4. Capt. Steven Duba, P.E., USN (Ret.): discussions with the COE about ACE's request for equitable adjustment.

5. RADM John Moriarty, USN (Ret.): problems caused by the grade breaks in the defective staking plans and discussions with the COE about problems caused by the defective profilograph specification.

6. Jerry Fletcher: accuracy of the cost information, the timeline of ACE's topographic survey, the clearing procedures, discussions and request for equitable adjustment negotiations regarding the Government's inaccurate topographic survey with COE, problems caused by the grade breaks in the defective staking plans, problems caused by the defective profilograph specification.

7. D. M. Camilli: problems caused by the grade breaks in the defective staking plans and the problems caused by the defective profilograph specification.

8. Mike Krause: problems caused by the grade breaks in the defective staking plans and the problems caused by the defective profilograph specification.

9. David Camilli: problems caused by the grade breaks in the defective staking plans and the problems caused by the defective profilograph specification.

10. Ben Macho: problems caused by the grade breaks in the defective staking plans and the problems caused by the defective profilograph specification.

11. Dirt-TEK representative: quantities of dirt to be moved to construct the taxiway and loading pad as represented by the Government's topographic survey, the quantities required to be moved as represented by ACE's topographic survey and the quality of the Government's topographic survey.

12. David L. Wise, P.E.: discussions and request for equitable adjustment negotiations regarding the Government's inaccurate topographic survey, the discussions regarding the defective profilograph specification and its subsequent revision by the COE.

13. Telo Fuentes: discussions and request for equitable adjustment negotiations regarding the Government's inaccurate topographic survey, the discussions regarding the defective profilograph specification and its subsequent revision by the COE.

14. Danny Mancheca: discussions and request for equitable adjustment negotiations regarding the Government's inaccurate topographic survey, the discussions regarding the defective profilograph specification and its subsequent revision by the COE.

15. Louis M. Wenick: expert opinions.

16. Alan Nobles: expert opinions.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Timothy Paul McIlmail, U. S. Department of Justice, Civil Division-Commercial Litigation Branch, 1100 L Street, NW, 8th Floor, Washington, DC 20005 and Rex Crosswhite, Office of Counsel, Army Corps of Engineers, Fort Worth, Texas, this 29th day of August, 2005.

/s/ Bradley S. Copenhaver
W. Robert Vezina, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Telefax: (850) 224-1353