IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACE CONSTRUCTORS, INC., | ) | |
| Plaintiff, | ) | No. 04-299C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Defendant, the United States, lists the following exhibits for use at trial. We have withdrawn, from the list that we previously exchanged with plaintiff, exhibits that appear on plaintiff's June 30, 2005 exhibit list, which we may offer if the need arises.

| | |
|---|---|
| EXHIBIT 53 | Letter dated September 7, 2001, from Cambro Construction, Inc., to ACE Constructors, Inc. (Expects to offer) |
| EXHIBIT 57 | Letter dated September 21, 2001, from JOBE Concrete Products, Inc., to ACE Constructors, Inc. (Expects to offer) |
| EXHIBIT 58 | Letter dated September 24, 2001, from Cambro Construction, Inc., to ACE Constructors, Inc. (Expects to offer) |
| EXHIBIT 59 | Letter dated September 24, 2001, from ACE Constructors, Inc., to U.S. Army Corps of Engineers. (Expects to offer) |

| | |
|---|---|
| EXHIBIT 60 | Letter dated September 26, 2001, from ACE Constructors, Inc., to Cambro Construction, Inc. (Expects to offer) |
| EXHIBIT 73 | Letter dated April 4, 2002, from ACE Constructors, Inc., to U.S. Army Corps of Engineers. (Expects to offer) |
| EXHIBIT 74 | Letter dated April 17, 2002, from ACE Constructors, Inc., to Cambro Construction, Inc. (Expects to offer) |
| EXHIBIT 75 | Letter dated April 17, 2002, from Cambro Construction, Inc., to JOBE Concrete Products, Inc. (Expects to offer) |
| EXHIBIT 76 | Letter dated April 25, 2002, from U.S. Army Corps of Engineers to ACE Constructors, Inc. (Expects to offer) |
| EXHIBIT 77 | Daily Logs for January 2001. (Expects to offer) |
| EXHIBIT 78 | Daily Logs for February 2001. (Expects to offer) |
| EXHIBIT 79 | Daily Logs for March 2001. (Expects to offer) |
| EXHIBIT 80 | Daily Logs for April 2001. (Expects to offer) |
| EXHIBIT 81 | Daily Logs for May 2001. (Expects to offer) |
| EXHIBIT 82 | Daily Logs for June 2001. (Expects to offer) |
| EXHIBIT 83 | Daily Logs for July 2001. (Expects to offer) |
| EXHIBIT 84 | Daily Logs for August 2001. (Expects to offer) |

| | |
|---|---|
| EXHIBIT 85 | Daily Logs for September 2001.<br>(Expects to offer) |
| EXHIBIT 86 | Daily Logs for October 2001.<br>(Expects to offer) |
| EXHIBIT 88 | Daily Logs for November 2001.<br>(Expects to offer) |
| EXHIBIT 91A | Letter dated November 21, 2001 from ACE Constructors, Inc., to U.S. Army Corps of Engineers.<br>(Expects to offer) |
| EXHIBIT 95 | Photograph - Access Road Looking North.<br>(May offer) |
| EXHIBIT 96 | Photograph – Ditch Along Access Road.<br>(May offer) |
| EXHIBIT 97 | Photograph – Retention Pond.<br>(May offer) |
| EXHIBIT 98 | Photograph – Access Road & Ditch.<br>(May offer) |
| EXHIBIT 99 | Photograph – Access Road and Ditch.<br>(May offer) |
| EXHIBIT 100 | Photograph – Looking South From Detention Pond.<br>(May offer) |
| EXHIBIT 101 | Payment Estimate No. 0009.<br>(Expects to offer) |
| EXHIBIT 102 | Payment Estimate No. 0010.<br>(Expects to offer) |
| EXHIBIT 103 | Photograph – Retention Pond.<br>(May offer) |
| EXHIBIT 104 | Photograph – Access Road and Ditch.<br>(May offer) |
| EXHIBIT 105 | Photograph – Pallet Storage Building<br>(May offer) |

| | |
|---|---|
| EXHIBIT 106 | Photograph – Taxiway Looking North To Loading Pad and Storage Building.<br>(May offer) |
| EXHIBIT 107 | Photograph – Taxiway Looking South Towards Runway.<br>(May offer) |
| EXHIBIT 108 | Photograph – Fixed Forms & Alternate Lane Paving.<br>(May offer) |
| EXHIBIT 109 | Photograph – Grading Base Course.<br>(May offer) |
| EXHIBIT 110 | Photograph – Fixed Forms & Alternate Lane Paving.<br>(May offer) |
| EXHIBIT 111 | Photograph – Fixed Forms & Alternate Paving.<br>(May offer) |
| EXHIBIT 112 | Photograph – Concrete Conveyor.<br>(May offer) |
| EXHIBIT 113 | Photograph – Concrete Spreader.<br>(May offer) |
| EXHIBIT 114 | Photograph – Concrete Paving Machine.<br>(May offer) |
| EXHIBIT 115 | Photograph – Concrete Paving Machine.<br>(May offer) |
| EXHIBIT 116 | Photograph – Concrete Paving Machine and Bull Floats.<br>(May offer) |
| EXHIBIT 117 | Photograph – Bull Floats<br>(May offer) |
| EXHIBIT 149 | Activity Schedule for 2001<br>(Expects to offer)<br>(May offer) |

