IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACE CONSTRUCTORS, INC., Plaintiff, | ) | No. 04-299C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S WITNESS LIST

1. David Wise
Resident Engineer
United States Army Corps of Engineers
8380 Morgan Avenue, Suite A
Fort Bliss, Texas 79906
(915) 568-7854

Mr. Wise is expected to testify about the contract requirements and the performance problems during construction, including performance delays, abandonment of the work by plaintiff's subcontractor, Cambro Construction, Inc., and the waiver of the profilograph testing. We expect to present Mr. Wise and expect that his direct testimony will last approximately two hours.

2. Telo Fuentes
Project Engineer
United States Army Corps of Engineers
8380 Morgan Avenue, Suite A
Fort Bliss, Texas 79906
(915) 568-7809

Mr. Fuentes is expected to testify about plaintiff's quality control measures and supervision, its schedules, problems that Cambro had with forms and quality of construction, issues

relating to the profilograph testing, and whether the Government received proper and timely notice of an alleged differing site condition. We expect to present Mr. Fuentes and expect that his direct testimony will last approximately two hours.

3. Danny Menchaca
Quality Assurance Representative
Bldg 378
White Sands Missile Range, NM 88002-0370
(505) 678-3054

Mr. Menchaca is expected to testify about plaintiff's day-to-day activities, including its grading operation, and the activities of Cambro, including formwork and concrete work. We expect to present Mr. Menchaca and expect that his direct testimony will last approximately two hours.

4. Doran Storey
Auditor
Defense Contract Audit Agency
Jacksonville Sub-office
7820 Arlington Expressway, Suite 520
Jacksonville, FL 32211-7464
(904) 232-3794 x5

Doran Storey is expected to testify about the contents of Defense Contract Audit Agency Audit Report No. 1301-2004N17200001, dated February 4, 2004. We expect to present Mr. Storey and expect that his direct testimony will last approximately one hour.

5. Daren Snyder
   Senior Auditor
   Defense Contract Audit Agency
   444 Executive Center Blvd., Suite 128
   El Paso, Texas 79902
   (915) 534-6215

Daren Snyder is expected to testify about Defense Contract Audit Agency Audit Report No. 3901-2004L17200001, dated May 21, 2004. We expect to present Mr. Snyder and expect that his direct testimony will last approximately one hour.

6. Will Sanford
   Civil Engineer Technician
   United States Army Corps of Engineers
   819 Taylor Street
   Fort Worth, TX 76102
   (817) 886-1963

Mr. Sanford is expected to testify regarding plaintiff's and Cambro's equipment costs, as well as ACE's dirt claim. We expect to present Mr. Sanford and expect that his direct testimony will last approximately one hour.

7. Delbert Hyland
   former Quality Control Superintendent, ACE Constructors
   P.O. Box 972222
   (740 Pendale)
   El Paso, TX 79997
   Telephone number unknown

Mr. Hyland is expected to testify about the performance of the contract work and the discovery by ACE of the alleged differing site condition. We expect to present Mr. Hyland and expect that his direct testimony will last approximately one hour.

8. David Camilli
Vice President, Cambro Construction
7424 Second Street, N.W.
Albuquerque, NM 87107
(505) 345-1133

Mr. Camilli is expected to testify about the performance of the contract work and the composition of plaintiff's claim. We may call Mr. Camilli if the need arises and expect that his direct testimony will last approximately one hour.

9. John R. Fulkerson
ACE Constructors, Inc.
P.O. Box 357490
Gainsville, FL 32635-7490
(352) 384-0272

Mr. Fulkerson is expected to testify about the performance of the contract work, the termination of Cambro for default, Cambro's abandonment of the contract work, and the composition of plaintiff's claim. We may call Mr. Fulkerson if the need arises and expect that his direct testimony will last approximately two hours.

10. Stanley M. Herrin, P.E.
Manager, Springfield Aviation Group
Crawford, Murphy and Tilly, Inc.
2750 West Washington Street
Springfield, Illinois 62702
217-787-8050

Mr. Herrin is expected to testify about the design of the Hot Ammo Load project. We expect to call Mr. Herrin if the need arises and expect that his direct testimony will last approximately two hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

OF COUNSEL:
REX CROSSWHITE
Office of Counsel
Army Corps of Engineers
Fort Worth, Texas

September 21, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on September 21, 2005, a copy of the foregoing Defendant's Witness List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail