**UNITED STATES COURT OF FEDERAL CLAIMS**

*****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**No. 04-299 C**

**v.**

**Judge Charles F. Lettow**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*****************************

**PLAINTIFF'S NOTICE OF FILING CORRECTED EXHIBIT LIST**

The Plaintiff, Ace Constructors, Inc. files a corrected exhibit list. Due to an electronic error, the list filed on August 29, 2005 was incomplete as portions of each page of the list was not scanned.

1. See Exhibit A

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Timothy Paul McIlmail, U. S. Department of Justice, Civil Division-Commercial Litigation Branch, 1100 L Street, NW, 8th Floor, Washington, DC 20005 and Rex Crosswhite, Office of Counsel, Army Corps of Engineers, Fort Worth, Texas, this 21ST day of September, 2005.

/s/ Bradley S. Copenhaver
W. Robert Vezina, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Telefax: (850) 224-1353