APPENDIX

INDEX TO APPENDIX

Standard Form of Agreement Between Contractor and Subcontractor, Nov. 16, 2000 . . . . . . . . . . . . . . . . . . . . . . . . 1

Contractor's Quality Control Report, Sept. 25, 2001 . . . . . . . . . . . . . . . . . . . . . . . 26

Transcript of Deposition of John Fulkerson, Mar. 31, 2005 . . . . . . . . . . . . . . . . . . . . . . . 28

Limited Work Authorization Agreement, Oct. 7, 2001 . . . . . . . . . . . . . . . . . . . . . . . . 33

Request for Equitable Adjustment, Aug. 6, 2003 . . . . . . . . . . . . . . . . . . . . . . . . 36