## *ACE Constructors, Inc*
## *Standard Form of Agreement Between Contractor and Subcontractor*

AGREEMENT made as of the 16 day of November in the year 2000.

BETWEEN the Contractor:

ACE Constructors, Inc.
P.O. Box 357490
Gainesville, Florida 32635-7490

and the Subcontractor:

Cambro Construction, Inc.
7424 Second Street N.W.
Albuquerque, New Mexico 87107

The Contractor has made a contract for construction dated September 27, 2000.

With the Owner:

U.S. Army Engineer District, Fort Worth
Post Office Box 17300
819 Taylor Street
Fort Worth, Texas 76102-0300

For the following Project:

Ammo Hot-Load Area, Project No. 44921, Fort Bliss, Texas

which Contract is hereinafter referred to as the Prime Contract and which provides for the furnishing of labor, material, equipment and services in connection with the construction of the Project. A copy of the Prime Contract, consisting of the Agreement between Owner and Contractor (from which compensation amounts may be deleted) and the other Contract Documents enumerated therein has been made available to the Subcontractor.

The Contractor and the Subcontractor agree as follows

EXHIBIT
137
Fulkerson 3/31/05
PENGAD 800-631-6989

ARTICLE 1 THE SUBCONTRACT DOCUMENTS

1.1 The Subcontract Documents consist of (1) this Agreement; (2) the Prime Contract, consisting of the Agreement between the Owner and Contractor and the other Contract Documents enumerated therein; (3) Modifications issued subsequent to the execution of the Agreement between the Owner and Contractor, whether before or after the execution of this Agreement; (4) other documents listed in Article 16 of this Agreement; and (5) Modifications to this Subcontract issued after execution of this Agreement. These form the Subcontract, and are as fully a part of the subcontract as if attached to this Agreement or repeated herein. The Subcontract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Subcontract Documents, other than Modifications issued subsequent to the execution of this agreement, appears in Article 16.

1.2 The Subcontract may be amended or modified only by a Modification. The Subcontract Documents shall not be construed to create a contractual relationship of any kind (1) between the Owner and the Subcontractor, or (2) between any persons or entities other than the Contractor and Subcontractor.

1.3 The Subcontractor shall be furnished copies of the Subcontract Documents upon request, but the Contractor may charge the Subcontractor for the reasonable cost of reproduction.

ARTICLE 2 MUTUAL RIGHTS AND RESPONSIBILITIES

2.1 The Contractor and Subcontractor shall be mutually bound by the terms of this Agreement and, to the extent that the provisions of the Prime Contract apply to the Work of the Subcontractor, the Contractor shall assume toward the Subcontractor all obligations and responsibilities that the Owner, under such documents, assumes toward the Contractor, and the Subcontractor shall assume toward the Contractor all obligations and responsibilities which the Contractor, under such documents, assumes toward the Owner. The Contractor shall have the benefit of all rights, remedies and redress against the Subcontractor which the Owner, under such documents, has against the Contractor, and the Subcontractor shall have the benefit of all rights, remedies, and redress against the Contractor which the Contractor, under such documents, has against the Owner, insofar as applicable to this Subcontract. Where a provision of such document is inconsistent with a provision of this Agreement, this Agreement shall govern.

2.2 The Contractor may require the Subcontractor to enter into agreements with Sub-subcontractors performing portions of the Work of this Subcontract by

which the Subcontractor and the Sub-subcontractor are mutually bound, to the extent of the Work to be performed by the Sub-subcontractor, assuming toward each other all obligations and responsibilities which the Contractor and Subcontractor assume toward each other and having the benefit of all rights, remedies and redress each against the other which the Contractor and Subcontractor have by virtue of the provisions of this Agreement.

ARTICLE 3 CONTRACTOR

3.1 SERVICES PROVIDED BY THE CONTRACTOR

3.1.1 The Contractor shall cooperate with the Subcontractor in scheduling and performing the Contractor's Work to avoid conflicts or interference in the Subcontractor's Work and shall expedite written responses to submittals made by the Subcontractor in accordance with Paragraph 4.1 and Article 5. As soon as practicable after execution of this Agreement, the Contractor shall provide the Subcontractor copies of the Contractor's construction schedule and schedule of submittals, together with such additional scheduling details as will enable the Subcontractor to plan and perform the Subcontractor's Work properly. The Subcontractor shall be notified promptly of subsequent changes in the construction and submittal schedules and additional scheduling details.

3.1.2 The Contractor shall provide suitable areas for storage of the Subcontractor's materials and equipment during the course of the Work. Additional costs to the Subcontractor resulting from relocation of such facilities at the direction of the Contractor, except as previously agreed upon, shall be reimbursed by the Contractor.

3.1.3 Except as provided in Article 14, the Contractor's equipment will be available to the Subcontractor only at the Contractor's discretion and on mutually satisfactory terms.

3.2 COMMUNICATIONS

3.2.1 The Contractor shall promptly make available to the Subcontractor information, including information received from the Owner, which affects this Subcontract and which becomes available to the Contractor subsequent to execution of this Subcontract.

3.2.2 The Contractor shall not give instructions or orders directly to the Subcontractor's employees or to the Subcontractor's Sub-subcontractors or material suppliers unless such persons are designated as authorized representatives of the Subcontractor.



ACECAM 10167

3.2.3 If hazardous substances of a type of which an employer is required by law to notify its employees are being used on the site by the Contractor, a subcontractor or anyone directly or indirectly employed by them (other than the Subcontractor), the Contractor shall, prior to harmful exposure of the Subcontractor's employees to such substance, give written notice of the chemical composition thereof to the Subcontractor in sufficient detail and time to permit the Subcontractor's compliance with such laws.

3.2.4 The Contractor shall furnish to the Subcontractor within 30 days after receipt of a written request, or earlier if so required by law, information necessary and relevant for the Subcontractor to evaluate, give notice of or enforce mechanic's lien rights. Such information shall include a correct statement of the record legal title to the property, usually referred to as the site, on which the Project is located and the Owner's interest therein.

3.2.5 If the Contractor asserts or defends a claim against the Owner which relates to the Work of the Subcontractor, the Contractor shall make available to the Subcontractor information relating to that portion of the claim which relates to the Work of the Subcontractor.

3.3 CLAIMS BY THE CONTRACTOR

3.3.1 Liquidated damages for delay, if provided for in Paragraph 9.3 of this Agreement, shall be assessed against the Subcontractor only to the extent caused by the Subcontractor or any person or entity for whose acts the Subcontractor may be liable, and in no case for delays or causes arising outside the scope of this Subcontract.

3.3.2 The Contractor's claims for services or materials provided to the Subcontractor shall require:

.1 seven day's prior written notice except in an emergency;

.2 written compilations to the Subcontractor of services and materials provided and charges for such services and material no later than the fifteenth day of the following month.

3.4 CONTRACTOR'S REMEDIES

3.4.1 If the Subcontractor defaults or neglects to carry out the Work in accordance with this agreement and fails within three working days after receipt of written notice from the Contractor to commence and continue correction of such default or neglect with diligence and promptness, the Contractor may, after three days following receipt

by the Subcontractor of an additional written notice, and without prejudice to any other remedy the Contractor may have, make good such deficiencies and may deduct the reasonable cost thereof from the payments then or thereafter due the Subcontractor. Said reasonable costs shall include but not be limited to, consequential damages including supervision, overhead, insurance, project facilities, time penalties imposed by governmental entities and liquidated damages imposed by the project owner.

3.4.2 If in the opinion of Contractor, Subcontractor fails to maintain the project schedule, Contractor may direct Subcontractor to take such steps as Contractor deems necessary to improve the rate of progress (at no additional cost to Contractor) including, without limitation, working overtime or extra shifts, increasing days of work, hours of operation, modifying crew sizes, adding equipment or submission of a schedule for Contractor's approval demonstrating the manner in which Subcontractor will achieve the required rate of progress.

ARTICLE 4 SUBCONTRACTOR

4.1 EXECUTION AND PROGRESS OF THE WORK

4.1.1 The Subcontractor shall supervise and direct the Subcontractor's Work, and shall cooperate with the Contractor in scheduling and performing the Subcontractor's Work to avoid conflict, delay in or interference with the Work of the Contractor, other subcontractors or the Owner's own forces.

4.1.2 The Subcontractor shall promptly submit Shop Drawings, Product Data, Samples and similar submittals required by the Subcontract Documents with reasonable promptness and in such sequence as to cause no delay in the Work or in the activities of the Contractor or other subcontractors.

4.1.3 The Subcontractor shall submit to the Contractor a schedule of values allocated to the various parts of the Work of this Subcontract, aggregating the Subcontract Sum, made out in such detail as the Contractor and Subcontractor may agree upon or as required by the Owner, and supported by such evidence as the Contractor may require. In applying for payment, the Subcontractor shall submit statements based upon this schedule.

4.1.4 The Subcontractor shall furnish to the Contractor periodic progress reports on the Work of this Subcontract as mutually agreed, including

information on the status of materials and equipment which may be in the course of preparation, manufacture or transit.

4.1.5 The Subcontractor agrees that the Contractor and the Owner will each have the authority to reject Work of the Subcontractor which does not conform to the Prime Contract. The Owner's decisions on matters relating to aesthetic effect shall be final and binding on the Subcontractor if consistent with the intent expressed in the Prime Contract

4.1.6 The Subcontractor shall pay for all materials, equipment and labor used in connection with the performance of the Subcontract through the period covered by previous payments received from the Contractor, and shall furnish satisfactory evidence, when requested by the Contractor to verify compliance with the above requirements.

4.1.7 The Subcontractor shall take necessary precautions to protect properly the Work of other subcontractors from damage caused by operations under this Subcontract.

4.1.8 The Subcontractor shall cooperate with the Contractor, other subcontractors and the Owner's own forces whose Work might interfere with the Subcontractor's Work. The Subcontractor shall participate in the preparation of coordinated drawings in areas of congestion, if required by the Prime Contract, specifically noting and advising the Contractor of potential conflicts between the Work of the Subcontractor and that of the Contractor, other subcontractors or the Owner's own forces.

4.2 LAWS, PERMITS, FEES AND NOTICES

4.2.1 The Subcontractor shall give notices and comply with laws, ordinances, rules, regulations and orders of public authorities bearing on performance of the Work of this Subcontract. The Subcontractor shall secure and pay for permits and governmental fees, licenses and inspections necessary for proper execution and completion of the Subcontractor's Work, the furnishing of which is required of the Contractor by the Prime Contract.

4.2.2 The Subcontractor shall comply with Federal, state and local tax laws, social security acts, unemployment compensation acts and worker's compensation acts insofar as applicable to the performance of this Subcontract.

4.3 SAFETY PRECAUTIONS AND PROCEDURES

4.3.1 The Subcontractor shall take reasonable safety precautions with respect to performance of this Subcontract, shall comply with safety measures initiated by the Contractor and with applicable laws, ordinances, rules, regulations and orders of public authorities for the safety of persons and property in accordance with the requirements of the Prime Contract. The Subcontractor shall report to the Contractor within three days an injury to an employee or agent of the Subcontractor which occurs at the site.

4.3.2 If hazardous substances of a type of which an employer is required by law to notify its employees are being used on the site by the Subcontractor, the Subcontractor's Sub-subcontractors or anyone directly or indirectly employed by them, the Subcontractor shall, prior to harmful exposure of any employees on the site to such substance, give written notice of the chemical composition thereof to the Contractor in sufficient detail and time to permit compliance with such laws by the Contractor, other subcontractors and other employers on the site.

4.3.3 If reasonable precautions will be inadequate to prevent foreseeable bodily injury or death to persons resulting from material or substance, including but not limited to asbestos or polychlorinated biphenyl (PCB), encountered on the site by the Subcontractor, the Subcontractor shall, upon recognizing the condition, immediately stop Work in the affected area and report the condition to the Contractor in writing. When the material or substance has been rendered harmless, the Subcontractor's Work in the affected area shall resume upon written agreement of the Contractor and Subcontractor. The Subcontract Time shall be extended appropriately and the Subcontract Sum shall be increased in the amount of the Subcontractor's reasonable additional costs of demobilization, delay and remobilization, which adjustments shall be accomplished as provided in Article 5 of this Agreement.

4.3.4 To the fullest extent permitted by law, the Contractor shall indemnify and hold harmless the Subcontractor, the Subcontractor's Sub-subcontractors, and agents and employees of any of them from and against reasonable claims, damages, losses and expenses, including but not limited to reasonable attorneys' fees, arising out of or resulting from performance of the Work in the affected area if in fact the material or substance presents the risk of bodily injury or death as described in Subparagraph 4.3.3 and has not been rendered harmless,

provided that such claim, damage, loss or expense is attributable to bodily injury sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself) including loss of use resulting therefrom and provided that such damage, loss or expense is not due to the sole negligence of a party seeking indemnity.

4.4 CLEANING UP

4.4.1 The Subcontractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations performed under this Subcontract. The Subcontractor shall not be held responsible for unclean conditions caused by other contractors or subcontractors other than the Subcontractor's Sub-subcontractors and anyone directly or indirectly employed by them or anyone for whose acts they may be liable.

4.4.2 As provided under Subparagraph 3.3.2, if the Subcontractor fails to clean up as provided in the Subcontract Documents, the Contractor may charge the Subcontractor for the Subcontractor's appropriate share of cleanup costs.

4.5 WARRANTY

4.5.1 The Subcontractor warrants to the Owner and Contractor that materials and equipment furnished under this Subcontract will be of good quality and new unless otherwise required or permitted by the Subcontract Documents, that the Work of this Subcontract will be free from defects not inherent in the quality required or permitted, and that the Work will conform to the requirements of the Subcontract Documents. Work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. The Subcontractor's warranty excludes remedy for damage or defect caused by abuse, modifications not executed by the Subcontractor, improper or insufficient maintenance, improper operation, or normal wear and tear under normal usage. This warranty shall be in addition to and not in limitation of any other warranty or remedy required by law or by the Subcontract Documents.

4.6 INDEMNIFICATION

4.6.1 Subcontractor acknowledges and agrees that the first six percent (6%) of the Subcontract price to be paid represents the specific consideration for all of the indemnifications provided by Subcontractor and required by the terms of this Agreement. To the fullest extent permitted by law, the Subcontractor shall indemnify and

hold harmless the Contractor, Owner, Owner's consultants, and agents and employees of any of them from and against claim, damages, losses and expenses, including but not limited to attorney's fees, arising out of or resulting from performance of the Subcontractor's Work under this Subcontract, provided that any such claim, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), but only to the extent caused by the negligent acts or omissions of the Subcontractor, the Subcontractor's Sub-subcontractors, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, regardless of whether or not such claim, damage, loss or expense is caused in part by a party indemnified hereunder. Such obligation shall not be construed to negate, abridge, or otherwise reduce other rights or obligations of indemnity which would otherwise exist as to a party or person described in this Paragraph 4.6.

4.6.2 In claims against any person or entity indemnified under this Paragraph 4.6 by an employee of the Subcontractor, the Subcontractor's Sub-subcontractors, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under Subparagraph 4.6.1 shall not be limited by a limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor or the Subcontractor's Sub-subcontractors under workers' compensation acts, disability benefit acts or other employee benefit acts. Neither final payment by Contractor, nor acceptance of the work performed by Subcontractor, nor the termination of this Agreement shall release or diminish the foregoing Subcontractor duties to indemnify and defend Contractor and others.

4.6.3 In the event of any loss, damage, claim or injury contemplated by this paragraph, Contractor may withhold from any payment due or thereafter to become due to Subcontractor an amount sufficient in Contractor's judgement to protect, secure and indemnify it from any and all such claims, expenses (including legal fees and disputes proceeding costs), losses or damage. In the alternative, Contractor, at its option, may accept from Subcontractor a surety bond in an amount, and from a surety, satisfactory to Contractor and guaranteeing the indemnity protection required hereunder.

4.6.4 Independent of its duty to indemnify, Subcontractor undertakes a separate duty to defend Contractor, if requested by Contractor, specifically as follows:

(a) Contractor, in its sole discretion and at its sole option, may defend any or all of the covered claims, or tender to Subcontractor the defense of any or all of the covered claims. Upon any such tender, Subcontractor shall be bound and obligated to assume the defense of Contractor and to pay, liquidate, discharge and satisfy any and all settlements, judgements, awards or expenses resulting from or arising out of the claims covered by this paragraph, without reimbursement from Contractor.

(b) Subcontractor's duty to defend arises irrespective of the validity or invalidity of the claims made, and regardless of whether Contractor undertakes to conduct its defense for a period of time or to participate in Subcontractor's defense of Contractor or any party.

(c) If Contractor tenders the defense of a covered claim to Subcontractor, and if Subcontractor fails or neglects to assume and diligently pursue the adequate defense thereof, Contractor may compromise and settle or defend any such claim or action, and Subcontractor shall be bound and obligated to reimburse Contractor for the amount expended in contesting, satisfying or settling any such claim, together with all reasonable attorney's fees, expert witness fees, and all other costs of any disputes, proceeding or defensive action.

ARTICLE 5 CHANGES IN THE WORK

5.1 The Owner may make changes in the Work by issuing Modifications to the Prime Contract. Upon receipt of such a Modification issued subsequent to the execution of the Subcontract agreement, the Contractor shall promptly notify the Subcontractor of the Modification. Unless otherwise directed by the Contractor, the Subcontractor shall not thereafter order materials or perform Work which would be inconsistent with the changes made by the Modifications to the Prime Contract.

5.2 The Subcontractor may be ordered in writing by the Contractor, without invalidating this Subcontract, to make changes in the Work within the general scope of this Subcontract consisting of additions, deletions or other revisions, including those required by Modifications to the Prime Contract issued subsequent to the execution of this Agreement, the Subcontract Sum and the

Subcontract Time being adjusted accordingly. The Subcontractor, prior to the commencement of such changed or revised Work, shall submit within five calendar days of receipt of any such order, to the Contractor written copies of a claim for adjustment to the Subcontract Sum and Subcontract Time for such revised Work in a manner consistent with requirements of the Subcontract Documents. Subcontractor's failure to fully and timely comply in writing with the requirements of this subparagraph shall constitute a complete waiver of any Subcontractor claim for additional compensation or an extension of time in connection with the directive, act or omission.

Notwithstanding any inability to agree upon the appropriateness of a change in work, or on the cost or time impact of that change in work, Subcontractor agrees that it shall, if directed in writing by Contractor, proceed with the performance of the directed work.

Subcontractor shall keep accurate, detailed and separate records of the costs of any change and shall report such costs to Contractor in the form and manner directed by Contractor. Subcontractor shall, if requested, furnish daily to Contractor certified copies of all time sheets, receiving and inspection reports, and all other basic documents required by Contractor to establish the cost or value of changed Subcontractor work. Subcontractor's applications for payment shall be accompanied by certified copies of all pertinent payrolls, invoices and vouchers relating to the changed work.

5.3 The Subcontractor shall make all claims promptly to the Contractor for additional cost, extensions of time and damages for delays or other causes in accordance with the Subcontract Documents. A claim which will affect or become part of a claim which the Contractor is required to make under the Prime Contract within a specified time period or in a specified manner shall be made in sufficient time to permit the Contractor to satisfy the requirements of the Prime Contract. Such claims shall be received by the Contractor not less than two working days preceding the time by which the Contractor's claim must be made. Failure of the Subcontractor to make such a timely claim shall bind the Subcontractor to the same consequences as those to which the Contractor is bound.

ARTICLE 6 DISPUTE RESOLUTION

6.1 If Subcontractor makes a claim in connection with (1) changes required by the Owner or (2) any dispute arising out of the Owner's or its authorized representatives' action, inaction or interpretation of the Contract Documents, or (3) any dispute arising out of inaccuracies, deficiencies, discrepancies or ambiguities in the Plans or Specifications, Subcontractor shall proceed in

accordance with the administrative remedies provided for in the Prime Contract and shall exhaust its administrative remedies thereunder prior to commencing any other action.

6.1.1 Subcontractor shall bear the expense and the burden of prosecuting and proving any such claim against the Owner and shall give Contractor adequate and timely notification in writing of any action it desires Contractor to take on its behalf. If the dispute is not resolved as a result of the exhaustion of the administrative procedure set out in the Contract Documents, Subcontractor shall have the right to the pursuit of its claim in Contractor's name against the Owner and/or its representative.

6.1.2 In return, Subcontractor agrees that this right shall be its sole remedy, that it will accept the outcome of that action as a full and final determination of its claim, and that it will seek no further redress from Contractor. In the pursuit of such a claim, Contractor shall provide reasonable cooperation, shall be reimbursed for its cost in connection therewith (including reasonable attorney fees), and shall be entitled to the appropriate contractor mark-up out of any claim recovery.

6.1.3 If certification of claims is required, Subcontractor covenants and agrees to furnish Contractor with a certification of any claim in a form satisfactory to Contractor and agrees to protect, defend, (if requested), indemnify and hold Contractor harmless from any losses, claims, damages or expenses (including attorney's fees and related costs at all levels of proceedings) Contractor may suffer or incur, including those incurred as a result of Subcontractor's inability to support any part of its claim and/or a determination that such failure is attributable to misrepresentation of fact or fraud on the part of Subcontractor. Contractor shall make payments to Subcontractor for changes in the work upon payments allowed to and received from the Owner by Contractor for changes in the work performed by Subcontractor to the extent of Subcontractor's interest therein, and Subcontractor shall, in turn and in the same manner, make payments to its supplier and subcontractors upon payments allowed to and received by Subcontractor from Contractor for changes in the work performed and materials furnished for changes in the work by said suppliers and subcontractors to the extent of their respective interest therein.

6.2 This Agreement is governed by Florida Law. The parties agree that venue for any action arising out of this agreement or performance hereunder shall lie

only and exclusively in Alachua County, Florida.

ARTICLE 7 TERMINATION, SUSPENSION OR ASSIGNMENT OF THE SUBCONTRACT

7.1 TERMINATION BY THE SUBCONTRATOR

7.1.1 The Subcontractor may terminate the Subcontract for the same reasons and under the same circumstances and procedures with respect to the Contractor as the Contractor may terminate with respect to the Owner under the Prime Contract. In the event of such termination by the Subcontractor for any reason which is not the fault of the Subcontractor, Sub-subcontractors or their agents or employees or other persons performing portions of the Work under contract with the Subcontractor, the Subcontractor shall be entitled to recover from the Contractor payment for Work executed and for proven loss with respect to materials, equipment, tools and construction equipment and machinery, including reasonable overhead and profit.

7.2 TERMINATION BY THE CONTRACTOR

7.2.1 If the Subcontractor persistently or repeatedly fails or neglects to carryout the Work in accordance with the Subcontract Documents or otherwise to perform in accordance with this Subcontract and fails within seven days after receipt of written notice to commence and continue correction of such default or neglect with diligence and promptness, the Contractor may, after seven days following receipt by the Subcontractor of an additional written notice to commence and continue correction of such default or neglect with diligence and promptness, the Contractor may, without prejudice to any other remedy the Contractor may have, terminate the Subcontract and finish the Subcontractor's Work by whatever method the Contractor may deem expedient. If the unpaid balance of the Subcontract Sum exceeds the expense of finishing the Subcontractor's Work and other damages incurred by the Contractor and not expressly waived, such excess shall be paid to the Subcontractor. If such expense and damages exceed such unpaid balance, the Subcontractor shall pay the difference to the Contractor.

7.2.2 If the Owner terminates the Contract for the Owner's convenience, the Contractor shall deliver written notice to the Subcontractor.

7.2.3 Upon receipt of written notice of termination, the Subcontractor shall:

.1 cease operations as directed by the Contractor in the notice;

.2 take actions necessary, or that the Contractor may direct, for the protection and preservation of the Work; and

.3 except for Work directed to be performed prior to the effective date of termination stated in the notice, terminate all existing Sub-subcontracts and purchase orders and enter into no further Sub-subcontracts and purchase orders.

7.2.4 In case of such termination for the Owner's convenience, the Subcontractor shall be entitled to receive payment for Work executed, and costs incurred by reason of such termination, along with reasonable overhead and profit on the Work executed. Upon receipt of the payments provided for herein, the parties shall have no further obligation to each other, except for the obligations of Subcontractor and its Surety, if any, to perform corrective and/or warranty work pertaining to work actually performed by or through Subcontractor prior to termination, and to indemnify and defend Contractor as provided for in this Agreement.

7.2.5 On the effective date of any termination, Subcontractor shall discontinue performance of the work and shall preserve and protect tools, construction equipment and facilities on site, materials and planned equipment purchased for or committed to the work (whether delivered to the job site or on order), and work in progress and completed (whether at the job site or elsewhere) pending Contractor's instructions; and, if requested, Subcontractor shall turn over the same to Contractor, including title to materials and planned equipment, or dispose of same in accordance with Contractor's instructions. In the event of any such termination notice, Subcontractor shall withdraw its employees and equipment from the work site on the effective date of the termination as specified in said notice (which effective date shall not be less than two days after the date of the notice), regardless of any claim Subcontractor may have against Contractor. Subcontractor's failure to comply with the terms of the termination notice shall entitle Contractor to bring an action for damages, including attorney's fees, to withhold any payment then or thereafter due Subcontractor until Contractor's damages are fully known, and/or to obtain immediate injunctive relief.

7.2.6 Upon receipt of any termination notice, Subcontractor shall immediately advise Contractor of its outstanding subcontracts or supply contracts pertaining to the performance of terminated work,

furnishing Contractor with complete copies of any such agreements and any requested documentation of the status of the performance of and payment for such subcontract or supply contract work. Subcontractor shall promptly make every reasonable effort to procure cancellation, upon terms satisfactory to Contractor, of all subcontracts and supply contracts; or, as directed by Contractor, shall assign to Contractor or Owner in form satisfactory to Contractor such of its subcontracts and supply contracts as are designated by Contractor, or shall take such other action relative to such subcontracts or supply contracts as may be directed by Contractor.

7.3 SUSPENSION BY THE CONTRACTOR FOR CONVENIENCE

7.3.1 The Contractor may, without cause, order the Subcontractor in writing to suspend, delay or interrupt the Work of this Subcontract in whole or in part for such period of time as the Contractor may determine. In the event of suspension ordered by the Contractor, the Subcontractor shall be entitled to an equitable adjustment of the Subcontract Time and Subcontract Sum.

7.3.2 An adjustment shall be made for increases in the Subcontract Time and Subcontract Sum, including profit on the increased cost of performance caused by suspension, delay or interruption. No adjustment shall be made to the extent:

.1 that performance is, was or would have been so suspended, delayed or interrupted by another cause for which the Subcontractor is responsible;

.2 that an equitable adjustment is made or denied under another provision of this Subcontract.

7.4 ASSIGNMENT OF THE SUBCONTRACT

7.4.1 In the event of termination of the Prime Contract by the Owner, the Contractor may assign this Subcontract to the Owner, with the Owner's agreement, subject to the provisions of the Prime Contract and to the prior rights of the surety, if any, obligated under bonds relating to the Prime Contract. In such event, the Owner shall assume the Contractor's rights and obligations under the Subcontract Documents. If the Work of the Prime Contract has been suspended for more than 30 days, the Subcontractor's compensation shall be equitably adjusted.

7.4.2 The Subcontractor shall not assign the Work of this Subcontract without the written consent of the Contractor, nor further

subcontract portions of this Subcontract without written notification to the Contractor when such notification is requested by the Contractor.

ARTICLE 8 THE WORK OF THIS SUBCONTRACT

8.1 The Subcontractor shall execute the following portions of the Work described in the Subcontract Documents, including all labor, materials, equipment, services and other items, required to complete such portion of the Work, except to the extent specifically indicated in Subcontract Documents to be the responsibility of others.

All work required by the plans, including Drawings C2, C4, C11-14, C18, C19, C45-48, C59-65, C102, C103 and E44, and specifications, including Sections 02384, 02390, 02753, 02760, 02762, 03200 and 03307, for the construction of Items No. 0001, 0002, 0003 (concrete pavement and reinforcement), 0004, 0005 (drilled piers) and the labor for installation of the mooring and grounding points. Work to include Amendments Number 1-7. Materials to include, but are not limited to, concrete, form materials, expansion joint materials, curing compound, reinforcing materials and supports, epoxy coated dowel bars, epoxy coated dowel baskets, dowel bar adhesive and joint sealants. Labor to include, but not to be limited to, excavation and backfill for Subcontractor's work, forming, installation of reinforcement including reinforced panels, dowel baskets and dowel bars, expansion joints, pouring, placing and finishing concrete, curing concrete, grouting, form removal and cleanup and installation of mooring and grounding points. Other services to include, but not to be limited to, sawcutting and caulking and sealing of joints.

Exclusions to include taxes, testing, fine grading and import or export of soils, sand cushions or vapor barriers, fine grading, chain link fence foundations, dewatering or mud removal, precast items including septic tanks, demolition or haul off other than for Subcontractor's defective work, electrical concrete, layouts and engineering and materials for mooring and grounding points.

ARTICLE 9 DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

9.1 The Subcontractor's date of commencement is the date from which the Contract Time of Paragraph 9.3 is measured; it shall be the date of the Agreement, as first written above, unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Contractor.

The date of commencement shall be stipulated by the notice to proceed.

9.2 Unless the date of commencement is established by a notice to proceed issued by the Contractor, or the Contractor has commenced visible Work at the site under the Prime Contract, the Subcontractor shall notify the Contractor in writing not less than five days before commencing the Subcontract's Work to permit the timely filing of mortgages, mechanic's liens and other security interests.

9.3 The Work of this Subcontract shall be substantially completed not later than 75 calendar days after the Subcontractor's date of commencement, subject to adjustments of the Subcontract Time as provided in the Subcontract Documents. The Subcontractor and the Subcontractor's surety, if any, shall be liable for and shall pay the Contractor the sums hereinafter stipulated as liquidated damages for each calendar day of delay until the Work is substantially complete: One thousand six hundred thirty Dollars ($1,630).

9.4 With respect to the obligations of both the Contractor and the Subcontractor, time is of the essence of the Subcontract.

9.5 No extension of time will be valid without the Contractor's written consent after claim made by the Subcontractor in accordance with Paragraph 5.3.

ARTICLE 10 SUBCONTRACT SUM

10.1 The Contractor shall pay the Subcontractor in current funds for performance of the Subcontract the Subcontract sum of Two Million Two Hundred Twenty One Thousand Seven Hundred Twenty Seven Dollars and Sixty Cents ($2,221,727.60), subject to additions and deductions as provided in the Subcontract Documents. However, the parties understand that all work under this Subcontract will be paid for on a unit price basis at the rates specified in Paragraph 10.3.

10.2 The Subcontract Sum is based upon the following alternates, if any, which are described in the Subcontract Documents and have been accepted by the Owner and the Contractor:

None.

10.3 Unit prices are as follows:

| | | |
|---|---|---|
| Item 0001: | 508 mm Concrete Pavement | $103.00/$m^3$ |
| Item 0002: | 368 mm Concrete Pavement | $ 97.00/$m^3$ |



ACECAM 10181

| | | |
|---|---|---|
| Item 0003: | 178 mm Concrete Pavement | $140.00/m³ |
| Item 0004 | 750 mm Drilled Piers | $419.00/m³ |
| Item 0005 | 1220 mm Drilled Piers | $877.00/m³ |

ARTICLE 11 PROGRESS PAYMENTS

11.1 Based upon applications for payment submitted to the Contractor by the Subcontractor, corresponding to applications for payment submitted by the Contractor to the Owner, and certificates for payment issued by the Owner, the Contractor shall make progress payments on account of the Subcontract Sum to the Subcontractor as provided below and elsewhere in the Subcontract Documents. ~~Progress payments shall not exceed 90% of the value of labor and material furnished by the Subcontractor during any calendar month.~~ Unless the Contractor provides the Owner with a payment bond in the full penal sum of the Contract Sum, payments received by the Contractor and Subcontractor for Work properly performed by their contractors and suppliers shall be held by the Contractor and Subcontractor for those contractors or suppliers who performed Work or furnished materials, or both, under contract with the Contractor or Subcontractor for which payment was made to the Contractor by the Owner or to the Subcontractor by the Contractor, as applicable. Nothing contained herein shall require money to be placed in a separate account and not commingled with money of the Contractor or Subcontractor, shall create any fiduciary liability or tort liability on the part of the Contractor or Subcontractor for breach of trust or shall entitle any person or entity to an award of punitive damages against the Contractor or Subcontractor for breach of the requirements of this provision.

11.1.1 Contractor, at its sole discretion and at its sole option, may make progress payments in full when the Owner does not withhold retainage from Contractor.

11.2 The period covered by each application for payment shall be on calendar month ending on the last day of the month.

11.3 Provided an application for payment is received by the Contractor not later than the 25th day of a month, the Contractor shall include the Subcontractor's work covered by that application in the next application for payment which the Contractor is entitled to submit to the Owner. The Contractor shall pay the Subcontractor each progress payment within three working days after the Contractor receives payment from the Owner. If the Owner does not issue a certificate for payment or the Contractor does not receive payment for any cause which is not the fault of the Subcontractor, the Contractor shall pay the Subcontractor, on demand, a progress payment computed as provided in