| Exh. No | | Description | Witness |
|---|---|---|---|
| 11 | PX | Design Progress | Herrin |
| 15 | PX | Comments on Cost Estimate | Herrin |
| 18 | PX | Design Narrative | Herrin |
| 24 | PX | Email from C. Conger to B. Case dated July 24, 2000 | Wise |
| 27 | PX | Cambro Quotation | Camilli |
| 31 | PX | Cambro Subcontract | Camilli |
| 37 | PX | Clearing & Grubbing Prep Meeting | Fletcher |
| 39 | PX | QC Report dated Jan. 24, 2001 | Fletcher |
| 42 | PX | Earthwork Prep Meeting | Fletcher |
| 44 | PX | RFI #4 | Fletcher |
| 45 | PX | QC Report dated Mar. 2, 2001 | Fletcher |
| 47 | PX | Feb 2001 Schedule | Fulkerson |
| 48 | PX | E-mail from R. Roland to T. Fuentes dated Mar. 6, 2001 [enough earth] | Wise |
| 49 | PX | QC Report dated Mar. 8, 2001 | |
| 51 | PX | QC Report dated Mar. 9, 2001 | Fletcher |
| 52 | PX | QC Report dated Mar. 13, 2001 | Fletcher |
| 54 | PX | RFI #4-01 | Fletcher |
| 56 | PX | QC Report Mar. 22 | Fletcher |
| 60 | PX | Letter from J. Fletcher to D. Wise dated April 27, 2001 | Fulkerson |
| 62 | PX | Paver Invoice to Cambro dated May 7, 2001 | Camilli |
| 63 | PX | Form Invoice to Cambro dated May 10, 2001 | Camilli |
| 64 | PX | Letter from J. Fletcher to D. Wise dated May 29, 2001 | Fulkerson |
| 66 | PX | Pallet Storage | Camilli |
| 68 | PX | Letter from J. Fulkerson to T. Fuentes dated July 12, 2001 | Fletcher |
| 71 | PX | Letter from D. Camilli to J. Fulkerson dated July 17, 2001 | Camilli |
| 72 | PX | Letter from J. Fulkerson to D. Camilli dated July 19, 2001 | Fulkerson |
| 73 | PX | Letter from J. Fletcher to D. Camilli dated Aug 3, 2001 | Fulkerson |
| 74 | PX | Letter from J. Fulkerson to D. Camilli dated Aug 15, 2001 | Fulkerson |
| 75 | PX | Letter from M. Kraus to J. Fulkerson dated Aug 15, 2001 | Camilli |
| 76 | PX | Letter from J. Fulkerson to S. Adkins dated Aug. 15, 2001 | Fulkerson |
| 77 | PX | RFI #20 Profilograph | Wise |
| 83 | PX | Letter from D. Camilli to J. Fulkerson dated Sept 7, 2001 | Camilli |
| 86 | PX | E-mail from T. Fuentes to G. Gutierrez dated Sept. 14, 2001 in re to profilograph | Wise |
| 88 | PX | RFI#25 Profilograph | Wise |
| 92 | PX | Letter from D. Camilli to D. Wise dated Sept 18, 2001 | Camilli |
| 93 | PX | E-mail from T. Fuentes to G. Guetierrez dated Sept. 20, 2001 in re profilograph | Wise |
| 95 | PX | Letter from D. Camilli to J. Fulkerson dated Sept 24, 2001 | Camilli |
| 98 | PX | Letter from J. Fulkerson to D. Camilli dated Sept 25, 2001 | Fulkerson |
| 99 | PX | Letter from J. Fulkerson to D. Camilli dated Sept 26, 2001 | Fulkerson |
| 100 | PX | Letter from J. Fulkerson to D. Wise dated Sept 27, 2001 | Fulkerson |
| 108 | PX | Email from D. Boyer to T. Fuentes re profilograph | Wise |
| 110 | PX | E-mail from D. Wise to T. Fuentes in re to Profilograph | Wise |
| 111 | PX | E-mail from D. Wise to T. Fuentes in re to profilograph | Wise |

| | | | |
|---|---|---|---|
| 112 | PX | Mix Design Rev | Fulkerson |
| 113 | PX | Nov 2001 Schedule | Fulkerson |
| 114 | PX | Profilograph timeline | Wise |
| 118 | PX | Dec 2001 Schedule | Fulkerson |
| 121 | PX | Letter from J. Fulkerson to J. Camilli dated Jan. 5, 2002 | Fulkerson |
| 122 | PX | CMT Dirt Analysis | Herrin |
| 123 | PX | E-mail from T. Fuentes to D. Wise in re to Government Estimate | Wise |
| 125 | PX | E-mails (D. Wise and T. Fuentes) dated Oct. 17, 2001 – Feb. 5, 2002 in re to profilograph | Wise |
| 126 | PX | Request for Proposal | Wise |
| 127 | PX | Feb 2002 Schedule | Fulkerson |
| 128 | PX | Request for Proposal | Wise |
| 129 | PX | Response to Request for Proposal | Wise |
| 130 | PX | Mar 2002 Schedule | Fulkerson |
| 134 | PX | Profilograph | Wise |
| 140 | PX | CMT Analysis | Herrin |
| 143 | PX | Audit | Storey |
| 146 | PX | Cambro Elevation Drawing | Camilli |
| 152 | PX | John's Notes | Fulkerson |
| 174 | PX | Cambro Claim | Fulkerson |
| 175 | PX | Wenick Report | Wenick |
| 176 | PX | Dirt Claim | Fletcher |
| 177 | PX | Contract | Fulkerson |
| 178 | PX | Plans | Fletcher |
| 179 | PX | Amended Plans | Fletcher |
| 181 | PX | Drainage Chart | Herrin |
| 175A | PX | Wenick Report | Wenick |
| 180-116 | PX | Existing Conditions | Fletcher |
| 180-144 | PX | Slip Form Paver | Fulkerson |
| 180-145 | PX | Slip Form Paver | Fulkerson |
| 180-2 | PX | Aerial | Fulkerson |
| 180-29 | PX | Dowels | Fulkerson |
| 180-3 | PX | Aerial | Fulkerson |
| 180-30 | PX | Forming & Paving | Fulkerson |
| 180-39 | PX | Paving | Fulkerson |
| 180-7 | PX | Dowels & Basket | Fulkerson |
| 180-70 | PX | Forming | Fulkerson |