| Exh. No | | Description | Witness |
|---|---|---|---|
| 75 | DX | Letter from D. Camilli to C. Telles (JOBE) dated Apr 17, 2002 | Camilli |
| 77 | DX | QC Reports: 37,38,32,33,23,24,3,4,74,75 | Fletcher |
| 77 | DX | QA Report: 72,73 | Menchaca |
| 78 | DX | QC Reports: 15,16,19,20,23,24 | Fletcher |
| 79 | DX | QC Reports: 15,16,90,91 | Fletcher |
| 79 | DX | QC Reports: 98, 99, 107, 108,123,124,119,120,115,116,111,112, | Fulkerson |
| 79 | DX | QA Report: 47,48,84,85,102,103,18,19,13,14,26,27 | Menchaca |
| 80 | DX | QC Reports: 108,109,104,105,100,101,16,17,66,67 | Fletcher |
| 80 | DX | QC Reports: 41,42,45,46,24,25, 20,21,16,17,12,13,7,8,49,50,70,71,75,76,79,80,83,84,91,92, 95,96,112,113, 28,29,36,37,87,88, 20,21,104,105 | Fulkerson |
| 80 | DX | QA Report: 5,6,108,109,112,113 | Menchaca |
| 81 | DX | QC Reports: 36,37,40,41,44,45,28,29 | Fletcher |
| 83 | DX | QC Report: 7,8, 12,13,20,21,32,33,38,39,42,43,46,47,52,53,56,57,64,65,69,70,106,107, | Fulkerson |
| 83 | DX | QA Report: 75,76,108,109,112,113 | Menchaca |
| 84 | DX | QC Reports: 58,59,113,114,95,96 | Fulkerson |
| 84 | DX | QA Report: 3,4,54,55,60,61,64,65,68,69,85,86,93,94 | Menchaca |
| 85 | DX | QA Report: 10A,10B,62,63 | Menchaca |
| 86 | DX | QC Reports: 37,38, | Fulkerson |
| 88 | DX | QC Reports: 35,36,27,28,23,24,19,20,15,16,7,8,71,72,63,64,52,53 | Fulkerson |
| 117 | DX | Photo | Camilli |
| 155 | DX | Letter from M. Kraus to J. Fulkerson dated Sept 17, 2001 | Camilli |
| 191 | DX | SLI Invoices: 23,24,25,26,27 | Fletcher |
| 195 | DX | Daily Construction Reports pp. 47-214 | Camilli |
| 220 | DX | March 8, Schedule | Fulkerson |
| 221 | DX | Facsimile from J. Fulkerson to D. Camilli dated April 10, 2002 | Fulkerson |
| 222 | DX | Letter from S. Duba to L. Hamilton dated Nov 12, 2002 | Fulkerson |
| 232 | DX | ACE cross claim | Fulkerson |
| 233 | DX | ACE answer | Fulkerson |
| 237 | DX | Damage Chart | Sanford |