IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACE CONSTRUCTORS, INC., Plaintiff, | No. 04-299C |
| v. | (Judge Lettow) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S STATEMENT REGARDING CLOSING ARGUMENT

Pursuant to the Court's October 21, 2005 instruction (Trial Transcript 1305-07), defendant states that the Government requests an opportunity to present an oral closing argument.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-4325
Fax: (202) 514-7965

OF COUNSEL:
REX CROSSWHITE
Office of Counsel
Army Corps of Engineers
Fort Worth, Texas

December 20, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on December 20, 2005, a copy of the foregoing Defendant's Statement Regarding Closing Argument was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Timothy P. McIlmail