IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299-C

(Filed: December 22, 2005)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

## SCHEDULING ORDER

Pending before the court is Defendant's Statement Regarding Closing Argument, filed on December 20, 2005. Pursuant to the court's instructions at trial, Defendant requests an opportunity to present an oral closing argument.

A post-trial closing argument shall be held in this case on February 2, 2006, commencing at 10:00 a.m., at the National Courts Building, 717 Madison Pl., N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building. Counsel for plaintiff shall inform the court by January 30, 2006 whether he wishes to participate in the closing argument by telephonic means.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge