# In the United States Court of Federal Claims

**04-299C**

**Filed: February 27, 2006**

**ACE CONSTRUCTORS, INC.**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (one volume), w/Exhibits**
**Held in El Paso, Texas**
**October 17-21, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.