# In the United States Court of Federal Claims

**No. 04-299 C**

**ACE CONSTRUCTORS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order, filed March 31, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States an equitable adjustment in the amount of $1,383,009.97, plus interest, as well as a return of liquidated damages in the amount of $246,130.00. ACE also is awarded interest at the rate specified in 41 U.S.C. § 611, calculated from November 4, 2002, for the dirt claim ($501,012.49) and from August 6, 2003, for the other claims ($1,128,127.48), until the receipt of payment from the government. Ace is awarded costs of suit.

Brian Bishop
Clerk of Court

**March 31, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.