United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

April 4, 2006

William Robert Vezina, III, Esq.

Vezina, Lawrence & Piscitelli, P.A.

318 North Calhoun Street

Tallahassee, FL 32301

In re: ACE Constructors, Inc. v. United States, No.04-299 C

Dear Mr.Vezina:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 3, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade

Chief Deputy Clerk Operations

Enclosures

cc: Timothy Paul McIlmail, Esq.