**UNITED STATES COURT OF FEDERAL CLAIMS**

****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

****************************

**No. 04-299 C**

**Judge Charles F. Lettow**

**BILL OF COSTS**

Judgment with costs having been entered in the above-captioned case on the 31st day of March, 2006, the clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the clerk | $300.00 |
| Fees of the reporter for all or any part of the trial or hearing transcript necessarily obtained for use in the case | $12,474.15 |
| Fees for witnesses | $5,258.97 |
| Costs for certification or duplication of papers necessarily obtained for use in case, provide number of copies, total pages and cost per page | $0.00 |
| Costs incident to taking of depositions (if not of record, then attach statement as to need) | $2,945.61 |
| Costs pursuant to FRAP 29(e) | $0.00 |
| Other costs (itemize on attachment) | $0.00 |
| Total | **$18,033.12** |

## CERTIFICATION

**STATE OF FLORIDA** )
)
**COUNTY OF LEON** )

I certify under penalty of perjury under the laws of the United States of America: 1) that the foregoing costs are correct and were necessarily incurred in this action; 2) that the services for which fees have been charged were actually and necessarily performed; and 3) that a copy hereof was this day filed electronically and mailed to Timothy Paul McIlmail, U.S. Department of Justice, Civil Division – Commercial Litigation Branch, 1100 L Street NW, 8th Floor, Washington, DC 20005 and Rex Crosswhite, Office of Counsel, Army Corps of Engineers, Fort Worth, Texas with postage fully prepaid thereon. Executed on April 28, 2006.

W. Robert Vezina, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
413 East Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Facsimile: (850) 224-1353