UNITED STATES COURT OF FEDERAL CLAIMS

****************************

ACE CONSTRUCTORS, INC.,

Plaintiff,

No. 04-299 C

v.

Judge Charles F. Lettow

UNITED STATES ARMY
CORPS OF ENGINEERS,

Defendant.

****************************

AFFIDAVIT OF JOHN FULKERSON
SUPPORTING AWARD OF COSTS, FEES AND EXPENSES

STATE OF FLORIDA )
)
COUNTY OF __________)

Before me, the undersigned authority personally appeared John Fulkerson, who, being duly sworn, states:

1. At all times relevant to these proceedings, I was president of ACE Constructors, Inc ("ACE"), plaintiff in this case. I am authorized to give testimony on ACE's behalf, and all testimony herein is based on personal knowledge or on my review of ACE's business records as such are kept in the ordinary course of business

2. ACE is a Florida corporation engaged in the business of general construction contracting. On the date of filing this action, ACE had a net worth of less than $7,000,000.00 and employed fewer than 500 employees.

3. The summary of costs and the summary of fees and expenses attached as exhibits to ACE's memorandum supporting taxing of costs and motion and application for attorneys' fees

and related nontaxable expenses, reflect taxable costs and nontaxable fees, costs and expenses ACE actually incurred in the prosecution of this case. Those summaries are incorporated by reference. All available receipts, invoices and other documentation supporting ACE's claim for costs and claim for nontaxable fees and expenses are attached as composite Exhibits "1" and "2," respectively, to this affidavit.

4. All attorneys' and expert witness fees are reasonable and necessary under the facts and circumstances for prosecution of this case. The claimed hourly rates for both attorneys and the expert witness reflect rates below the market rates for services rendered.

5. All charges reflected in the summary of fees and expenses, including, without limitation, reprographic charges, postage and courier charges, long distance telephone and facsimile charges, travel expenses, and computerized legal research charges reflected are customarily billed to clients by their attorneys, were reasonable and necessary for the preparation and conduct of this action, and were incurred in addition to fees for the attorneys and the expert witness.

FURTHER AFFIANT SAYETH NOT

John Fulkerson
President, ACE Constructors, Inc.

Sworn to and subscribed before me this 28 day of April, 2006, by John Fulkerson, who is personally known to me.

(NOTARY PUBLIC SEAL)

Notary Public

VANESSA VAN CLEAF
MY COMMISSION # DD406016
EXPIRES: March 13, 2009
1-800-3-NOTARY Fl. Notary Discount Assoc. Co.