**UNITED STATES COURT OF FEDERAL CLAIMS**

*****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**No. 04-299 C**

**Judge Charles F. Lettow**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*****************************

**AFFIDAVIT OF W. ROBERT VEZINA, III**
**SUPPORTING AWARD OF COSTS, FEES AND EXPENSES**

**STATE OF FLORIDA )**
**)**
**COUNTY OF LEON )**

Before me, the undersigned authority, personally appeared W. Robert Vezina, III, who, being duly sworn, states from personal knowledge:

1. At all times, I was lead trial counsel for ACE Constructors, Inc., plaintiff in this case. The summary of costs and the summary of fees and expenses attached as exhibits to ACE's memorandum supporting taxing of costs and motion and application for attorneys' fees and related nontaxable expenses, reflect taxable costs and nontaxable fees, costs and expenses actually incurred in the prosecution of this case. Those summaries are incorporated by reference.

2. I am the managing shareholder of Vezina, Lawrence, & Piscitelli, P.A., a law firm dedicated to the specialized practice areas of construction litigation and, even more specifically, government contract litigation. I have devoted my practice to these specialties for over 20 years. Bradley S. Copenhaver, a shareholder of Vezina, Lawrence, & Piscitelli, P.A., and co-counsel

for ACE in this action, has practiced exclusively in these specialties for the past seven years.

3. All attorneys' and expert witness' fees claimed herein were reasonable and necessary under the facts and circumstances for prosecution of the case. The claimed hourly rates for both attorneys and the expert witness reflect rates significantly below the market rates for services rendered.

4. All charges reflected in the summary of fees and expenses, including, without limitation, copy charges, postage and courier charges, long distance telephone and facsimile charges, travel expenses, and computerized legal research charges reflected are customarily billed to clients by their attorneys, were reasonable and necessary for the preparation and conduct of this action, and were incurred in addition to fees for the attorneys and the expert witness.

FURTHER AFFIANT SAYETH NOT.

W. Robert Vezina III

W. Robert Vezina, III
Attorney for ACE Constructors, Inc.

Sworn to and subscribed before me this 28 day of April, 2006, by W. Robert Vezina, III, who is personally known to me.

(NOTARY PUBLIC SEAL)

VANESSA VAN CLEAF
MY COMMISSION # DD406016
EXPIRES: March 13, 2009
1-8004-NOTARY FL Notary Discount Assoc. Co.

Vanessa Van Cleaf

Notary Public

# SUMMARY OF COSTS

## A. COURT SERVICES

| Payee | Date | Description | Amount |
|---|---|---|---|
| Clerk of the U.S. Court of Fed. Claims | 03/04/2004 | Filing Fee | $150.00 |
| Clerk of the U.S. Court of Fed. Claims | 05/17/2005 | Fee | $150.00 |
| | | **TOTAL** | **$300.00** |

## B. STENOGRAPHIC SERVICES

| Company | Date | Description | Amount |
|---|---|---|---|
| Brannon Rasberry & Associates, Inc. | 04/05/2005 | Depositions of Danny Menchaca, Telo Fuentes and David L. Wise | $1,828.75 |
| Accurate Stenotype Reporters | 06/10/2005 | Deposition of Jerry Fletcher, Allen Nobles and Louis Wenick | $329.75 |
| Heritage Reporting Corporation | 10/11/2005 | Hearing Transcript | $250.30 |
| Keith & Miller Certified Court Reporters | 10/20/2005 | Deposition of Will Sanford | $644.30 |
| Keith & Miller Certified Court Reporters | 10/21/2005 | Copies | $142.81 |
| Heritage Reporting Corporation | 11/04/2005 | Trial Transcripts | $11,917.00 |
| Heritage Reporting Corporation | 02/02/2006 | Hearing Transcript | $306.85 |
| | | **TOTAL** | **$15,419.76** |

## C. WITNESS FEES & COSTS

| Witness Name | Date | Description | Amount |
|---|---|---|---|
| Jerry Fletcher | 06/03/2005 | Witness Fee | $40.00 |
| | 10/16/2005 | Meals | $10.00 |
| | 10/16/2005 | Lodging | $103.00 |
| | 10/16/2005 | Parking/Tolls | $70.00 |
| | 10/16/2005 | Travel | $791.30 |
| | 10/17/2005 | Witness fee | $40.00 |
| Louis M. Wenick, P.E. | 06/02/2005 | Witness Fee | $40.00 |
| | 06/03/2005 | Lodging | $113.00 |
| | 10/16-21/2005 | Travel | $1,408.13 |
| | 10/16-21/2005 | Lodging | $565.00 |
| | 10/20/2005 | Witness Fee | $40.00 |
| | 10/21/2005 | Witness Fee | $40.00 |

| | | | |
|---|---|---|---|
| Delbert Hyland | 03/31/05 | Witness Fee | $40.00 |
| | 06/04/2005 | Witness Fee | $40.00 |
| John Fulkerson | 03/31/2005 | Witness Fee | $40.00 |
| | 03/31/2005 | Meals | $60.40 |
| | 10/17-21/2005 | Witness Fee | $120.00 |
| | 10/17-21/2005 | Travel | $268.30 |
| | 10/17-21/2005 | Lodging | $990.84 |
| | 10/17-21/2005 | Meals | $439.00 |
| | | **TOTAL** | **$5,258.97** |

**Total Taxable Costs** **$ 20,978.73**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 11/22/2002** | | | | | | | | |
| 9.004 | 11/22/2002 | 1 | A | 50 | | 2.83 | Long Distance<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 11/22/2002 | 1 | A | 53 | | 0.44 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 11/22/2002** | | | | | Billable | 3.27 | | |
| **Transaction Date 03/24/2003** | | | | | | | | |
| 9.004 | 03/24/2003 | 1 | A | 53 | | 0.44 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/24/2003** | | | | | Billable | 0.44 | | |
| **Transaction Date 04/11/2003** | | | | | | | | |
| 9.004 | 04/11/2003 | 1 | A | 55 | | 2.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 04/11/2003** | | | | | Billable | 2.00 | | |
| **Transaction Date 04/16/2003** | | | | | | | | |
| 9.004 | 04/16/2003 | 1 | A | 55 | | 2.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 04/16/2003** | | | | | Billable | 2.00 | | |
| **Transaction Date 04/23/2003** | | | | | | | | |
| 9.004 | 04/23/2003 | 1 | A | 50 | | 1.99 | Long Distance<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 04/23/2003** | | | | | Billable | 1.99 | | |
| **Transaction Date 05/21/2003** | | | | | | | | |
| 9.004 | 05/21/2003 | 1 | A | 76 | | 26.30 | Legal Research/Westlaw<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 05/21/2003 | 1 | A | 76 | | 253.65 | Legal Research/Westlaw<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 05/21/2003** | | | | | Billable | 279.95 | | |
| **Transaction Date 06/24/2003** | | | | | | | | |
| 9.004 | 06/24/2003 | 1 | A | 51 | | 5.00 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 06/24/2003 | 1 | A | 51 | | 1.50 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 06/24/2003 | 1 | A | 51 | | 2.00 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 06/24/2003** | | | | | Billable | 8.50 | | |
| **Transaction Date 12/26/2003** | | | | | | | | |
| 9.004 | 12/26/2003 | 1 | A | 76 | | 6.66 | Legal Research/Westlaw<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 12/26/2003** | | | | | Billable | 6.66 | | |
| **Transaction Date 01/22/2004** | | | | | | | | |
| 9.004 | 01/22/2004 | 1 | A | 55 | | 13.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 01/22/2004** | | | | | Billable | 13.00 | | |
| **Transaction Date 02/24/2004** | | | | | | | | |
| 9.004 | 02/24/2004 | 1 | A | 56 | | 50.00 | Clerk, U.S. Court of Federal Claims re admissions fee for R. Vezina<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 02/24/2004** | | | | | | | | |
| **Total for Transaction Date 02/24/2004** | | | | | Billable | 50.00 | | |
| **Transaction Date 03/03/2004** | | | | | | | | |
| 9.004 | 03/03/2004 | 1 | A | 172 | | 21.59 | Courier FedEx<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/03/2004** | | | | | Billable | 21.59 | | |
| **Transaction Date 03/04/2004** | | | | | | | | |
| 9.004 | 03/04/2004 | 1 | A | 70 | | 150.00 | Filing fee United States Court of Federal Claims<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/04/2004** | | | | | Billable | 150.00 | | |
| **Transaction Date 03/10/2004** | | | | | | | | |
| 9.004 | 03/10/2004 | 1 | A | 53 | | 42.61 | Postage FedEx<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/10/2004** | | | | | Billable | 42.61 | | |
| **Transaction Date 03/16/2004** | | | | | | | | |
| 9.004 | 03/16/2004 | 1 | A | 53 | | 21.84 | Postage FedEx<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/16/2004** | | | | | Billable | 21.84 | | |
| **Transaction Date 03/23/2004** | | | | | | | | |
| 9.004 | 03/23/2004 | 1 | A | 50 | | 0.81 | Long Distance<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/23/2004 | 1 | A | 76 | | 3.34 | Legal Research/Westlaw<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/23/2004** | | | | | Billable | 4.15 | | |
| **Transaction Date 06/09/2004** | | | | | | | | |
| 9.004 | 06/09/2004 | 1 | A | 55 | | 3.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 06/09/2004** | | | | | Billable | 3.00 | | |
| **Transaction Date 06/24/2004** | | | | | | | | |
| 9.004 | 06/24/2004 | 1 | A | 53 | | 3.20 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 06/24/2004 | 1 | A | 76 | | 1.19 | Legal Research/ PACER Service Center<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 06/24/2004** | | | | | Billable | 4.39 | | |
| **Transaction Date 07/16/2004** | | | | | | | | |
| 9.004 | 07/16/2004 | 1 | A | 50 | | 0.52 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 07/16/2004** | | | | | Billable | 0.52 | | |
| **Transaction Date 07/23/2004** | | | | | | | | |
| 9.004 | 07/23/2004 | 1 | A | 76 | | 18.26 | Legal Research/Westlaw<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 07/23/2004 | 1 | A | 76 | | 1.15 | Legal Research/Westlaw<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 07/23/2004** | | | | | Billable | 19.41 | | |
| **Transaction Date 08/24/2004** | | | | | | | | |
| 9.004 | 08/24/2004 | 1 | A | 50 | | 1.93 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 08/24/2004** | | | | | | | | |
| 9.004 | 08/24/2004 | 1 | A | 53 | | 1.11 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 08/24/2004** | | | | | Billable | 3.04 | | |
| **Transaction Date 08/25/2004** | | | | | | | | |
| 9.004 | 08/25/2004 | 1 | A | 55 | | 1.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 08/25/2004** | | | | | Billable | 1.00 | | |
| **Transaction Date 08/26/2004** | | | | | | | | |
| 9.004 | 08/26/2004 | 1 | A | 55 | | 2.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 08/26/2004** | | | | | Billable | 2.00 | | |
| **Transaction Date 08/30/2004** | | | | | | | | |
| 9.004 | 08/30/2004 | 1 | A | 51 | | 14.50 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 08/30/2004** | | | | | Billable | 14.50 | | |
| **Transaction Date 09/08/2004** | | | | | | | | |
| 9.004 | 09/08/2004 | 1 | A | 55 | | 5.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 09/08/2004** | | | | | Billable | 5.00 | | |
| **Transaction Date 09/21/2004** | | | | | | | | |
| 9.004 | 09/21/2004 | 1 | A | 76 | | 48.97 | Legal Research/Westlaw<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 09/21/2004** | | | | | Billable | 48.97 | | |
| **Transaction Date 09/23/2004** | | | | | | | | |
| 9.004 | 09/23/2004 | 1 | A | 50 | | 8.62 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 09/23/2004** | | | | | Billable | 8.62 | | |
| **Transaction Date 09/24/2004** | | | | | | | | |
| 9.004 | 09/24/2004 | 1 | A | 53 | | 2.82 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 09/24/2004** | | | | | Billable | 2.82 | | |
| **Transaction Date 09/30/2004** | | | | | | | | |
| 9.004 | 09/30/2004 | 1 | A | 76 | | 4.51 | Legal Research/Westlaw West Group Payment Center<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 09/30/2004** | | | | | Billable | 4.51 | | |
| **Transaction Date 10/22/2004** | | | | | | | | |
| 9.004 | 10/22/2004 | 1 | A | 50 | | 1.33 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/22/2004** | | | | | Billable | 1.33 | | |
| **Transaction Date 12/03/2004** | | | | | | | | |
| 9.004 | 12/03/2004 | 1 | A | 55 | | 3.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 12/03/2004 | 1 | A | 55 | | 3.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 12/03/2004** | | | | | Billable | 6.00 | | |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 12/23/2004** | | | | | | | | |
| 9.004 | 12/23/2004 | 1 | A | 50 | | 0.68 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 12/23/2004** | | | | | Billable | 0.68 | | |
| **Transaction Date 01/08/2005** | | | | | | | | |
| 9.004 | 01/08/2005 | 1 | A | 55 | | 4.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 01/08/2005** | | | | | Billable | 4.00 | | |
| **Transaction Date 01/27/2005** | | | | | | | | |
| 9.004 | 01/27/2005 | 1 | A | 55 | | 6.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 01/27/2005** | | | | | Billable | 6.00 | | |
| **Transaction Date 01/31/2005** | | | | | | | | |
| 9.004 | 01/31/2005 | 1 | A | 53 | 1.200 | 0.37 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 01/31/2005 | 1 | A | 50 | | 1.05 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 01/31/2005** | | | | | Billable | 1.42 | | |
| **Transaction Date 02/03/2005** | | | | | | | | |
| 9.004 | 02/03/2005 | 1 | A | 172 | | 30.43 | Courier Pitney Bowes Inc.<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 02/03/2005** | | | | | Billable | 30.43 | | |
| **Transaction Date 02/04/2005** | | | | | | | | |
| 9.004 | 02/04/2005 | 1 | A | 55 | | 10.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 02/04/2005 | 1 | A | 55 | | 10.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 02/04/2005** | | | | | Billable | 20.00 | | |
| **Transaction Date 02/25/2005** | | | | | | | | |
| 9.004 | 02/25/2005 | 1 | A | 57 | | 579.80 | Airfare Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 02/25/2005 | 1 | A | 80 | | 8.61 | Meals Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 02/25/2005 | 1 | A | 81 | | 19.50 | Parking/Taxi/Tolls Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 02/25/2005** | | | | | Billable | 607.91 | | |
| **Transaction Date 02/28/2005** | | | | | | | | |
| 9.004 | 02/28/2005 | 1 | A | 50 | | 3.88 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 02/28/2005 | 1 | A | 55 | | 2.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 02/28/2005 | 1 | A | 51 | 0.250 | 12.50 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 02/28/2005** | | | | | Billable | 18.38 | | |
| **Transaction Date 03/08/2005** | | | | | | | | |
| 9.004 | 03/08/2005 | 1 | A | 55 | | 4.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 03/08/2005** | | | | | | | | |
| **Total for Transaction Date 03/08/2005** | | | | | Billable | 4.00 | | |
| **Transaction Date 03/14/2005** | | | | | | | | |
| 9.004 | 03/14/2005 | 1 | A | 55 | | 4.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/14/2005 | 1 | A | 55 | | 4.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/14/2005 | 1 | A | 55 | | 3.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/14/2005 | 1 | A | 55 | | 2.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/14/2005 | 1 | A | 172 | | 83.82 | Courier Pitney Bowes Inc.<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/14/2005** | | | | | Billable | 96.82 | | |
| **Transaction Date 03/15/2005** | | | | | | | | |
| 9.004 | 03/15/2005 | 1 | A | 57 | | 717.20 | Airfare Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/15/2005 | 1 | A | 54 | | 150.08 | Lodging Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/15/2005 | 1 | A | 80 | | 10.00 | Meals Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/15/2005 | 1 | A | 81 | | 20.00 | Parking/Taxi/Tolls Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/15/2005** | | | | | Billable | 897.28 | | |
| **Transaction Date 03/23/2005** | | | | | | | | |
| 9.004 | 03/23/2005 | 1 | A | 57 | | 754.79 | Airfare Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/23/2005 | 1 | A | 80 | | 50.97 | Meals Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/23/2005 | 1 | A | 54 | | 191.17 | Lodging Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/23/2005 | 1 | A | 82 | | 106.28 | Rental Car/Mileage/Gasoline Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/23/2005** | | | | | Billable | 1103.21 | | |
| **Transaction Date 03/28/2005** | | | | | | | | |
| 9.004 | 03/28/2005 | 1 | A | 73 | | 138.90 | Outside Copies Capitol Blueprint Company<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/28/2005 | 1 | A | 73 | | 69.37 | Outside Copies Capitol Blueprint Company<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 03/28/2005** | | | | | Billable | 208.27 | | |
| **Transaction Date 03/31/2005** | | | | | | | | |
| 9.004 | 03/31/2005 | 1 | A | 50 | | 2.12 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/31/2005 | 1 | A | 53 | 1.200 | 0.37 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/31/2005 | 1 | A | 51 | 0.250 | 30.25 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 03/31/2005 | 1 | A | 51 | 0.250 | 1.50 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 03/31/2005** | | | | | | | | |
| **Total for Transaction Date 03/31/2005** | | | | | Billable | 34.24 | | |
| **Transaction Date 04/01/2005** | | | | | | | | |
| 9.004 | 04/01/2005 | 1 | A | 57 | | 578.30 | Airfare Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/01/2005 | 1 | A | 81 | | 40.00 | Parking/Taxi/Tolls Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/01/2005 | 1 | A | 80 | | 45.76 | Meals Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/01/2005 | 1 | A | 82 | | 159.79 | Rental Car/Mileage/Gasoline Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/01/2005 | 1 | A | 82 | | 275.52 | Rental Car/Mileage/Gasoline Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/01/2005 | 1 | A | 55 | | 13.00 | Fax ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/01/2005 | 1 | A | 55 | | 1.00 | Fax ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 04/01/2005** | | | | | Billable | 1113.37 | | |
| **Transaction Date 04/08/2005** | | | | | | | | |
| 9.004 | 04/08/2005 | 1 | A | 73 | | 86.86 | Outside Copies Action Legal Copy Service, Inc. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 04/08/2005** | | | | | Billable | 86.86 | | |
| **Transaction Date 04/14/2005** | | | | | | | | |
| 9.004 | 04/14/2005 | 1 | A | 56 | | 13.13 | Consulting Services Crawford, Murphey & Tilly, Inc. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 04/14/2005** | | | | | Billable | 13.13 | | |
| **Transaction Date 04/19/2005** | | | | | | | | |
| 9.004 | 04/19/2005 | 1 | A | 82 | | 10.00 | Rental Car/Mileage/Gasoline Mullin, David K. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 04/19/2005** | | | | | Billable | 10.00 | | |
| **Transaction Date 04/30/2005** | | | | | | | | |
| 9.004 | 04/30/2005 | 1 | A | 50 | | 2.39 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/30/2005 | 1 | A | 50 | | 0.07 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/30/2005 | 1 | A | 51 | 0.250 | 5.75 | Copies ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/30/2005 | 1 | A | 51 | 0.250 | 10.00 | Copies ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 04/30/2005 | 1 | A | 53 | 1.200 | 2.22 | Postage ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 04/30/2005** | | | | | Billable | 20.43 | | |
| **Transaction Date 05/02/2005** | | | | | | | | |
| 9.004 | 05/02/2005 | 1 | A | 56 | | 1.00 | Good Standing Certificate Fee Clerk of the Florida Supreme Court ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 05/02/2005** | | | | | Billable | 1.00 | | |
| **Transaction Date 05/06/2005** | | | | | | | | |
| 9.004 | 05/06/2005 | 1 | A | 55 | | 6.00 | Fax ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 05/06/2005** | | | | | | | | |
| 9.004 | 05/06/2005 | 1 | A | 55 | | 1.00 | Fax<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 05/06/2005 | 1 | A | 80 | | 15.88 | Meals Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 05/06/2005** | | | | | Billable | 22.88 | | |
| **Transaction Date 05/17/2005** | | | | | | | | |
| 9.004 | 05/17/2005 | 1 | A | 56 | | 150.00 | Clerk, U.S. Court of Federal Claims fee<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 05/17/2005 | 1 | A | 82 | | 117.05 | Rental Car/Mileage/Gasoline Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 05/17/2005** | | | | | Billable | 267.05 | | |
| **Transaction Date 05/20/2005** | | | | | | | | |
| 9.004 | 05/20/2005 | 1 | A | 73 | | 28.50 | Outside Copies Gordon & Mott P.C.<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 05/20/2005** | | | | | Billable | 28.50 | | |
| **Transaction Date 05/31/2005** | | | | | | | | |
| 9.004 | 05/31/2005 | 1 | A | 50 | | 9.82 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 05/31/2005 | 1 | A | 50 | | 0.67 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 05/31/2005** | | | | | Billable | 10.49 | | |
| **Transaction Date 06/02/2005** | | | | | | | | |
| 9.004 | 06/02/2005 | 1 | A | 54 | | 88.09 | Lodging W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 06/02/2005** | | | | | Billable | 88.09 | | |
| **Transaction Date 06/04/2005** | | | | | | | | |
| 9.004 | 06/04/2005 | 1 | A | 75 | | 200.00 | Witness Fee Delbert Hyland<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 06/04/2005** | | | | | Billable | 200.00 | | |
| **Transaction Date 06/06/2005** | | | | | | | | |
| 9.004 | 06/06/2005 | 1 | A | 73 | | 26.32 | Outside Copies Action Legal Copy Service, Inc.<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 06/06/2005** | | | | | Billable | 26.32 | | |
| **Transaction Date 06/10/2005** | | | | | | | | |
| 9.004 | 06/10/2005 | 1 | A | 77 | | 329.75 | Court Reporter Accurate Stenotype Reporters, Inc.<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 06/10/2005** | | | | | Billable | 329.75 | | |
| **Transaction Date 06/21/2005** | | | | | | | | |
| 9.004 | 06/21/2005 | 1 | A | 50 | | 2.64 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 06/21/2005** | | | | | Billable | 2.64 | | |
| **Transaction Date 06/30/2005** | | | | | | | | |
| 9.004 | 06/30/2005 | 1 | A | 53 | 1.200 | 9.57 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 06/30/2005 | 1 | A | 53 | 1.200 | 3.19 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 06/30/2005 | 1 | A | 76 | | 21.14 | Legal Research/Westlaw West Group Payment Center | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 06/30/2005** | | | | | | | | |
| | | | | | | | ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | |
| **Total for Transaction Date 06/30/2005** | | | | | Billable | 33.90 | | |
| **Transaction Date 07/06/2005** | | | | | | | | |
| 9.004 | 07/06/2005 | 1 | A | 73 | | 48.32 | Outside Copies Action Legal Copy Service, Inc. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 07/06/2005** | | | | | Billable | 48.32 | | |
| **Transaction Date 07/07/2005** | | | | | | | | |
| 9.004 | 07/07/2005 | 1 | A | 57 | | 634.30 | Airfare Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 07/07/2005 | 1 | A | 54 | | 257.12 | Lodging Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 07/07/2005 | 1 | A | 82 | | 24.00 | Rental Car/Mileage/Gasoline Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 07/07/2005 | 1 | A | 80 | | 30.12 | Meals Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 07/07/2005 | 1 | A | 76 | | 6.16 | Legal Research/PACER Service Center ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 07/07/2005** | | | | | Billable | 951.70 | | |
| **Transaction Date 07/08/2005** | | | | | | | | |
| 9.004 | 07/08/2005 | 1 | A | 56 | | 106.00 | Mediation room Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 07/08/2005** | | | | | Billable | 106.00 | | |
| **Transaction Date 07/29/2005** | | | | | | | | |
| 9.004 | 07/29/2005 | 1 | A | 73 | | 1796.26 | Outside Copies Action Legal Copy Service, Inc. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 07/29/2005** | | | | | Billable | 1796.26 | | |
| **Transaction Date 07/31/2005** | | | | | | | | |
| 9.004 | 07/31/2005 | 1 | A | 50 | | 2.72 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 07/31/2005** | | | | | Billable | 2.72 | | |
| **Transaction Date 08/23/2005** | | | | | | | | |
| 9.004 | 08/23/2005 | 1 | A | 50 | | 3.54 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 08/23/2005** | | | | | Billable | 3.54 | | |
| **Transaction Date 08/31/2005** | | | | | | | | |
| 9.004 | 08/31/2005 | 1 | A | 53 | 1.200 | 4.34 | Postage ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 08/31/2005 | 1 | A | 76 | | 323.48 | Legal Research/Westlaw West Group Payment Center ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 08/31/2005** | | | | | Billable | 327.82 | | |
| **Transaction Date 09/15/2005** | | | | | | | | |
| 9.004 | 09/15/2005 | 1 | A | 50 | | 1.06 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 09/15/2005 | 1 | A | 50 | | 0.60 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 09/15/2005** | | | | | Billable | 1.66 | | |

Date: 04/05/2006

# Detail Cost Transaction File List

VEZINA, LAWRENCE & PISCITELLI, P.A.



| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 09/30/2005** | | | | | | | | |
| 9.004 | 09/30/2005 | 1 | A | 51 | 0.250 | 3.00 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 09/30/2005 | 1 | A | 51 | 0.250 | 22.50 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 09/30/2005 | 1 | A | 53 | 1.200 | 4.75 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 09/30/2005 | 1 | A | 51 | 0.250 | 1.50 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 09/30/2005 | 1 | A | 51 | 0.250 | 4.50 | Copies<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 09/30/2005 | 1 | A | 53 | 1.200 | 0.37 | Postage<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 09/30/2005 | 1 | A | 172 | | 10.62 | Courier Pitney Bowes Purchase Power<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 09/30/2005** | | | | | Billable | 47.24 | | |
| **Transaction Date 10/06/2005** | | | | | | | | |
| 9.004 | 10/06/2005 | 1 | A | 172 | | 88.54 | Courier Pitney Bowes Purchase Power<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/06/2005 | 1 | A | 172 | | 145.10 | Courier Pitney Bowes Purchase Power<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/06/2005 | 1 | A | 172 | | 65.11 | Courier Pitney Bowes Purchase Power<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/06/2005** | | | | | Billable | 298.75 | | |
| **Transaction Date 10/10/2005** | | | | | | | | |
| 9.004 | 10/10/2005 | 1 | A | 57 | | 390.79 | Airfare Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/10/2005 | 1 | A | 54 | | 291.98 | Lodging Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/10/2005 | 1 | A | 80 | | 61.91 | Meals Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/10/2005 | 1 | A | 81 | | 16.00 | Parking/Taxi/Tolls Bradley Copenhaver<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/10/2005** | | | | | Billable | 760.68 | | |
| **Transaction Date 10/11/2005** | | | | | | | | |
| 9.004 | 10/11/2005 | 1 | A | 54 | | 309.61 | Lodging W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/11/2005 | 1 | A | 57 | | 390.79 | Airfare W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/11/2005 | 1 | A | 81 | | 40.00 | Parking/Taxi/Tolls W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/11/2005 | 1 | A | 80 | | 94.58 | Meals W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/11/2005** | | | | | Billable | 834.98 | | |
| **Transaction Date 10/12/2005** | | | | | | | | |
| 9.004 | 10/12/2005 | 1 | A | 172 | | 156.45 | Courier Pitney Bowes Purchase Power<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/12/2005 | 1 | A | 172 | | 97.92 | Courier Pitney Bowes Purchase Power<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/12/2005 | 1 | A | 172 | | 89.75 | Courier Pitney Bowes Purchase Power<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 10/12/2005** | | | | | | | | |
| 9.004 | 10/12/2005 | 1 | A | 172 | | 48.96 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/12/2005 | 1 | A | 172 | | 87.03 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/12/2005 | 1 | A | 172 | | 97.94 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/12/2005** | | | | | Billable | 578.05 | | |
| **Transaction Date 10/13/2005** | | | | | | | | |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 174.02 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 94.10 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 116.07 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 203.21 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 68.00 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 70.72 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 84.32 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 65.28 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 57.12 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 46.24 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 48.96 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 87.04 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 87.04 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/13/2005 | 1 | A | 172 | | 68.00 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/13/2005** | | | | | Billable | 1270.12 | | |
| **Transaction Date 10/14/2005** | | | | | | | | |
| 9.004 | 10/14/2005 | 1 | A | 73 | | 182.23 | Outside Copies Action Legal Copy Service, Inc. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/14/2005** | | | | | Billable | 182.23 | | |
| **Transaction Date 10/15/2005** | | | | | | | | |
| 9.004 | 10/15/2005 | 1 | A | 57 | | 559.29 | Airfare W. Robert Vezina, III ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/15/2005 | 1 | A | 80 | | 292.92 | Meals W. Robert Vezina, III ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/15/2005 | 1 | A | 54 | | 1162.38 | Lodging W. Robert Vezina, III ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/15/2005 | 1 | A | 81 | | 64.00 | Parking/Taxi/Tolls W. Robert Vezina, III ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/15/2005 | 1 | A | 57 | | 2468.88 | Airfare Bradley Copenhaver (includes witness' airfare) | ARCH |

**Detail Cost Transaction File List**
VEZINA, LAWRENCE & PISCITELLI, P.A.

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 10/15/2005** | | | | | | | ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | |
| 9.004 | 10/15/2005 | 1 | A | 54 | | 2248.06 | Lodging Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/15/2005 | 1 | A | 80 | | 84.93 | Meals Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/15/2005 | 1 | A | 82 | | 555.70 | Rental Car/Mileage/Gasoline Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/15/2005** | | | | | Billable | 7436.16 | | |
| **Transaction Date 10/16/2005** | | | | | | | | |
| 9.004 | 10/16/2005 | 1 | A | 80 | | 11.61 | Meals Jerry Fletcher ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/16/2005 | 1 | A | 81 | | 70.00 | Parking/Taxi/Tolls Jerry Fletcher ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/16/2005 | 1 | A | 75 | | 1500.00 | Witness Fee Jerry Fletcher ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/16/2005** | | | | | Billable | 1581.61 | | |
| **Transaction Date 10/20/2005** | | | | | | | | |
| 9.004 | 10/20/2005 | 1 | A | 172 | | 21.43 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/20/2005** | | | | | Billable | 21.43 | | |
| **Transaction Date 10/21/2005** | | | | | | | | |
| 9.004 | 10/21/2005 | 1 | A | 73 | | 142.81 | Outside Copies Keith & Miller Certified Court Reporters ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/21/2005** | | | | | Billable | 142.81 | | |
| **Transaction Date 10/31/2005** | | | | | | | | |
| 9.004 | 10/31/2005 | 1 | A | 51 | 0.250 | 0.25 | Copies ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/31/2005 | 1 | A | 76 | | 444.15 | Legal Research/Westlaw West Group Payment Center ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 10/31/2005 | 1 | A | 76 | | 162.36 | Legal Research/Westlaw West Group Payment Center ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 10/31/2005** | | | | | Billable | 606.76 | | |
| **Transaction Date 11/04/2005** | | | | | | | | |
| 9.004 | 11/04/2005 | 1 | A | 77 | | 11917.00 | Court Reporter Bradley Copenhaver ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 11/04/2005** | | | | | Billable | 11917.00 | | |
| **Transaction Date 11/16/2005** | | | | | | | | |
| 9.004 | 11/16/2005 | 1 | A | 50 | | 1.18 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 11/16/2005 | 1 | A | 76 | | 74.57 | Legal Research/Westlaw West Group Payment Center ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 11/16/2005** | | | | | Billable | 75.75 | | |
| **Transaction Date 11/21/2005** | | | | | | | | |
| 9.004 | 11/21/2005 | 1 | A | 172 | | 7.17 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 11/21/2005 | 1 | A | 172 | | 8.02 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 11/21/2005 | 1 | A | 172 | | 8.02 | Courier Pitney Bowes Purchase Power | ARCH |

Date: 04/05/2006

**Detail Cost Transaction File List**
VEZINA, LAWRENCE & PISCITELLI, P.A.



| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 11/21/2005** | | | | | | | ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | |
| 9.004 | 11/21/2005 | 1 | A | 172 | | 8.72 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 11/21/2005 | 1 | A | 172 | | 7.17 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 11/21/2005 | 1 | A | 172 | | 6.38 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 11/21/2005** | | | | | Billable | 45.48 | | |
| **Transaction Date 11/30/2005** | | | | | | | | |
| 9.004 | 11/30/2005 | 1 | A | 53 | 1.200 | 1.48 | Postage ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 11/30/2005** | | | | | Billable | 1.48 | | |
| **Transaction Date 12/15/2005** | | | | | | | | |
| 9.004 | 12/15/2005 | 1 | A | 172 | | 27.90 | Courier Pitney Bowes Purchase Power ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 12/15/2005** | | | | | Billable | 27.90 | | |
| **Transaction Date 12/21/2005** | | | | | | | | |
| 9.004 | 12/21/2005 | 1 | A | 73 | | 81.70 | Outside Copies Action Legal Copy Service, Inc. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 12/21/2005** | | | | | Billable | 81.70 | | |
| **Transaction Date 12/29/2005** | | | | | | | | |
| 9.004 | 12/29/2005 | 1 | A | 50 | | 0.04 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 12/29/2005 | 1 | A | 50 | | 0.09 | Long Distance MCI ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 12/29/2005** | | | | | Billable | 0.13 | | |
| **Transaction Date 12/30/2005** | | | | | | | | |
| 9.004 | 12/30/2005 | 1 | A | 53 | 1.200 | 20.39 | Postage ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 12/30/2005 | 1 | A | 53 | 1.200 | 0.83 | Postage ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 12/30/2005 | 1 | A | 51 | 0.250 | 3.25 | Copies ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 12/30/2005** | | | | | Billable | 24.47 | | |
| **Transaction Date 12/31/2005** | | | | | | | | |
| 9.004 | 12/31/2005 | 1 | A | 76 | | 7.84 | Legal Research/Westlaw PACER Service Center ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 12/31/2005 | 1 | A | 76 | | 800.33 | Legal Research/Westlaw ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 12/31/2005** | | | | | Billable | 808.17 | | |
| **Transaction Date 01/26/2006** | | | | | | | | |
| 9.004 | 01/26/2006 | 1 | A | 172 | | 5.25 | Courier Pitney Bowes Inc. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 01/26/2006 | 1 | A | 172 | | 5.25 | Courier Pitney Bowes Inc. ACE Constructors, Inc. v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 01/26/2006** | | | | | Billable | 10.50 | | |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 02/01/2006** | | | | | | | | |
| 9.004 | 02/01/2006 | 1 | P | 57 | | 328.20 | Airfare W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | 227 |
| 9.004 | 02/01/2006 | 1 | P | 54 | | 323.13 | Lodging W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | 228 |
| 9.004 | 02/01/2006 | 1 | P | 80 | | 68.88 | Meals W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | 229 |
| 9.004 | 02/01/2006 | 1 | P | 81 | | 58.00 | Parking/Taxi/Tolls W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | 230 |
| **Total for Transaction Date 02/01/2006** | | | | | Billable | 778.21 | | |
| **Transaction Date 02/02/2006** | | | | | | | | |
| 9.004 | 02/02/2006 | 1 | A | 172 | | 43.63 | Courier Pitney Bowes Inc.<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 02/02/2006** | | | | | Billable | 43.63 | | |
| **Transaction Date 02/15/2006** | | | | | | | | |
| 9.004 | 02/15/2006 | 1 | A | 172 | | 28.66 | Courier Pitney Bowes Inc.<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| 9.004 | 02/15/2006 | 1 | A | 172 | | 39.97 | Courier Pitney Bowes Inc.<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 02/15/2006** | | | | | Billable | 68.63 | | |
| **Transaction Date 02/28/2006** | | | | | | | | |
| 9.004 | 02/28/2006 | 1 | A | 50 | | 0.30 | Long Distance MCI<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | ARCH |
| **Total for Transaction Date 02/28/2006** | | | | | Billable | 0.30 | | |
| **Transaction Date 03/23/2006** | | | | | | | | |
| 9.004 | 03/23/2006 | 1 | P | 57 | | 608.00 | Airfare W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | 231 |
| 9.004 | 03/23/2006 | 1 | P | 54 | | 283.65 | Lodging W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | 232 |
| 9.004 | 03/23/2006 | 1 | P | 80 | | 14.37 | Meals W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | 233 |
| 9.004 | 03/23/2006 | 1 | P | 81 | | 73.00 | Parking/Taxi/Tolls W. Robert Vezina, III<br>ACE Constructors, Inc.<br>v. United State Corps of Engineers; Ft. Bliss | 234 |
| **Total for Transaction Date 03/23/2006** | | | | | Billable | 979.02 | | |

**GRAND TOTALS**

| | |
|---|---|
| Billable | 37881.37 |

**BRANNON RASBERRY & ASSOCIATES, INC.**
*CERTIFIED SHORTHAND REPORTERS*
*300 E. MAIN, SUITE 1024*
*EL PASO, TEXAS 79901-1350*
*(915) 533-1199 1-800-526-5913*
*TELEFAX (915) 542-1661 IRS ID# 74-2544807*

MR. BRADLEY S. COPENHAVER
VEZINA, LAWRENCE & PISCITELLI, PA
ATTORNEY AT LAW
318 NORTH CALHOUN STREET
TALLAHASSEE, FL 32301

April 5, 2005

**Invoice#** 132360

**Balance:** $1,828.75

**Re:** ACE CONSTRUCTORS VS. UNITES STATES ARMY CORPS
04-299-C
*on* 03/16/05 *by* MARISOL PITZER

## *Invoicing Information*

Charge Description
ORIGINAL AND COMPLIMENTARY COPY OF THE DEPOSITION
OF: DANNY MENCHACA ($527.50)
TELO FUENTES ($433.25)
DAVID L. WISE ($540.50)

.50% per month on unpaid balance

**Please Remit ---> Total Due: $1,828.75**

*PLEASE CALL US FOR ALL YOUR VIDEO, SUBPOENA/ PROCESS SERVICE NEEDS. THANK YOU FOR YOUR BUSINESS*

**If payment mailed by 04/20/05, remit only $1,737.31**

**Accurate Stenotype Re rters**

**2894-A Remington Green Lane**
**Tallahassee, FL 32308**
**Employer ID No. 59-2708168**

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/10/2005 | 6V6305 |

| BILL TO |
|---|
| Vezina, Lawrence & Piscitelli, P.A.<br>318 North Calhoun Street<br>Tallahassee, Florida 32301 |
| Attention: Mr. Copenhaver |

| JOB INFORMATION |
|---|
| Ace v United States<br>Case No. 04-299C<br>Depos: J. Fletcher, A. Nobles, L. Wenick<br>Taken 6/3/05; 8:00 |
| Reported by: Judy Chin |

| FEES AND CHARGES | QTY | RATE | AMOUNT |
|---|---|---|---|
| Transcript-copy | 175 | 1.85 | 323.75 |
| ASCII disk - no charge | | 0.00 | 0.00 |
| Word index - no charge | | 0.00 | 0.00 |
| Condensed transcript - no charge | | 0.00 | 0.00 |
| Shipping/Delivery | | 6.00 | 6.00 |

PAYABLE UPON RECEIPT. INTERST ACCRUES AT 12% PER ANNUM AFTER 45 DAYS. PLEASE RETURN YELLOW COPY WITH PAYMENT. THANK YOU!

**Total** $329.75

Action Legal Copy Ser vice, Inc.
200 E College Ave
Tallahassee, FL 32301
(850)-425-2679
Tax ID# 59-3340246

Send to client 8/2/05

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/23/2005 | 36108 |

| BILL TO |
|---|
| Vezina, Lawrence, P scitelli<br>318 N Calhoun St<br>Tallahassee, FL 323(1 |

| JOB DESCRIPTION |
|---|
| Client Matter #<br>ACE Constructors Inc.<br>Jerry Fletcher, El Paso Job# 5561<br>Box 002 |

| TERMS | ORDERED BY |
|---|---|
| Net 15 | Franklin |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 210 | Labor ntensive litigation copying | 7,938 | 0.21 | 1,666.98T |
| | Sales T ax | | 7.50% | 125.02 |

Received By:

| | |
|---|---|
| **Total** | $1,792.00 |
| **Balance Due** | $1,792.00 |

**BRANNON RASBERRY & ASSOCIATES, INC.**
*CERTIFIED SHORTHAND REPORTERS*
*300 E. MAIN, SUITE 1024*
*EL PASO, TEXAS 79901-1350*
*(915) 533-1199 1-800-526-5913*
*TELEFAX (915) 542-1661 IRS ID# 74-2544807*

MR. BRADLEY S. COPENHAVER
VEZINA, LAWRENCE & PISCITELLI, PA
ATTORNEY AT LAW
318 NORTH CALHOUN STREET
TALLAHASSEE, FL 32301

April 5, 2005

**Invoice#** 132360

**Balance:** $1,828.75

**Re:** ACE CONSTRUCTORS VS. UNITES STATES ARMY CORPS
04-299-C
*on* 03/16/05 *by* MARISOL PITZER

## *Invoicing Information*

Charge Description
ORIGINAL AND COMPLIMENTARY COPY OF THE DEPOSITION
OF: DANNY MENCHACA ($527.50)
TELO FUENTES ($433.25)
DAVID L. WISE ($540.50)

.50% per month on unpaid balance

**P l e a s e R e m i t - - - > Total Due:** $1,828.75

*PLEASE CALL US FOR ALL YOUR VIDEO, SUBPOENA/
PROCESS SERVICE NEEDS. THANK YOU FOR YOUR BUSINESS*

**If payment mailed by 04/20/05, remit only** $1,737.31

Heritage Reporting Corporation
*"Official Reporters"*
1220 L Street, NW, Suite 600
Washington, D.C. 20005-4018

WASHINGTON DC OCT 26 '05 PM

U.S. POSTAGE .23 PB METER 5161619

W. Robert Vezina, III
Vezina, Lawrence & Piscitelli, P.A.
318 N. Calhoun Street
Tallahassee, FL 32301

**Heritage Reporting Corporation** ***REFERENCE #*** 051011004

The transcript of the following hearing held before the United States Court of Federal Claims is now available:

Hearing Date: 10-11-05 Docket No.: 04-299C

Title of Case: Ace Constructors

To order this transcript, send a check for the total amount of your order with a copy of this card to Heritage Reporting Corporation.

Certified transcript (paper) # pages 54 x $1.95 = $ 105.30
(Note: Minimum transcript order is $50.00)
Handling and delivery + $ 20.00

SUBTOTAL $125.30

Additional options available with paper copy order:

Disk (List Version) 54 x $ .50 (Min. Order 50.00) $ 50.00

Condensed transcript w/key index 54 x $ .75 (Min. 75.00) $ 75.00

GRAND TOTAL $250.30

U.S. DOJ: SIGN AND FAX ORDER TO HERITAGE
Voice (202) 628-4888 Fax (202) 371-0935

**Keith & Miller Certified Court Reporters**
**100 N. Stanton**
**Suite 1320**
**El Paso, Texas 79901**

Vezina, Lawrence & Piscitelli
318 North Calhon Street
Tallahassee, FL 32301

Attn: Bradley S. Copenhaver

Ace Constructors, Inc.
The United States
taken 10-17-2005

**INVOICE NO. :** 48301
**INVOICE DATE:** 10/20/2005
**REPORTER:**
JOHN EBY

**ID#** 74-2234508

| Date | Description |
|---|---|
| 10/20/2005 | Original of Will Sanford |
| 10/20/2005 | Condensed Format |
| 10/20/2005 | Exhibits |
| 10/20/2005 | Index |
| 10/20/2005 | Binding |

| | |
|---|---|
| **Sub Total** | 644.30 |
| **Paid** | 0.00 |
| **Balance Due** | 644.30 |

**10% Discount if paid within 30 days**
**We Accept Visa & MasterCard**
**For Questions Regarding This Invoice Call (915) 533-7108**