IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACE CONSTRUCTORS, INC., Plaintiff, | |
| v. | No. 04-299C (Judge Lettow) |
| THE UNITED STATES, Defendant. | |

JOINT MOTION TO EXTEND TIME FOR DEFENDANT'S RESPONSES TO PLAINTIFF'S BILL OF COSTS AND MOTION AND APPLICATION FOR ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES

The parties respectfully request an enlargement of time of 28 days after the date of final judgment in this action for defendant, the United States, to respond to plaintiff's Bill Of Costs and Motion And Application For Attorneys' Fees And Related Nontaxable Expenses. Plaintiff, ACE Constructors, Inc. ("ACE"), filed its bill of costs and motion for attorneys' fees and expenses on April 28, 2006. The Government's responses to those filings are currently due on May 30, 2006. The Court has not previously extended those due dates.

This Court may enlarge the period within which to perform an act for cause shown before the expiration of the original period. See Rule 6(b)(1) of the Rules of the United States Court of Federal Claims. Cause exists for an enlargement because there is, as yet, no final judgment in this action, and an enlargement would preclude any need for the parties to litigate whether ACE's filings are premature. (The Court entered its judgment in this

action on March 31, 2006. That judgment is appealable until 60 days after that date; that is, until May 30, 2006. See Rule 58.1 of the Rules of the United States Court of Federal Claims; Rules 3(a)(1), 4(a)(1)(B) of the Federal Rules of Appellate Procedure.) The enlargement would, therefore, serve judicial economy.

For these reasons, the parties respectfully request an enlargement of time within which the Government may respond to ACE's Bill Of Costs and Motion And Application For Attorneys' Fees And Related Nontaxable Expenses until 28 days after the date of final judgment in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

W. ROBERT VEZINA, III
BRADLEY S. COPENHAVER
Vezina, Lawrence &
Piscitelli, P.A.
413 East Park Avenue
Tallahassee, FL 32301
Telephone: (850) 224-6205
Facsimile: (850) 224-1353

Attorneys for Plaintiff

May 8, 2006

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

OF COUNSEL:
REX CROSSWHITE
Office of Counsel
Army Corps of Engineers

Attorneys for Defendant

May 5, 2006

Certificate of Filing

I hereby certify that on May 8, 2006, a copy of the foregoing Joint Motion To Extend Time For Defendant's Responses To Plaintiff's Bill Of Costs And Motion And Application For Attorneys' Fees And Related Nontaxable Expenses was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.