IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299C

(Filed: May 8, 2006)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Extend Time for Defendant's Responses to Plaintiff's Bill of Costs and Motion and Application for Attorneys' Fees and Related Nontaxable Expenses, filed on May 8, 2006. The parties request an enlargement of time of 28 days after the date of final judgment in this action for defendant to file its response to plaintiff's motions.

For good cause shown, the parties' joint motion is GRANTED. Defendant shall respond to plaintiff's Bill of Costs Motion and Application for Attorneys' Fees and Related Nontaxable Expenses on or before 28 days after the date on which final judgment in this case becomes no longer appealable or susceptible of review.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge