# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2006-5093 - ACE CONSTRUCTORS V US

**Date of docketing**: 06/22/2006

**Appeal from**: United States Court of Federal Claims case no. 04-CV-299

**Appellant(s)**: United States

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
W. Robert Vezina, III
Timothy P. McIlmail

# 2006-5093

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Type of Case**: 100 Contract - Construction (CDA)

ACE CONSTRUCTORS, INC.,
**Plaintiff,**

v.

THE UNITED STATES,
**Defendant,**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
JUN 22 2006
JAN HORBALY
CLERK

RECEIVED
US COURT OF APPEALS
FEDERAL CIRCUIT
2006 JUN 15 AM 10:49

**CFC Docket No.:** 04-299 C.

**Cross or Related?** No.

**Appellant is**: Defendant.

**Date Judgment Entered**: March 31, 2006.

**Date of ~~Cross~~ Appeal:** May 24, 2006.

**Fee**: Not required.

*See U.S. Court of Federal Claims Docket Sheet for information on counsel for parties.*

Attachments and processing check list.

- ☐ Certified copy of the USCFC Docket Sheet.
- ☐ Decision directing judgment in case.
- ☐ Copy of the Notice of Appeal.
- ☐ Opposing party served.
- ☐ Judge's copies sent to chambers.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2006-5093

ACE CONSTRUCTORS, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 04-CV-299, Judge Charles F. Lettow.

Authorized Abbreviated Caption[2]

ACE CONSTRUCTORS v US, 2006-5093

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.