IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299C

(Filed: January 4, 2008)

| | |
|---|---|
| ACE CONSTRUCTORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

The court will hold a telephonic status conference at 10:00 a.m. on Wednesday, February 13, 2008, to address a schedule for proceedings respecting plaintiff's motion for attorney's fees and costs under the Equal Access to Justice Act. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge