ATTACHMENTS

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/7/2005 | 23422 |

| BILL TO |
|---|
| U.S. DOJ, Civil Division<br>Attn: Timothy McIlmail, Esq.<br>1100 L Street, N.W.<br>Washington, D.C. 20530 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | Claims Sale | | Hand Del | Paper+Disk+Co |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 051021009 | Lettow/Ace Constructors v. U.S.<br>04-299C/pages 1007-1309<br>El Paso, TX | 303 | 7.50 | 2,272.50 |
| 051021009 | Lettow/Ace Constructors v. U.S.-DISK | 303 | 0.75 | 227.25 |
| 051021009 | Lettow/Ace Constructors v. U.S.-COND | 303 | 0.75 | 227.25 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

Dana Chase
OK to Pay
12/1/05

**Total** $2,747.00

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/7/2005 | 23418 |

| BILL TO |
|---|
| U.S. DOJ, Civil Division<br>Attn: Timothy McIlmail, Esq.<br>1100 L Street, N.W.<br>Washington, D.C. 20530 |

PAST DUE

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | Claims Sale | | Hand Del | Paper+Disk+Co |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 051017006 | Lettow/Ace Constructors v. U.S.<br>04-299C/pages 1-247<br>El Paso, TX | 247 | 7.50 | 1,852.50 |
| 051017006 | Lettow/Ace Constructors v. U.S.-DISK | 247 | 0.75 | 185.25 |
| 051017006 | Lettow/Ace Constructors v. U.S.-COND | 247 | 0.75 | 185.25 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

**Total** $2,243.00

154-04-299.07

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/7/2005 | 23419 |

| BILL TO |
|---|
| U.S. DOJ, Civil Division<br>Attn: Timothy McIlmail, Esq.<br>1100 L Street, N.W.<br>Washington, D.C. 20530 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | Claims Sale | | Hand Del | Paper+Disk+Co |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 051018007 | Lettow/Ace Constructors v. U.S.<br>04-299C/pages 248-429<br>El Paso, TX | 182 | 7.50 | 1,365.00 |
| 051018007 | Lettow/Ace Constructors v. U.S.-DISK | 182 | 0.75 | 136.50 |
| 051018007 | Lettow/Ace Constructors v. U.S.-COND | 182 | 0.75 | 136.50 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

Dana Chase
10/1/05

**Total** $1,658.00

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/7/2005 | 23420 |

| BILL TO |
|---|
| U.S. DOJ, Civil Division<br>Attn: Timothy McIlmail, Esq.<br>1100 L Street, N.W.<br>Washington, D.C. 20530 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | Claims Sale | | Hand Del | Paper+Disk+Co |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 051019009 | Lettow/Ace Constructors v. U.S.<br>04-299C/pages 430-759<br>El Paso, TX | 330 | 7.50 | 2,475.00 |
| 051019009 | Lettow/Ace Constructors v. U.S.-DISK | 330 | 0.75 | 247.50 |
| 051019009 | Lettow/Ace Constructors v. U.S.-COND | 330 | 0.75 | 247.50 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

Dana Chase
OK to Pay
12/1/05

| | |
|---|---|
| **Total** | $2,990.00 |

Heritage Reporting Corporation
1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/7/2005 | 23421 |

PAID

| BILL TO |
|---|
| U.S. DOJ, Civil Division<br>Attn: Timothy McIlmail, Esq.<br>1100 L Street, N.W.<br>Washington, D.C. 20530 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | Claims Sale | | Hand Del | Paper+Disk+Co |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 051020002 | Lettow/Ace Constructors v. U.S.<br>04-299C/pages 760-1006<br>El Paso, TX | 247 | 7.50 | 1,852.50 |
| 051020002 | Lettow/Ace Constructors v. U.S.-DISK | 247 | 0.75 | 185.25 |
| 051020002 | Lettow/Ace Constructors v. U.S.-COND | 247 | 0.75 | 185.25 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

**Total** $2,243.00