ATTACHMENTS

REX CROSSWHITE 817 886 6415

Kirschman, R
McIlmail, T

UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED
AUG -3 P 12:32
CASE PROCESSING UNIT
CIVIL DIVISION/OMI

*****************************

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

UNITED STATES ARMY
CORPS OF ENGINEERS,

Defendant.

*****************************

No. 04-299 C

Judge Charles F. Lettow

INITIAL RULE 26(a)(1) DISCLOSURES

The plaintiff, ACE Constructors, Inc. ("ACE"), hereby provides its informational disclosures required by the Federal Rules of Civil Procedure.

A. ACE identifies the following individuals who are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

1. ACE Constructors, Inc.

a. John Fulkerson: the accuracy of the cost information, the timeline of ACE's topographic survey, the clearing procedures, discussions and request for equitable adjustment negotiations regarding the Government's inaccurate topographic survey with COE, problems caused by the grade breaks in the defective staking plans, problems caused by the defective profilograph specification.

b. Tony Forneris: the compilation of documents for the claim.

c. Del Hyland: the clearing procedures, discussions with the COE regarding the inaccurate topographic survey, problems caused by the defective topographic survey,

154-04-299.05
CB

problems caused by the grade breaks in the defective staking plans, problems caused by the defective profilograph specification.

d. Ramon Llavara: the clearing procedures, discussions with the COE regarding the inaccurate topographic survey, problems caused by the defective topographic survey, problems caused by the grade breaks in the defective staking plans, problems caused by the defective profilograph specification.

e. Capt. Steven Duba, P.E., USN (Ret.): discussions with the COE about ACE's request for equitable adjustment.

f. RADM John Moriarty, USN (Ret.): the problems caused by the grade breaks in the defective staking plans and discussions with the COE about problems caused by the defective profilograph specification.

g. Jerry Fletcher: the clearing procedures, discussions and request for equitable adjustment negotiations regarding the inaccurate topographic survey with COE, problems caused by the defective topographic survey, problems caused by the grade breaks in the defective staking plans, problems caused by the defective profilograph specification.

2. Cambro Constructors, Inc.

a. D. M. Camilli: the problems caused by the grade breaks in the defective staking plans and the problems caused by the defective profilograph specification.

b. Mike Krause: the problems caused by the grade breaks in the defective staking plans and the problems caused by the defective profilograph specification.

c. David Camilli: the problems caused by the grade breaks in the defective staking plans and the problems caused by the defective profilograph specification.

d. Ben Macho: the problems caused by the grade breaks in the defective staking plans and the problems caused by the defective profilograph specification.

3. SLI representative: the timeline of the topographic survey, the accuracy of ACE's topographic survey and the errors in the Government's topographic survey.

4. Dirt-TEK representative: the quantities of dirt to be moved to construct the taxiway and loading pad as represented by the Government's topographic survey, the quantities required to be moved as represented by ACE's topographic survey and the quality of the Government's topographic survey.

5. COE:

a. David L. Wise, P.E.: the discussions and request for equitable adjustment negotiations regarding the Government's inaccurate topographic survey, the discussions regarding the defective profilograph specification and its subsequent revision by the COE.

b. Telo Fuentes: the discussions and request for equitable adjustment negotiations regarding the Government's inaccurate topographic survey, the discussions regarding the defective profilograph specification and its subsequent revision by the COE.

c. Danny Mancheca: discussions with ACE representatives regarding the Government's defective topographic survey and the revision of the profilograph specification.

B. The following is a description of documents, data compilations, and other tangible items that ACE may use in support of its claims in the matter.

1. ACE Constructors' project records are in the custody of Vezina Lawrence & Piscitelli, P.A. in its Tallahassee office. The records are generally organized as follows:

a. Bids, Proposals, Specifications

b. Contracts, Purchase Orders, Bonds

c. Submittals (6 folders)

d. Change Orders

e. Subcontracts, Purchase Orders, Bonds (3 folders).

f. Work Plans & Misc. Specs

g. Correspondence (approx. 9 folders)

h. Field Data, Logs, Photos (2 folders)

i. Permits

j. Miscellaneous

k. Analytical Data (4 folders)

l. Summary Report of Project

m. ACE Billings/Receivables

n. Vendor Invoices/payables

o. Certified Payroll

p. Reference Material

2. Cambro Constructors, Inc.'s project records are in the custody of its attorneys Gordon Mott, P.C. in El Paso, Texas. Michael Shearer (915) 545-1133

3. SLI's project records are in its custody in El Paso, Texas.

C. The computations of damages by category are attached to ACE's complaint in this matter as they were presented to the Contracting Officer below.

4695 NORTH MESA
EL PASO 79912

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Timothy Paul McIlmail, U. S. Department of Justice, Civil Division-Commercial Litigation Branch, 1100 L Street, NW, 8th Floor, Washington, DC 20005 and Rex Crosswhite, Office of Counsel, Army Corps of Engineers, Fort Worth, Texas, this 27th day of July, 2004.

W. Robert Vezina, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Telefax: (850) 224-1353

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACE CONSTRUCTORS, INC., Plaintiff, | § § § | |
| v. | § | Case No. 04-299C |
| THE UNITED STATES OF AMERICA, Defendant. | § § § | |

**DECLARATION OF WILL SANFORD**

BEFORE ME, the undersigned Notary Public, Will Sanford personally appeared, and having been first duly sworn by me according to law, upon his oath deposed and said the following:

1. My name is Will Sanford. The United States Army Corps of Engineers, Fort Worth District (hereinafter referred to as District) currently employs me as a civil engineer technician in Fort Worth, Texas during 2005. I am employed by the District as an Engineering Technician, GS 12, Step 10.

2. In 2005, I was requested to review costs associated with claims submitted by ACE Constructors, Inc. (ACE), in association with the contract for the construction of the Hot Ammo Loading Facility which was constructed at Biggs Army Air Field, Fort Bliss Texas. I reviewed the costs submitted by ACE and its concrete subcontractor for labor, materials, equipment, and both field and home office overhead. Additionally, I prepared independent cost estimate of reasonable costs which should have been incurred by ACE relative to the work associated with the claims. Subsequently, I testified relative to the costs which ACE should recover in the hearing held in El Paso, Texas, in October 2005.

3. During 2005, my rate of pay from the Government was $38.86 per hour. My total hourly compensation, considering Government contributions to retirement, Government contributions to my health insurance and other costs was $81.80 per hour.

Will Sanford

STATE OF TEXAS §
§
COUNTY OF TARRANT §

SUBSCRIBED AND SWORN to before me, the undersigned authority, this 4th day of January 2008.

DE...NE R. SMITH
MY CO... ...SSION EXPIRES
March 21, 2009

Delene R. Smith
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ACE CONSTRUCTORS, INC., §
Plaintiff, §
§
v. § Case No. 04-299C
§
THE UNITED STATES OF AMERICA, §
Defendant. §

DECLARATION OF DORAN STOREY

I declare, pursuant to 28 U.S.C. § 1746, that:

1. My name is Doran Storey. The Defense Contract Auditing Agency, Jacksonville Sub-office, Jacksonville, Florida currently employs me as an auditor. I am employed as a GS 12, Step 10.

2. In October 2005, I provided testimony in the trial of ACE Constructors, Inc. v. United States, No. 04-299C (Fed. Cl.), as a witness for the United States, in El Paso, Texas.

3. During October 2005, my rate of pay from the Government was $37.73 per hour. My total hourly compensation, considering Government contributions to retirement, Government contributions to my health insurance, and other costs was $ 44.70 per hour.

K. Doran Storey
Doran Storey