IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299C

(Filed: January 30, 2008)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

In lieu of the previously scheduled telephonic status conference scheduled for 10:00 a.m. EST on Wednesday, February 13, 2008, the court will hold a telephonic hearing at the same date and time, to address the plaintiff's Motion and Application for Attorneys' Fees and Related Nontaxable Expenses and plaintiff's Bill of Costs. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge