**UNITED STATES COURT OF FEDERAL CLAIMS**

******************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

******************************

**No. 04-299 C**

**Judge Charles F. Lettow**

**ACE'S AGREED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to United States Court of Federal Claims Rule 6.1, plaintiff, ACE Constructors, Inc. ("ACE"), moves for the following enlargement of time to reply to defendant, United States Army Corps of Engineer's ("COE"), (i) response to ACE's EAJA application, and (ii) objection to ACE's bill of costs, through and including **Wednesday, February 6, 2008**.

ACE requests this enlargement due to the press of business in this and other courts for the attorneys.

ACE represents to the Court that opposing counsel, after consultation with the undersigned, has agreed to the relief requested.

Respectfully Submitted,

/s Bradley S. Copenhaver

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished U.S. Mail and facsimile transmission to Timothy P. McIlmail, U. S. Department of Justice, Civil Division--Commercial Litigation Branch, 1100 L Street, NW, 8th Floor, Washington, DC 20530 and Rex Crosswhite, Office of Counsel, Army Corps of Engineers, Fort Worth, Texas, this 30th day of January, 2008.

/s Bradley S. Copenhaver
W. Robert Vezina, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
413 East Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Telefacsimile: (850) 224-1353

**CERTIFICATE OF FILING**

I hereby certify that on this 30th day of January, 2008, a copy of the foregoing Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Bradley S. Copenhaver