IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299C

(Filed: January 31, 2008)

ACE CONSTRUCTORS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Agreed Motion for Enlargement of Time, filed January 30, 2008. Plaintiff seeks an enlargement of time until February 6, 2008 to reply to the government's response to plaintiff's Equal Access to Justice Act application and to respond to the government's objections to plaintiff's bill of costs.

The motion is GRANTED. Plaintiff shall file its response and reply on or before February 6, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge