**UNITED STATES COURT OF FEDERAL CLAIMS**

****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**No. 04-299 C**

**Judge Charles F. Lettow**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

****************************

**AFFIDAVIT OF WHIT FOREHAND**
**SUPPORTING AWARD OF COSTS, FEES AND EXPENSES**

**STATE OF FLORIDA )**
**)**
**COUNTY OF ORANGE )**

Before me, the undersigned authority, personally appeared Whit Forehand, who, being duly sworn, states:

1. At all times relevant to these proceedings, I was employed by Davidson, Golden & Lundy, P.C. ("DGL"), a certified public accounting firm. I am authorized to give testimony on DGL's behalf, and all testimony herein is based on personal knowledge or on my review of the business records of DGL and ACE Constructors, Inc. ("ACE").

2. I am a licensed certified public accountant and was the lead accountant in charge of performing the audit of the financials for ACE as of the December 31, 2003. DGL did not perform any interim audit of ACE's financial between December 31, 2003 and the filing of the captioned action. A true and correct copy of ACE's December 31, 2003 audited financial statement, generated in accordance with generally accepted accounting practices and principles,



EXHIBIT
A

is attached as Exhibit "1."

3. As of December 31, 2003, ACE had a net worth of $384,162 and employed fewer than 500 employees.

FURTHER AFFIANT SAYETH NOT.

Whit Forehand
Davidson, Golden & Lundy, P.C.

Sworn to and subscribed before me this 5th day of February, 2008, by Whit Forehand, who is personally known to me.

(NOTARY PUBLIC SEAL)

Notary Public

ALINE V. RODRIGUES
NOTARY PUBLIC STATE OF FLORIDA
Comm# DD0518437
Expires 2/14/2010
Bonded thru (800)432-4254
Florida Notary Assn., Inc

# ACE CONSTRUCTORS, INC.

## AUDITED FINANCIAL STATEMENTS

## DECEMBER 31, 2003

**ACE CONSTRUCTORS, INC.**
**AUDITED FINANCIAL STATEMENTS**
**DECEMBER 31, 2003**

## *CONTENTS*


| | PAGE |
|---|---|
| **Independent Auditors' Report** | 1 |
| **Audited Financial Statements:** | |
| **Balance Sheet** | 2 |
| **Statement of Income** | 3 |
| **Statement of Stockholders' Equity** | 4 |
| **Statement of Cash Flows** | 5 |
| **Notes to Financial Statements** | 6 - 12 |

DGL Davidson, Golden & Lundy, P.C.
CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

*INDEPENDENT AUDITORS' REPORT*

The Board of Directors
ACE Constructors, Inc.

We have audited the accompanying balance sheet of ACE Constructors, Inc., as of December 31, 2003, and the related statements of income, stockholders' equity and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of ACE Constructors, Inc., as of December 31, 2003, and the results of its operations and its cash flows for the year then ended, in conformity with accounting principles generally accepted in the United States of America.

Davidson, Golden & Lundy, P.C.

February 1, 2004

Six Cadillac Drive • Suite 410 • Brentwood, TN 37027
P.O. Box 927 • Brentwood, TN 37024
Telephone (615) 661-6599 • Fax (615) 661-9219

ACE CONSTRUCTORS, INC.
BALANCE SHEET
DECEMBER 31, 2003

## *ASSETS*

| | | | | |
|---|---|---|---|---|
| *Current Assets* | | | | |
| Cash - Note 1 | | | $ 267,844 | |
| Accounts receivable - construction - Note 3: | | | | |
| Construction contracts receivable | | | 1,401,928 | |
| Contract retainage receivable | | | 447,410 | |
| Accounts receivable - employees and other | | | 9,635 | |
| Costs and estimated earnings in excess of billings on uncompleted contracts - Notes 1 and 2 | | | 74,196 | |
| Inventory - Note 1 | | | 29,052 | |
| | | | | $2,230,065 |

*Property and Equipment* - Notes 1 and 4

| | Cost | Accumulated Depreciation | Net | |
|---|---|---|---|---|
| Construction equipment | $ 994,821 | $448,869 | 545,952 | |
| Vehicles | 366,427 | 208,791 | 157,636 | |
| Office equipment | 67,089 | 41,908 | 25,181 | |
| | $1,428,337 | $699,568 | | 728,769 |
| | | | | $2,958,834 |

## *LIABILITIES AND STOCKHOLDERS' EQUITY*

| | | |
|---|---|---|
| *Current Liabilities* | | |
| Installment notes payable - due within one year- Note 4 | $ 118,966 | |
| Line of credit - operating - Note 5 | 337,200 | |
| Accounts payable - trade | 1,143,636 | |
| Currently due subcontractors | 378,927 | |
| Retainage due subcontractors | 254,280 | |
| Accrued expenses | 40,561 | |
| Note payable - John Fulkerson - Note 9 | 13,840 | |
| Billings in excess of costs and estimated earnings on uncompleted contracts - Notes 1 and 2 | 50,949 | |
| | | $2,338,359 |
| *Long-Term Liabilities* | | |
| Installment notes payable - due after one year - Note 4 | | 236,313 |
| *Stockholders' Equity* | | |
| Common stock, $1 par value; 7,500 shares authorized, 1,000 shares issued and outstanding | 1,000 | |
| Additional paid-in capital | 831,499 | |
| Retained earnings | ( 448,337) | |
| | | 384,162 |
| | | $2,958,834 |

See notes to financial statements.

ACE CONSTRUCTORS, INC.
STATEMENT OF INCOME
FOR THE YEAR ENDED DECEMBER 31, 2003

| | | |
|---|---|---|
| *Construction Revenue* | | $3,680,833 |
| *Direct Costs* | | |
| Subcontractors | $ 651,471 | |
| Materials | 1,145,322 | |
| Labor | 495,722 | |
| Equipment | 1,007,625 | |
| Other | 342,147 | |
| | | 3,642,287 |
| Gross profit | | 38,546 |
| *Idle Equipment Costs* - Note 8 | | ( 304,267) |
| *General and Administrative Expenses* | | ( 652,600) |
| Loss from operations | | ( 918,321) |
| *Other Income and (Expenses)* | | |
| Equipment rental income | 8,250 | |
| Interest income | 2,700 | |
| Other income | 718 | |
| Interest expense | ( 43,215) | |
| Retirement plan contribution and expenses - Note 6 | ( 39,926) | |
| Gain on sale of assets | 2,573 | |
| | | ( 68,900) |
| Net loss | | ($ 987,221) |

See notes to financial statements.

**ACE CONSTRUCTORS, INC.**
**STATEMENT OF STOCKHOLDERS' EQUITY**
**FOR THE YEAR ENDED DECEMBER 31, 2003**

| | Common Stock | Additional Paid-In Capital | Retained Earnings | Total |
|---|---|---|---|---|
| Balance at December 31, 2002 | $1,000 | $831,499 | $708,884 | $1,541,383 |
| Equity distributions for the year ended December 31, 2003 | - | - | ( 170,000) | ( 170,000) |
| Net loss for the year ended December 31, 2003 | - | - | ( 987,221) | ( 987,221) |
| Balance at December 31, 2003 | $1,000 | $831,499 | ($448,337) | $ 384,162 |

See notes to financial statements.

# ACE CONSTRUCTORS, INC.
## STATEMENT OF CASH FLOWS
## FOR THE YEAR ENDED DECEMBER 31, 2003

| | | |
|---|---|---|
| *Cash Flows From Operating Activities* | | |
| Net loss | | ($987,221) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation | $ 225,804 | |
| Gain on sale of fixed assets | ( 2,573) | |
| Changes in assets and liabilities: | | |
| Increase in accounts receivable - construction | ( 648,245) | |
| Decrease in accounts receivable - employees and other | 10,823 | |
| Increase in costs and estimated earnings in excess of billings on uncompleted contracts | ( 69,036) | |
| Increase in inventory | ( 29,052) | |
| Increase in accounts payable | 1,332,950 | |
| Decrease in billings in excess of costs and estimated earnings on uncompleted contracts | ( 61,054) | |
| Increase in accrued expenses | 28,966 | |
| Total adjustments | | 788,583 |
| Net cash used in operating activities | | ( 198,638) |
| *Cash Flows From Investing Activities* | | |
| Purchase of fixed assets | ( 99,894) | |
| Proceeds from sale of fixed assets | 4,500 | |
| Net cash used in investing activities | | ( 95,394) |
| *Cash Flows From Financing Activities* | | |
| Proceeds from issuance of long-term debt | 308,243 | |
| Net proceeds line of credit | 151,285 | |
| Principal payments on long-term debt | ( 441,709) | |
| Principal payments on note to stockholder | ( 62,761) | |
| Net cash used in financing activities | | ( 44,942) |
| Net Decrease in Cash | | ( 338,974) |
| Cash Balance - December 31, 2002 | | 606,818 |
| Cash Balance - December 31, 2003 | | $267,844 |
| *Supplemental Disclosures of Cash Flow Information* | | |
| Cash paid during the year for: | | |
| Interest | | $ 43,215 |
| Income taxes | | $ - |

See notes to financial statements.

ACE CONSTRUCTORS, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2003

## *NOTE 1 - Summary of Significant Accounting Policies*

### *Organization*

ACE Constructors, Inc. (the Company) is a general contractor with the corporate office located in Gainesville, Florida. The Company's operations principally provide heavy civil construction services with emphasis on mass excavations, underground utility installations, and large flat concrete pours. The Company performs its operations for public and private clients with projects located primarily in the Southeast USA and Texas.

### *Revenue Recognition*

Revenues from long-term construction contracts are recognized on the percentage-of-completion method, measured by the percentage of total costs incurred to date to estimated total costs for each contract.

Contract costs include all direct job costs and those indirect costs related to contract performance, such as indirect labor, supplies, insurance, equipment repairs, and depreciation costs. General and administrative costs are charged to expense as incurred. Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are determined. Changes in job performance, job conditions, and estimated profitability, including those arising from final contract settlements, may result in revisions to costs and income and are recognized in the period in which the revisions are determined.

The asset, "Costs and estimated earnings in excess of billings on uncompleted contracts," represents revenues recognized in excess of billings. The liability, "Billings in excess of costs and estimated earnings on uncompleted contracts," represents billings in excess of revenues recognized.

### *Cash*

Cash includes deposits on account at local banks. At times, these amounts may be in excess of FDIC insurance limits.

### *Inventory*

Inventory consists of raw materials purchased for the Company's contracts which have not yet been delivered to the Company's job sites. The inventory recorded at December 31, 2003 was delivered to job sites in January 2004.

### *Property and Equipment*

Property and equipment are recorded at cost. Expenditures for repairs and maintenance are charged to expense as incurred. The cost of property and equipment is depreciated using the straight-line method over the prescribed useful lives as follows:

| | |
|---|---|
| Construction Equipment | 5-7 years |
| Vehicles | 5 years |
| Office Equipment | 5 years |

For the year ended December 31, 2003, depreciation expense amounted to $225,804.

## NOTES TO FINANCIAL STATEMENTS

*NOTE 1 - Continued*

*Income Taxes*

The Company uses the percentage of completion method of reporting income from long-term construction contracts for financial statement purposes and the completed contract method for income tax purposes. Non long-term contracts are reported on the cash method for tax purposes.

The Company has elected to be treated as an S-Corporation. As an S-Corporation, the Company passes through items of income and expense to the stockholders each year, and thus pays no federal corporate income tax itself. However, the Company generally distributes funds to the shareholders through bonuses and/or capital distributions to pay income taxes attributable to corporate earnings. For the year ended December 31, 2003, a tax loss of $225,754 was passed through to the shareholders. No distributions to shareholders are anticipated for the year ending December 31, 2004.

Although not accrued in the accompanying financial statements, deferred federal income taxes passed through to the stockholders at December 31, 2003 are summarized as follows:

| | Current | Long Term | Total |
|---|---|---|---|
| Differences in depreciation methods | $ - | $104,189 | $ 104,189 |
| Differences in revenue recognition related to the completed contract method for long-tem contracts | ( 165,869) | - | ( 165,869) |
| Shareholder tax loss carryforwards | ( 48,646) | - | ( 48,646) |
| Alternative minimum tax credits | ( 63,081) | - | ( 63,081) |
| Net deferred federal tax liability (asset) pass-through | ($277,596) | $104,189 | ($ 173,407) |

*Use of Estimates*

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements. Management's estimates directly affect reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

## NOTES TO FINANCIAL STATEMENTS

### *NOTE 2 - Uncompleted Contracts*

As explained in Note 1 above, the Company recognizes income on long-term construction contracts on the percentage-of-completion method. Information concerning uncompleted contracts at December 31, 2003, is as follows:

| | |
|---|---|
| Costs incurred on uncompleted contracts | $2,802,605 |
| Estimated earnings thereon | ( 373,912) |
| | 2,428,693 |
| Less: billings to date | 2,405,446 |
| Net underbilling | $ 23,247 |

Included in the accompanying balance sheet under the following captions:

| | |
|---|---|
| Costs and estimated earnings in excess of billings on uncompleted contracts | $ 74,196 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | ( 50,949) |
| | $ 23,247 |

### *NOTE 3 - Accounts Receivable - Construction*

At December 31, 2003, accounts receivable - construction are summarized as follows:

Current contract receivables

| | Outstanding Less than 90 Days | Outstanding More than 90 Days | Total Current Receivable |
|---|---|---|---|
| Completed contracts | $ 314,715 | $151,286 | $ 466,001 |
| Uncompleted contracts | 927,827 | 8,100 | 935,927 |
| Total | $1,242,542 | $159,386 | $1,401,928 |

Contract retainage receivable

| | Total Retainage Receivable |
|---|---|
| Completed contracts | $ 254,280 |
| Uncompleted contracts | 193,130 |
| Total | $ 447,410 |

Of the receivables noted above, none are related to construction projects involving disputes with the project owners. Through the last day of fieldwork, $613,748 or 44% of the current receivables had been collected.

# NOTES TO FINANCIAL STATEMENTS

*NOTE 3 - Continued*

The following is a summary of the significant aged contract receivables through January 30, 2004:

| Job # | Job Description | Contract Receivable > 90 Days | Retainage Receivable | Collection Status |
|---|---|---|---|---|
| 5537 | Ft. Hood Sanitary Sewer Replacement Callejas and Ross, Inc. (Completed in 2000) | $ 73,523 | $ - | Liquidated damages of $73,523 assessed by contract owner. Company has filed a claim for $160,000 with the Corps of Engineers and the contract owner. Settlement offer of $73,523 rejected by the Company. Currently awaiting resolution board determination. |
| 5561 | Ammo Hotload U.S. Army Corps of Engineers (Completed in 2002) | 44,500 | 254,280 | Liquidated damages of $254,280 assessed by contract owner. Company has assessed an equal amount of liquidated damages to its subcontractor on the job. The Company has an offsetting retainage payable equaling the retainage receivable. Payment of current receivable held by owner pending receipt of as-built drawings. The Company has delivered the drawings and is anticipating payment currently. |
| | | - | - | |
| | | $118,023 | $254,280 | |

The Company has booked no amounts relating to contract claims or unapproved change orders.

## NOTES TO FINANCIAL STATEMENTS

### *NOTE 4 - Installment Notes Payable*

Installment notes payable at December 31, 2003, are summarized as follows:

| Note Payable To | Interest Rate | Monthly Payment | Balance |
|---|---|---|---|
| Ford Motor Credit | 0.00% | $ 702 | $ 7,686 |
| CNB National Bank | 9.75% | 558 | 564 |
| Trimble Financial Services | 0.00% | 3,486 | 35,205 |
| CNB National Bank | 9.75% | 482 | 4,168 |
| SunTrust Bank | 8.00% | 1,000 | 44,296 |
| The CIT Group | 6.39% | 5,676 | 239,860 |
| Florida Bank | 5.00% | 240 | 5,348 |
| Florida Bank | 5.00% | 505 | 17,194 |
| CNB National Bank | 8.75% | 964 | 958 |
| | | $13,613 | $355,279 |

The notes are secured by various construction equipment and vehicles owned by the Company with an original cost of $992,302.

Aggregate maturities and balance sheet presentation of the installment notes are as follows:

| Year Ending December 31, | | | Amount |
|---|---|---|---|
| 2004 | Due within one year | | $118,966 |
| 2005 | | $75,284 | |
| 2006 | | 77,669 | |
| 2007 | | 77,831 | |
| 2008 | | 5,529 | |
| | Due after one year | | 236,313 |
| | | | $355,279 |

# NOTES TO FINANCIAL STATEMENTS

## *NOTE 5 - Line of Credit*

The Company has two lines of credit with Florida Bank of Alachua County. These lines of credit are both secured by personal guaranty of the primary stockholder in addition to the collateral listed below and are set to expire on July 18, 2004. The following information relates to the lines of credit:

| Line | Available Line | Interest Rate | Balance at Dec. 31, 2003 | Collateral |
|---|---|---|---|---|
| A | $500,000 | Prime | $337,200 | Business assets |
| B | 150,000 | Prime + 1% | - | Unsecured |
| | $650,000 | | $337,200 | |

## *NOTE 6 - Retirement Plan*

The Company has a retirement plan under Internal Revenue Code Section 401(k) for substantially all employees with more than one year of service. The plan requires the Company to make a matching contribution equal to fifty percent of participants' contributions up to five percent of their compensation. Contributions and expenses related to the plan through December 31, 2003 were $39,926.

## *NOTE 7 - Commitments and Contingencies*

The Company rents its office headquarters for $3,984 per month. The lease agreement expires August 30, 2004. Rent expense relating to this lease for the year ended December 31, 2003 was $45,850.

At December 31, 2003, the Company was not contingently liable to repurchase stock from any shareholders under mandatory buy/sell agreements.

## *NOTE 8 - Idle Equipment Costs*

The Company allocates equipment costs to its contracts on a direct rental method. The Company charges rent to its contracts based on the actual time the equipment is used on the contract. During the year, these internal rental charges were less than actual equipment costs and related expenses.

During the year ended December 31, 2003, the Company's idle equipment costs amounted to $304,267 as presented in the accompanying statement of income.

## NOTES TO FINANCIAL STATEMENTS

### *NOTE 9 - Related Party*

The Company has an unsecured note payable to John Fulkerson with a balance outstanding of $13,840 at December 31, 2003. The note accrues interest at a market rate and payments will be made in installments at management's discretion. This note is subordinate to the other creditors of the Company.

### *NOTE 10 - Backlog*

The following is a reconciliation of backlog representing the amount of revenue the Company expects to be realized in future periods from signed contracts at December 31, 2003:

| | |
|---|---|
| Backlog at December 31, 2002 | $ 846,985 |
| Change orders and adjustments to contracts | 870,770 |
| New contracts signed in 2003 | 9,064,851 |
| | 10,782,606 |
| Less: Contract revenues earned for the year ended December 31, 2003 | ( 3,680,833) |
| Backlog at December 31, 2003 | $ 7,101,773 |

The Company is generally required to furnish performance and payment surety bonds to contract owners. During the year ended, Safeco Surety Company issued $9,064,851 of new surety bonds to contract owners. The bonds are secured by receivables from bonded contracts and a general guarantee from the Company. At December 31, 2003, surety bonds for contracts totaling $9,064,851 had been issued with a current backlog amount of $6,919,282.

Of the $7,101,773 backlog amount, $2,376,351 has been subcontracted to various specialty subcontractors. None of the subcontracted backlog had surety bonds pledged by the subcontractors.