Action Legal Copy Ser vice, Inc.

200 E College Ave
Tallahassee, FL 32301
(850)-425-2679
Tax ID# 59-3340246

Sent to client 8/2/05

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/23/2005 | 36108 |

| BILL TO |
|---|
| Vezina, Lawrence, P scitelli<br>318 N Calhoun St<br>Tallahassee, FL 323(1 |

| JOB DESCRIPTION |
|---|
| Client Matter #<br>ACE Constructors Inc.<br>Jerry Fletcher, El Paso Job# 5561<br>Box 002 |

| TERMS | ORDERED BY |
|---|---|
| Net 15 | Franklin |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 210 | Labor ntensive litigation copying | 7,938 | 0.21 | 1,666.98T |
| | Sales T ax | | 7.50% | 125.02 |

Received By:

| | |
|---|---|
| **Total** | $1,792.00 |
| **Balance Due** | $1,792.00 |

IKON Office Solutions

# Statement of Account

**Document Services**

Your A/R Administrator
Janice Bettencourt (888) 456-6457 ext: 8072
JBettencourt@ikon.com

Statement Date: 04/30/2005
Customer ID: FTWVEZI
**Balance Due: $221.15**

FEDERAL TAX ID: 23-0334400

VEZINA, LAWRENCE & PISCITELLI

318 N CALHOUN
TALLAHASSEE, FL 32301

**PAYMENT TERMS = NET 10 DAYS ( FROM INVOICE DATE )**

**Please Remit To:**
IKON Office Solutions
Dallas District
P. O. Box 676466
Dallas, TX 75267-6466

To arrange for payment with a Credit Card: American Express, MasterCard and Visa, please call the telephone number above.

**ACCOUNT AGING**

| Current | 31-60 Days/Past Due | 61-90 Days/Past Due | Over 90 Days/Past Due |
|---|---|---|---|
| $0.00 | $0.00 | $221.15 | $0.00 |

| DATE | INVOICE# | CODE | REFERENCE | Contact | AMOUNT |
|---|---|---|---|---|---|
| 02/28/2005 | FTW05020039 | I | ACE | BRAD COPENHAVE | $221.15 |
| | | | | **Balance Due** | **$221.15** |

CODES: I=Invoice P=Payment C=Cr Memo D=Db Memo

For Invoice copies or any questions regarding your account, please contact your A/R Administrator at the phone number or E-mail address listed above. THANK YOU.

ACTION LEGAL COPY SERVICE, INC.
[illegible] College Ave
[illegible], FL 32301
[illegible]-2679
[illegible] 59 3340246

ACTION LEGAL COPY SERVICE
12195 HWY 92, SUITE 114, #339
WOODSTOCK, GA. 30188
770-928-4562

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/22/2005 | 37282 |

| BILL TO | JOB DESCRIPTION |
|---|---|
| Vezina, Lawrence, Piscitelli<br>318 N Calhoun St<br>Tallahassee, FL 32301 | Client Matter =<br>Ft Bliss |

| TERMS | ORDERED BY |
|---|---|
| Net 15 | Vanessa |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| [illegible] | Litigation file copies | 5,658 | 0.10 | 565.80T |
| [illegible] | Square feet of oversize copied | 324 | 0.75 | 243.00T |
| BB10 | litigation copies from CD | 15,045 | 0.10 | 1,504.50T |
| | Sales Tax | | 7.50% | 173.50 |

[illegible]

**Total** $2,486.80

ACTION LEGAL COPY SERVICE, INC.
[illegible] E College Ave
Tallahassee, FL 32301
(850) 425-2679
Tax ID# 59-3340246

ACTION LEGAL COPY SERVIC[illegible]
12195 HWY 92, SUITE 114, #339
WOODSTOCK, GA. 30188
770-928-4562

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10-11-2005 | 37517 |

| BILL TO |
|---|
| [illegible], Lawrence, Piscitelli<br>[illegible] N Calhoun St<br>Tallahassee, FL 32301 |

| JOB DESCRIPTION |
|---|
| Client Matter #<br>ACE v COE<br>009-04 |

| TERMS | ORDERED BY |
|---|---|
| Net 15 | Vanessa |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| OS | Square feet of oversize copied, 12 x 18 | 732 | 0.75 | 549.00T |
| [illegible] | litigation copies from CD | 5,018 | 0.10 | 501.80T |
| [illegible] | Litigation file copies | 2,932 | 0.10 | 293.20T |
| [illegible] | 8 1/2 x 11 color laser copies | 290 | 1.00 | 290.00T |
| OS | Square feet of oversize copied | 108 | 0.75 | 81.00T |
| | Sales Tax | | 7.50% | 128.63 |

Received By: K. Hodge

**Total** $1,843.63

April 4, 2005

Re: ACE Constructors, Inc.
Ammo Hot-Load Area, Ft. Bliss, TX

Invoice No. 050402

Please remit to letterhead address: Consulting Service Systems
P.O. Box 2511
Panama City, FL 32402

FEIN: 54-2090049

---

1. Services

| | | |
|---|---|---|
| Mar 7, 2005 | 7.25 Hrs. | Meet with ACE and its attorneys |
| | 7.25 Hrs. | |

2. Direct Expenses and Disbursements

| | |
|---|---|
| Auto | $48.39 |

3. Total Billing

| | |
|---|---|
| Direct Expenses and Disbursements | $ 48.39 |
| Services 7.25 Hrs. @ $150.00 | $ 1,087.50 |
| | $ 1,135.89 |

June 29, 2005

Re: ACE Constructors, Inc.
Ammo Hot-Load Area, Ft. Bliss, TX

Invoice No. 050608

Please remit to letterhead address: Consulting Service Systems
P.O. Box 2511
Panama City, FL 32402

FEIN: 54-2090049

---

1. Services

| | | |
|---|---|---|
| Jun 1,2005 | 5.50 Hrs. | Review project material; Deposition preparation |
| Jun 2,2005 | 5.25 Hrs. | Deposition preparation |
| Jun 3,2005 | 11.50 Hrs. | Deposition preparation; Deposition; Travel |
| Jun 17,2005 | 7.50 Hrs. | Revise report |
| Jun 18,2005 | 3.75 Hrs. | Revise report |
| Jun 19, 2005 | 1.00 Hrs. | Revise report |
| | 34.50 Hrs. | |

2. Direct Expenses and Disbursements

Hotel, Tallahassee, 6/2/05 $159.02

3. **Total Billing**

| | |
|---|---|
| Direct Expenses and Disbursements | $ 159.02 |
| Services 34.50 Hrs. @ $150.00 | $ 5,175.00 |
| | $ 5,334.02 |

May 31, 2005

Re: ACE Constructors, Inc.
Ammo Hot-Load Area, Ft. Bliss, TX

Invoice No. 050506

Please remit to letterhead address: Consulting Service Systems
P.O. Box 2511
Panama City, FL 32402

FEIN: 54-2090049

---

1. Services

| | | |
|---|---|---|
| May 1,2005 | 2.00 Hrs. | Review project material |
| May 2,2005 | 11.00 Hrs. | Review project material |
| May 3,2005 | 11.25 Hrs. | Review project material |
| May 4,2005 | 12.50 Hrs. | Review project material |
| May 5,2005 | 11.25 Hrs. | Review project material |
| May 6,2005 | 9.00 Hrs. | Review project material; Travel at half rate; Meet with ACE's attorney |
| May 7,2005 | 8.25 Hrs. | Review project material |
| May 15,2005 | 1.25 Hrs. | Review project material |
| May 16,2005 | 3.00 Hrs. | Review project material |
| May 31, 2005 | 5.50 Hrs. | Review project material |
| | 75.00 Hrs. | |

2. Direct Expenses and Disbursements

| | |
|---|---|
| Auto 102 miles @$.405 | $ 82.62 |
| Federal Express | 32.74 |
| Outside copies/supplies | 140.19 |
| | $ 255.55 |

3. Total Billing

| | |
|---|---|
| Direct Expenses and Disbursements | $ 255.55 |
| Services 75.00 Hrs. @ $150.00 | $11,250.00 |
| | $11,505.55 |

**Consulting Service Systems, Inc.**
P.O. Box 2511 • Panama City, Florida 32402-2511
Telephone: (850) 784-4779 • Fax (850) 784-2161

October 31, 2002

Mr. W. Robert Vezina, III
Vezina, Lawrence & Piscitelli
318 N. Calhoun Street
Tallahassee, Florida 32301

Re: Anderson Columbia Environmental Constructors, Inc.
Ammo Hot Load Area, Ft. Hood, TX

Dear Mr. Vezina:

Enclosed is my current billing for the Anderson Columbia Environmental project. The total amount of this billing is $1,237.32.

Please process this invoice for payment.

CONSULTING SERVICE SYSTEMS

Louis M. Wenick
President

LMW/ms

Encl

October 31, 2002

Re: Anderson Columbia Environmental Constructors, Inc.
Fort Hood Sanitary Sewer Replacement, Ft. Hood, TX

Invoice No. 011011

Please remit to letterhead address: Consulting Service Systems
P.O. Box 2511
Panama City, FL 32402

FEIN: 59-2910487

---

1. Services

| | | |
|---|---|---|
| Oct 13, 2002 | 1.50 Hrs. | Review project material |
| Oct 14, 2002 | 5.25 Hrs. | Tallahassee meeting |
| Oct 24, 2002 | 1.00 Hrs. | Review draft claim and comment |
| Oct 30-31, 2002 | 2.00 Hrs. | Review draft claim and comment |
| | 9.75 Hrs. | |

2. Direct Expenses and Disbursements

Tallahassee trip, 10/14/02
Auto, 204 miles @$.33 $67.32

3. Total Billing

| | |
|---|---|
| Direct Expenses and Disbursements | $ 67.32 |
| Services 9.75 Hrs. @ $120.00 | $ 1,170.00 |
| | $ 1,237.32 |

October 31, 2005

Re: ACE Constructors, Inc.
Ammo Hot-Load Area, Ft. Bliss, TX

Invoice No. 051005

Please remit to letterhead address: Consulting Service Systems
P.O. Box 2511
Panama City, FL 32402

FEIN: 54-2090049

---

1. Services

| | | |
|---|---|---|
| Sep 30,2005 | 1.00 Hrs. | Prepare for trial testimony |
| Oct 10,2005 | 4.75 Hrs. | Prepare for trial testimony; Review expert report and backup |
| Oct 11,2005 | 2.50 Hrs. | Prepare for trial testimony; Review expert report and backup |
| Oct 12,2005 | 3.50 Hrs. | Travel to Tallahassee; Meet with ACE attorney to prepare for trial testimony |
| Oct 13,2005 | 9.75 Hrs. | Trial preparation; Review trial exhibits; Revise equipment damages as requested by ACE counsel |
| Oct 14,2005 | 9.25 Hrs. | Revise equipment damages for trial; Review depositions; Review questions for COE damage expert deposition |
| Oct 15,2005 | 3.25 Hrs. | Review revised cost and schedule data for trial testimony |
| Oct 16,2005 | 9.50 Hrs. | Review COE depositions; Travel to trial |

| | | |
|---|---|---|
| Oct 17,2005 | 14.75 Hrs. | Trial preparation; Attend trial; Attend deposition of COE damages expert |
| Oct 18,2005 | 9.25 Hrs. | Trial preparation; Attend trial |
| Oct 19,2005 | 17.00 Hrs. | Trial preparation; Attend trial; Prepare for trial testimony with ACE counsel including revision of damages |
| Oct 20,2005 | 11.75 Hrs. | Testimony preparation; Attend trial; Testimony |
| Oct 21,2005 | 10.00 Hrs. | Testimony preparation; Testimony; Attend trail testimony of DCAA Auditor; Travel |
| | 106.25 Hrs. | |

2. Direct Expenses and Disbursements

| | |
|---|---|
| Tallahassee trip, 10/12/05 | |
| Auto 204 miles @$.405 | $ 82.62 |
| El Paso trip, 10/16-21/05 | |
| Federal Express | 107.61 |
| Airfare | 1,130.29 |
| Hotel | 1,016.90 |
| Car rental | 87.61 |
| | $ 2,425.03 |

3. Total Billing

| | |
|---|---|
| Direct Expenses and Disbursements | $ 2,425.03 |
| Services 50.75 Hrs. @ $150.00 | 7,612.50 |
| Trial 55.50 Hrs. @$200.00 | 11,100.00 |
| | $21,137.53 |

**Delta**
delta.com

## *Passenger Receipt and Itinerary*

*Enjoy the fastest way to the gate. Use delta.com's Online Check-in from 24 hours to 30 minutes before departure.*
*For questions, please visit delta.com or call 800-221-1212.*

**BRADLEY COPENHAVER**
**7164 NESTERS DR**
**TALLAHASSEE FL 32312-6742**

| | |
|---|---|
| Confirmation Number/Record Locator: | **4XV7M1** |
| SkyMiles Number: | **2274085220** |

**RECEIPT INFORMATION**

Psgr: BRADLEY COPENHAVER
Not Transferable
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW

Ticket Number: **00623094855504**
This document expires 08MAR06.

Ticket Issue date: 08MAR05

Fare Details: TLH DL TPA 87.44K7NBV DL TLH 87.44K7NBV USD174.88END ZP TLHTPA XT US13.12 ZP6.40 AY5.00 XF9.00 TLH4.5TPA4.5

FARE: 174.88 USD
TAX: 33.52 XT
TOTAL: 208.40 USD

Form of Payment AX**********51008

**NON REF/CHANGE FEE/PENALTY**

***This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise your airline or travel agent that you are traveling on a special fare.***

**TICKETED ITINERARY INFORMATION**

| Flight Nbr | Departure Date | Bkng Class | Status | Carrier/Vendor | Departure City | Departure Time | Arrival City | Arrival Time | Seat/ Class | Meals/ Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 6394 | 15MAR05 | K | OK | DELTA/ Operated by CHAUTAUQUA AIRLINES | TALLAHASSEE | 1200N | TAMPA | 100P | 12A COACH | |
| 6398 | 20MAR05 | K | OK | DELTA/ Operated by CHAUTAUQUA AIRLINES | TAMPA | 1035A | TALLAHASSEE | 1130A | 9A COACH | |

# - Arrival date is 1 day after departure date.

**Check-in with the operating carrier.**

** - Check-in required
*S$ - Multiple Seats
B - Breakfast
L - Lunch

Song passengers departing from New York Kennedy (JFK) or Orlando (MCO) check-in at the Song ticket counter.

D - Dinner
S - Snack
F - Food Available for Purchase
*** - Multi Meals
M - Movie

*Please check-in early. Delta recommends the following minimum check-in times.*

| ***Destination*** | ***Ticket Counter*** | ***Departure Gate*** |
|---|---|---|
| *U.S. Domestic Flights* | *60 minutes* | *30 minutes* |
| *International Flights* | *120 minutes* | *60 minutes* |

*Checked baggage must be presented at least 30 minutes before departure for domestic flights and 60 minutes for International flights or the bag may be refused.*
*Exception: Passengers originating travel from Denver International Airport (DEN) or Las Vegas International Airport (LAS) must check their bags at least 45 minutes prior to the scheduled departure time or the bag may be refused. San Juan, P.R., (SJU) and Saint Thomas, U.S.V.I. (STT) originating passengers must check their bags at least 60 minutes prior to the scheduled departure time or the bag may be refused.*

*Domestic flights close for boarding 15 minutes before departure.*
*International flights close 60 minutes before departure.*

**Brad Copenhaver**

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Tuesday, March 08, 2005 9:50 AM
**To:** Brad Copenhaver
**Subject:** Ticketless Confirmation

******************* RECEIPT AND ITINERARY ********************

Beginning 12:01 AM local time on the day of departure, you may check in online and print your boarding pass at southwest.com by visiting:
http://www.southwest.com/travel_center/retrieveCheckinDoc.html?src=receipt

Receipt and Itinerary as of 03/08/05 08:49AM

* * * * * * * * * * * * * * * * *
Confirmation Number: 9NNXMT
Confirmation Date: 03/08/05
* * * * * * * * * * * * * * * * *

Received: BRADLEY

Passenger(s):
COPENHAVER/BRADLEY 526-2746483591-2

Itinerary:
Tuesday, March 15 - TAMPA INTL(TPA) to EL PASO TX(ELP) Flight 1781 Q Depart TAMPA INTL(TPA) at 02:30PM and Arrive in EL PASO TX(ELP) at 05:30PM

Friday, March 18 - EL PASO TX(ELP) to SAN ANTONIO TX(SAT) Flight 2885 Y Depart EL PASO TX(ELP) at 02:20PM and Arrive in SAN ANTONIO TX(SAT) at 04:35PM

Friday, March 18 - SAN ANTONIO TX(SAT) to TAMPA INTL(TPA) Flight 1152 Y Depart SAN ANTONIO TX(SAT) at 05:15PM and Arrive in TAMPA INTL(TPA) at 08:30PM

*************************** COST **************************** Total for 1 Passenger(s)
AIR: .......................$444.65
TAX: .......................$46.15
PFC FEE: ...................$10.50
SECURITY FEE: ..............$7.50

Total Fare: $508.80

*********************** PAYMENT SUMMARY ***********************

Current payment(s)
08MAR2005 AMER EXPRESS xxxxxxxxxxx1008 Ref 526-2746483591-2 $508.80

Total Payments: $508.80

*********************** FARES RULE(S) ************************ VALID ONLY ON SOUTHWEST AIRLINES
NON REFUNDABLE / STANDBY REQ UPGRADE TO YL FARE

All travel involving funds from this Confirm no. must be completed by 03/08/06 Any change to this itinerary may result in a fare increase.

Fare Calculation:
ADT- 1 TPAWNELP Q7NR 179.00 ELPWNSAT YL 299.00 SATWNTPA YL .00

$478.00 ZPTPA SAT ELP SAT AFTPA4.50 ELP3.00 SAT3.00 AYTPA2.50 ELP2.50 SAT2.50 $508.80

Important:

******************* FREE BAGGAGE ALLOWANCE ********************* Checked Baggage Allowance: Three (3) pieces of baggage, each piece of which having outside measurements (i.e., the sum of the greatest outside length plus the greatest outside width plus the greatest outside height) not exceeding sixty-two (62) inches, not weighing more than fifty (50) pounds per piece, and provided such baggage is checked for carriage in the cargo hold of the aircraft. Baggage that exceeds these limits is subject to an additional charge.

Carryon Baggage Allowance: One (1) item of carryon baggage that does not exceed external dimensions of ten inches by sixteen inches by twenty-four inches (10 x 16 x 24) plus one (1) smaller personal-type item (e.g., purse, briefcase, laptop computer case, backpack, small camera), provided that such items are capable of being carried onboard the aircraft by one person without additional assistance and are capable of being stowed under a seat or in an overhead compartment.

********************* CHECKIN REQUIREMENTS ********************* Southwest Airlines Ticketless Travel is nontransferrable.
Positive identification is required at time of checkin.

Flights Operated by Southwest Airlines - Customers who do not claim their reservations at the departure gate desk at least ten (10) minutes before scheduled departure time for flights operated by Southwest Airlines will have their reserved space cancelled and will not be eligible for denied boarding compensation.

*************** SECURITY CHECKPOINT REQUIREMENTS *************** To proceed through Security Checkpoint, you will need your government-issued photo ID* and either a Boarding Pass or Security Document. Boarding Passes are available online at southwest.com, at the Skycap Podium, Ticket Counter, or RAPID CHECK-IN Kiosk.

To checkin online/print your Boarding Pass, please visit:
http://www.southwest.com/travel_center/retrieveCheckinDoc.html

If you do not meet the requirements for Online Checkin, you may be able to print a Security Document by visiting:
http://www.southwest.com/travel_center/retrieveSecDoc.html

*Customers under 18 years of age are not required to show government-issued photo ID

*********************** INFLIGHT SERVICE *********************** Snack Service: If your total flight itinerary includes a series of flights that each are less than two hours in duration, you will be served peanuts/pretzels on each flight segment. If your itinerary includes any nonstop flight longer than two(2) hours, you will be served a packaged snack on that flight segment.
Southwest Airlines does not serve sandwiches or meals, however, you may bring something to eat on board.

************************* TRAVEL TIPS ************************* Southwest Airlines is dedicated to making air travel an enjoyable experience. In our efforts to provide the best possible service to our Customer we have provided you with some suggested Travel Tips to help ease your travel experience.
Visit http://www.southwest.com/travel_center/travel_tips.html for more information.

********************** REFUND INFORMATION ********************** For Southwest Airlines Refund Information please visit: http://www.southwest.com/travel_center/refund_information.html

******************** CONDITIONS OF CONTRACT ******************* Southwest Airlines Co. - Notice of Incorporated Terms - Air transportation by Southwest Airlines is subject to Southwest Airlines Passenger Contract of Carriage, the terms of which are incorporated by reference. Incorporated terms include but are not limited to:

(1) Limits on liability for loss, damage to, or delayed delivery of passenger baggage, including fragile, perishable, and certain other irreplaceable and/or high-value goods or contents, as specified in Article 75 of the Contract of Carriage. Baggage liability for covered items (except disability assistive devices) is limited to $2,800 per fare-paying Customer unless excess valuation coverage is purchased.

(2) Claims restrictions, including timeperiods in which Customers must file a claim or bring an action against Southwest.

(3) Our rights to change terms of the Contract.

(4) Rules on reservations, checkin times, refusal to carry, and smoking.

(5) Our rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting.

(6) Overbooking: If we deny you boarding due to an oversale and you have obtained your boarding pass and are present and available for boarding in the departure gate area at least ten minutes before scheduled departure, with few exceptions, we compensate you.

You may inspect Southwest's Contract of Carriage and Customer Service Commitment at any Southwest ticket counter or online at southwest.com, or obtain a copy by sending a request to:

Southwest Airlines
V.P. Customer Relations
PO Box 36647
Dallas, TX 75235-1647

*********************** PRIVACY POLICY *********************** Read about Southwest Airlines' privacy policy at www.southwest.com/travel_center/privacy_policy.html .

Should you wish to forward or distribute this message to others, please do so only with the express permission of the
passenger(s) traveling. If you are not an intended recipient or if you have received this message in error, please promptly delete this message. Thank you for your cooperation and consideration.

This is a post only mailing from Southwest Airlines regarding your flight confirmation.

Please do not attempt to respond to this message.

Marriott

Print >>

## Residence Inn Tampa North/I-75 Fletcher

13420 North Telecom Parkway
Temple Terrace, FL 33637
1 813 972-4400

**Guest name: BRADLEY COPENAHVER**
**Confirmation number: 81086342**
**Check-in:** March 18, 2005 (Friday)
**Check-out:** March 19, 2005 (Saturday)
**Number of guests:** 1
**Number of rooms:** 1

### Room Description

**Studio**

STDO - STUDIO ROOM(1-QUEEN 1-SOFABED 1-BATH)LIVING AREA & FULL KITCHEN (NO OVEN)* INCLUDES HOT BREAKFAST DAILY*

### Room Preferences

**Room 1:**

NON-SMOKING ROOM has been guaranteed.

### Room Rate

| Charges | Cost per night per room (USD) |
|---|---|
| March 18, 2005 (Friday) - March 19, 2005 (Saturday) (1 night(s)) | 134.00 |

CORPORATE RATE*STUDIO ROOM(1-QUEEN 1-SOFABED 1-BATH) LIVING AREA & FULL KITCHEN(NO OVEN)*INCLUDES BREAKFAST DAILY *MAX 4 PPL

Please note: The Charge per room does not include applicable taxes, fees or surcharges.

### Guest & Billing Information

**Guest Information**

MR BRADLEY COPENAHVER
7164 NESTERS DR
TALLAHASSEE, FL 323126742
US
BCOPENHAVER@VLPLAW.COM
9547281270

**Billing Information**

Card holder name:
Credit card type: AX
Credit card number: ***********1008
Expiration date: 06/2007

### Rate Rules

A CHANGE IN THE LENGTH OF YOUR STAY MAY RESULT IN A RATE CHANGE
A CREDIT CARD NUMBER IS REQUIRED TO CONFIRM OR GUARANTEE YOUR RESERVATION
CANCELLATION PERMITTED
- BEFORE 1600 DAY OF ARRIVAL
1 NIGHTS RM & TAX CXL FEE - TOTAL 150.08 USD

- AS FIRST NIGHT PAYMENT
CURRENCY RATES QUOTED IN USD - US DOLLAR AND EXCLUDE
TAXES
TAX 12.000 PCT/ROOM PER NIGHT

Close Window >>

**Brad Copenhaver**

**From:** Franklin Hurst
**Sent:** Friday, March 18, 2005 11:20 AM
**To:** Brad Copenhaver
**Cc:** Rita Chalek
**Subject:** Itinerary for COPENHAVER - Tuesday March 22 2005
**Importance:** High

-----Original Message-----
**From:** glen@traveltlh.com [mailto:glen@traveltlh.com]
**Sent:** Friday, March 18, 2005 11:05 AM
**To:** Franklin Hurst
**Subject:** Itinerary for COPENHAVER - Tuesday March 22 2005
**Importance:** High

**Carlson Wagonlit Travel**
**1834 Hermitage Blvd. Ste. 100**
**Tallahassee, FL 32308**

**************************************************************************
THIS IS YOUR E-TICKET AND THIS E-MAIL SERVES AS AN ITINERARY/INVOICE RECEIPT. THIS PAGE FOR YOUR RECORDS.
**************************************************************************

**Travel Consultant:** Glen

**Trip Locator:** OL3UJY

BRADLEY S COPENHAVER

**Tuesday March 22 2005**

**Delta Air Lines Inc - Flight DL 1489**

**Depart:** Tallahassee Regional Airport
Tallahassee Florida United States
4:21 PM

**Arrive:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
5:26 PM
Terminal S

**Meal:** No Meal Service
Frequent Flyer- GM** DL2274085220 BRADLEY S COPENHAVER

**Status:** Confirmed
**Airline Ref:** 5I4D0K
**Seat:** 16C
**Class:** B-Economy/Coach
**Mileage:** 224
**Travel Time:** 1:05
**Stopovers:** 0
**Aircraft:**

**Tuesday March 22 2005**

**Delta Air Lines Inc - Flight DL 1465**

**Depart:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
7:06 PM
Terminal S

**Arrive:** Lambert International Airport
St. Louis Missouri United States
7:50 PM

Terminal M

**Meal:** No Meal Service
Frequent Flyer- GM** DL2274085220 BRADLEY S COPENHAVER

**Status:** Confirmed
**Airline Ref:** 5I4D0K
**Seat:** 26C
**Class:** B-Economy/Coach

**Mileage:** 485
**Travel Time:** 1:44
**Stopovers:** 0
**Aircraft:** MCDONNELL DOUGLAS DC9 SUPER 80

---

**Tuesday March 22 2005**

**The Hertz Corporation**

314 426 7555

**Pick Up:** Lambert International Airport
St. Louis Missouri United States
7:50 PM

**Drop Off:** Lambert International Airport
St. Louis Missouri United States
Thursday March 24 2005
8:07 AM

**Car Type:** Full Size Car-Automatic with Air Conditioning

**Misc:**
CONTRACT RATE HAS BEEN ASSIGNED
APPROX TTL USD153.88 INC TAX-OTH CHGS

**Status:** Confirmed
**Confirmation:** C8600835508GOLD
**Rate :** 62.80 USD
**Mileage:** Unlimited

---

**Tuesday March 22 2005**

**MARRIOTT ST LOUIS AIRPORT**

10700 PEARTREE LANE
ST LOUIS MO 63134
314-423-9700
314-423-0213(Fax)

**Guest Name:** COPENHAVER BRADLEYS
**Number of Rooms:** 1
**Check Out:** Thursday, March 24, 2005
**Room Type:** CORPORATE RATE * DELUXE RM 1 KING OR 2
**Misc:**
Cancellation Policy-CANCEL PERMITTED UP TO 6PM DAY OF ARRIVAL, H(

Guaranteed to Credit Card - AX

---

**Thursday March 24 2005**

**Delta Air Lines Inc - Flight DL 4249** **Status:** Confirmed

OPERATED BY ATLANTIC SOUTHEAST AIRLINES

**Depart:** Lambert International Airport
St. Louis Missouri United States
9:07 AM
Terminal M

**Airline Ref:** 5I4D0K
**Seat:** 08B
**Class:** B-Economy/Coach

**Mileage:** 485
**Travel Time:** 1:34
**Stopovers:** 0
**Aircraft:** CANADAIR REGIONAL Jet

**Arrive:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
11:41 AM
Terminal S

**Meal:** No Meal Service
Frequent Flyer- GM** DL2274085220 BRADLEY S COPENHAVER

---

**Thursday March 24 2005**

**Delta Air Lines Inc - Flight DL 1280** **Status:** Confirmed

**Depart:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
12:37 PM
Terminal S

**Airline Ref:** 5I4D0K
**Seat:** 13A
**Class:** B-Economy/Coach

**Mileage:** 224
**Travel Time:** 1:03
**Stopovers:** 0
**Aircraft:** BOEING 737-800

**Arrive:** Tallahassee Regional Airport
Tallahassee Florida United States
1:40 PM

**Meal:** No Meal Service
Frequent Flyer- GM** DL2274085220 BRADLEY S COPENHAVER

---

**Agency Remarks**

*****************************************************
REFUNDABLE TICKET/CHANGES MAY RESULT IN HIGHER AIRFARE
*****************************************************
**************************************
FORM OF PAYMENT AX ENDING IN 51008
**************************************
**REVIEW INFORMATION. CLIENT RESPONSIBLE FOR ACCURACY
**UNLESS AGENCY NOTIFIED WITHIN 24 HOURS
*******WWW.CARLSONTRAVEL.COM/TALLAHASSEE**********
YOUR TRAVEL ARRANGEMENTS WERE MADE BY GLEN.
COMPLIMENTARY HOTEL SHUTTLE OPERATES 24 HRS DAILY
*****************************************************

---

**Ticketing Information**

| Issue Date | Passenger Name | Transaction Type | Document Number | Amount | |
|---|---|---|---|---|---|
| 18MAR | COPENHAVER/BRADLEY.S | Electronic Ticket | 0061196703963 | 729.79 | USD |
| 18MAR | COPENHAVER/BRADLEY.S | Misc Charge | 8908101374136 | 25.00 | USD |

Delta
delta.com

## *Passenger Receipt and Itinerary*

*Enjoy the fastest way to the gate. Use delta.com's Online Check-in from 24 hours to 30 minutes before departure.*
*For questions, please visit delta.com or call 800-221-1212.*

**BRADLEYS COPENHAVER**
**7164 NESTERS DR**
**TALLAHASSEE FL 32312-6742**

Confirmation Number/Record Locator: **5I4D0K**
SkyMiles Number: **2274085220**

### RECEIPT INFORMATION

Psgr: BRADLEYS COPENHAVER
Not Transferable
Place of Ticket Issue: CVGRES
Issuing Agent Id: DL/8S

Ticket Number: **00621854963925**
This document expires 18MAR06.

Ticket Issue date: 22MAR05

Fare Details: TLH DL X/ATL DL STL 320.46 DL X/ATL DL TLH 320.46 USD640.92END ZP TLHATLSTLATL XT US48.07 ZP12.80 AY10.00 XF18.00 TLH4.5ATL4.5STL4.5ATL4.5

FARE: 640.92 USD
TAX: 88.87 XT
TOTAL: 729.79 USD

Form of Payment

Org Tkt 00611967039633
Org FOP AX***********51008

***This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise your airline or travel agent that you are traveling on a special fare.***

### TICKETED ITINERARY INFORMATION

| Flight Nbr | Departure Date | Bkng Class | Status | Carrier/Vendor | Departure City | Departure Time | Arrival City | Arrival Time | Seat/ Class | Meals/ Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 4545 | 22MAR05 | Y | OK | DELTA/ Operated by ATLANTIC SOUTHEAST | TALLAHASSEE | 854P | ATLANTA | 1006P | 8B COACH | |
| 4156 | 22MAR05 | Y | OK | DELTA/ Operated by ATLANTIC SOUTHEAST | ATLANTA | 1057P | ST LOUIS | 1132P | 10B COACH | |
| 4249 | 24MAR05 | B | OK | DELTA/ Operated by ATLANTIC SOUTHEAST | ST LOUIS | 907A | ATLANTA | 1141A | 8B COACH | |

858-385-6785 Candy

DEL RIO
CHECK: 8513
SERVER: ~~5005 DULA~~
DATE: MAR18'05 1:19PM
CARD TYPE: Amex
ACCT #: XXXXXXXXXXX1008
EXP DATE: XX/XX
AUTH CODE: 565297
BS COPENHAVER

TOTAL: 18.82

TIP $ 3.00

TOTAL $ 21.82

SIGNATURE
SIGN ONE COPY AND RETURN
*** THANK YOU ***

0219
Server: DANIEL F Rec: 87
03/23/05 21:06. Swiped 1: 13 Term: 3

SQWIRES
1415 SOUTH 18TH
ST. LOUIS MO 63104
(314)865-3522
MERCHANT #.

CARD TYPE ACCOUNT NUMBER
AMERICAN EXPRES XXXXXXXXXXX
Name: BS COPENHAVER
00 TRANSACTION APPROVED
AUTHORIZATION #: 564748
Reference: 032301000219
TRANS TYPE: Credit Card SALE

CHECK: 43.87
TIP: 20.00
TOTAL: 63.87

20.00 only

X

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
[illegible]

PLANE CARTB
HARTSFIELD JACKSON INTERNATIONAL AIR PORT

#131 IN

| | |
|---|---|
| 1 HAM&CHEZ SAND | 6.95 |
| 1 BOTTLE DIETCOKE | 1.60 |
| | .60 |
| TTL | 9.15 |
| CASH | 10.00 |
| CHNG | .85 |

JOHNSON
7992 11:41 #05 MAR.24'05 REG0001

$50.97 total.

**Marriott.**
**ST. LOUIS AIRPORT**

For questions regarding this folio, please call
Marriott Business Services toll-free 1-866-435-7627

I-70 at Lambert International Airport
St. Louis, MO 63134
(314) 423 9700
Marriott.com/STLAP

**GUEST FOLIO**

1041 COPENHAVER/BRADLEYS 159.00 03/24/05 13:00 4614
ACCT#
NSK 03/23/05 17:37
45 PASSPORT:
ROOM CLERK ADDRESS PAYMENT MR#:

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 03/23 | LOCAL | 3992-LOC | 1.00 | | |
| 03/23 | LOCAL | 3996-LOC | 1.00 | | |
| 03/23 | PARKING | PARKING | 7.00 | | |
| 03/23 | ROOM | 1041, 1 | 159.00 | | |
| 03/23 | ROOMTAX | 1041, 1 | 23.17 | | |
| 03/24 | AX CARD | | | $191.17 | |

SETTLED TO : AMERICAN EXPRESS CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------- EXP. REPORT SUMMARY -------------------

| | | |
|---|---|---|
| 03/23 | LOCAL | 2.00 |
| | PARKING | 7.00 |
| | ROOM&TAX | 182.17 |



**Marriott.**
**ST. LOUIS AIRPORT**

I-70 at Lambert International Airport
St. Louis, MO 63134
(314) 423 9700
Marriott.com/STLAP

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

-2955C
12/04

Signature X ______________________

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

CC

BRADLEY COPENHAVER
RR 199073615 VEH 01599 / 2096808 #01 RN
CLS F4 SATRAD Y 05NTSR LIC: MO604NLM
FUEL: 8/8 OUT 8/8 IN
CDP: 154080-MARRIOTT REWARDS
FF: DL 2274085220
RES C8600835508/1230G /F
PREPARED BY: 6655/MOSTL11
COMPLETED BY: 3026/MOSTL11

Hertz

RENTED: 03/23/05 10:03 @ ST LOUIS INT'L A/P
RETURN: 03/23/05 21:45 @ ST LOUIS INT'L A/P

| | | | |
|---|---|---|---|
| PLAN IN: | 1230G | RATE CLASS: | F |
| PLAN OUT: | 1230G | | |
| MILEAGE IN | 435 | TR-X MILES | |
| MILEAGE OUT | 176 | MILES ALLOWED | |
| MILES DRIVEN | 259 | MILES CHARGED | |

| | | | |
|---|---|---|---|
| DAYS | 1 @ $ 86.50 / DAY | $ | 86.50 |
| SUBTOTAL 1 | | $ | 86.50 |
| DISCOUNT - R 20 % | | $ | 17.30 |
| SUBTOTAL 2 | | T$ | 69.20 |
| CONCESSION FEE RECOVERY | | T$ | 7.68 |
| FF SURCHARGE | | T$ | .50 |
| LDW DECLINED | | | |
| LIS DECLINED | | | |
| PAI, PEC DECLINED | | | |
| VLF RECOVERY | | $ | 1.85 |
| TAX 7.325 % ON TAXABLE TTL OF $ 77.38 | | $ | 5.67 |
| CHARGED ON AMX XXXXXXXXXXX1008 | | $ | 84.90 |
| RENT FP AMX XXXXXXXXXXX1008 | | | |

FF: DL 2274085220 - 50 MILES AWARDED

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

WELCOME TO
PARTNEY INC
PHILLIPS 66
NATURAL BRIDGE
8360490695

DUPLICATE OUTDOOR RECEIPT

****CHARGE****

Store ID# 836049069-5
AMERICAN E 06/07

INVOICE#: 5602
DATE 03/23/05 21:39
AUTH#: 549038

PUMP #3
UNLD 10.912G
SELF-SERVE
PRICE/GAL: $ 1.959
FUEL TOTAL $ 21.38

THANKS. COME AGAIN

$106.28 total

Delta
delta.com

## *Passenger Receipt and Itinerary*

*Enjoy the fastest way to the gate. Use delta.com's Online Check-in from 24 hours to 30 minutes before departure.*
*For questions, please visit delta.com or call 800-221-1212.*

**BRADLEY COPENHAVER**
**7164 NESTERS DR**
**TALLAHASSEE FL 32312-6742**

| | |
|---|---|
| Confirmation Number/Record Locator: | **PQN1KD** |
| SkyMiles Number: | **2274085220** |

### RECEIPT INFORMATION

Psgr: BRADLEY COPENHAVER
Not Transferable
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW

Ticket Number: **00623092417931**
This document expires 18MAR06.

Ticket Issue date: 18MAR05

Fare Details: TLH DL X/ATL DL ELP 250.69Q7M1NBV DL X/ATL DL TLH 250.70Q7M1NBV USD501.39END ZP TLHATLELPATL XT US37.61 ZP12.80 AY10.00 XF16.50 TLH4.5ATL4.5ELP3ATL4.5

Form of Payment AX***********51008

FARE: 501.39 USD
TAX: 76.91 XT
TOTAL: 578.30 USD

**NON REF/CHANGE FEE/PENALTY**

***This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise your airline or travel agent that you are traveling on a special fare.***

### TICKETED ITINERARY INFORMATION

| Flight Nbr | Departure Date | Bkng Class | Status | Carrier/Vendor | Departure City | Departure Time | Arrival City | Arrival Time | Seat/ Class | Meals/ Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 1274 | 29MAR05 | Q | OK | DELTA | TALLAHASSEE | 710A | ATLANTA | 815A | 24D COACH | |
| 383 | 29MAR05 | Q | OK | DELTA | ATLANTA | 957A | EL PASO | 1129A | 25D COACH | |
| 1730 | 01APR05 | Q | OK | DELTA | EL PASO | 720A | ATLANTA | 1215P | 25B COACH | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1031 01APR05 | Q | OK | DELTA | ATLANTA | 234P | TALLAHASSEE | 335P | 16B COACH |

\# - Arrival date is 1 day after departure date.

**Check-in with the operating carrier.**

Song passengers departing from New York Kennedy (JFK) or Orlando (MCO) check-in at the Song ticket counter.

*Please check-in early. Delta recommends the following minimum check-in times.*

** - Check-in required
*S$ - Multiple Seats
B - Breakfast
L - Lunch
D - Dinner
S - Snack
F - Food Available for Purchase
*** - Multi Meals
M - Movie

| ***Destination*** | ***Ticket Counter*** | ***Departure Gate*** |
|---|---|---|
| *U.S. Domestic Flights* | *60 minutes* | *30 minutes* |
| *International Flights* | *120 minutes* | *60 minutes* |

*Checked baggage must be presented at least 30 minutes before departure for domestic flights and 60 minutes for International flights or the bag may be refused.*
*Exception: Passengers originating travel from Denver International Airport (DEN) or Las Vegas International Airport (LAS) must check their bags at least 45 minutes prior to the scheduled departure time or the bag may be refused. San Juan, P.R., (SJU) and Saint Thomas, U.S.V.I. (STT) originating passengers must check their bags at least 60 minutes prior to the scheduled departure time or the bag may be refused.*

*Domestic flights close for boarding 15 minutes before departure.*
*International flights close 60 minutes before departure.*

Sam Adams
Brewhouse
Hartsfield-Jackson International
Airport - Concourse C
Atlanta, GA

Date: Apr01'05 05:43PM
Card Type: Amex
Acct #: XXXXXXXXXXX1008
Exp Date: 06/07
Auth Code: 561533
Check: 1721
Table: 20/6
Server: 1022 JHAREN S
BS COPENHAVER

Subtotal: 17.07

Tip: 3.00

Total: 20.07

Signature
I agree to pay above total
according to my card issuer
agreement.

*** Customer Copy ***

$45.76

12:35:44

CHK

CHARGE

AMOUNT .61

TIP AMOUNT 2.00

TOTAL 11.61

WE WELCOME YOUR COMMENTS!
WRITE TO US AT 1-800-983-4637
OR VISIT US AT WWW.CHILIS.COM

** TGI FRIDAY'S #1935 **
ATLANTA AIRPORT

Date: Apr01'05 01:07PM
Card Type: AMEX
Acct #: XXXXXXXXXXX1008
Exp Date: XX/XX
Auth Code: 545882
Check: 5735
Table: 303/1
Server: 51 GENA F
BS COPENHAVER

Subtotal: 11.88

TIP $ 2.20

TOTAL $ 14.08

SIGNATURE

** STORE COPY **

RECEIPT
REPUBLIC PARKING TALLAHASSEE AIRPORT
TIME: 11:27 DATE: 04/02/05 EXIT LANE:045

ENTRY: 05:55 03/29/05
EXIT: 11:27 04/02/05

PARKING 40.00
TAX 0.00

TOTAL 40.00

CREDIT CARD INFORMATION:
XXXXXXXXXXX1008 0607
AMEX APPROVAL
TRAN: REF:

THANK YOU FOR USING E-TICKET EXPRESS
IT IS THE FASTEST WAY TO PARK. NO
WAITING AT ENTRANCE, NO WAITING AT
EXIT.

BRADLEY COPENHAVER CC
RR 374370010 VEH 01498 / 6727697 ( RN
CLS F NVL Y 05SB6X LIC: GA 8858ATZ
FUEL: 8/8 OUT 8/8 IN
CDP: 154080-MARRIOTT REWARDS

Hertz

RES C87527568455/ICLD / F
PREPARED BY: 3453/GAATL11
COMPLETED BY: 6813/FLTAL11

**RENTED: 04/01/05 19:50 @ ATLANTA INT'L A/P**
**RETURN: 04/02/05 11:13 @ TALLAHASSEE**

**PLAN IN:** ICLD **RATE CLASS:** F
**PLAN OUT:** ICLD

| | | | |
|---|---|---|---|
| MILEAGE IN | 11711 | TR-X MILES | |
| MILEAGE OUT | 11483 | MILES ALLOWED | |
| MILES DRIVEN | 228 | MILES CHARGED | |

| | | | |
|---|---|---|---|
| DAYS | 1 @ $ 94.99 / DAY | $ | 94.99 |
| **SUBTOTAL 1** | | **$** | **94.99** |
| DISCOUNT - R 5 % | | $ | 4.75 |
| **SUBTOTAL 2** | | **T$** | **90.24** |
| CONCESSION FEE RECOVERY | | T$ | 11.02 |
| ADDITIONAL CHARGES* | | T$ | 9.00 |
| LDW DECLINED | | | |
| LIS DECLINED | | | |
| PAI, PEC DECLINED | | | |
| VLF RECOVERY | | $ | .51 |
| TAX 10.000 % ON TAXABLE TTL OF $ 110.26 | | $ | 11.02 |
| MISCELLANEOUS ADJUSTMENTS | | $ | 38.00 |
| **CHARGED ON AMX XXXXXXXXXXX1008** | | **$** | **159.79** |
| RENT FP AMX XXXXXXXXXXX1008 | | | |

ADDITIONAL CHARGES
NEVERLOST $ 9.00 DY/ 45.00 WK/

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

04.01.05

continuation of expenses

PAID
MAY 01 2005
#12367
$546.35

Brad Copenhaver

ADVANTAGE RENT-A-CAR #141

141-6795380-RZ CHECKIN

6535 DE HAVILLAND
EL PASO,TX 79925
(915) 779-7030
Worldwide Reservations
www.advantagerentacar.com

COPENHAVER, BRADLEY
EASY RENTAL ID # 7213728-EPI
7164 NESTERS DR
TALLAHASSEE , FL 32312
(850) 224-6205

D/L# C151077710140 FL 01/14/06

Rental:03/29/05 11:37 by 106112 RENTED
Return:03/31/05 14:59 by 105458 IN
Time Used: 2 Days 3 Hours

UNIT# 753425 SILVER GRAND CARA
Out: 8019 In: 8208 Ttl: 189 2 xchng
Fuel Receipt required or gas charged
on return @4.00/gallon. Out:8/8 In:8/8

| Rate | Per | Free | Total | Balance |
|---|---|---|---|---|
| 0.300 | Mile | UNLM | | |
| 15.00 | OT Hour | | 45.00 | |
| 79.40 | 24 HRS | | 158.80 | |
| 245.80 | Week | | | |
| 983.20 | 28 Days | | | |
| 79.40 | Special | | | |

========OPTIONS==ACCEPT===============

| | | | | |
|---|---|---|---|---|
| 15.99D | LDW | NO | | |
| | Fuel | YES | | |
| 5.00D | 2ndRenter | NO | | |
| 15.00D | YngDriver | NO | | |
| 2.00D | Hwy Helpe | YES | 6.00 | |
| 1.94D | Fee/Reimb | YES | 5.82 | |
| 11.11 | A/P Fee | YES | 23.96 | |
| 15.000% | Taxes | | 35.94 | 0.00 |
| | **Total Due** | | **275.52** | **0.00** |

Rate Rule: 24 HRS/SYS/FCAR
Payment due in accordance w/cc terms.
AX # **1008 Exp 06/07 Auth# 561480

= DATE =========== PAYMENTS ============
VARIOUS 275.52 PAID AX **1008

I DID arrive at El Paso A/P
I have read and agree to the attached terms and conditions of this rental.

BRADLEY COPENHAVER
...1081316-...
.../31/05 1...

#12488

PAID $280.89

JUN 01 2005

*Vezina, Lawrence & Piscitelli, P.A.*

| TRAVEL REPORT | | | |
|---|---|---|---|
| NAME: BRADLEY S. COPENHAVER | | DATE(S) INCURRED: 05.17.05 | |
| CLIENT/MATTER: 009-004 | CLIENT NAME: ACE | | |
| PURPOSE OF ACTIVITY: MEETING W/ J. FULKERSON IN GAINESVILLE | | | |
| **TOTAL REIMBURSEMENT AMOUNT** | **$117.05** | | |

| EXPENSE | CHARGE | CASH | TOTAL |
|---|---|---|---|
| AIRFARE | | | $ 0.00 |
| HOTEL | $ | | $ 0.00 |
| MEALS | | | $ 0.00 |
| RENTAL CAR | | | $ 117.05 |
| MILEAGE ([redacted] MILES X 40.5 CENTS/MILE) | 289 | | |
| GAS | | | |
| PARKING | | | $ 0.00 |
| TAXI | | | |
| TOLLS | | | |
| MISC. | | | |
| LONG DISTANCE TELEPHONE | | | $ 0.00 |
| OTHER | | | |
| OTHER | | | |
| OTHER | | | |
| OTHER | | | |
| TOTALS | $ 89.59 | $ 0.00 | $ 89.59 |
| | | | $ 117.05 |

PREPARED BY: Franklin
May 18, 2005

**Brad Copenhaver**

**From:** DeltaElectronicTicketReceipt@delta.com
**Sent:** Tuesday, June 21, 2005 11:28 AM
**To:** Brad Copenhaver
**Subject:** BRADLEY C TALLAHASSEE 07JUL05

Delta
delta.com

## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to acc reservation.)

BRADLEY COPENHAVER,

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMile

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.c Take control and make changes to your itineraries at delta.com/itineraries.

Enjoy the fastest way to the gate. For domestic travel, use delta.com's Online Check-in from 24 hours to 30 minute departure.

## Flight Information

DELTA CONFIRMATION #: 5MF302
TICKET #: 00623118307910

| Day | Date | Flight | Status | Bkng | City | Time | Info | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Thu | 07JUL | DELTA 1096 | OK | L | LV TALLAHASSEE<br>AR ATLANTA | 700A<br>811A | | 25C<br>COACH |
| Thu | 07JUL | DELTA 383 | OK | L | LV ATLANTA<br>AR EL PASO | 957A<br>1110A | | 25C<br>COACH |
| Sat | 09JUL | DELTA 1730 | OK | H | LV EL PASO<br>AR ATLANTA | 715A<br>1221P | | 25C<br>COACH |
| Sat | 09JUL | DELTA 1406 | OK | H | LV ATLANTA<br>AR TALLAHASSEE | 234P<br>333P | | 25C<br>COACH |

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**.

Delta recommends the following minimum check-in times:
For U.S. Domestic flights - 30 minutes
For International flights - 120 minutes
For Delta Shuttle flights - 15 minutes

Please check in with the operating carrier.

Note: Checked baggage must be presented at least 30 minutes before departure for domestic flights or the bag may be refused. For exceptions, please review Delta's Check-In Requirements.

Domestic flights close 15 minutes before departure.

Key to Terms
# - Arrival date different thar date
** - Check in required
*** - Multi meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purch
L - Lunch
LV - Departs

International flights close 45 minutes before departure.

M - Movie
R - Refreshments - Complim
S - Snack
T - Cold meal

## Passenger Information

BRADLEY COPENHAVER
Skymiles Number: *******220

## Billing Details

## Receipt Information

Fare Details: TLH DL X/ATL DL ELP 206.97L14M1NBV DL X/ATL DL TLH 346.51H7NBV USD 553.48END ZP TLHATLELPATL XT US41.52 ZP12.80 AY10.00 XF16.50 TLH4.5ATL4.5ELP3ATL 4.5

| | | | |
|---|---|---|---|
| Fare: | 553.48 USD | Form of Payment | AX**********52006 |
| Tax: | 80.82 XT | | |
| Tax: | | | |
| Tax: | | | |
| Total: | 634.30 USD | | |

NON REF/CHANGE FEE/PENALTY

Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or cred apply and are displayed in the sections below.

This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise y airline or travel agent that you are traveling on a special fare.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

TICKET #: 00623118307910
Issue Date: 06/21/05 Expiration: 06/21/06
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW
Ticket Issue date: 21JUN05
Not Transferable

Need a rental car? Get special offers from Hertz.

Need a room? Save up to 50% off regular rates using delta.com hotels.

10,000 bonus miles and first year free from American Express.

Hertz

Delta

## Conditions of Carriage

Air transportation on Delta, the Delta Connection carriers, and Song® is subject to Delta's conditions of carriage. T include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract
- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service, including schedule changes, subst alternative air carriers or aircraft, and rerouting
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage o delta.com, or by requesting a copy from Delta.

You have received this e-mail because you elected to receive your Electronic Ticket receipt sent to you via e-mail. If you would like to take advantage o e-mail programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

COPYRIGHT INFORMATION This e-mail message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. · Delta Blvd. P 20706 · Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only e-mail. Please do not respond to this message.

Mr. Brad Copenhaver
318 N. Calhoun
Tallahassee, FL 32301

Arrival 07/07/05
Departure 07/09/05

Room 243
Cashier
Page 1

INFORMATION BILL Radisson Suites Hotel El Paso, 07/08/05

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 07/07 | Extended Weekend | 243 | 111.00 | |
| 07/07 | State Tax - 6.0% | | 6.66 | |
| 07/07 | County Tax - 2.5% | | 2.78 | |
| 07/07 | City Tax - 7.0% | | 7.77 | |
| 07/08 | Extended Weekend | | 111.00 | |
| 07/08 | State Tax - 6.0% | | 6.66 | |
| 07/08 | County Tax - 2.5% | | 2.78 | |
| 07/08 | City Tax - 7.0% | | 7.77 | |
| 07/08 | Telephone - Local ->#243 : 566-2800 | | 0.35 | |
| 07/08 | Telephone - Local ->#243 : 595-2222 | | 0.35 | |

Total 257.12

Balance 257.12 USD

Signature: ______________________________

Thank you for choosing Radisson Suites Hotel El Paso.

Earn more Gold Points on every stay!
Give us your goldpoints plus number + check earnings at goldpointsplus.com
Make reservations at goldpointsplus.com + earn 1000 bonus points each stay
goldpoints plus - Great Hospitality + More Rewards

Radisson
SUITE HOTEL EL PASO AIRPORT

TOLL FREE RESERVATIONS
1-800-333-3333
1-915-772-3333
www.radisson.com/elpasotx

RECEIPT
REPUBLIC PARKING TALLAHASSEE AIRPORT
TIME: 15:59 DATE: 0/7/09/05 EXIT LANE:045

ENTRY: 05:43
EXIT: 15:59

PARKING 24.00
TAX 0.00

TOTAL 24.00

CREDIT CARD INFORMATION:
XXXXXXXXXXX2006
AMEX
TRAN:

THANK YOU FOR USING TICKET EXPRESS
IT IS THE FASTEST WAY TO PARK. NO
WAITING AT ENTRANCE, NO WAITING AT
EXIT.

APPLEBEE'S
NEIGHBORHOOD GRILL & BAR
1766 Airway
El Paso, Texas 79925
(915) 771-7630

SER: AM B AMEX
ATE: 07-07-05 TIME: 13:12 CTRL: 02270

OPENHAVER/BS
ARD NUMBER: **********2006
XP DATE: **/**
PPROVAL CODE: 548223

AMOUNT: 11.56
TIP: 1.50
TOTAL: 13.06

ardmember agrees to pay total in
ccordance with agreement governing
se of such card.

** GUEST COPY **

Restaurant Order #: 0037

American Express

Account #: xxxxxxxxxxx2006
Authorization #: 249479
Reference #: 3
Batch ID: 1
Order Amount: 12.99
Tax: 1.07
Total Amount: 14.06
American Express: 14.06

Tip: 3.00

Total: 17.06

Addtl Tender Amt: 0.00

Customer Signature

X

Customer Copy

Better Ingredients
Better Pizza

$30.12

# Meeting Solutions Confirmation

Radisson Suite Hotel El Paso Airport
1770 Airway Blvd.
El Paso, TX 79925
United States of America
(915) 772-3333
(915) 298-5130 fax

Radisson

Contract Date June 21, 2005
Sales Person Becky Azar
X Definite

Name/Organization Vezina, Lawrence & Piscitelli,P.A.
Contact Franklin Hurst / Bradley Copenhaver
Address 318 N. Calhoun St.
City Tallahassee State FL Zip 32301
Telephone 850-224-6205 Fax 850-224-1353

*Payment Information*
No Meeting Space can be reserved without a valid credit card.
Type of Card: VISA Card #: 4427-1120-0006-4980
Name of cardholder: W. Robert Vezina Expires on: 6/06
Signature: ~~/s/W. Robert Vezina~~

Date of Event July 8,2005
Day of Event Friday
Function Time: 8 am -
Room: Savoy Boardroom
# Expected 10ppl
# Guaranteed
Room Rent $100 Per Day
Set-up Fee
Deposit Due
Post As:

**SET-UP REQUIREMENTS**

Pre set conference style fo 10 ppl

*Any change in setup with less than 24 hours Notice will result in an additional fee.*

**A.V. REQUIREMENTS**

None requested

*Please note pricing does not include an 8.25% Sales Tax.*

**FOOD & BEVERAGE REQUIREMENTS**

Coffee

*Please note that pricing doesn't include an 18% service charge or Sales Tax*

**SPECIAL FUNCTION INSTRUCTIONS**

*Please note pricing doesn't include a 6% Room Occupancy Tax.*

IN ORDER FOR US TO CONSIDER THIS AGREEMENT CONFIRMED AS DEFINITE, PLEASE SIGN AND RETURN WITHIN TWO BUSINESS DAYS FROM CONTRACT DATE.

We accept the above arrangement as quoted. We understand the 72-hour final guarantee to represent minimum billing and that, if Not given, the attendance figures stated above will be considered as the final guarantee. Cancellation after 7/1/05 will result in an automatic 25% cancellation fee. I have read the above contract and agree to the terms and conditions as stated.

CUSTOMER SIGNATURE X [signature] HOTEL REPRESENTATIVE Becky Azar
DATE 7/1/05 DATE June 21, 2005

**Rita Chalek**

---

**From:** MARK@TRAVELTLH.COM
**Sent:** Monday, September 26, 2005 4:55 PM
**To:** Rita Chalek
**Subject:** Itinerary for COPENHAVER - Monday October 10 2005
**Importance:** High

**Tallahassee FL 32308**
**Phone: 850-893-6200**
**Fax: 850-893-6201**

**********THIS IS YOUR INVOICE/RECEIPT. PLEASE PRINT THIS FOR YOUR RECORD**********Check-in for domestic flights is 60 minutes prior to scheduled departure.********** International check in is 2 hours prior. Anyone not checked in 30 minutes prior to departure will be denied boarding. Note: You may access your reservation at anytime from MYTRIPANDMORE.COM, using your name along with the 'Trip Locator' below. Please take a look at this site as there are many travel related items that may interest you.

**Travel Consultant:** Mark Wilson
**Trip Locator:** 4EDHWD
BRADLEY S COPENHAVER

---

**Monday October 10 2005**

**Delta Air Lines Inc - Flight DL 213**

**Depart:** Tallahassee Regional Airport
Tallahassee Florida United States
2:32 PM

**Arrive:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
3:35 PM
Terminal S

**Meal:** No Meal Service
Frequent Flyer- GM** DL2274085220 BRADLEY S COPENHAVER

**Status:** Confirmed
**Airline Ref:** 4Y72HN
**Seat:** 13C
**Class:** K-Economy/Coach
**Mileage:** 224
**Travel Time:** 1:03
**Stopovers:** 0
**Aircraft:** BOEING 737-800

---

**Monday October 10 2005**

**Delta Air Lines Inc - Flight DL 824**

**Depart:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
4:30 PM
Terminal S

**Status:** Confirmed
**Airline Ref:** 4Y72HN
**Seat:** 26A
**Class:** K-Economy/Coach

**Mileage:** 541

**Arrive:** Washington National Airport
Washington Dist. Of Columbia United States
6:10 PM
Terminal B

**Travel Time:** 1:40
**Stopovers:** 0
**Aircraft:** MCDONNELL DOUGLAS DC9 SUPER 80

**Meal:** No Meal Service
Frequent Flyer- GM** DL2274085220 BRADLEY S COPENHAVER

---

**Tuesday October 11 2005**

**Delta Air Lines Inc - Flight DL 311**

**Status:** Confirmed
**Airline Ref:** 4Y72HN
**Seat:** 19C
**Class:** K-Economy/Coach

**Depart:** Washington National Airport
Washington Dist. Of Columbia United States
1:59 PM
Terminal B

**Mileage:** 399
**Travel Time:** 1:39
**Stopovers:** 0
**Aircraft:**

**Arrive:** Cincinnati/Northern Kentucky International Airport
Cincinnati Ohio United States
3:38 PM
Terminal 3

**Meal:** No Meal Service
Frequent Flyer- GM** DL2274085220 BRADLEY S COPENHAVER

---

**Tuesday October 11 2005**

**Delta Air Lines Inc - Flight DL 5305**
OPERATED BY COMAIR

**Status:** Confirmed
**Airline Ref:** 4Y72HN
**Seat:** 08B
**Class:** K-Economy/Coach

**Depart:** Cincinnati/Northern Kentucky International Airport
Cincinnati Ohio United States
4:30 PM
Terminal 3

**Mileage:** 598
**Travel Time:** 1:42
**Stopovers:** 0
**Aircraft:** CANADAIR REGIONAL Jet

**Arrive:** Tallahassee Regional Airport
Tallahassee Florida United States
6:12 PM

**Meal:** No Meal Service
Frequent Flyer- GM** DL2274085220 BRADLEY S COPENHAVER

---

**Agency Remarks**

*****************************************************
NONREFUNDABLE TICKET/MINIMUM $50 FOR CHANGES
*****************************************************
**REVIEW INFORMATION. CLIENT RESPONSIBLE FOR ACCURACY
**UNLESS AGENCY NOTIFIED WITHIN 24 HOURS
*******WWW.CARLSONTRAVEL.COM/GO******************
YOUR TRAVEL ARRANGEMENTS WERE MADE BY MARK.

### Ticketing Information

| Issue Date | Passenger Name | Transaction Type | Document Number | Amount | |
|---|---|---|---|---|---|
| 26SEP | COPENHAVER/BRADLEY.S | Electronic Ticket | 0061278627719 | 365.79 | USD |
| 26SEP | COPENHAVER/BRADLEY.S | Misc Charge | 8905056394176 | 25.00 | USD |

HOTEL WASHINGTON

★ PENNSYLVANIA AVE AT 15TH STREET ★
515 15th Street NW, Washington, DC 20004-1099
202-638-5900 ★ 800-424-9540
www.hotelwashington.com

**Bradley Copenhaver**

**US**

| | |
|---|---|
| **Room** | 0604 |
| **Arrival** | 10-10-05 |
| **Departure** | 10-11-05 |
| **Page** | 1 of 1 |
| **Folio** | 108645 |
| | 10-11-05 |

**INVOICE** IRMAC

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-10-05 | Room Charge | | 255.00 | |
| 10-10-05 | Room Sales Tax | | 36.98 | |
| 10-11-05 | American Express | XXXXXXXXXXX2006 | | 291.98 |
| | | | **291.98** | **291.98** |
| | | **Balance** | | **0.00** |

X ______________________________

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above and agrees to perform the obligations and terms in the cardholder agreement with the seller.

**Fax To:** (Guest) 202-638-4275 ★ (Reservation) 202-638-1595 ★ (Sales/Catering) 202-638-1594 ★ (Accounting) 202-638-1597

HMS-[illegible]
ATLANTA BLUES
ATLANTA HARTSFIELD INTL AIRPORT
CHECK: 9319
TABLE: 104/1
[illegible] [illegible] Charles
[illegible] OCT10'05 4:41PM
[illegible] AMEX 43 57*
[illegible]
TOTAL: 29.49
4.00
33.49

[illegible] ABOVE AMOUNT
[illegible] THE CARD
[illegible] AGREEMENT

ESPN ZONE
(202) 783-3776
WWW.ESPNZONE.COM

CHECK: 1288
TABLE: 441/1
SERVER: 8460 Tunde
DATE: OCT11'05 11:59AM
CARD TYPE: American Express
ACCT #: XXXXXXXXXXX2006
EXP DATE: XX/XX
AUTH CODE: 554393
BS COPENHAVER

SUBTOTAL: 16.04

TIP: 3.00

TOTAL: 19.04

SIGNATURE:

I AGREE TO PAY TOTAL AMOUNT
ACCORDING TO CARD ISSUER
AGREEMENT

06/08
BRADLEY S COPEN

HOT. L WASHINGTON

091505 5078018

| DATE 10-11 | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |
| 604 | |

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |
| | | |
| SALES SLIP | TAX | |
| | TIP / MISC | |
| | TOTAL | 291.98 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

Creative Hosts
3300 Capital Circle SW Ste 23
Tallahassee, FL 32310
(850)574-3050

9004 Frankie

Chk 2631 Oct10'05 01:29PM Gst 0

| | |
|---|---|
| 1 Italian Sub | 5.75 |
| 1 Small Chip | 0.99 |
| 1 Bottle Soda | 1.95 |
| Cash | 10.00 |
| Subtotal | 8.73 |
| Tax | 0.65 |
| Payment | 9.38 |
| Change Due | 0.62 |

RECEIPT
STANDARD PARKING TALLAHASSEE AIRPORT
TIME: 18:17 DATE: 10/11/05 EXIT LANE 045

| | | |
|---|---|---|
| ENTRY: | 13:16 | 10/10/05 |
| EXIT: | 18:17 | 10/11/05 |

| | |
|---|---|
| PARKING | 16.00 |
| TAX | 0.00 |
| TOTAL | 16.00 |

CREDIT CARD INFORMATION:
XXXXXXXXXXX2006 0608
AMEX APPROVAL
TRAN: FEE

THANK YOU FOR USING E TICKET EXPRESS. IT IS THE FASTEST WAY TO PARK. NO WAITING AT ENTRANCE. NO WAITING AT EXIT

# HOTEL WASHINGTON

★ P[illegible]NSYLVANIA AVE AT 15TH STREET ★
515 15th Street NW, Washington, DC 20004-1099
202-638-5900 ★ 800-424-9540
www.hotelwashington.com

W Robbert Vezina
318 N Calhoon Street
Tallahassee, FL 32301
US

| | |
|---|---|
| Room | 0602 |
| Arrival | 10-10-05 |
| Departure | 10-11-05 |
| Page | 1 of 1 |
| Folio | 108646 |
| | 10-11-05 |

**INVOICE**

IRMAC

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-10-05 | Food & Beverage | #0602 : CHECK #1083 | 17.63 | |
| 10-10-05 | Room Charge | | 255.00 | |
| 10-10-05 | Room Sales Tax | | 36.98 | |
| 10-11-05 | Mastercard | XXXXXXXXXXXX5430 | | 309.61 |
| | | | **309.61** | **309.61** |
| | | **Balance** | | **0.00** |

5528 5122 4658 5430

DATE 10-11 SERVER/CASHIER
AUTHORIZATION NO. REFERENCE NO.
602

091505 5078017

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |
| | | |
| SALES SLIP | TAX | |
| | TIP / MISC | |
| | TOTAL | 309.61 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

X ______________________________

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above and agrees to perform the obligations and terms in the cardholder agreement with the seller.

**Rita Chalek**

**From:** MARK@TRAVELTLH.COM
**Sent:** Monday, September 26, 2005 4:53 PM
**To:** Rita Chalek
**Subject:** Itinerary for VEZINA - Monday October 10 2005
**Importance:** High

**Tallahassee FL 32308**
**Phone: 850-893-6200**
**Fax: 850-893-6201**

*********THIS IS YOUR INVOICE/RECEIPT. PLEASE PRINT THIS FOR YOUR RECORD*********Check-in for domestic flights is 60 minutes prior to scheduled departure.********** International check in is 2 hours prior. Anyone not checked in 30 minutes prior to departure will be denied boarding. Note: You may access your reservation at anytime from MYTRIPANDMORE.COM, using your name along with the 'Trip Locator' below. Please take a look at this site as there are many travel related items that may interest you.

**Travel Consultant:** Mark Wilson
**Trip Locator:** OEDDUE
W ROBERTIII VEZINA

---

**Monday October 10 2005**

**Delta Air Lines Inc - Flight DL 213**

**Depart:** Tallahassee Regional Airport
Tallahassee Florida United States
2:32 PM

**Arrive:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
3:35 PM
Terminal S

**Meal:** No Meal Service
Frequent Flyer- FO** DL2004284176 W ROBERTIII VEZINA

**Status:** Confirmed
**Airline Ref:** 4Y4DN0
**Seat:** 13D
**Class:** K-Economy/Coach
**Mileage:** 224
**Travel Time:** 1:03
**Stopovers:** 0
**Aircraft:** BOEING 737-800

---

**Monday October 10 2005**

**Delta Air Lines Inc - Flight DL 824**

**Depart:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
4:30 PM
Terminal S

**Status:** Confirmed
**Airline Ref:** 4Y4DN0
**Seat:** 28D
**Class:** K-Economy/Coach

**Mileage:** 541

**Arrive:** Washington National Airport
Washington Dist. Of Columbia United States
6:10 PM

Terminal B

**Travel Time:** 1:40
**Stopovers:** 0
**Aircraft:** MCDONNELL DOUGLAS DC9 SUPER 80

**Meal:** No Meal Service
Frequent Flyer- FO** DL2004284176 W ROBERTIII VEZINA

---

## Tuesday October 11 2005

**Delta Air Lines Inc - Flight DL 311**

**Depart:** Washington National Airport
Washington Dist. Of Columbia United States
1:59 PM
Terminal B

**Status:** Confirmed
**Airline Ref:** 4Y4DN0
**Seat:** 20A
**Class:** K-Economy/Coach

**Arrive:** Cincinnati/Northern Kentucky International Airport
Cincinnati Ohio United States
3:38 PM
Terminal 3

**Mileage:** 399
**Travel Time:** 1:39
**Stopovers:** 0
**Aircraft:**

**Meal:** No Meal Service
Frequent Flyer- FO** DL2004284176 W ROBERTIII VEZINA

---

## Tuesday October 11 2005

**Delta Air Lines Inc - Flight DL 5305**
OPERATED BY COMAIR

**Status:** Confirmed

**Depart:** Cincinnati/Northern Kentucky International Airport
Cincinnati Ohio United States
4:30 PM
Terminal 3

**Airline Ref:** 4Y4DN0
**Seat:** 08C
**Class:** K-Economy/Coach

**Arrive:** Tallahassee Regional Airport
Tallahassee Florida United States
6:12 PM

**Mileage:** 598
**Travel Time:** 1:42
**Stopovers:** 0
**Aircraft:** CANADAIR REGIONAL Jet

**Meal:** No Meal Service
Frequent Flyer- FO** DL2004284176 W ROBERTIII VEZINA

---

## Agency Remarks

****************************************************
NONREFUNDABLE TICKET/MINIMUM $50 FOR CHANGES
****************************************************
**REVIEW INFORMATION. CLIENT RESPONSIBLE FOR ACCURACY
**UNLESS AGENCY NOTIFIED WITHIN 24 HOURS
******WWW.CARLSONTRAVEL.COM/GO*****************
YOUR TRAVEL ARRANGEMENTS WERE MADE BY MARK.

Ticketing Information

| Issue Date | Passenger Name | Transaction Type | Document Number | Amount | |
|---|---|---|---|---|---|
| 26SEP | VEZINA/W.ROBERTIII@ | Electronic Ticket | 0061278627718 | 365.79 | USD |
| 26SEP | VEZINA/W.ROBERTIII@ | Misc Charge | 8905056394175 | 25.00 | USD |

Old Ebbitt Grill
Since 1856
We welcome your comments at
www.ebbitt.com

Date: Oct10'05 09:28PM
Card Type: Visa/M.C.
Acct #: XXXXXXXXXXXX5430
Exp Date: 09/06
Auth Code: 258433
Check: 4740
Table: 229/1
Server: 54 Joe A
Ref Number: 128300000458
W R VEZINA

Subtotal: 63.64

Tip: 11.00

Total: 74.64

Signature
I agree to pay above total
according to my card issuer
agreement.

ACE / Ft. Bliss

Creative Hosts
2300 Capital Circle SW Ste 23
Tallahassee, FL 32310
(850)574-5050

5004 [illegible]

Chk 2822 Oct10'05 01:29PM [illegible]

| | |
|---|---|
| 1 Turkey Croissant | 5.5[illegible] |
| 1 Small Chip | 0.9[illegible] |
| 1 Bottle Soda | 1.9[illegible] |
| Cash | 50.0[illegible] |
| Subtotal | 8.4[illegible] |
| Tax | 0.6[illegible] |
| Payment | 9.1[illegible] |
| Change Due | 40.8[illegible] |

ACE / Ft. Bliss

ACE / FT Bliss

TWO CONTINENTS
HOTEL WASHINGTON
202-638-5900
125 Maria

1/1 1548 GST
OCT11'05 8:15AM

| | |
|---|---|
| 1 TO GO COFFEE | 0.91 |
| SUBTOTAL | 0.91 |
| TAX | 0.09 |
| PAYMENT DUE | 1.00 |

Room #______ GRATUITY: 1.00

TOTAL: 2.00

PRINT NAME:

ACE/Ft Bliss

10/11/2005 12:21PM 04
000000#5633 MAX

| | |
|---|---|
| TUNA/CHIX SALAD | $5.49 |
| ADD CHEESE | $0.60 |
| COMBO | $2.00 |
| MDSE ST | $8.09 |
| TAX1 | $0.73 |
| ITEMS | 3Q |
| ***TOTAL | $8.82 |
| CASH | $50.00 |
| CHANGE | $41.18 |

703 416 4490

WALL STREET DELI

**Rita Chalek**

**From:** MARK@TRAVELTLH.COM
**Sent:** Tuesday, September 27, 2005 9:58 AM
**To:** Rita Chalek
**Subject:** Itinerary for VEZINA - Saturday October 15 2005
**Importance:** High

**1834 Hermitage Blvd**
**Tallahassee FL 32308**
**Phone: 850-893-6200**
**Fax: 850-893-6201**

*******THIS IS YOUR INVOICE/RECEIPT. PLEASE PRINT THIS FOR YOUR RECORD*******Suggested checkin for domestic flights is at least 1 hour prior to departure. Suggested checkin for International flights is at least 2 hours prior to departure. Anyone not checked in 30 minutes prior to departure will be denied boarding. Note: You may access your reservation at anytime from MYTRIPANDMORE.COM, using your name along with the 'Trip Locator' below. Please take a look at this site as there are many travel related items that may interest you.

**Trip Locator:** 4L3OS8
W ROBERTIII VEZINA

Saturday October 15 2005

**Delta Air Lines Inc - Flight DL 1649**
**Depart:** Tallahassee Regional Airport
Tallahassee Florida United States
7:00 AM

**Arrive:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
8:05 AM

Terminal S
**Meal:** No Meal Service
Frequent Flyer- FO** DL2004284176 W ROBERTIII VEZINA

**Status:** Confirmed
**Airline Ref:** 5QGRMM
**Seat:** 15D
**Class:** L-Economy/Coach
**Mileage:** 224
**Travel Time:** 1:05
**Stopovers:** 0
**Aircraft:** MCDONNELL DOUGLAS DC9 SUPER 80

Saturday October 15 2005

**Delta Air Lines Inc - Flight DL 1431**
**Depart:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
9:20 AM
Terminal S

**Status:** Confirmed
**Airline Ref:** 5QGRMM
**Seat:** 11D
**Class:** L-Economy/Coach

**Arrive:** El Paso International Airport
El Paso Texas United States
10:40 AM

**Mileage:** 1280
**Travel Time:** 3:20
**Stopovers:** 0
**Aircraft:** MCDONNELL DOUGLAS DC9 SUPER 80

**Meal:** No Meal Service
Frequent Flyer- FO** DL2004284176 W ROBERTIII VEZINA

---

Saturday October 22 2005

**Delta Air Lines Inc - Flight DL 1602**

**Depart:** El Paso International Airport
El Paso Texas United States
7:09 AM

**Arrive:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
12:08 PM

Terminal S

**Status:** Confirmed
**Airline Ref:** 5QGRMM
**Seat:** 11D
**Class:** L-Economy/Coach
**Mileage:** 1280
**Travel Time:** 2:59
**Stopovers:** 0
**Aircraft:** MCDONNELL DOUGLAS DC9 SUPER 80

**Meal:** No Meal Service
Frequent Flyer- FO** DL2004284176 W ROBERTIII VEZINA

---

Saturday October 22 2005

**Delta Air Lines Inc - Flight DL 1124**

**Depart:** Hartsfield-Jackson International Airport
Atlanta Georgia United States
2:29 PM
Terminal S

**Arrive:** Tallahassee Regional Airport
Tallahassee Florida United States
3:25 PM

**Status:** Confirmed
**Airline Ref:** 5QGRMM
**Seat:** 11D
**Class:** L-Economy/Coach

**Mileage:** 224
**Travel Time:** :56
**Stopovers:** 0
**Aircraft:** MCDONNELL DOUGLAS DC9 SUPER 80

**Meal:** No Meal Service
Frequent Flyer- FO** DL2004284176 W ROBERTIII VEZINA

---

Agency Remarks

*********************************************************
NONREFUNDABLE TICKET/MINIMUM $50 FOR CHANGES
*********************************************************
**REVIEW INFORMATION. CLIENT RESPONSIBLE FOR ACCURACY
**UNLESS AGENCY NOTIFIED WITHIN 24 HOURS
******WWW.CARLSONTRAVEL.COM/GO******************

YOUR TRAVEL ARRANGE. ENTS WERE MADE BY MARK.

## Ticketing Information

| Issue Date | Passenger Name | Transaction Type | Document Number | Amount | |
|---|---|---|---|---|---|
| 27SEP | VEZINA/W.ROBERTIII@ | Electronic Ticket | 0061278627753 | 534.29 | USD |
| 27SEP | VEZINA/W.ROBERTIII@ | Misc Charge | 8905056394203 | 25.00 | USD |

009/FT. Bliss
BSC
WRW

AFE CENTRAL
[illegible] N. OREGON
EL PASO, TEXAS 79901
915-545-2233

[illegible]ver: Jason DOB: 10/21/[illegible]
[illegible]:14 PM 10/21/2005
66/1 2/20053

209717
[illegible]C Exp:[illegible]
ard #XXXXXXXXX[illegible]5430
agnet[illegible]
pproval: [illegible]

Amount: [illegible]

+ Tip:

Total: 152.59

X
Approval: 258443

WRW + BSC

009/FT Bliss
WRW, BSC
009 Ft Bliss

Thank you for dining with
P.F. Chang's China Bistro.
760 Sunland Park Dr.
El Paso, TX 79912

Server: WRW Bar #1 DOB: 10/15/2005
12:50 PM BSC 10/15/2005
4/1 J. Fulkerson 1/10902

M/C 10489785
Card #XXXXXXXXXXXX5430 Exp:0906
Magnetic card present: VEZINA W R
Approval: 258483

Amount: 28.42

+ Tip: 5-

= Total: 33.42

X
Approval: 258483

Treat your co-workers, friends
& family to the P.F. Chang's
experience. Ask your server
about gift cards or
order on line at
www.pfchangs.com.

Thank You!

Cattleman's Steakhouse
at INDIAN CLIFFS RANCH
FABENS, TEXAS 79838
915-544-3200

Server: Michelle DOB: 10/15/2005
[illegible] PM 10/15/2005
[illegible]/1

M/C
Card #XXXXXXXX[illegible]430
Magnet[illegible]
Approval: [illegible]

Amount: [illegible]

Tip:

Total: 98.31

X
Approval: [illegible]

Thank You [illegible]

WRW
BSC
J. Fulkerson
009 Ft Bliss

009/Ft. Bliss

HARTSFIE

#380

CSHR

OCTOBER 22, 2005 3:36 PM

TALLAHASSEE REGIONAL AIRPORT
3300 CAPITAL CIR SW
TALLAHASSEE, FL 32310
312/274-2000

COMP ID:SPRK TERM ID:SPRK720892

CARD TYPE: MASTERCARD
TRAN TYPE: SALE [redacted]
ACCOUNT #: ************5430

TOTAL AMOUNT [redacted]

APPROVAL CODE: 259453 STAN: 009371

CUSTOMER COPY

009/Ft. Bliss

SALES DRAFT

Camino Real El Paso
101 South El Paso St.
El Paso, TX 79901
(915)534-3000

Sat Oct 22, 05:26A 2005

| | |
|---|---|
| Invoice | 0001090378 |
| Card Type | MasterCard |
| Card Number | xxxxxxxx5430 |
| Merchant ID | 40220 |
| Other Ref | CF0000000090 |

Amount $1,162

Details

I agree that the amount above is o and to comply with my cardholder agreement...

x [signature]
VEDINA/A R

CAMINO REAL HOTEL.
EL PASO, TEXAS

101 South El Paso Street
El Paso, Texas 79901 U.S.A.
Tel. (915) 534-3000
Fax. (915) 534-3024
www.caminoreal.com

# Folio

Name / Address: VEZINA, ROBERT
7164 NESTERS COURT
TALAHASSE, FL
32312

Account# 1090378 Room# 7740

Arrival 10/15/05
Departure 10/22/05
No. Guest 1
Rate 129.99

A-STANDARD

| | | | | | |
|---|---|---|---|---|---|
| 1 | 10/15/05 | THE DOME 185912 | 7740 | 6575 | $21.00 |
| 2 | 10/15/05 | ROOM | 7740 | 540 | $129.99 |
| 3 | 10/15/05 | ROOM TAX | 7740 | 541 | $20.15 |
| 4 | 10/16/05 | ROOM SERVICE 192228 | 7740 | 127 | $20.87 |
| 5 | 10/16/05 | ROOM | 7740 | 393 | $129.99 |
| 6 | 10/16/05 | ROOM TAX | 7740 | 394 | $20.15 |
| 7 | 10/17/05 | ROOM SERVICE 204357 | 7740 | 154 | $10.84 |
| 8 | 10/17/05 | ROOM | 7740 | 601 | $129.99 |
| 9 | 10/17/05 | ROOM TAX | 7740 | 602 | $20.15 |
| 10 | 10/18/05 | LONG DISTANCE PHONE 08:22 8634650768 | 7740 | 10183097002 | $10.77 |
| 11 | 10/18/05 | ROOM | 7740 | 1030 | $129.99 |
| 12 | 10/18/05 | ROOM TAX | 7740 | 1031 | $20.15 |
| 13 | 10/19/05 | THE DOME 190404 | 7740 | 6618 | $21.00 |

Continued..

WAREHOUSE UNIT = PKG OF 500 SHEETS CRELP 1001 01/04

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges.

Signature

CAMINO REAL HOTEL.
EL PASO, TEXAS

101 South El Paso Street
El Paso, Texas 79901 U.S.A.
Tel. (915) 534-3000
Fax. (915) 534-3024
www.caminoreal.com

# Folio

Name VEZINA, ROBERT
Address 7164 NESTERS COURT
TALAHASSE, FL
32312

Account# 1090378 Room# 7740

Arrival 10/15/05
Departure 10/22/05
No. Guest 1
Rate 129.99

A-STANDARD

| | | | | | |
|---|---|---|---|---|---|
| 14 | 10/19/05 | ROOM | 7740 | 961 | $129.99 |
| 15 | 10/19/05 | ROOM TAX | 7740 | 962 | $20.15 |
| 16 | 10/20/05 | ROOM SERVICE 190933 | 7740 | 278 | $19.14 |
| 17 | 10/20/05 | GIFT SHOP GIFT SHOP | 7740 | 10 | $7.78 |
| 18 | 10/20/05 | ROOM | 7740 | 1131 | $129.99 |
| 19 | 10/20/05 | ROOM TAX | 7740 | 1132 | $20.15 |
| 20 | 10/21/05 | ROOM | 7740 | 1127 | $129.99 |
| 21 | 10/21/05 | ROOM TAX | 7740 | 1128 | $20.15 |

* BALANCE DUE * $1,162.38

WAREHOUSE UNIT = PKG OF 500 SHEETS CRELP-1001 01/04

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges.

Signature

**Vanessa Van Cleaf**

**From:** Brad Copenhaver
**Sent:** Monday, September 26, 2005 9:11 AM
**To:** Rita Chalek; Vanessa Van Cleaf
**Subject:** FW: BRADLEY C TALLAHASSEE 13OCT05

Here are my flights re: El Paso. Unfortunately, there is almost no way that we can fly back on Friday (We would have to be done by noon which is not likely) probably want to put Rob on the same return flight and he wants to come out on Sat. There is a 7 am that gets him there around 11.

---

**From:** DeltaElectronicTicketReceipt@delta.com [mailto:DeltaElectronicTicketReceipt@delta.com]
**Sent:** Monday, September 26, 2005 8:55 AM
**To:** Brad Copenhaver
**Subject:** BRADLEY C TALLAHASSEE 13OCT05

Delta
delta.com

(Scan this barcode at a Delta Self-Service Kiosk to acc
reservation.)

## Your Receipt and Itinerary

BRADLEY COPENHAVER
7164 NESTERS DR
TALLAHASSEE FL 32312-6742

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMile

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.c Take control and make changes to your itineraries at delta.com/itineraries.

Enjoy the fastest way to the gate. For domestic travel, use delta.com's Online Check-in from 24 hours to 30 minute departure.

## Flight Information

DELTA CONFIRMATION #: 4C3VKC
TICKET #: 00623140743912

| Day | Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Thu | 13OCT | DELTA 213 | OK | L | LV TALLAHASSEE<br>AR ATLANTA | 232P<br>335P | | 12A<br>COACH |
| Thu | 13OCT | DELTA 293 | OK | L | LV ATLANTA<br>AR EL PASO | 548P<br>711P | | 25C<br>COACH |
| Sat | 22OCT | DELTA 1602 | OK | L | LV EL PASO<br>AR ATLANTA | 709A<br>1208P | | 25C<br>COACH |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sat 22OCT DELTA 1124 | OK | L | LV ATLANTA | 229P | 25C |
| | | | AR TALLAHASSEE | 325P | COACH |

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**.

Delta recommends the following minimum check-in times:
For U.S. Domestic flights - 30 minutes
For International flights - 120 minutes
For Delta Shuttle flights - 15 minutes

Please check in with the operating carrier.

Note: Checked baggage must be presented at least 30 minutes before departure for domestic flights or the bag may be refused. For exceptions, please review Delta's Check-In Requirements.

Domestic flights close 15 minutes before departure.

International flights close 45 minutes before departure.

Key to Terms
# - Arrival date different than date
** - Check in required
*** - Multi meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purcha
L - Lunch
LV - Departs
M - Movie
R - Refreshments - Complim
S - Snack
T - Cold meal

## Passenger Information

BRADLEY COPENHAVER
Skymiles Number: *******220

## Billing Details

## Receipt Information

Fare Details: TLH DL X/ATL DL ELP230.23L14M1NBV DL X/ATL DL TLH230.23L14M1NBV USD460.46END ZP TLHATLELPATL XT US 34.53 ZP 12.80 AY 10.00 XF 16.50 TLH4.5AT L4.5ATL4.5ELP3

Fare: 460.46 USD Form of Payment AX**********52006
Tax: 73.83 XT
Tax:
Tax:
Total: 534.29 USD

NON-REF/$CHANGE FEE
Note: If ticket purchase was by credit card and within 5 days of travel, you must present this card at time of travel. using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or cred apply and are displayed in the sections below.

This is a special fare ticket. Changing your reservation may result in penalties and increased fare. Always advise y airline or travel agent that you are traveling on a special fare.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

TICKET #: 00623140743912
Issue Date: 09/26/05 Expiration: 09/26/06
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW
Ticket Issue date: 26SEP05
Not Transferable

Need a rental car? Get special offers from Hertz.

Hertz

Need a room? Save up to 50% off regular rates using delta.com hotels.

Delta

Invest, earn up to 3,500 miles and get a free iPod® shuffle. See terms.

shareBUILDER

## Conditions of Carriage

Air transportation on Delta, the Delta Connection carriers, and Song® is subject to Delta's conditions of carriage. T include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract
- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service, including schedule changes, subst alternative air carriers or aircraft, and rerouting
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage o delta.com, or by requesting a copy from Delta.

You have received this e-mail because you elected to receive your Electronic Ticket receipt sent to you via e-mail. If you would like to take advantage of e-mail programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

COPYRIGHT INFORMATION This e-mail message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. · Delta Blvd. P.( · Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only e-mail. Please do not respond to this message.

2004-004
Costs

TRANSMISSION VERIFICATION REPORT

TIME : 07/01/2005 09:11
NAME : VEZINA LAWRENCE PISC
FAX : 8502241353
TEL : 8502246205
SER.# : BROD5J249739

| | |
|---|---|
| DATE, TIME | 07/01 09:11 |
| FAX NO./NAME | 19152985130 |
| DURATION | 00:00:25 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

# Meeting Solutions Confirmation

Radisson Suite Hotel El Paso Airport
1770 Airway Blvd.
El Paso, TX 79925
United States of America
(915) 772-3333
(915) 298-5130 fax

Radisson

Contract Date June 21, 2005
Sales Person Becky Azar
X Definite

Name/Organization Vezina, Lawrence & Piscitelli,P.A.
Contact Franklin Hurst / Bradley Copenhaver
Address 318 N. Calhoun St.
City Tallahassee State FL Zip 32301
Telephone 850-224-6205 Fax 850-224-1353

Date of Event July 8,2005
Day of Event Friday
Function Time: 8 am -
Room: Savoy Boardroom
# Expected 10ppl
# Guaranteed
Room Rent $100 Per Day
Set-up Fee
Deposit Due
Post As:

*Payment Information*
No Meeting Space can be reserved without a valid credit card.
Type of Card: VISA Card #: 4427-1120-0006-4980
Name of cardholder: W. Robert Vezina Expires on: 6/06
Signature: /s/W. Robert Vezina

**SET-UP REQUIREMENTS**

Pre set conference style fo 10 ppl

*ny change in setup with less than 24 hours otice will result in an additional fee.*

**FOOD & BEVERAGE REQUIREMENTS**

Coffee

**SPECIAL FUNCTION INSTRUCTIONS**

**A.V. REQUIREMENTS**

# Meeting Solutions Confirmation

Radisson Suite Hotel El Paso Airport
1770 Airway Blvd.
El Paso, TX 79925
United States of America
(915) 772-3333
(915) 298-5130 fax

Radisson

Contract Date June 21, 2005
Sales Person *Becky Azar*
X Definite

Name/Organization Vezina, Lawrence & Piscitelli,P.A.
Contact Franklin Hurst / Bradley Copenhaver
Address 318 N. Calhoun St.
City Tallahassee State FL Zip 32301
Telephone 850-224-6205 Fax 850-224-1353

Date of Event July 8,2005
Day of Event Friday
Function Time: 8 am -
Room: Savoy Boardroom
# Expected 10ppl
# Guaranteed
Room Rent $100 Per Day
Set-up Fee
Deposit Due
Post As:

*Payment Information*
No Meeting Space can be reserved without a valid credit card.
Type of Card: VISA Card #: 4427-1120-0006-4980
Name of cardholder: W. Robert Vezina Expires on: 6/06
Signature: ~~/s/W. Robert Vezina~~

## SET-UP REQUIREMENTS

Pre set conference style fo 10 ppl

***Any change in setup with less than 24 hours Notice will result in an additional fee.***

## A.V. REQUIREMENTS

None requested

***Please note pricing does not include an 8.25% Sales Tax.***

## FOOD & BEVERAGE REQUIREMENTS

Coffee

***Please note that pricing doesn't include an 18% service charge or Sales Tax***

## SPECIAL FUNCTION INSTRUCTIONS

***Please note pricing doesn't include a 6% Room Occupancy Tax.***

**IN ORDER FOR US TO CONSIDER THIS AGREEMENT CONFIRMED AS DEFINITE, PLEASE SIGN AND RETURN WITHIN TWO BUSINESS DAYS FROM CONTRACT DATE.**

We accept the above arrangement as quoted. We understand the 72-hour final guarantee to represent minimum billing and that, if Not given, the attendance figures stated above will be considered as the final guarantee. Cancellation after 7/1/05 will result In an automatic 25% cancellation fee. I have read the above contract and agree to the terms and conditions as stated.

CUSTOMER SIGNATURE X [signature]
DATE 7/1/05

HOTEL REPRESENTATIVE *Becky Azar*
DATE June 21, 2005

Mr. Bradley Copenhaver

Arrival 03/29/05
Departure 04/01/05

Room 310
Cashier
Page 1

INFORMATION BILL Radisson Suites Hotel El Paso, 03/31/05

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 03/29 | Room Charge | 310 | 96.00 | |
| 03/29 | State Tax - 6.0% | | 5.76 | |
| 03/29 | County Tax - 2.5% | | 2.40 | |
| 03/29 | City Tax - 7.0% | | 6.72 | |
| 03/30 | Room Charge | | 96.00 | |
| 03/30 | State Tax - 6.0% | | 5.76 | |
| 03/30 | County Tax - 2.5% | | 2.40 | |
| 03/30 | City Tax - 7.0% | | 6.72 | |
| 03/31 | Room Charge | | 96.00 | |
| 03/31 | State Tax - 6.0% | | 5.76 | |
| 03/31 | County Tax - 2.5% | | 2.40 | |
| 03/31 | City Tax - 7.0% | | 6.72 | |

Total 332.64

Balance 332.64 USD

Signature: ______________________________

Thank you for choosing Radisson Suites Hotel El Paso.

Earn more Gold Points on every stay!
Give us your goldpoints plus number + check earnings at goldpointsplus.com
Make reservations at goldpointsplus.com + earn 1000 bonus points each stay
goldpoints plus - Great Hospitality + More Rewards

Radisson
SUITE HOTEL EL PASO AIRPORT

TOLL FREE RESERVATIONS
1-800-333-3333
1-915-772-3333
www.radisson.com/elpasotx

Brad Copenhaver

Arrival 03/15/05
Departure 03/18/05

Room 350
Cashier
Page 1

INFORMATION BILL Radisson Suite Inn, El Paso Airport, 03/17/05

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 03/15 | Room Charge | 350 | 96.00 | |
| 03/15 | State Tax - 6.0% | | 5.76 | |
| 03/15 | County Tax - 2.5% | | 2.40 | |
| 03/15 | City Tax - 7.0% | | 6.72 | |
| 03/16 | Room Charge | | 96.00 | |
| 03/16 | State Tax - 6.0% | | 5.76 | |
| 03/16 | County Tax - 2.5% | | 2.40 | |
| 03/16 | City Tax - 7.0% | | 6.72 | |
| 03/17 | Room Charge | | 96.00 | |
| 03/17 | State Tax - 6.0% | | 5.76 | |
| 03/17 | County Tax - 2.5% | | 2.40 | |
| 03/17 | City Tax - 7.0% | | 6.72 | |

Total 332.64

Balance 332.64 USD

Signature: ______________________________

Thank you for choosing Radisson Suite Inn, El Paso Airport.

Earn more Gold Points on every stay!
Give us your goldpoints plus number + check earnings at goldpointsplus.com
Make reservations at goldpointsplus.com + earn 1000 bonus points each stay
goldpoints plus - Great Hospitality + More Rewards

Radisson
SUITE HOTEL EL PASO AIRPORT

TOLL FREE RESERVATIONS
1-800-333-3333
1-915-772-3333
www.radisson.com/elpasotx

Date: 03/01/2005 To: 04/30/2006 | Cost Code: 5561.0100 To: 5561.0100 | Cost Types: T Print Landscape if possible: Yes

# Job Detail Report
ACE Constructors, Inc.
04/28/2006



Job: 5561 Ammo Hotload Ft. Bliss
El Paso, Texas
Construct Ammo Hotload

1

| | |
|---|---|
| Contract: | 0.00 |
| Change Orders: | 0.00 |
| Revised: | 0.00 |
| Prev. Billed: | 0.00 |
| Open: | 0.00 |

| Cat | Description | | Date | Invoice | P.O. | Contract Amount | Billings To Date | Cost Actual | Cost Budget | Cost Overrun | Hours Actual | Hours Budget | Hours Over | Quantity | Bill @ | Date Posted | Billing Cycle |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | Project Indirects | | | | | | | | 0.00 | | | 0.00 | | | | | |
| | | T | 03/05/2005 | 03062005 | | VISA JF 3/5/05 Mercantile Bank VISA | | 299.38 | | | | | | | | 03/21/2005 | |
| | | T | 03/12/2005 | 03122005 | | AMEX JF/TF 3/12/05 American Express | | 663.20 | | | | | | | | 03/21/2005 | |
| | | T | 04/06/2005 | 04062005 | | VISA JFulkerson 4/6/05 Mercantile Bank VISA | | 1,884.47 | | | | | | | | 04/20/2005 | |
| | | T | 04/11/2005 | 04112005 | | AMEX JF/TF 4/11/05 American Express | | 5.00 | | | | | | | | 04/20/2005 | |
| | | T | 06/05/2005 | 06062005 | | VISA JF 6/6/05 Mercantile Bank VISA | | 226.53 | | | | | | | | 06/23/2005 | |
| | | T | 07/06/2005 | 07062005 | | VISA JF 7/6/05 Mercantile Bank VISA | | 32.10 | | | | | | | | 07/18/2005 | |
| | | T | 07/11/2005 | 07112005 | | AMEX JF/TF July '05 American Express | | 329.80 | | | | | | | | 07/21/2005 | |
| | | T | 08/08/2005 | 08082005 | | VISA JF 8/08/05 Mercantile Bank VISA | | 239.69 | | | | | | | | 08/22/2005 | |
| | | T | 10/10/2005 | 10102005 | | AMEX JF/TF 10/10/05 American Express | | 268.30 | | | | | | | | 10/19/2005 | |
| | | T | 11/07/2005 | 11072005 | | VISA JF 11/7/2005 Mercantile Bank VISA | | 1 794.93 | | | | | | | | 11/22/2005 | |
| | | T | 01/06/2006 | 01062006 | | VISA JFulkerson 1/6/06 Mercantile Bank VISA | | 124.83 | | | | | | | | 01/26/2006 | |
| | | T | 01/11/2006 | 01112006 | | AMEX JF/TF 1/11/06 American Express | | 79.05 | | | | | | | | 01/25/2006 | |
| | Category 0100 Totals | | | | | === | 0.00 | 6,057.28 ====== | 0.00 === | 6,057.28 ====== | 0.00 === | 0.00 === | 0.00 === | | | | |
| | Job 5561 Totals | | | | | 0.00 | 0.00 | 6,057.28 | 0.00 | 6,057.28 | 0.00 | 0.00 | 0.00 | | | | |
| | Travel | | | | | | | 6,057.28 | | 6,057.28 | | | | | | | |

Mr. John Fulkerson
4420 NW 36th AVe
Gainesville, FL 32606

Arrival: 05/17/05
Departure: 05/18/05

Room: 227
Cashier:
Page: 1
Departure Time: 01:42

R E C E I P T Radisson Hotel Tallahassee, 05/18/05

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 05/17 | Room Charge | 227 | 109.00 | |
| 05/17 | Tax- Room Occupancy 4% | | 4.36 | |
| 05/17 | Tax - State 7.5% | | 8.17 | |

Total 121.53

Balance 121.53 USD

Thank you for choosing Radisson Hotel Tallahassee.

Join Radisson Gold Rewards today. Free nights. Global Rewards.
See the Front Desk for more information.

Guest Signature ____________________

0115
Server: VERONICA S Rec: 8
06/03/05 13:01, Keyed Terminal: 1

CYPRESS RESTAURANT
320 E TENNESSEE ST.
TALLAHASSEE, FL 32301
(850)513-1100
MERCHANT #:

CARD TYPE ACCOUNT NUMBER
VISA XXXXXXXXXXXX6248
00 TRANSACTION APPROVED
AUTHORIZATION #: 099030
Reference: 060303C000115
TRANS TYPE: Credit Card SALE

CHECK: 43.00
TIP: 7.00
TOTAL: 50.00

X

PHONE: ( )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND
MANUAL ENTRY, PLEASE IMPRINT BELOW

WELCOME
TO PETRO #195
TALLAHASSEE, FL

PETRO 195
3626 MAHAN DR
TALLAHASSEE FL

****CHARGE****

Store ID#:
FN00135908
VISA
FULKERSON/JOHN R

INVOICE#: 001239
DATE 05/18/05 13:47
AUTH# 023735
PUMP #5
UNLD 14.023G
SELF-SERVE
PRICE/GAL: $ 2.139

FUEL TOTAL $ 30.00
THANK YOU
HAVE A NICE DAY

WELCOME
TO PETRO #195
TALLAHASSEE, FL

PETRO 195
3626 MAHAN DR
TALLAHASSEE FL

****CHARGE****

Store ID#:
N00135908
VISA
ULKERSON/JOHN R

NVOICE#: 004554
ATE 06/03/0 08:21
AUTH# 05703
MP #3
UNLD 2.143G
SELF-SERVE
ICE/GAL: $ 2.359

EL TOTAL $ 25.00
THAN[illegible]
[illegible]E DA[illegible]

$105.00

ENTERPRISE
RENT-A CAR

DFW AP CONSOLIDATED FAC
PO 613109 (2424 E 38TH #104)
DFW AIRPORT, TX 752613109
(972) 586-1100
BRANCH 0978
TICKET: 190117

JOHN FULKERSON
OUT 02/23/2005 0348 PM
IN 02/25/2005 0333 PM
VEHICLE: 05 FORD TAUR 4DSE
VEHICLE LICENSE: Z27SFW

| | | | | |
|---|---|---|---|---|
| 2 DAYS | @ | 46.49 | = | 92.98 |
| AP/ACCESS | @ | 16.000% | = | 14.88 |
| FACILITY | | | = | 8.00 |
| TX REIM | | | = | 3.00 |
| Sales Tax | @ | 10.000% | = | 11.89 |
| | | TOTAL | | 130.75 |

PAID TO VISA XXXXXXXXXXXX EXPIRES XX/XX

THANK YOU FOR RENTING FROM
ENTERPRISE RENT-A-CAR

TO RESERVE A CAR USE
1 (800) RENT-A-CAR
OR
WWW.ENTERPRISE.COM

N.E.MALL CONOCO
8401 BED.EULESS
N.R. HILLS

CONOCO

STORE NUMBER
9651810681

DATE: 02/25/05
TIME: 15:24:18
JOHN R FULKERSON
VISA XX/XX ACCT#
XXXX XXXX XXXX 6248

PUMP# 12
UNLEAD 12.785G
SELF
PRICE/GAL $1.799

FUEL TOTAL $23.00

TOTAL $23.00

INVOICE# 000767
AUTH# 005812

THANK YOU FOR
SHOPPING AT CONOCO

153.75

LIVE HICKORY WOOD
GRILL
(817)624-1246

Date: 2/23/2005 Time: 7:59:32 PM

Status: Approved
Card Type: Visa
Card Number: XXXXXXXXXXXX6248
Expiration Date: 10/31/2006
Swipe/Manual: Swipe
Server ID/Name: 78 / Patrick
Check Number: 83487 / 1
Tab Number: 14
Card Owner: FULKERSON/JOHN R

**Amount** 42.18
Tip 6.00
Total 48.18

Approval: 032633

****************************************
********** Customer Copy **********
****************************************

Bennigan's #5417
515 W. Houston
Fort Worth, TX 76102
817-335-3646

Date: Feb24'05 01:43PM
Card Type: Visa
Acct #: XXXXXXXXXXXX6248
Exp Date: XX/XX
Auth Code: 056854
Check: 2321
Table: 32/1
Server: 443 KRYSTAL
VSCA: Auth Driver
JOHN R FULKERSON

Subtotal: 22.42
Tip: 3.50
Total: 25.92

Signature______________________
I agree to pay above total
according to my card issuer
agreement.

CUSTOMER COPY

DATE [illegible] TIME
02/25/2005 [illegible]
PARK TO FLY
7850 N FRONTAGE RD
ORLANDO, FL 32812
4073515675
CREDIT SALE
TRANS #[illegible]
AUTH #07461[illegible]
VISA ACCOUNT #
XXXXXXXXXXXX6248
SALE AMOUNT $18.57
TAX AMOUNT $1.21
TOTAL AMOUNT $19.78
THANK YOU
THANK YOU
COME AGAIN
CUSTOMER COPY

93.88

Wright's Gourmet House
1200 South Dale Mabry Tampa FL 33629
(813) 253 3838

CAS$ 875
HERE
HERE

TUE 12:49P

1 IBC ROOT BEER 1.79
1 ROAST BEEF 6.29
1 LAY CHIP 75

8.83
Deli
Sale .62
Total 9.45

Card 9.45

BALANCE .00
CHANGE .00

THANKS FOR VISITING US!
COME AGAIN SOON

03/15/05 12:50:28 1308863
Cashier

TAMPA AIRPORT PARKING
(813) 870-8790

03/14/05 00:02 L# 3 A# 23 Txn#346392
03/10/05 08:05 In 03/14/05 00:02 Out
Tkt# 661805
LONG TERM $ 37.38
Total Tax $ 2.62
Total Fee $ 40.00
CREDIT CARD $ 40.00-
Change Due $ 0.00
THANK YOU AND DRIVE SAFELY

CROSSROADS SHAMROCK
8804 N. MESA

1D48316958-001
CROSSROADS SHAMROCK
8804 N MESA
EL PASO , TX

DATE 03/17/05
TIME 7:09 PM
AUTH # 056250

VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 6241

PUMP PRODUCT PPG
07 UNLD $1.999

GALLONS TOTAL
6.254 $12.50

THANKS COME AGAIN
COMMENTS OR QUESTION
CALL 772/2848

AMOUNT
TIP 2.5
TOTAL 20.0
20.00
APPROVED

81.95

1700 Airway Blvd
El Paso, TX
79 [illegible]

Server: [illegible]
Table 24/1

Magne[illegible]
App[illegible]

Tip: 6.00
Total: 74.[illegible]

X
Approval: [illegible]

[illegible] come again

KIKI'S RESTAURANT
2719 N PIEDRAS
EL PASO,TX. 79930

TERMINAL I.D.: 004026
MERCHANT #: 98200086509

VISA
[illegible]
SALE
BATCH: 000002
DATE: MAR 16, 05
EXP.: 06/10
TRACE: 615157
TIME: 21:39
AUTH NO: [illegible]

CHARGE
TIP 5.00

TOTAL 36.63

JOHN A FULKERSON

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

22.00
164.10

CHILI'S AIRWAY BLVD 221
MERCHANT ID
03/17/05 [illegible]
CHARGE

VISA

AUTH # [illegible]

CHARGE AMOUNT 25.93
TIP AMOUNT 4.00
TOTAL 29.93

CUSTOMER COPY
WE WELCOME YOUR COMMENTS.
PLEASE CALL US AT 1-800-[illegible]
OR VISIT US AT WWW.CHILIS.COM

305.41

A-1 EXPRESS SERVICES
5195 W CYPRESS ST
TAMPA FL 33607

TOTAL $25.75
ACCT: 6249 EXP: ####
NAME: JOHN R FULKERSON
TAX $1.75

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANKS FOR USING VISA

X

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

Thanks for Choosing
RACETRAC # 590
3750 N.W. Blitchton Rd.
OCALA, FL 34475
1012041617-001 RT590
OCALA FL

| Descr. | qty | amount |
|---|---|---|
| <CUSTOMER COPY> | | |
| T 22PLASTIC | 1 | 0.79 |
| REG CA #19 | 5.558G | 12.00 |
| @ 2.159/ G | | |
| Sub Total | | 12.79 |
| Tax | | 0.05 |
| TOTAL | | 12.84 |
| CREDIT $ | | 12.84 |

CARD TYPE: VISA
CARD NAME: FULKERSON/JOHN R
ACCT NUMBER: XXXX XXXX XXXX 6249
TRANS TYPE: SALE
APPROVAL: 016982 INVOICE: 788812

APPROVED 016982

************************************

PLEASE COME AGAIN
REG# 0003 CSH# 010 DR# 01 TRAN# 30051
03/29/05 10:31:41 ST# RT590

HARLOWS BBQ HO
7504 AIRPORT B
HOUSTON TX 770
713/644-1600

BATCH: 101

REF: 0027
CD TYPE: VISA
TR TYPE: PURCHASE
DATE: MAR 29, 05 15:37:54

AMOUNT 6.24

TIP

TOTAL 6.24

ACCT: 6249
AP: 021420
NAME: JOHN R FULKERSON
TAX

CARDMEMBER ACKNOWLEDGES RECEIPT AND/OR SERVICES IN THE AMOUNT TOTAL SHOWN HEREON AND AGREES TO THE OBLIGATIONS SET FORTH BY CARDMEMBER'S AGREEMENT WITH THE

THANK YOU

X

TOP COPY-MERCHANT BOTTOM COPY-

KIKI'S RESTAURANT
2719 N PIEDRAS
EL PASO, TX 79930

TERMINAL I.D.: 004848
MERCHANT #: 8602000002504

VISA SRV: 8
XXXX0000000XX6249
SALE
BATCH: 000002 INV.: 00710
DATE: MAR 29, 05 TRACE: 019915
RRN: 12500049 TIME: 27:05
AUTH NO: 023766

BASE $27.02
TIP 4.00

TOTAL 31.02

X
JOHN R FULKERSON

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

76.85

HOOTERS - EL PASO
1170 SUN MOUNT DR.
(915)778-9464

Time: 1:31:30 PM

Approved

Visa
XXXXXXXXXXXX6248
Date: 10/31/2006
Swipe
24 / APRIL V
76968 / 1
55
2

Card Owner: FULKERSON/JOHN

AMOUNT 17.29
TIP 3.00
TOTAL 20.29

Approval: 002361

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

CUSTOMER COPY

Visit Our Website
www.hooterstexas.com

---

SALES
CASHIER LORI
03/31/05 15:24

Subtotal 20.95
8.25 SALES TAX 1.73

Items 1 Total 22.68

VISA
Auth Cd

22.65
Change Due 0.00

---

Thank you for dining with
P.F. Chang's China Bistro.
760 Sunland Park Dr.
El Paso, TX 79912

Server: AA Bar #1 DOB: 03/31/2005
12:55 PM 03/31/2005
101/1 1/10006

Visa 1048582
Card #XXXXXXXXXXXX4248 Exp:1006
Magnetic card present: FULKERSON JOHN R
Approval: 058044

Amount: 32.75
+ Tip: 5.00
= Total: 37.75

X

Approval: 058044

Father's Day is June 16th. This
year, relax in comfort & share
the cuisine & service of P.F.
Chang's with Dad. Ask about
gift cards or order on line at
www.pfchangs.com.

Thank You!

80.69

ESCARGOT RESTAURANT
3427 W 7TH STREET
FORT WORTH, TX 76107

BATCH: 547
S-A-L-E-S D-R-A-F-T
75303587
680869413570

SERVER: 101
REF: 0002
CD TYPE: VISA
TR TYPE: PURCHASE
DATE: FEB 24, 05 20:32:17

AMOUNT $137.47

TIP 20.00

157.47

TOTAL

ACCT: 2248 EXP: [illegible]
AP: 065267
NAME: JOHN R FULKERSON
FAN

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANKS FOR USING VISA

X ---

CUSTOMER COPY

[illegible]

VISA

Approval: [illegible]

**** CUSTOMER COPY

30.00

Total: 223.23

380.72

WELCOME
TO PETRO #195
TALLAHASSEE, FL

PETRO 195
3626 MAHAN DR
TALLAHASSEE FL

****CHARGE****

Store ID#:
FN00135900
VISA
FULKERSON/JOHN R

INVOICE#: 000922
DATE 06/30/05 20:38
AUTH# 095852
PUMP #5
UNLD 14.801G
SELF-SERVE
PRICE/GAL: $ 2.169

FUEL TOTAL $ 32.10
THANK YOU
HAVE A NICE DAY

32.10

## ACCOUNT INFORMATION

| Account Number | Credit Line | Available Credit | Payment Due Date | Minimum Payment Due |
|---|---|---|---|---|
| 4101-0800-0027-6248 | $11,000.00 | $7,734.68 | November 27,2005 | $131.00 |

## TRANSACTIONS

| Posting Date | Description | Transaction Date | Reference Number | Amount |
|---|---|---|---|---|
| 10-07 | GRINDERS CAFE JACKSONVILLE FL | 10-05 | 24275395527810040083785 1 | 9.00 |
| 10-07 | HESS 08278 JACKSONVILLE FL | 10-05 | 24455015278710000000056 | 40.00 |
| 10-10 | THE HOME DEPOT 270 GAINESVILLE FL | 10-06 | 74610435200010174480350 | 18.83 CR |
| 10-10 | THE HOME DEPOT 270 GAINESVILLE FL | 10-06 | 24610435200010174432400 | 3.50 |
| 10-10 | GRINDERS CAFE JACKSONVILLE FL | 10-07 | 24275395281100400087600 | 3.86 |
| 10-10 | BLUE HIGHWAY 352-4600082 FL | 10-08 | 24393755282800015400374 | 27.70 |
| 10-10 | CAR SPA JACKSONVILLE FL | 10-07 | 24455015281710001610742 | 30.00 |
| 10-10 | TOWN&COUNTRY CLEANERS-GA 3523324188 FL | 10-08 | 24713095281207590500057 | 41.73 |
| 10-12 | GRINDERS CAFE JACKSONVILLE FL | 10-10 | 24275395283101400004813 | 9.40 |
| 10-12 | SUNSHINE FOOD MART #18 WALDO FL | 10-10 | 24323005284413000000091 | 12.00 |
| 10-12 | CAR SPA JACKSONVILLE FL | 10-10 | 24455015284710001424471 | 40.00 |
| 10-14 | CAR SPA JACKSONVILLE FL | 10-12 | 24400015286710001374377 | 30.00 |
| 10-17 | PANERA BREAD #3540 TAMPA FL | 10-15 | 24400015288020001251776 | 8.00 |
| 10-17 | GRINDERS CAFE JACKSONVILLE FL | 10-14 | 24275395287101400724672 | 18.32 |
| 10-17 | CATTLEMANS STEAKHOUSE FABENS TX | 10-15 | 24400005288000023000000 | 20.00 |
| 10-17 | CAR SPA JACKSONVILLE FL | 10-14 | 24455015287100001679358 | 25.00 |
| 10-17 | RACETRAC399 00005908 OCALA FL | 10-18 | 24164075288074416172990 | 32.00 |
| 10-17 | APPLE STORE #R019 TAMPA FL | 10-15 | 24610435288004076278357 | 222.56 |
| 10-18 | HILTON HOTELS EL PASO TX 00015932 ARRIVAL: 10-17-05 | 10-16 | 24492905290119000185921 | 60.62 |
| 10-19 | CAFE CENTRAL EL PASO TX | 10-17 | 24403605291300029100040 | 157.28 |
| 10-20 | CIRCUIT CITY SS #4501 EL PASO TX | 10-18 | 24445725292200445300317 | 21.84 |
| 10-21 | LA GALERIA EL PASO TX | 10-20 | 24717005294122040300786 | 27.00 |
| 10-21 | KIKI'S RESTAURANT EL PASO TX | 10-19 | 24322005293512302101067 8 | 30.12 |
| 10-24 | REI #96, TUALATIN TUALATIN OR | 10-22 | 24717005296002961841006 | 11.00 |
| 10-24 | HAGGEN FOOD/PHARMAC TUALATIN OR | 10-22 | 24400015295720006406518 | 13.74 |
| 10-24 | REGAL CINEMAS BRIDGEPORT TIGARD OR | 10-22 | 24717000296132903007487 | 15.75 |
| 10-24 | REGAL CINEMAS BRIDGEPORT TIGARD OR | 10-22 | 24717000296137983064378 | 18.75 |
| 10-24 | BIG TOWN HERO TUALATIN TUALATIN OR | 10-22 | 24403605296285000023600 | 19.76 |
| 10-24 | CIRCLE K 01515 EL PASO TX | 10-20 | 24751875294621818270061 | 21.00 |
| 10-24 | PIZZICATO GOURMET PIZZA # BEAVERTON OR | 10-23 | 24492905296158001020030 | 40.50 |
| 10-24 | SABUROS RESTAURANT PORTLAND OR | 10-22 | 24403605296000529700018 | 48.50 |
| 10-24 | CAMINO REAL EL PASO EL PASO TX 0001090179 ARRIVAL: 10-17-05 | 10-22 | 24900049296040300099173 | 990.84 |
| 10-25 | SHELL OIL 27440530000 PORTLAND OR | 10-23 | 24882165297000000978113 | 23.00 |
| 10-25 | JUAN COLORADO MEXICAN RES 503-8520380 OR | 10-23 | 24275395296000013000005 | 42.46 |
| 10-25 | A-1 EXPRESS SERVICES INC 813-2821480 FL | 10-24 | 24301335297110000100298 | 57.78 |
| 10-25 | ENTERPRISE RENT-A-CAR PORTLAND OR D297925 | 10-22 | 24164075297010005775186 | 79.78 |
| 10-25 | NORDSTROM #0025 TIGARD OR | 10-23 | 24448005297273000507278 | 34.00 |
| 10-26 | REGAL CINEMAS SHERWOOD 10 SHERWOOD OR | 10-23 | 24717005298132905010503 | 12.50 |
| 10-28 | RACETRAC380 00005900 OCALA FL | 10-24 | 24164075298074416172990 | 25.00 |
| 10-28 | GATOR DISCOUNT BEVEQ35 STARKE FL | 10-28 | 24610435800004128172797 | 28.00 |
| 10-28 | GLOBAL DOCUGRAPHIX USA IN 601-2241592 AR | 10-27 | 24391335300118000100340 | 227.16 |
| 10-31 | PAYMENT RECEIVED - THANK YOU | 10-31 | 74148395304611780000813 | 1,600.17 CR |
| 10-31 | MURPHY 7245 @ WAL-MART STARKE FL | 10-28 | 24423035302277285141288 | 25.00 |
| 10-31 | QUICK STOP STARKE FL | 10-29 | 24423035302278161666827 | 25.00 |
| 10-31 | QUICK STOP STARKE FL | 10-29 | 24423035302278161006753 | 30.00 |
| 10-31 | TOWN&COUNTRY CLEANERS-GA 3521574186 FL | 10-29 | 24733005302207560900057 | 42.00 |
| 10-31 | MILDREDS BIG CITY FOODS GAINESVILLE FL | 10-29 | 24403005303000530436218 | 86.72 |
| 10-31 | FLORIDA THEATRE JACKSONVILLE FL | 10-28 | 24785405301733014011371 | 128.00 |

*eft hotel without getting receipt*



STATEMENT

HILTON EL PASO

Card Holder [illegible]
Card Number ############76245
Auth Code [illegible]

Amount [illegible]
Tip 12,00
Total 89.62

CAFE CENTRAL
109 N. OREGON
EL PASO, TEXAS 79901
915-545-2233

Server: Charles DOB: [illegible]
09:29 PM 10/17/2005
Table 22/1 1/10019

VISA 3145742
Card #4101080000276248 Exp:1006
Magnetic card present: fulkerson john r
Approval: 010019

Amount: 137.[illegible]
\+ Tip: 21,00
= Total: 157,26

X ______________________
Approval: 010019

Merchant Copy

246.88

434265882887
KIKI'S RESTAURANT
2715 N. PIEDRAS ST
EL PASO, TX 79930
(915)565-6713

**Sale**

Server: 2
ID: 98E00881
10/13/05 20:36:55
Batch #: 000021

VISA
XXXXXXXXXXXX6248
Appr Code: C96? Invoice: 001ab

| | |
|---|---|
| Amount: | $ 32.12 |
| Tip: | 6 |
| Total: | 38.12 |

Customer Copy
THANK YOU!!

---

A-1 EXPRESS SERVICES
5105 W CYPRESS ST
TAMPA, FL 33607

TOTAL $54.78

---

Cattleman's Steakhouse
at INDIAN CLIFFS RANCH
FABENS, TEXAS 79838
915-544-3200

Server: Adrian DOB: 10/15/2005
07:48 PM 10/15/2005
Fast Close/1 5/60048

VISA 6291498
Card #XXXXXXXXXXXX6248 Exp: 1006
Magnetic card present: fulkerson john
Approval: 068793

| | |
|---|---|
| Amount: | 18.00 |
| + Tip: | 2.00 |
| = Total: | 20.00 |

X

Approval: 068793

Merchant Copy

---

CIRCLE K #8515
1073 COUNTRY CLUB
EL PASO TX
00423202
Date: 10/20/2005

Visa Acct#
XXXXXXXXXXXX6248
07GM3QD8J6DQ
Inv# 204754 10/06
Ref# 921 16-027
Auth# 00-542963

PUMP# 05 CREDIT/SELF
UNL-REG @ $ 2.559/G
VOLUME 12.113 GAL

| | | |
|---|---|---|
| GAS TOTAL | $ | 31.00 |
| TOTAL | $ | 31.00 |

THANK YOU

THANK YOU
FOR YOUR BUSINESS

146.90

12A

[illegible]
AUSTIN, TX 78701
PHONE # (512) 472-2413

MERCHANT 5450 700000130155 001
DATE : 12/09/05 09:56 PM

SERVER #: 1
ACCOUNT #: XXXXXXXXXXXX6248
TYPE: Visa EXP: 10/06

REF # 20
BATCH #: 204
AUTH #: 020955

SALE $ 53.04
TIP $ 8.00
TOTAL $ 61.04

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

X
SIGNATURE

THANK YOU
HAVE A NICE DAY!

---

[illegible] EXPRESS SERVICES
5305 W CYPRESS ST
TAMPA, FL 33607

[illegible]

TOTAL $6.42

[illegible]

---

A L A M O

RA 509373119 Inv 12169173
Rental 08-DEC-2005 03:28 PM
AUSTIN BERGSTROM INTL ARPT
Return 10-DEC-2005 07:44 AM
AUSTIN BERGSTROM INTL ARPT

JOHN FULKERSON
Vehicle # 59290639
Model INPALA
Class Driven FCAR Class Charged FCAR
License# 821CJZ State/Province TX
M/Kms Driven 104
M/Kms Out 21422
M/Kms In 21526

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 2 Days | 18.25 | 36.50* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| RENTAL CAR FACILITY FEE | | | 3.90 |
| CONCESSION RECOUP FEE | | | 4.37* |
| AUSTIN EVENTS CNTR PROJ | | | 1.83 |
| PROP.TAX LIC/TITLE FEE | | | 2.82* |
| MTR VEH RNT TAX @10.000 % | | | 4.37 |

Total Charges USD 53.79

Pre-payment Visa 6248 -53.79

Amount Due USD 0.00

* Taxable Items
Subject to Audit
Your Quick Silver Number is 783032644
Customer service Number 1(800) 445-5664

---

HMSHOST
FOOD COURT A-AIRSIDE
TAMPA INTERNATIONAL AIRPORT

2 Roberto

703 DEC08'05 11:24AM

| | |
|---|---|
| NATHANS DOG | 2.29 |
| SODA FTN 21 | 1.59 |
| SUBTOTAL | 3.88 |
| TAX | 0.27 |
| AMOUNT PAID | 4.15 |
| XXXXXXXXXXXX6248 | XX/XX |
| VISA AO 4* | 4.15 |

Your order number is: 470

---

Thanks for Choosing
RaceTrac #590
Ocala, FL

P12041617-002
RACETRAC590
1750 N W BLITCHTON R
OCALA FL 3447

DATE 12/08/05
TIME 9:16 AM
AUTH# 083233

VISA
ACCOUNT NUMBER
XXX XXXX XXXX 6248
FULKERSON/JOHN R

PUMP PRODUCT PPG
18 REG $2.059

GALLONS TOTAL
12.143 $25.00

Please Come Again

150.42

# .ess Gold Card

OPEN
SMALL BUSINESS NETWORK℠

**Earn points on all of your purchases, everywhere you use the Card.** Visit open.americanexpress.com/smallbusinessrewards

.ULKERSON
CONSTRUCTION INC

Account Number 3732-758423-31008

Closing Date 07/11/05



| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 1,188.46 | -1,188.46 | 1,629.94 | 1,629.94 |

**Please Pay By 07/26/05**
Please refer to page 2 for important information regarding your account

Terms - Payable in full on receipt of Statement.

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-3344.

## Cardmember Snapshot

| Cardmember Name | Card Number | Total Payments/Credits $ | Total New Charges $ |
|---|---|---|---|
| JOHN FULKERSON | 3732-758423-31008 | -1,188.46 | 1,480.52 |
| ANTONE FORNERIS | 3732-758423-31024 | 0.00 | 149.42 |
| Total | | -1,188.46 | 1,629.94 |

## Activity

* Indicates posting date

### New Activity for JOHN FULKERSON

Card XXXX-XXXXX3-31008

| | | Amount $ |
|---|---|---|
| 06/26/05* | PAYMENT RECEIVED - THANK YOU | -1,188.46 |
| 06/14/05 | SOUTHWEST AIRLINES DALLAS TX<br>From: TAMPA FL To: EL PASO TX Carrier: WN Class: V<br>Ticket Number: 52627634146029 Date of Departure: 07/07<br>Passenger Name: FULKERSON/JOHN<br>Document Type: PASSENGER TICKET | 127.40 |
| 06/15/05 | AMAZON.COM SUPERSTORAMZN.COM/BILL WA<br>MERCHANDISE<br>AMZ*SUPERSTORE | 27.34 |

5561

↓ Please fold on the perforation below, detach and return with your payment ↓

*Continued on Page 3*

BFi Business Filings Incorporated

Incorporating your business has never been easier. Form a corporation, limited liability company (LLC) or nonprofit in any state. Incorporate quickly and easily with Business Filings and save 20% off of service fees.

information, visit **open.americanexpress.com/bizfilings01**.

(CE 105923)

Savings does not apply to state filing fees. Cannot be combined with any other offer. Offer and participation subject to change without notice. Payment must be made with an American Express® Business Card.

10313 R07N3A80 03343

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

…LKERSON
…ONSTRUCTION INC

Account Number XXXX-XXXXX3-31008 | Closing Date 07/11/05 | Page 3 of 6

…tivity Continued

| | | Amount $ |
|---|---|---|
| …/7/05 | CONTINENTAL AIRLINES WEB WE<br>From: EL PASO TX To: HOUSTON TX IAH, TAMPA FL Carrier: CO, CO Class: Q1, Q1<br>Ticket Number: 00521565090211 Date of Departure: 07/08<br>Passenger Name: FULKERSON/JOHN<br>Document Type: PASSENGER TICKET | 182.40 |
| 06/22/05 | PAYPAL *ACHEWOOD 402 935 7733 CA<br>MISC PROFESSIONAL SVCS | 40.50 |
| 06/26/05 | PROFLOWERS.COM 888-373-7437 CA<br>FLOWERS | 40.98 |
| 06/29/05 | SP MOTORSPORTS 8005543363 MD<br>AUTO ACCESSORIES<br>DIRECT MRKTING NOT CLASSIFIED | 257.74 |
| 07/05/05 | PROFLOWERS.COM 888-373-7437 CA<br>FLOWERS | 50.97 |
| 07/07/05 | THE SHOE DOCTOR EL PASO TX<br>BOOTS, SHOES<br>FOR CUSTOMER SERVICE CALL 915-5854844 | 674.25 |
| 07/08/05 | MISSION LIQUOR PASADENA CA<br>00LIQUOR STORE | 58.04 |
| 07/08/05 | REP PARK SYST #067 QTAMPA FL<br>PARKING FEES<br>GROCERYS/SUNDRIES | 20.00 |

5561

5561

**Total of New Activity for JOHN FULKERSON** — New Charges 1,480.52

**A Chance to Win FedEx Kinko's Services Free for 1 Year!***

FedEx Express

FedEx is offering American Express Business Cardmembers a chance to win free FedEx Kinko's business services for a year - at **fedex.com/saluteamex**. FedEx is also giving away gift cards for all the little things that help you do business, from electronics to client lunches with daily instant wins. Visit FedEx Kinko's to experience the convenience of all your business service needs at one location. And as always, use your American Express® Business Card when you ship at FedEx, and save an extra 5%.

*See fedex.com/salute for rules and regulations. Grand prize maximum retail value of $10,000. See **open.americanexpress.com/savings** for additional terms and information about 5% savings on FedEx shipping.

You may be eligible for additional savings at FedEx by linking your FedEx account to your Business Card. To set up an account or to link an existing FedEx account to your Card, visit **open.americanexpress.com/fedex01** or call **1-800-231-8636**. (CE 105957)

**Save 20% on Business Incorporation and Registered Agent**

Incorporating your business has never been easier. Form a corporation, limited liability company (LLC) or nonprofit in any state. Incorporate quickly and easily with Business Filings and save 20% off of service fees.

BFI Business Filings

To purchase, or for more information, visit **open.americanexpress.com/bizfilings01**.

(CE 105923)

Savings does not apply to state filing fees. Cannot be combined with any other offer. Offer and participation subject to change without notice. Payment must be made with an American Express® Business Card.

14513 RD7N3A90 03343

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

FULKERSON CONSTRUCTION INC | Account Number XXXX-XXXXX3-31008 | Closing Date 10/10/05 | Page 3 of 6

## Activity Continued

| | | Amount $ |
|---|---|---|
| ?/15/05 | 1 TRAVEL.COM ODESSA TX<br>DELTA AIR LINES<br>From: GAINESVILLE FL To: ATLANTA GA / MEMPHIS TN / NEW ORLEANS LA / ATLANTA GA<br>Carrier: DL DL DL DL Class: LO LO LO LO<br>Ticket Number: 00612777742360 Date of Departure: 09/16<br>Passenger Name: KONDRATIEV/ILIA<br>Document Type: PASSENGER TICKET | 293.00 |
| ?/15/05 | TRAVEL SERVICES 9153328785 TX<br>TOURS/TICKETS | 5.50 |
| ?/19/05 | CONTINENTAL AIRLINES WEB WE<br>From: TAMPA FL To: HOUSTON TX IAH / EL PASO TX / HOUSTON TX IAH / TAMPA FL<br>Carrier: CO CO CO CO Class: TA TA TA TA<br>Ticket Number: 00521602013682 Date of Departure: 10/15<br>Passenger Name: FULKERSON/JOHN<br>Document Type: PASSENGER TICKET | 268.30 |
| ?/20/05 | GLAVS TRAVEL USA INC BROOKLYN NY<br>CERTIFIED TRAVEL ASSOCIAT<br>From: TAMPA FL To: J F KENNEDY A/P NY / KIEV-BORISPOL UKRA / SIMFEROPOL UKRAINE / KIEV-BORISPOL UKRA<br>Carrier: DL VV VV VV Class: XT DT DT DK<br>Ticket Number: 87013311704152 Date of Departure: 09/24<br>Passenger Name: FULKERSON/JOHN MR<br>Document Type: PASSENGER TICKET | 1,995.00 |
| ?/05/05 | SOUTHWEST AIRLINES DALLAS TX<br>From: PORTLAND OR To: TAMPA FL<br>Carrier: WN Class: M<br>Ticket Number: 52627847599139 Date of Departure: 10/24<br>Passenger Name: FULKERSON/JOHN<br>Document Type: PASSENGER TICKET | 150.40 |
| ?/05/05 | AMERICA WEST AIRLINESTEMPE AZ<br>From: EL PASO TX To: PHOENIX AZ / PORTLAND OR<br>Carrier: HP HP Class: KA H K<br>Ticket Number: 40121720171746 Date of Departure: 10/21<br>Passenger Name: FULKERSON/JOHNR<br>Document Type: PASSENGER TICKET | 132.90 |
| ?/05/05 | BUYCOMP LLC WWW.BUY.COM CA<br>COMPUTER HARDWRE/SFTWRE | 409.99 |

AFT

5561

**Total of New Activity for JOHN FULKERSON**

New Charges 3,255.09
Payments/Credits -3,751.92

**New Activity for ANTONE FORNERIS**
Card XXXX-XXXXX3-31024

| | | |
|---|---|---|
| ?/14/05 | ST JOHNS SFD/OYS B INC JACKSONVILLE FL<br>FOOD AND BEVERAGE<br>TIP 00000300 | 30.45 |
| ?/14/05 | OFFICE DEPOT, INC. JACKSONVILLE FL<br>OFFICE PROD. & SUPPLIES<br>FILE,EXPANDING,12X10,N/FLP,A-Z<br>CARTRIDGE,BLACK,8R7881 | 62.04 |
| ?/14/05 | INTERNET CONNECT COMGAINESVILLE FL<br>COMPUTER SOFTWARE STORE | 19.83 |

Total Quantity Shipped: 1
Total Cartons Shipped: 1

Page: 1 Dest: USMLB2SC02L SID: 19-30263-11 PC: 1

Continued on reverse

Payments: Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US

[redacted] ACE CONSTRUCTION INC

## New Activity Continued

| | | Amount $ |
|---|---|---|
| 01/02/06 | BLUEFLY COM THANKS Y877-258-3359 NY<br>INTEL CORPORATION | 163.88 |
| 01/05/06 | YAHOO! HOTEL RESERVA800-256-9089 TX<br>ONLINE HOTELS | 79.05 |

**Total of New Activity for JOHN FULKERSON** — New Charges 708.12; Payments/Credits -519.53

## New Activity for ANTONE FORNERIS

Card XXXX-XXXXXX-31024

| | | |
|---|---|---|
| 12/13/05 | ST JOHNS SFD/OYS B INC JACKSONVILLE FL<br>FOOD AND BEVERAGE<br>TIP 00000500 | 58.60 |
| 12/13/05 | SHELL OIL GAINESVILLE FL<br>57522578806348598015868 | 10.10 |
| 12/13/05 | GIANT OIL # 371 JACKSONVILLE FL<br>BP<br>PAY AT PUMP671228560018 | 35.60 |
| 12/14/05 | INTERNET CONNECT COMGAINESVILLE FL<br>COMPUTER SOFTWARE STORE | 19.95 |

12/15/05 ORMOND BEACH VALERO ORMOND BEACH FL

| | | | | | |
|---|---|---|---|---|---|
| RUBY TUESDAY - CASUAL DINING | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| SPRINGHILL SUITES BY MARRIOTT - FOR PARTICIP. HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| UNITEDHEALTH ALLIES - HEALTH DISCOUNT CARD MEMBERSHIP | Ongoing | $0.00 | 40% | $0.00 | $0.00 |
| USA TODAY - ALL SUBSCRIPTIONS | Ongoing | $0.00 | 10% | $0.00 | $0.00 |
| WINGATE INNS - HOTELS IN THE U.S. | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| 1-800-FLOWERS.COM - FLOWERS AND GIFTS | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| **Totals** | | | | $0.00 | $0.00 |

Your OPEN Savings are updated daily on your Summary of Accounts page online at **www.americanexpress.com/accountsummary**

**Other Ways To Save!** To see a complete list of partners and ways to save, visit open.americanexpress.com/savings or call 1-800 NOW OPEN (669-6736)



## Did You Know? You Can Use Your Business Card At -

Graphic Paper is one of the fastest-growing distributors for fine printing paper and converted products. Call **1-800-840-4555** or **www.graphicpaper.com.**

Allstate may be able to save you hundreds of dollars on business auto insurance. If you're a safe driver with a good driving record, you've earned lower premiums. Why wait until your policy expires? **www.allstate.com/smallbusiness.**

Coverage is subject to availability and qualifications. Allstate Insurance Company, Allstate Indemnity Company: Northbrook, IL. Allstate County Mutual Insurance Company, Irving, TX. C2005 Allstate Insurance Company.

These merchants gladly accept the American Express® Business Card.

(CE 106763)

## Great New Places to Use Your Business Card

*The Economist* is a weekly publication of international news with commentary and analysis on world politics, business, finance, science and technology, and books and arts. See what *The Economist* has to say. On the web at **www.economist.com.**

Since 1934, Gift Box Corporation has been manufacturing high-quality gift boxes, which it distributes with a full line of shopping bags, tissue, ribbon and gift-wrap. They supply gift stores, florists and golf pro shops and their packaging can be customized to enhance your brand and image. Call **1-800-GIFTBOX** or order online at **www.800giftbox.com.**

We are proud to announce these merchants recently signed on to accept American Express® Cards. Please begin to enjoy using your Business Card at these merchants now!

(CE 106790)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

ACE CONSTRUCTION INC    XXXX-XXXXX3-31008

**New Activity Continued**

02/19/05 FRONTIER AIRLINES HOUSTON TX
From: TAMPA FL
To: DENVER CO / PORTLAND OR / DENVER CO / TAMPA FL
Carrier: F9 / F9 / F9 / F9 — Class: AO / AO / WE / WE
Ticket Number: 42221511531194
Passenger Name: FULKERSON/JOHN
Document Type: PASSENGER TICKET
Date of Departure: 03/10

02/19/05 BLUEFLY THANKS YOU 877-258-3359 NY
APPAREL

02/20/05 YAHOO! HOTEL RESERVA800-256-9089 TX
ONLINE HOTELS

02/20/05 YAHOO! HOTEL RESERVA800-256-9089 TX
ONLINE HOTELS
5561 [illegible]

02/22/05 SOUTHWEST AIRLINES DALLAS TX
From: TAMPA FL
To: EL PASO TX
Carrier: WN — Class: V
Ticket Number: 52627441250019
Passenger Name: FULKERSON/JOHN
Document Type: PASSENGER TICKET
Date of Departure: 03/15
5561 112.40

02/22/05 SOUTHWEST AIRLINES DALLAS TX
From: MIDWAY ARPT IL
To: TAMPA FL
Carrier: WN — Class: H
Ticket Number: 52627441283439
Passenger Name: FULKERSON/JOHN
Document Type: PASSENGER TICKET
Date of Departure: 03/20
5561 150.70

02/22/05 AMERICA WEST AIRLINESPHOENIX AZ
From: EL PASO TX
To: PHOENIX AZ / O HARE FIELD IL
Carrier: HP / HP — Class: QA / W / Q
Ticket Number: 40121651625952
Passenger Name: FULKERSON/JOHN
Document Type: PASSENGER TICKET
Date of Departure: 03/18
~~[illegible]~~

02/22/05 YAHOO! HOTEL RESERVA800-256-9089 TX
ONLINE HOTELS
5561 152.76

02/27/05 DELTA AIR LINES ATLANTA GA
From: ORLANDO FL
To: ATLANTA GA / KANSAS CITY MO-INT / ATLANTA GA / ORLANDO FL
Carrier: DL / DL / DL / DL — Class: UA / UA / U1 / U1
Ticket Number: 00623088788965
Passenger Name: FULKERSON/JOHN
Document Type: PASSENGER TICKET
Date of Departure: 04/06
226.80

02/27/05 DELTA AIR LINES ATLANTA GA
From: ORLANDO FL
To: ATLANTA GA / KANSAS CITY MO-INT / ATLANTA GA / ORLANDO FL
Carrier: DL / DL / DL / DL — Class: UA / UA / U1 / U1
Ticket Number: 00623088788976
Passenger Name: FULKERSON/JACLYNNE
Document Type: PASSENGER TICKET
Date of Departure: 04/06
226.80

03/01/05 GOSMILE, INC. 212 661 9494 NY
SPECIALTY RETAIL STORE
75.00

03/03/05 THINK GEEK ACTON MA
MISC
36.67

Continued on reverse

HOME | PERSONAL CARDS | FINANCIAL SERVICES | TRAVEL | SMALL BUSINESS | CORPORATIONS | MERCHANTS

PERSONAL CARDS

Site Help | Search | Contact Us | Log Out

Summary of Accounts | Card Benefits | Membership Rewards® | Shopping | Prepaid Cards | Apply for a Card

**Personal Card - 52006**

Sum

**VIEW**

Summary of Accounts
Account Services
Recent Activity
Online Statement
Year-End Summary

**MANAGE**

Pay Bill
Download to Quicken or Money
Pay Over Time

**RECENT ACTIVITY** this is not a legal statement.

**BRADLEY S COPENHAVER** Switch Cards...

Closing Date: Oct 28, 2005 View Other Periods...

## Summary

| | Previous Balance $ | (-) Payments $ | (+) New Charges $ | Outstanding Balance $ |
|---|---|---|---|---|
| **Due in Full** | 6,695.59 | -4,664.37 | 7,211.81 | 9,243.03 |
| **Flexible** | 13,191.92 | -335.63 | 0.00 | 12,856.29 |
| **Total** | **19,887.51** | **-5,000.00** | **7,211.81** | 22,099.32 |

Pay Bill

P
View Pap
Memb
Rewa
Points Bal
See Your

## Payments

| Date | Description | Amount |
|---|---|---|
| 10/06/2005 | 5,000.00 CHKLESS PYMT RECV- THANK YOU 335.63 APPLIED TO SIGN & TRAVEL/ExPO | -4,664.37 |
| **Total Payment Activity** | | **-4,664.37** |

**See My Payments**

## Transaction Detail

**BRADLEY S COPENHAVER** **XXXX-XXXXXX-52006** Dispute a Cha

⊞ Show / ⊟ Hide all details

| Date | Description | Amount |
|---|---|---|
| 09/30/2005 | ⊞ DOLLAR RENT A CAR FT. MYERS INT'L AIFL | 78.18 |
| 09/29/2005 | ⊞ THE RITZ-CARLTON HOTNAPLES FL | 236.00 |
| 09/28/2005 | ⊞ ST GEORGE & THE DRAGNAPLES FL | 60.99 |
| 09/29/2005 | ⊞ DELTA AIR LINES SALT LAKE UT | 367.90 |
| 09/29/2005 | ⊞ DELTA AIR LINES SALT LAKE UT | 10.00 |
| 09/29/2005 | ⊞ TALLAHASSEE REGIONALTALLAHASSEE FL | 16.00 |
| 09/30/2005 | ⊞ U-HAUL UNIVERSITY TALLAHASSEE FL | 18.11 |
| 10/03/2005 | ⊞ NATIONAL CAR RENTAL ORLANDO FL | 83.33 |
| 10/02/2005 | ⊞ U-HAUL UNIVERSITY TALLAHASSEE FL | 295.39 |
| 10/03/2005 | ⊞ TALLAHASSEE REGIONALTALLAHASSEE FL | 8.00 |
| 10/07/2005 | ⊞ JOHNSTON & MURPHY 800-424-2854 TN | 211.29 |

**Your R**

**Home Dep**
**$50 Home Card**
**Redeem f points**

**Hollywoo Money**
**Four Adul Admissio**
**Redeem f points**

| Date | Description | Amount |
|---|---|---|
| 10/10/2005 | ⊞ HMSHOST-ATL-AIRPT #2Atlanta GA | 33.49 |
| 10/12/2005 | ⊞ HOTEL WASHINGTON WASHINGTON DC | 291.98 |
| 10/11/2005 | ⊞ ESPN ZONE - WASH. REWASHINGTON DC | 22.04 |
| 10/11/2005 | ⊞ TALLAHASSEE REGIONALTALLAHASSEE FL | 16.00 |
| 10/12/2005 | ⊞ CONTINENTAL AIRLINES JACKSONVILLE FL | 5.00 |
| 10/12/2005 | ⊞ CONTINENTAL AIRLINES HOUSTON TX | 791.30 |
| 10/12/2005 | ⊞ TRAVEL AGENCY SERVICETALLAHASSEE FL | 25.00 |
| 10/12/2005 | ⊞ DELTA AIR LINES TALLAHASSEE FL | 1,088.29 |
| 10/14/2005 | ⊞ TARGET STORES EL PASO TX | 96.99 |
| 10/17/2005 | ⊞ CAMINO REAL EL PASO EL PASO TX | 150.14 |
| 10/20/2005 | ⊞ TRAVEL AGENCY SERVICETALLAHASSEE FL | 25.00 |
| 10/20/2005 | ⊞ DELTA AIR LINES TALLAHASSEE FL | 529.80 |
| 10/21/2005 | ⊞ HERTZ CAR RENTAL EL PASO TX | 555.70 |
| 10/22/2005 | ⊞ CAMINO REAL EL PASO EL PASO TX | 2,097.92 |
| 10/25/2005 | ⊞ CYPRESS TALLAHASSEE FL | 97.97 |
| **Activity for BRADLEY S COPENHAVER** | New Charges : | 7,211.81 |

misc. fee; no physical receipt.

hotel has receipt?

Client has receipt.

**Total Due in Full Activity** **7,211.81**

| **Flexible Payment Summary** | | **Amount $** |
|---|---|---|
| Previous Balance $ | (-) Payments/Credits $ | (+) New Charges |
| 13,191.92 | -335.63 | 0.00 |

**Sign & Travel® and/or Extended Payment Option™**

**BRADLEY S COPENHAVER** **XXXX-XXXXXX-52006**

⊞ Show / ⊟ Hide all details

| Date | Description | Amount |
|---|---|---|
| 10/06/2005 | COMPUTER PAYMENT RECEIVED -- THANK YOU | -335.63 |
| **Activity for BRADLEY S COPENHAVER** | New Charges/Other Debits : | 0.00 |
| | Payments/Other Credits : | -335.63 |

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

Back to Top

View Corporate Entities and Important Disclosures, Web Site Rules and Regulations, Trademarks and Privacy Statement.
Copyright © 1995-2003American Express Company. All Rights Reserved. Users of this site agree to be bound by the terms of the American Express Web Site Rules and Regulations.

**Owned and Operated by: Strickland Travel Inc.**
1834 Hermitage Blvd., Suite 100
Tallahassee, FL 32308-7705
Phone: (850) 893-6200
1-800-367-7709
Fax: (850) 893-6201
Website: www.carlsontravel.com/go

Carlson Wagonlit Travel

119800 ITINERARY RECEIPT
PAGE NO. 1
PNR: 1P-36UPU4
8K-MW/S1F

VEZINA LAWRENCE PISCITELLI P.A.
318 NORTH CALHOUN
TALLAHASSEE FL 32301

**TICKET FEE NON REFUNDABLE**
NONREFUNDABLE TICKET
MINIMUM $50 FOR CHANGES
FAX 224-1353 RITA

NAME : VEZINA/W.ROBERTIII

| CUSTOMER NO. | ACCOUNT NO. | DATE |
|---|---|---|
| GST | 221 | 16JAN06 |

* ELECTRONIC TICKET * POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-NONREFUNDABLE/CHANGE FEE MAY APPLY
ISSUED BY-CARLSON WAGONLIT TRAVEL TALLAHASSEE FL

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|---|---|---|---|---|---|---|
| A | WE 01FEB | LV TALLAHASSEE | 231P | DELTA 1769T | OK | |
| | | AR ATLANTA | 334P | BAGS ALLOWED- 2PIECE | | 0STOP 738 |
| | | DL CONFO *C6JE1F | | | | |
| | | | SEAT | 07-C **RESERVED** VEZINA/W.ROBERTIII | | |

NOT VALID FOR TRAVEL-BEFORE 01FEB/AFTER 01FEB

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|---|---|---|---|---|---|---|
| A | WE 01FEB | LV ATLANTA | 430P | DELTA 298T | OK | |
| | | AR WAS/R.REAGAN NATL | 610P | BAGS ALLOWED- 2PIECE | | 0STOP M80 |
| | | DL CONFO *C6JE1F | | | | |
| | | | SEAT | 21-D **RESERVED** VEZINA/W.ROBERTIII | | |

NOT VALID FOR TRAVEL-BEFORE 01FEB/AFTER 01FEB

H WE 01FEB HOTEL WASHINGTON
15TH AND PENN AVE NW
WASHINGTON DC 20004
PHONE-202-638-5900
FAX-202-638-1595
CONFO-78738953

CHECK IN- 01FEB WED/1500
CHECK OUT-02FEB THU/1300
GUARANTEED TO CREDIT CARD-VI

RATE GUARANTEED-USD

RACK
RATE INFO-EFF 01FEB06 275.00
CANCEL RQRMTS-24 HOURS PRIOR TO ARRIVAL TO AVOID BILLING.
PERSONS INCLUDED IN RATE-2
NON SMOKING

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|---|---|---|---|---|---|---|
| A | TH 02FEB | LV WAS/R.REAGAN NATL | 305P | DELTA 870K | OK | |
| | | AR ATLANTA | 504P | BAGS ALLOWED- 2PIECE | | 0STOP 732 |
| | | DL CONFO *C6JE1F | | | | |
| | | | SEAT | 12-F **RESERVED** VEZINA/W.ROBERTIII | | |

NOT VALID FOR TRAVEL-BEFORE 02FEB/AFTER 02FEB

**Owned and Operated by: Strickland Travel Inc.**
1834 Hermitage Blvd., Suite 100
Tallahassee, FL 32308-7705
Phone: (850) 893-6200
1-800-367-7709
Fax: (850) 893-6201
Website: www.carlsontravel.com/go

CarlsonWagonlit Travel

119800 ITINERARY RECEIPT
PAGE NO. 2
PNR: 1P-36UPU4
BK-MW/51F

| CO | DATE | | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|---|---|---|---|---|---|---|---|
| A | TH 02FEB | LV | ATLANTA | 703P | DELTA 253K | OK | |
| | | AR | TALLAHASSEE | 804P | BAGS ALLOWED- 2PIECE | | OSTOP 738 |
| | | DL | CONFO *C6JE1F | | | | |
| | | | | SEAT | 02-F **RESERVED** | | |
| | | | | | VEZINA/W.ROBERTIII | | |

NOT VALID FOR TRAVEL-BEFORE 02FEB/AFTER 02FEB

| PASSENGER | TICKET NUMBER | AIR AMT |
|---|---|---|
| VEZINA/W.ROBERTIII | E0061290802676 | 303.20 |

SERVICE FEE MCO: 8905059293803

EXCHANGE DOCUMENT(S): T-0061284223102/M-0065059257539

Credit used

| | |
|---|---|
| AIR FARE | 243.72 |
| TAX | 59.48 |
| ADMIN/PENALTY FEE | 50.00 |
| EXCHANGED FARE | -244.76 |
| TOTAL AIR FARE | 108.44 |
| SERVICE FEE | 25.00 |
| AMOUNT CHARGED | 133.44 |

(reimb. to Rob - Chg. firm)

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: VI XXXX XXXX XXXX 4980

**REVIEW INFORMATION. CLIENT RESPONSIBLE FOR ACCURACY
**UNLESS AGENCY NOTIFIED WITHIN 24 HOURS
*******WWW.CARLSONTRAVEL.COM/GO*******************
YOUR TRAVEL ARRANGEMENTS WERE MADE BY MARK.

FREQUENT FLYER NUMBERS
VEZINA/W.ROBERTIII DL2004284176

243.72
59.48
530 3.20
+ 25.00
328.20

HOTEL WASHINGTON

★ PENNSYLVANIA AVE AT 15TH STREET ★
515 15th Street NW, Washington, DC 20004-1099
202-638-5900 ★ 800-424-9540
www.hotelwashington.com

**W Robbert Vezina**
**318 N Calhoon Street**
**Tallahassee, FL 32301**
**US**

| | |
|---|---|
| **Room** | 0602 |
| **Arrival** | 02-01-06 |
| **Departure** | 02-02-06 |
| **Page** | 1 of 1 |
| **Folio** | 117668 |
| | 02-02-06 |

**INVOICE**

WENDELLC

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-01-06 | Room Charge | | 275.00 | |
| 02-01-06 | Room Sales Tax | | 39.88 | |
| 02-02-06 | Mastercard | XXXXXXXXXXXX5430 | | 314.88 |
| | | | **314.88** | **314.88** |
| | | **Balance** | | **0.00** |

X ______________________________

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above and agrees to perform the obligations and terms in the cardholder agreement with the seller.

**Fax To:** (Guest) 202-638-4275 ★ (Reservation) 202-638-1595 ★ (Sales/Catering) 202-638-1594 ★ (Accounting) 202-638-1597

HOTEL
WASHINGTON

★ PENNSYLVANIA AVE AT 15TH STREET ★
515 15th Street NW, Washington, DC 20004-1099
202-638-5900 ★ 800-424-9540
www.hotelwashington.com

W Robbert Vezina
318 N Calhoon Street
Tallahassee, FL 32301
US

| | |
|---|---|
| **Room** | 0602 |
| **Conf No** | 212189 |
| **Recpt No** | 114193 |

WENDELLC,E

**PAYMENT RECEIPT**

| Date | Description | App. Code | Exp. date | Amount |
|---|---|---|---|---|
| 02-02-06 | Mastercard XXXXXXXXXXXX5430 0906 | 23 | 09-01-06 | $ 314.88 |

X ____________________________________________

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above and agrees to perform the obligations and terms in the cardholder agreement with the seller.

009/Ft. Bliss

RECEIPT

| | |
|---|---|
| PARKING | |
| CASH | |

PHONE

THANK YOU FOR PARKING WITH US

**Old Ebbitt Grill**

Since 1856

We welcome your comments at www.ebbitt.com

| | |
|---|---|
| Date: | Feb01'06 |
| Card Type: | Visa/M.C. |
| Acct #: | XXXXXXXXXXXX5430 |
| Exp Date: | 09-06 |
| Auth Code: | 053423 |
| Check: | 4370 |
| Server: | 53 Gonzo |
| | W R VEZINA |
| Subtotal: | 15.30 |
| Tip: | 3— |
| Total: | 18.30 |

009/Ft. Bliss

[redacted] [redacted]

HMSHOST
FEDERAL TAVERN
RONALD REAGAN NATIONAL AIRPORT
CHECK: 4524
TABLE: 5 / 1
SERVER: 252 Ingrid
DATE: FEB02'06 7
CARD TYPE:
ACCT #: XXXXX 5430
EXP DATE XX/XX
AUT

TOTAL

TIP 5

TOTAL 31.75

X

I AGREE TO PAY ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD

009/Ft Bliss

PAPA RAZZI
1064-1066 NW WISCONSIN AVE.
WASHINGTON, DC 20007
(202) 298-8000
HECK: 8647
ST CHKID: S1
ERVER: 101 DAY BAR
ATE: FEB02'06 2:01PM
ARD TYPE: MASTERCARD
CCT #: XXXXXXXXXXXX5430
XP DATE: XX/XX
UTH CODE: 053433
W R VEZINA

UBTOTAL: 15.33

RATUITY 3.50

OTAL 18.83

IGNATURE

009/Ft. Bliss

Cardmember Account Number
5528 5122 4658 5430

Date of Charge
121805

HOTEL WASHINGTON
WASHINGTON DC

Cardmember Signature

Merchandise and/or service purchased on this card shall not be resold or returned for cash refund. Establishment agrees to transmit to American Express Travel Related Services Co., Inc. or authorized representative for payment.

EXPIRATION DATE CHECKED DESCRIPTION

APPROVAL CODE

602

Dollars 314 Cents 68

Cards 613935
Invoice Number

Service Establishment Copy

CD 20249 ©AMEX Ptd. in U.S.A. 4/01

Add into Hotel Charge

LOBBY LOUNGE
HOTEL WASHINGTON
202-638-5900

420 M.ARCADI

3949 FEB01'06 8:30PM

| | |
|---|---|
| 1 DEWARS | 7. |
| WATER | |
| SUBTOTAL | 7. |
| TAX | 0. |
| PAYMENT DUE | 8.2 |

Room #______ GRATUITY:____

TOTAL:____________

PRINT NAME:__________

SIGNATURE:__________

009/F+B

Closing Argument 009/FT Bliss

# TAXICAB RECEIPT

Time: __________

Date: 2/1/06

Origin of trip: Wash. National

Destination: Hotel Wash

Fare: 14+2=$16.00 Sign: 009/FT Bliss

– OVER –

# REVISED SUMMARY OF FEES AND EXPENSES

## A. REPROGRAPHIC SERVICES

| Company | Date | Invoice No. | Amount |
|---|---|---|---|
| Vezina, Lawrence & Piscitelli, P.A. | 08/30/2004 | | $14.50 |
| Vezina, Lawrence & Piscitelli, P.A. | 02/28/2005 | | 12.50 |
| IKON Office Solutions | 02/28/2005 | FTW05020039 | 221.15 |
| Action Legal Copy Service | 03/07/2005 | 35268 | 287.67 |
| Capitol Blueprint Company | 03/28/2005 | | 208.27 |
| Vezina, Lawrence & Piscitelli, P.A. | 03/31/2005 | | 31.75 |
| Action Legal Copy Service | 04/04/2005 | 35589 | 292.99 |
| Action Legal Copy Service | 04/08/2005 | | 86.86 |
| Vezina, Lawrence & Piscitelli, P.A. | 04/30/2005 | | 15.75 |
| Gordon & Mott, P.C. | 05/20/2005 | | 28.50 |
| Action Legal Copy Service | 05/23/2005 | 36108 | 1,792.00 |
| Action Legal Copy Service | 06/06/2005 | | 26.32 |
| Action Legal Copy Service | 07/06/2005 | | 48.32 |
| Action Legal Copy Service | 07/29/2005 | | 1,796.26 |
| Action Legal Copy Service | 09/22/2005 | 37282 | 2,486.80 |
| Vezina, Lawrence, & Piscitelli, P.A. | 09/30/2005 | | 41.50 |
| Action Legal Copy Service | 10/11/2005 | 37517 | 1,843.63 |
| Action Legal Copy Service | 10/14/2005 | | 182.23 |
| Vezina, Lawrence, & Piscitelli, P.A | 10/31/2005 | | .25 |
| Action Legal Copy Service | 12/21/2005 | | 81.70 |
| Vezina, Lawrence, & Piscitelli, P.A. | 12/30/2005 | | 3.25 |
| | | **TOTAL** | **$9,502.20** |

## B. POSTAGE & COURIER CHARGES

| Company Name | Date | Invoice No. | Amount |
|---|---|---|---|
| Federal Express | 03/03/2004 | | 21.59 |
| Federal Express | 03/10/2004 | | 42.61 |
| Federal Express | 03/16/2004 | | 21.84 |
| Postage | 06/24/2004 | | 3.20 |
| Postage | 08/24/2004 | | 1.11 |
| Postage | 09/24/2004 | | 2.82 |
| Postage | 01/31/2005 | | .37 |
| Pitney Bowes | 02/03/2005 | | 30.43 |
| Pitney Bowes | 03/14/2005 | | 83.82 |
| Postage | 03/31/2005 | | .37 |
| Postage | 04/30/2005 | | 2.22 |
| Postage | 06/30/2005 | | 12.76 |
| Postage | 08/31/2005 | | 4.34 |
| Postage | 09/30/2005 | | 5.12 |



EXHIBIT
tabbles
3

| | | | |
|---|---|---|---|
| Pitney Bowes, Inc. | 09/30/2005 | | 10.62 |
| Pitney Bowes, Inc. | 10/06/2005 | | 298.75 |
| Pitney Bowes, Inc. | 10/12/2005 | | 578.05 |
| Pitney Bowes, Inc. | 10/13/2005 | | 1,270.12 |
| Pitney Bowes, Inc. | 10/20/2005 | | 21.43 |
| Pitney Bowes, Inc. | 11/21/2005 | | 45.48 |
| Postage | 11/30/2005 | | 1.48 |
| Pitney Bowes, Inc. | 12/15/2005 | | 27.90 |
| Postage | 12/30/2005 | | 21.22 |
| Pitney Bowes, Inc. | 01/26/2006 | | 10.50 |
| Pitney Bowes, Inc. | 02/02/2006 | | 43.63 |
| Pitney Bowes, Inc. | 02/15/2006 | | 68.63 |
| | | **TOTAL** | **$2,630.41** |

### C. LONG DISTANCE & FACSIMILE CHARGES

| Company Name | Date | Invoice No. | Amount |
|---|---|---|---|
| Long Distance | 03/24/2004 | | .81 |
| Fax | 06/09/2004 | | 3.00 |
| Long Distance | 07/16/2004 | | .52 |
| Long Distance | 08/24/2004 | | 1.93 |
| Fax | 08/25/2004 | | 1.00 |
| Fax | 08/26/2004 | | 2.00 |
| Fax | 09/08/2004 | | 5.00 |
| Long Distance | 09/23/2004 | | 8.62 |
| Long Distance | 10/22/2004 | | 1.33 |
| Fax | 12/03/2004 | | 3.00 |
| Fax | 12/03/2004 | | 3.00 |
| Long Distance | 12/23/2004 | | .68 |
| Fax | 01/08/2005 | | 4.00 |
| Fax | 01/27/2005 | | 6.00 |
| Long Distance | 01/31/2005 | | 1.05 |
| Fax | 02/04/2005 | | 10.00 |
| Fax | 02/04/2005 | | 10.00 |
| Long Distance | 02/28/2005 | | 3.88 |
| Fax | 02/28/2005 | | 2.00 |
| Fax | 03/08/2005 | | 4.00 |
| Fax | 03/14/2005 | | 13.00 |
| Long Distance | 03/31/2005 | | 2.12 |
| Fax | 04/01/2005 | | 14.00 |
| Long Distance | 04/30/2005 | | 2.46 |
| Fax | 05/06/2005 | | 7.00 |
| Long Distance | 05/31/2005 | | 10.49 |
| Long Distance | 06/21/2005 | | 2.64 |
| Long Distance | 07/31/2005 | | 2.72 |

| | | | |
|---|---|---|---|
| Long Distance | 08/23/2005 | | 3.54 |
| Long Distance | 09/15/2005 | | 1.66 |
| Long Distance | 11/16/2005 | | 1.18 |
| Long Distance | 12/29/2005 | | .13 |
| Long Distance | 02/28/2006 | | .30 |
| | | **TOTAL** | **$133.06** |

**D. TRAVEL EXPENSES: VEZINA, LAWRENCE, & PISCITELLI, P.A.**

| Name | Date | Description | Amount |
|---|---|---|---|
| Bradley S. Copenhaver (attorney) | 02/25/2005 | Airfare | 579.80 |
| | | Meals | 8.61 |
| | | Tolls/Parking | 19.50 |
| Bradley S. Copenhaver | 03/15/2005 | Airfare | 717.20 |
| | | Lodging | 332.64 |
| | | Meals | 10.00 |
| | | Tolls/Parking | 20.00 |
| Bradley S. Copenhaver | 03/23/2005 | Airfare | 754.79 |
| | | Lodging | 197.17 |
| | | Meals | 50.97 |
| | | Rental Car | 106.28 |
| Bradley S. Copenhaver | 04/01/2005 | Airfare | 578.30 |
| | | Lodging | 332.64 |
| | | Meals | 45.76 |
| | | Rental Car | 435.31 |
| | | Tolls/Parking | 40.00 |
| Bradley S. Copenhaver | 05/06/2005 | Meals | 15.88 |
| Bradley S. Copenhaver | 05/17/2005 | Rental Car | 117.05 |
| W. Robert Vezina (attorney) | 06/02/2005 | Lodging | 88.09 |
| Bradley S. Copenhaver | 07/07/2005 | Airfare | 634.30 |
| | | Lodging | 257.12 |
| | | Meals | 30.12 |
| | | Rental Car | 24.00 |
| Bradley S. Copenhaver | 10/10/2005 | Airfare | 390.79 |
| | | Lodging | 291.98 |
| | | Meals | 61.91 |
| | | Tolls/Parking | 16.00 |
| W. Robert Vezina | 10/10/2005 | Airfare | 390.79 |
| | | Lodging | 390.79 |
| | | Meals | 94.58 |
| | | Tolls/Parking | 40.00 |
| W. Robert Vezina | 10/15/2005 | Airfare | 559.29 |
| | | Lodging | 1,162.38 |
| | | Meals | 292.92 |
| | | Tolls/Parking | 64.00 |

| | | | |
|---|---|---|---|
| Bradley S. Copenhaver | 10/15/2005 | Airfare | 534.29 |
| | | Lodging | 2097.92 |
| | | Meals | 84.93 |
| | | Rental Car | 555.70 |
| W. Robert Vezina, III | 02/01/2006 | Airfare | 328.20 |
| | | Lodging | 323.13 |
| | | Meals | 68.88 |
| | | Tolls/Parking | 58.00 |
| W. Robert Vezina, III | 03/23/2006 | Airfare | 608.00 |
| | | Lodging | 283.65 |
| | | Meals | 14.37 |
| | | Tolls/Parking | 73.00 |
| | | **TOTAL** | **$13,790.24** |

## E. EXPERT FEES

| **Name** | **Date** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Louis M. Wenick, P.E. | 10/13-31/2002 | 9.75 | 120.00 | $1,170.00 |
| Louis M. Wenick, P.E. | 03/07/2005 | 7.25 | 150.00 | 1,087.75 |
| Louis M. Wenick, P.E. | 05/01-31/2005 | 75.00 | 150.00 | $11,505.55 |
| Louis M. Wenick, P.E. | 06/01-19/2005 | 34.50 | 150.00 | 5,175.00 |
| Louis M. Wenick, P.E. | 09/30/2005 - 10/21/2005 | 50.75 | 150.00 | 7612.50 |
| Louis M. Wenick, P.E. | 09/30/2005 - 10/21/2005 | 55.50 | 200.00 | 11,100.00 |
| | | | **TOTAL** | **$37,650.80** |

## F. ATTORNEYS' FEES

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Vezina, Lawrence & Piscitelli, P.A. (see attached Detail Fee Transaction File List) | 869.80 | Variable | $193,722.50 |
| | | **TOTAL** | **$193,664.50** |

## G. LEGAL RESEARCH

| **Name** | **Date** | **Company** | **Amount** |
|---|---|---|---|
| Vezina, Lawrence & Piscitelli, P.A. | 03/24/2004 | Westlaw | $3.34 |
| | 06/24/2006 | PACER | 1.19 |
| | 07/23/2004 | Westlaw | 18.26 |
| | 07/23/2004 | Westlaw | 1.15 |
| | 09/21/2004 | Westlaw | 48.97 |
| | 09/30/2004 | Westlaw | 4.51 |
| | 06/30/2005 | Westlaw | 21.14 |

| | | | |
|---|---|---|---|
| | 07/07/2005 | PACER | 6.16 |
| | 08/31/2005 | Westlaw | 323.48 |
| | 10/31/2005 | Westlaw | 606.51 |
| | 11/16/2005 | Westlaw | 74.57 |
| | 12/31/2005 | PACER | 7.84 |
| | 12/31/2005 | Westlaw | 800.33 |
| | | **TOTAL** | **$1,917.45** |

**Total Expense and Fees** $259,288.66

**REVISED SUMMARY OF COSTS**

## A. Court Services

| Payee | Date | Description | Amount |
|---|---|---|---|
| Clerk of the U.S. Court of Fed. Claims | 03/04/2004 | Filing Fee | $150.00 |
| | | **TOTAL** | **$150.00** |

## B. Stenographic Services

| Company | Date | Description | Amount |
|---|---|---|---|
| Brannon Rasberry & Associates, Inc. | 04/05/2005 | Depositions of Danny Menchaca, Telo Fuentes and David L. Wise | $1,828.75 |
| Accurate Stenotype Reporters | 06/10/2005 | Deposition of Jerry Fletcher, Allen Nobles and Louis Wenick | $329.75 |
| Heritage Reporting Corporation | 10/11/2005 | Hearing Transcript | $250.30 |
| Keith & Miller Certified Court Reporters | 10/20/2005 | Deposition of Will Sanford | $644.30 |
| Keith & Miller Certified Court Reporters | 10/21/2005 | Copies | $142.81 |
| Heritage Reporting Corporation | 11/04/2005 | Trial Transcripts | $11,917.00 |
| Heritage Reporting Corporation | 02/02/2006 | Hearing Transcript | $306.85 |
| | | **TOTAL** | **$15,419.76** |

## C. Witness Fees & Costs

| Witness Name | Date | Description | Amount |
|---|---|---|---|
| Jerry Fletcher | 06/03/2005 | Witness Fee | $40.00 |
| | 10/16/2005 | Meals | $10.00 |
| | 10/16/2005 | Lodging | $103.00 |
| | 10/16/2005 | Parking/Tolls | $70.00 |
| | 10/16/2005 | Travel | $791.30 |
| | 10/17/2005 | Witness fee | $40.00 |
| Louis M. Wenick, P.E. | 06/02/2005 | Witness Fee | $40.00 |
| | 06/03/2005 | Lodging | $113.00 |
| | 10/16-21/2005 | Travel | $1,408.13 |
| | 10/16-21/2005 | Lodging | $565.00 |
| | 10/20/2005 | Witness Fee | $40.00 |
| | 10/21/2005 | Witness Fee | $40.00 |
| Delbert Hyland | 03/31/05 | Witness Fee | $40.00 |
| | 06/04/2005 | Witness Fee | $40.00 |

| | | | |
|---|---|---|---|
| John Fulkerson | 03/31/2005 | Witness Fee | $40.00 |
| | 03/31/2005 | Meals | $60.40 |
| | 10/17-21/2005 | Witness Fee | $120.00 |
| | 10/17-21/2005 | Travel | $268.30 |
| | 10/17-21/2005 | Lodging | $990.84 |
| | 10/17-21/2005 | Meals | $439.00 |
| | | **TOTAL** | **$5,258.97** |

**Total Taxable Costs** **$ 20,828.73**