**UNITED STATES COURT OF FEDERAL CLAIMS**

*****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*****************************

**No. 04-299 C**

**Judge Charles F. Lettow**

**ACE'S SUPPLEMENT TO BILL OF COSTS AND REPLY TO DEFENDANT'S OBJECTION TO ACE'S BILL OF COSTS**

Plaintiff ACE Constructors, Inc. ("ACE") supplements its April 28, 2006 Bill of Costs and replies to Defendant United States Army Corps of Engineers' (the "COE") Objection, as follows:

The COE objects to ACE's timely filed Bill of Costs, claiming that ACE failed to provide sufficient supporting documentation. (Def.'s Obj. 1-4.) On the contrary, ACE submitted an affidavit from W. Robert Vezina, III, attesting that the claimed costs were indeed taxable costs actually incurred in the prosecution of the present case, together with an itemized explanation of all its claimed costs, including stenographic and witness fees. (Memo. Supporting Bill of Costs Ex. B.) This Court has the discretion to award ACE the costs it seeks without further documentation. *See Velez v. Levy World Ltd. P'ship*, 182 Fed. Appx. 929. 932 (11th Cir. 2006) (affidavit accompanying bill of costs sufficient to support awarding costs).

ACE nonetheless supplements its Bill of Costs with additional invoices supporting the stenographic and witness costs which the COE challenges. (Supplemental Aff. of W. Robert

Vezina, III, attached as Exhibit "B" to ACE's supplement to its EAJA application.) *See M.T. Bonk Co. v. Milton Bradley Co.*, 945 F.2d 1404, 1410 (7th Cir. 1991) (district court did not err in allowing party to supplement its petition for costs when petition was timely filed). Per the revised Summary of Costs, ACE reduces its claim for fees paid to the Clerk to $150.

The COE further objects to the $11,917 in trial transcript costs ACE seeks and questions the $36 difference ACE's stenographic costs at trial and COE's costs for similar services Although ACE cannot account for this apparently significant difference, ACE's stenographic costs were reasonable under the circumstances, as they were for transcripts used during trial. In any event, ACE has fully supported its claims by submitting Mr. Vezina's affidavits and other documents.

**CERTIFICATE OF FILING**

I hereby certify that on February 6, 2008, a copy of ACE's Supplement to Application for EAJA Relief and Reply to Defendant's Response to ACE's Application was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Bradley S. Copenhaver
W. Robert Vezina, III
Florida Bar No. 329401
Bradley S. Copenhaver
Florida Bar No. 162558
Vezina, Lawrence & Piscitelli, P.A.
413 East Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 224-6205
Facsimile: (850) 224-1353