IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-299C

(Filed: February 13, 2008)

| | |
|---|---|
| ACE CONSTRUCTORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On or before February 19, 2008, each party may file a supplemental brief that addresses points raised during the hearing held on February 13, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge