GSA U.S. General Services Administration

Back to Original

# Domestic Perdiem Rates

## Texas - FY 06

(October 1, 2005 through September 30, 2006)

**Cities not appearing below may be located within a county for which rates are listed. To determine what county a city is located in, click here for the National Association of Counties (NACO) website (a non-federal website).**

**NOTE: If neither the city nor the county is listed, the location is a standard CONUS destination with a rate of $60.00 for lodging and $39.00 for meals and incidental expenses (M&IE).**

**State Tax Rates & Exemption Forms**

**Properties at Per Diem (FedRooms)**

| Primary Destination (1) | County (2, 3) | Max Lodging (exc. taxes) | + | M&IE Rate | = | Max Per Diem Rate (4) | First & Last Day (75% of M&IE) |
|---|---|---|---|---|---|---|---|
| Arlington/Fort Worth/Grapevine | Tarrant County and City limits of Grapevine | 117 | | 44 | | 161 | 33.0 |
| Austin | Travis | 78 | | 54 | | 132 | 40.5 |
| College Station | Brazos | 69 | | 39 | | 108 | 29.25 |
| Corpus Christi | Nueces | 72 | | 44 | | 116 | 33.0 |
| Dallas (October 1 - December 31) | Dallas County and City of Dallas | 95 | | 59 | | 154 | 44.25 |
| Dallas (January 1 - March 31) | Dallas County and City of Dallas | 104 | | 59 | | 163 | 44.25 |
| Dallas (April 1 - September 30) | Dallas County and City of Dallas | 95 | | 59 | | 154 | 44.25 |
| El Paso (October 1 - January 31) | El Paso | 66 | | 44 | | 110 | 33.0 |
| El Paso (Eff. 02/01/06) (February 1 - September 30) | El Paso | 69 | | 44 | | 113 | 33.0 |
| Galveston | Galveston | 87 | | 49 | | 136 | 36.75 |
| Houston (L.B. Johnson Space Center) | Montgomery, Fort Bend and Harris | 92 | | 59 | | 151 | 44.25 |
| Hunt County | Hunt County | 62 | | 39 | | 101 | 29.25 |
| Killeen | Bell | 63 | | 39 | | 102 | 29.25 |
| Laredo | Webb | 86 | | 44 | | 130 | 33.0 |
| McAllen | Hidalgo | 68 | | 44 | | 112 | 33.0 |
| Plano | Collin | 74 | | 49 | | 123 | 36.75 |
| Round Rock | Williamson | 71 | | 44 | | 115 | 33.0 |
| San Antonio (October 1 - November 19) | Bexar | 89 | | 54 | | 143 | 40.5 |
| San Antonio | Bexar | 96 | | 54 | | 150 | 40.5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (November 20 - September 30) | | | | | | | |
| South Padre Island<br>(October 1 - February 28) | Cameron | 67 | | 44 | | 111 | 33.0 |
| South Padre Island<br>(March 1 - August 31) | Cameron | 89 | | 44 | | 133 | 33.0 |
| South Padre Island<br>(September 1 - September 30) | Cameron | 67 | | 44 | | 111 | 33.0 |
| Waco | McLennan | 72 | | 39 | | 111 | 29.25 |