| | |
|---|---|
| EXHIBIT 165 | Letter dated April 17, 2002, from Cambro Constructions to Jobe Concrete Products, and letter from Ace Constructors to Cambro Constructions (Expects to offer) |
| EXHIBIT 166 | Letter dated April 29, 2002, from Cambro Constructions to Ace Constructors (Expects to offer) |
| EXHIBIT 167 | Letter dated July 23, 2002, from AIG Technical Services, Inc. to Krafsur Gordon Mott, P.C. (Expects to offer) |
| EXHIBIT 168 | August 21, 2001 - Handwritten Notes (Expects to offer) |
| EXHIBIT 172 | Defendant Cambro Constructions, Inc. and Merchants Bonding Company’s original Answer to United States for the use and benefit of Jobe Concrete Products, Inc. (Expects to offer) |
| EXHIBIT 173 | Daily Construction Report for Cambro Construction (Expects to offer) |
| EXHIBIT 177 | Typed notes by Larry/kl dated September 13, 2001 (May offer) |
| EXHIBIT 178 | Letter dated September 25, 2001, from Ace Constructors to Merchants Bonding Co. (Expects to offer) |
| EXHIBIT 190 | Diary of Rick White (Expects to offer) |
| EXHIBIT 191 | Ace Daily Reports (Expects to offer) |
| EXHIBIT 192 | Cambro Daily Reports (Expects to offer) |
| EXHIBIT 196 | Handwritten notes Funk (May offer) |

EXHIBIT 197 Design Narrative - Advance Final
Plans Submittal FY 00 dated
December, 1999
(May offer)

EXHIBIT 198 Design Narrative - Advance Final
Plans Submittal FY 01 dated
April 17, 2000
(May offer)

EXHIBIT 199 Index to Specifications -
Advance Final Submittal dated
April 17, 2000
(May offer)

EXHIBIT 200 Index of Drawings dated
June 13, 2000
(May offer)

EXHIBIT 201 Index of Drawings dated
July 31, 2000
(May offer)

EXHIBIT 202 Survey Records
(May offer)

EXHIBIT 203 Aerial Survey
(May offer)

EXHIBIT 204 Engineers' Field Book
(May offer)

EXHIBIT 209 Letter dated 12 September 2001 from ACE
Constructors to Cambro Construction, Inc.,
(Expects to offer)

EXHIBIT 210 Letter dated September 19, 2001 from ACE
Constructors to Cambro Construction, Inc.
(Expects to offer)

EXHIBIT 211 Letter dated September 19, 2001 from ACE
Constructors to Cambro Construction, Inc.
(Expects to offer)

EXHIBIT 219 Letter dated February 22, 2002 from ACE
Constructors to Cambro Construction, Inc.
(Expects to offer)

| | |
|---|---|
| EXHIBIT 220 | Letter dated March 8, 2002 from the U.S. Army Corps of Engineers to ACE Constructors (Expects to offer) |
| EXHIBIT 221 | Facsimile transmission dated April 10, 2002 from ACE Constructors to Cambro Construction, Inc. (Expects to offer) |
| EXHIBIT 222 | Letter dated November 12, 2002 from ACE Constructors to Blair-Hall Co, Inc. (Expects to offer) |
| EXHIBIT 223 | Handwritten daily logs by Del Hyland (May offer) |
| Exhibit 225 | Daily Logs for November 2001 (Expects to offer) |
| Exhibit 226 | Daily Logs for December 2001 (Expects to offer) |
| Exhibit 227 | Daily Logs for January 2002 (Expects to offer) |
| Exhibit 228 | Daily Logs for February 2002 (Expects to offer) |
| Exhibit 229 | Daily Logs for March 2002 (Expects to offer) |
| Exhibit 230 | Daily Logs for April 2002 (Expects to offer) |
| Exhibit 231 | Daily Logs for May 2002 (Expects to offer) |
| EXHIBIT 232 | Answer And Cross Action of Ace Constructors, Inc., Case No. 02-570 (W.D. Tex.), Jan. 30, 2003 (Expects to offer) |
| EXHIBIT 233 | Answer And Affirmative Defenses of Ace Constructors, Inc., Case No. 02-570 (W.D. Tex.), Mar. 10, 2003 (Expects to offer) |
| Exhibit 234 | Defendant's First Set Of Requests For Admissions, July 26, 2004 (Expects to offer) |

Exhibit 235 Plaintiff's Response To Request For Admissions, Sept. 7, 2004
(Expects to offer)

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

OF COUNSEL:
REX CROSSWHITE
Office of Counsel
Army Corps of Engineers
Fort Worth, Texas

September 21, 2005 Attorneys for Defendant

Certificate of Filing

I hereby certify that on September 21, 2005, a copy of the foregoing Defendant's Exhibit List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail