**UNITED STATES COURT OF FEDERAL CLAIMS**

*****************************

**ACE CONSTRUCTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*****************************

**No. 04-299 C**

**Judge Charles F. Lettow**

**SUPPLEMENTAL AFFIDAVIT OF JOHN FULKERSON**
**SUPPORTING AWARD OF COSTS, FEES AND EXPENSES**

**STATE OF FLORIDA )**
**)**
**COUNTY OF ALACHUA )**

Before me, the undersigned authority, personally appeared John Fulkerson, who, being duly sworn, states:

1. At all times relevant to these proceedings, I was president of ACE Constructors, Inc. ("ACE"), plaintiff in this case. I am authorized to give testimony on ACE's behalf, and all testimony herein is based on personal knowledge or on my review of ACE's business records as such are kept in the ordinary course of business.

2. Per the Payroll Check Summary and Payroll Register, attached as Exhibit "1" and hereby certified as a true and correct copy of an ACE business record as maintained contemporaneously in the ordinary course of ACE's business, on the date of filing this action, ACE employed fifty (50) employees.

*ACE Constructors, Inc. v. United States Army Corps of Engineers*
U.S. Court of Federal Claims Case No. 04-299 C
Supplemental Affidavit of John Fulkerson

FURTHER AFFIANT SAYETH NOT.

John R. Fulkerson
President, ACE Constructors, Inc.

Sworn to and subscribed before me this 15th day of February, 2008, by John Fulkerson, who is personally known to me or has produced ______________________ as identification.

(NOTARY PUBLIC SEAL)

NOTARY PUBLIC
JEFFREY J. HAVILAND
Notary Public, State of Florida
Commission# DD515162
My comm. expires Feb. 18, 2010

Notary Public
Jeffrey Haviland

# Payroll Check Summary
ACE Constructors, Inc.
03/10/2004



| Check | Employee number and name | | Check Amount |
|---|---|---|---|
| 8862 | AGUILA03 | Michael Albert Aguilar | 510.74 |
| 8863 | AMOS001 | Michael Ray Amos Jr. | 340.85 |
| 8864 | BAKER001 | Edward Dean Baker | 420.55 |
| 8865 | BARNES01 | Kathryn D. Barnes | 1,080.77 |
| 8866 | BAUMEI01 | Bo Duane Baumeister | 666.65 |
| 8867 | BINDER01 | Edward Denard Binder | 509.17 |
| 8868 | BLACKB01 | Robert Anthony Blackburn | 452.30 |
| 8869 | BLUNT01 | Antonio Fidel Blunt | 391.05 |
| 8870 | BRAZIE01 | Antone Leon Braziel | 453.95 |
| 8871 | BRIDG001 | Kevin G Bridges | 562.73 |
| 8872 | CLARK02 | James Jack Clark III | 311.06 |
| 8873 | DILLON01 | Reginald Dillon | 455.70 |
| 8874 | DREWET01 | George S. Drewett, Jr. | 1,414.33 |
| 8875 | DUPREE01 | William Philip Dupree | 391.52 |
| 8876 | EASTER01 | Mickey Allen Easter Jr. | 146.08 |
| 8877 | EXTINE02 | Nathaniel Timothy Extine | 363.71 |
| 8878 | FLOWER01 | Timothy Corey Flowers | 457.17 |
| 8879 | FORNER01 | Antone L. Forneris | 1,033.93 |
| 8880 | FOSTER01 | Frank Weasley Foster Jr | 335.40 |
| 8881 | FULKER01 | John R. Fulkerson | 959.15 |
| 8882 | GYLLST01 | Helen K. Gyllstrom | 663.70 |
| 8883 | HAIGH001 | Michael L Haigh | 690.09 |
| 8884 | HARR001 | Benjamin Eugene Harris | 405.03 |
| 8885 | HARRIS01 | Thomas E Harrison | 647.66 |
| 8886 | HERNDO01 | Brandon Dwyane Herndon | 519.30 |
| 8887 | HERNDO02 | Donald Joe Herndon | 342.09 |
| 8888 | HOLDER01 | Christopher Lamar Holder | 542.31 |
| 8889 | JACKSO03 | Randy Allen Jackson | 612.47 |
| 8890 | KING001 | Roy Burdette King | 533.33 |
| 8891 | LANE01 | Lloyd Steve Lane | 602.27 |
| 8892 | LOPEZ01 | Amondo R. Lopez | 512.86 |
| 8893 | LUKEOO1 | Joseph David Luke | 442.49 |
| 8894 | LYONS001 | Phillip Randall Lyons | 447.34 |
| 8895 | MADIS001 | Timothy Lavent Madison | 84.97 |
| 8896 | MATTHE01 | James Allen Matthews | 582.14 |
| 8897 | MCDADE01 | Christopher P. McDade | 979.30 |
| 8898 | MURDOC01 | Charles D. Murdock | 760.13 |
| 8899 | MURDOC02 | Jerry I. Murdock Jr. | 927.70 |
| 8900 | PARRIS01 | William John Ben Parrish | 529.58 |
| 8901 | RAPAL001 | Hector Osman Rapalo | 573.87 |
| 8902 | ROBBI001 | Thomas W Robbins | 576.57 |
| 8903 | ROBERTS1 | Dennis Dean Roberts | 644.06 |
| 8904 | ROBERTS2 | Robert Ray Roberts Jr. | 570.26 |
| 8905 | SHELLM01 | Sandra Lee Shellman | 69.26 |
| 8906 | STANLE01 | Rosa Lea Stanley | 395.90 |
| 8907 | SULLI001 | Billy R Sullivan | 551.04 |
| 8908 | TAYLO001 | James Thomas Taylor, III | 481.74 |
| 8909 | TERHAA01 | Connie Lee Terhaar | 579.01 |
| 8910 | WILLIA02 | Kenneth E Williams | 904.72 |
| 8911 | WILLIA04 | Michael Anthony Williams | 360.16 |
| | | | 27,788.16 |

Payroll Register
ACE Constructors, Inc.
03/10/2004
Period Ending: 03/06/2004
Check Date: 03/11/2004



AGUILA03 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
M[illegible]el Albert Aguilar

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 50.00 |
| Pay | 460.00 | 172.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 632.50 |
| YTD Hrs | 393.00 | 103.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 496.50 |
| YTD Pay | 4286.50 | 1701.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5987.88 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | UNIVL-AT | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 632.50 | 39.21 | 9.17 | 62.57 | 0.00 | 5.39 | 0.00 | 5.42 | 510.74 |
| Year | 5987.88 | 367.28 | 85.90 | 572.17 | 0.00 | 53.90 | 64.00 | 54.20 | 4790.43 |

===========================================================================

AMOS001 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
Michael Ray Amos Jr.

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 8.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 48.50 |
| Pay | 320.00 | 102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 422.00 |
| YTD Hrs | 320.00 | 91.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 411.00 |
| YTD Pay | 2560.00 | 1092.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3652.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 422.00 | 26.16 | 6.11 | 48.88 | 0.00 | 340.85 |
| Year | 3652.00 | 226.42 | 52.95 | 433.41 | 0.00 | 2939.22 |

===========================================================================

BAKER001 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
Edward Dean Baker

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 39.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 39.50 |
| Pay | 513.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 513.50 |
| YTD Hrs | 220.00 | 47.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 267.50 |
| YTD Pay | 2860.00 | 926.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3786.25 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 513.50 | 31.84 | 7.45 | 53.66 | 0.00 | 420.55 |
| Year | 3786.25 | 234.75 | 54.90 | 480.79 | 0.00 | 3015.81 |

===========================================================================

BARNES01 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
Kathryn D. Barnes

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 41.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 41.50 |
| Pay | 1540.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1540.00 |
| YTD Hrs | 400.50 | 0.00 | 0.00 | 2.50 | 0.00 | 8.00 | | | | 411.00 |
| YTD Pay | 14995.75 | 0.00 | 0.00 | 96.25 | 0.00 | 308.00 | 0.00 | 0.00 | 0.00 | 15400.00 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | ADVANCES | BCBS HEA | CANCR-PT | DISAB-AT | HRTST-PT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period | 1540.00 | 91.11 | 21.30 | 234.14 | 0.00 | 14.11 | 0.00 | 57.00 | 4.74 | 13.05 | 4.39 |
| Year | 15400.00 | 911.16 | 213.09 | 2341.40 | 0.00 | 141.10 | 200.00 | 570.00 | 47.40 | 130.50 | 43.90 |

| | SHEN-DEN | TERML-AT | Net Pay |
|---|---|---|---|
| Period | 4.25 | 15.14 | 1080.77 |
| Year | 42.50 | 151.40 | 10607.55 |

===========================================================================

BAUMEI01 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
Bo Duane Baumeister

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 50.00 |
| Pay | 600.00 | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 825.00 |
| YTD Hrs | 361.00 | 80.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 441.00 |
| YTD Pay | 5415.00 | 1800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7215.00 |

| | Gross | Fica | Medicare | Federal | EIC | BCBS HEA | Net Pay |
|---|---|---|---|---|---|---|---|
| Period | 825.00 | 47.62 | 11.13 | 42.60 | 0.00 | 57.00 | 666.65 |
| Year | 7215.00 | 443.80 | 103.79 | 456.92 | 0.00 | 57.00 | 6153.49 |

===========================================================================

BINDER01 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
Edward Denard Binder

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 59.00 |
| Pay | 360.00 | 256.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 616.50 |
| YTD Hrs | 295.00 | 114.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 409.00 |
| YTD Pay | 2655.00 | 1539.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4194.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 616.50 | 38.22 | 8.94 | 60.17 | 0.00 | 509.17 |
| Year | 4194.00 | 260.03 | 60.81 | 373.09 | 0.00 | 3500.07 |

===========================================================================

[illegible]KB01 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
Anthony Blackburn

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 43.00 |
| Pay | 520.00 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 578.50 |
| YTD Hrs | 396.00 | 62.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 458.00 |
| YTD Pay | 5148.00 | 1209.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6357.00 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 578.50 | 34.81 | 8.14 | 60.86 | 0.00 | 5.39 | 16.00 | 1.00 | 452.30 |
| Year | 6357.00 | 383.59 | 89.71 | 722.57 | 0.00 | 53.90 | 160.00 | 10.00 | 4937.23 |

===========================================================================

# Payroll Register
ACE Constructors, Inc.
03/10/2004
Period Ending: 03/06/2004
Check Date: 03/11/2004



BLUNT01 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
A 'o Fidel Blunt

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 40.50 |
| Pay | 440.00 | 8.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 448.25 |
| YTD Hrs | 396.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 491.00 |
| YTD Pay | 4988.00 | 1822.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6810.50 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Period | 448.25 | 27.79 | 6.50 | 17.52 | 0.00 | 5.39 | 0.00 | 391.05 |
| Year | 6810.50 | 418.28 | 97.82 | 473.86 | 0.00 | 53.90 | 64.00 | 5702.64 |

=====================================================================================================

BRAZIE01 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
Antone Leon Braziel

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 52.00 |
| Pay | 360.00 | 162.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 522.00 |
| YTD Hrs | 238.50 | 52.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 291.00 |
| YTD Pay | 2146.50 | 708.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2855.25 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 522.00 | 32.37 | 7.57 | 28.11 | 0.00 | 453.95 |
| Year | 2855.25 | 177.03 | 41.40 | 132.97 | 0.00 | 2503.85 |

=====================================================================================================

BRIDG001 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
Kevin G Bridges

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 8.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 48.50 |
| Pay | 520.00 | 165.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 685.75 |
| YTD Hrs | 395.50 | 126.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 521.50 |
| YTD Pay | 4905.50 | 2328.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7233.50 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 685.75 | 42.52 | 9.95 | 70.55 | 0.00 | 562.73 |
| Year | 7233.50 | 448.48 | 104.89 | 835.36 | 0.00 | 5844.77 |

=====================================================================================================

CLARK02 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
James Jack Clark III

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 29.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 29.50 |
| Pay | 383.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.50 |
| YTD Hrs | 364.00 | 88.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 452.50 |
| YTD Pay | 4732.00 | 1725.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6457.75 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 383.50 | 23.78 | 5.56 | 43.10 | 0.00 | 311.06 |
| Year | 6457.75 | 400.38 | 93.64 | 946.79 | 0.00 | 5016.94 |

=====================================================================================================

DILLON01 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
Reginald Dillon

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 54.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 54.00 |
| Pay | 940.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 940.00 |
| YTD Hrs | 456.00 | 64.50 | 0.00 | 16.00 | 0.00 | 8.00 | | | | 544.50 |
| YTD Pay | 7225.00 | 1451.25 | 0.00 | 240.00 | 0.00 | 120.00 | 0.00 | 0.00 | 0.00 | 9036.25 |

| | Gross | Fica | Medicare | Federal | EIC | ADVANCES | BCBS HEA | COURT OR | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 940.00 | 56.74 | 13.27 | 95.54 | 0.00 | 0.00 | 16.00 | 294.00 | 8.75 | 455.70 |
| Year | 9036.25 | 544.90 | 127.44 | 894.70 | 0.00 | 432.97 | 160.00 | 1470.00 | 87.50 | 5318.74 |

=====================================================================================================

DREWET01 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
George S. Drewett, Jr.

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 40.00 |
| Pay | 2000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2000.00 |
| YTD Hrs | 392.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | | | | 400.00 |
| YTD Pay | 19600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 20000.00 |

| | Gross | Fica | Medicare | Federal | EIC | 401K-D | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 2000.00 | 119.50 | 27.95 | 265.72 | 0.00 | 100.00 | 68.00 | 4.50 | 1414.33 |
| Year | 20000.00 | 1195.05 | 279.49 | 2657.20 | 0.00 | 1000.00 | 680.00 | 45.00 | 14143.26 |

=====================================================================================================

DUPREE01 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
William Philip Dupree

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 32.00 |
| Pay | 478.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 478.40 |
| YTD Hrs | 392.00 | 40.00 | 0.00 | 0.00 | 0.00 | 8.00 | | | | 440.00 |
| YTD Pay | 5860.40 | 897.00 | 0.00 | 0.00 | 0.00 | 119.60 | 0.00 | 0.00 | 0.00 | 6877.00 |

| | Gross | Fica | Medicare | Federal | EIC | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Period | 478.40 | 28.79 | 6.74 | 37.35 | 0.00 | 13.00 | 1.00 | 391.52 |
| Year | 6877.00 | 417.69 | 97.69 | 738.11 | 0.00 | 130.00 | 10.00 | 5483.51 |

=====================================================================================================

Payroll Register
ACE Constructors, Inc.
03/10/2004
Period Ending: 03/06/2004
Check Date: 03/11/2004

EASTER01 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
M[illegible]y Allen Easter Jr.

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 16.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 16.50 |
| Pay | 198.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 198.00 |
| YTD Hrs | 76.50 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 87.00 |
| YTD Pay | 918.00 | 189.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1107.00 |

| | Gross | Fica | Medicare | Federal | EIC | ADVANCES | Net Pay |
|---|---|---|---|---|---|---|---|
| Period | 198.00 | 12.27 | 2.87 | 2.78 | 0.00 | 34.00 | 146.08 |
| Year | 1107.00 | 68.63 | 16.05 | 92.40 | 0.00 | 34.00 | 895.92 |

==========

EXTINE02 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
Nathaniel Timothy Extine

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 50.00 |
| Pay | 320.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 440.00 |
| YTD Hrs | 398.50 | 111.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 510.00 |
| YTD Pay | 3188.00 | 1338.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4526.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 440.00 | 27.28 | 6.38 | 42.63 | 0.00 | 363.71 |
| Year | 4526.00 | 280.61 | 65.63 | 445.20 | 0.00 | 3734.56 |

==========

FLOWER01 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
Timothy Corey Flowers

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 52.00 |
| Pay | 360.00 | 162.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 522.00 |
| YTD Hrs | 240.00 | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 295.00 |
| YTD Pay | 2160.00 | 742.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2902.50 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 522.00 | 32.37 | 7.57 | 24.89 | 0.00 | 457.17 |
| Year | 2902.50 | 179.96 | 42.09 | 129.15 | 0.00 | 2551.30 |

==========

FORNER01 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
Antone L. Forneris

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 40.00 |
| Pay | 1450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1450.00 |
| YTD Hrs | 360.00 | 0.00 | 0.00 | 0.00 | 32.00 | 8.00 | | | | 400.00 |
| YTD Pay | 13050.00 | 0.00 | 0.00 | 0.00 | 1160.00 | 290.00 | 0.00 | 0.00 | 0.00 | 14500.00 |

| | Gross | Fica | Medicare | Federal | EIC | 401K-D | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 1450.00 | 85.40 | 19.98 | 136.69 | 0.00 | 101.50 | 68.00 | 4.50 | 1033.93 |
| Year | 14500.00 | 854.05 | 199.74 | 1230.21 | 0.00 | 1015.00 | 680.00 | 45.00 | 10476.00 |

==========

FOSTER01 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
Frank Weasley Foster Jr

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 40.00 |
| Pay | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| YTD Hrs | 240.00 | 53.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 293.00 |
| YTD Pay | 2400.00 | 795.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3195.00 |

| | Gross | Fica | Medicare | Federal | EIC | ADVANCES | Net Pay |
|---|---|---|---|---|---|---|---|
| Period | 400.00 | 24.80 | 5.80 | 0.00 | 0.00 | 34.00 | 335.40 |
| Year | 3195.00 | 198.09 | 46.33 | 3.92 | 0.00 | 34.00 | 2912.66 |

==========

FULKER01 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
John R. Fulkerson

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 40.00 |
| Pay | 1725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1725.00 |
| YTD Hrs | 392.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | | | | 400.00 |
| YTD Pay | 16905.00 | 0.00 | 0.00 | 0.00 | 0.00 | 345.00 | 0.00 | 0.00 | 0.00 | 17250.00 |

| | Gross | Fica | Medicare | Federal | EIC | 401K-D | BCBS HEA | CHILD SU | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 1725.00 | 102.45 | 23.96 | 0.00 | 0.00 | 86.25 | 68.00 | 480.69 | 4.50 | 959.15 |
| Year | 17250.00 | 1024.55 | 239.61 | 0.00 | 0.00 | 862.50 | 680.00 | 4806.90 | 45.00 | 9591.44 |

==========

GYLLST01 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
Helen K. Gyllstrom

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 40.00 |
| Pay | 1010.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1010.00 |
| YTD Hrs | 389.25 | 0.00 | 0.00 | 0.00 | 5.50 | 8.00 | | | | 402.75 |
| YTD Pay | 9767.60 | 0.00 | 0.00 | 0.00 | 138.87 | 193.53 | 0.00 | 0.00 | 0.00 | 10100.00 |

| | Gross | Fica | Medicare | Federal | EIC | 401K-D | ACC-AT | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Period | 1010.00 | 62.62 | 14.64 | 211.22 | 0.00 | 50.50 | 7.32 | 663.70 |
| Year | 10100.00 | 626.20 | 146.45 | 2112.20 | 0.00 | 505.00 | 73.20 | 6636.95 |

==========

Payroll Register
ACE Constructors, Inc.
03/10/2004
Period Ending: 03/06/2004
Check Date: 03/11/2004



HAIGH001 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
M[illegible]el L Haigh

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 56.00 |
| Pay | 560.00 | 336.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 896.00 |
| YTD Hrs | 384.00 | 126.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 510.50 |
| YTD Pay | 5204.00 | 2573.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7777.64 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 896.00 | 54.49 | 12.74 | 116.29 | 0.00 | 5.39 | 16.00 | 1.00 | 690.09 |
| Year | 7777.64 | 476.94 | 111.54 | 962.91 | 0.00 | 26.95 | 80.00 | 5.00 | 6114.30 |

==========

HARR001 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
Benjamin Eugene Harris

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 47.00 |
| Pay | 400.00 | 105.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 505.00 |
| YTD Hrs | 327.00 | 64.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 391.00 |
| YTD Pay | 3270.00 | 960.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4230.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 505.00 | 31.31 | 7.33 | 61.33 | 0.00 | 405.03 |
| Year | 4230.00 | 262.26 | 61.34 | 525.35 | 0.00 | 3381.05 |

==========

HARRIS01 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
Thomas E Harrison

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 48.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 48.50 |
| Pay | 1100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1100.00 |
| YTD Hrs | 458.00 | 0.00 | 0.00 | 14.00 | 0.00 | 8.00 | | | | 480.00 |
| YTD Pay | 10395.00 | 0.00 | 0.00 | 385.00 | 0.00 | 220.00 | 0.00 | 0.00 | 0.00 | 11000.00 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | CHILD SU | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 1100.00 | 68.20 | 15.95 | 126.83 | 0.00 | 11.11 | 0.00 | 230.25 | 647.66 |
| Year | 11000.00 | 678.03 | 158.57 | 1252.30 | 0.00 | 111.10 | 64.00 | 2302.50 | 6433.50 |

==========

HERNDO01 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
Brandon Dwyane Herndon

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 49.00 |
| Pay | 480.00 | 162.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 642.00 |
| YTD Hrs | 389.00 | 73.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 462.00 |
| YTD Pay | 4668.00 | 1314.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5982.00 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 642.00 | 38.75 | 9.06 | 52.50 | 0.00 | 5.39 | 16.00 | 1.00 | 519.30 |
| Year | 5982.00 | 360.34 | 84.27 | 470.56 | 0.00 | 53.90 | 160.00 | 10.00 | 4842.93 |

==========

HERNDO02 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
Donald Joe Herndon

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 43.00 |
| Pay | 360.00 | 40.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.50 |
| YTD Hrs | 364.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 422.00 |
| YTD Pay | 3276.00 | 783.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4059.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 400.50 | 24.83 | 5.81 | 27.77 | 0.00 | 342.09 |
| Year | 4059.00 | 251.66 | 58.86 | 305.93 | 0.00 | 3442.55 |

==========

HOLDER01 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
Christopher Lamar Holder

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 43.50 |
| Pay | 600.00 | 78.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 678.75 |
| YTD Hrs | 397.50 | 115.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 513.00 |
| YTD Pay | 5962.50 | 2598.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8561.25 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | SHEN-DEN | UNIVL-AT | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 678.75 | 41.03 | 9.59 | 58.01 | 0.00 | 5.39 | 16.00 | 1.00 | 5.42 | 542.31 |
| Year | 8561.25 | 520.26 | 121.67 | 969.55 | 0.00 | 53.90 | 160.00 | 10.00 | 54.20 | 6671.67 |

==========

JACKSO03 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
Randy Allen Jackson

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 47.50 |
| Pay | 600.00 | 168.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 768.75 |
| YTD Hrs | 395.00 | 108.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 503.00 |
| YTD Pay | 5925.00 | 2430.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8355.00 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 768.75 | 46.61 | 10.90 | 71.51 | 0.00 | 10.26 | 16.00 | 1.00 | 612.47 |
| Year | 8355.00 | 507.47 | 118.68 | 927.04 | 0.00 | 102.60 | 160.00 | 10.00 | 6529.21 |

==========

Payroll Register
ACE Constructors, Inc.
03/10/2004
Period Ending: 03/06/2004
Check Date: 03/11/2004

KING001 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
R 'urdette King

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 40.00 |
| Pay | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| YTD Hrs | 127.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 147.00 |
| YTD Pay | 1905.00 | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2355.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 600.00 | 37.20 | 8.70 | 20.77 | 0.00 | 533.33 |
| Year | 2355.00 | 146.01 | 34.15 | 123.08 | 0.00 | 2051.76 |

LANE01 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
Lloyd Steve Lane

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 51.00 |
| Pay | 540.00 | 222.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 762.75 |
| YTD Hrs | 396.00 | 127.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 523.50 |
| YTD Pay | 5346.00 | 2581.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7927.90 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 762.75 | 47.29 | 11.06 | 102.13 | 0.00 | 602.27 |
| Year | 7927.90 | 491.53 | 114.95 | 1131.32 | 0.00 | 6190.10 |

LOPEZ01 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
Amondo R. Lopez

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 32.00 | 0.00 | 0.00 | 0.00 | 59.00 | 0.00 | | | | 91.00 |
| Pay | 478.40 | 0.00 | 0.00 | 0.00 | 678.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1156.90 |
| YTD Hrs | 392.00 | 40.00 | 0.00 | 0.00 | 59.00 | 8.00 | | | | 499.00 |
| YTD Pay | 5860.40 | 897.00 | 0.00 | 0.00 | 678.50 | 92.00 | 0.00 | 0.00 | 0.00 | 7527.90 |

| | Gross | Fica | Medicare | Federal | EIC | 401K-D | 401KLOAN | ADVANCES | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period | 1156.90 | 70.86 | 16.57 | 82.95 | 0.00 | 46.28 | 39.45 | 373.93 | 13.00 | 1.00 | 512.86 |
| Year | 7527.90 | 458.05 | 107.12 | 289.37 | 0.00 | 301.12 | 276.15 | 1173.93 | 130.00 | 10.00 | 4782.16 |

LUKEOO1 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
Joseph David Luke

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 19.00 |
| Pay | 522.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 522.50 |
| YTD Hrs | 486.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | | | | 494.00 |
| YTD Pay | 10235.27 | 0.00 | 0.00 | 0.00 | 0.00 | 187.23 | 0.00 | 0.00 | 0.00 | 10422.50 |

| | Gross | Fica | Medicare | Federal | EIC | ADVANCES | BCBS HEA | SHEN-DEN | TERML-AT | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 522.50 | 31.35 | 7.33 | 11.32 | 0.00 | 0.00 | 16.00 | 1.00 | 13.01 | 442.49 |
| Year | 10422.50 | 635.66 | 148.66 | 819.97 | 0.00 | 400.00 | 160.00 | 10.00 | 130.10 | 8118.11 |

LYONS001 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
Phillip Randall Lyons

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 42.50 |
| Pay | 480.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 |
| YTD Hrs | 178.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 217.00 |
| YTD Pay | 2136.00 | 702.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2838.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 525.00 | 32.55 | 7.61 | 37.50 | 0.00 | 447.34 |
| Year | 2838.00 | 175.96 | 41.15 | 228.65 | 0.00 | 2392.24 |

MADIS001 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
Timothy Lavent Madison

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 8.00 |
| Pay | 92.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.00 |
| YTD Hrs | 361.50 | 111.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 472.50 |
| YTD Pay | 4157.25 | 1914.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6072.01 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | CANCR-PT | HRTST-PT | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period | 92.00 | 5.70 | 1.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84.97 |
| Year | 6072.01 | 354.31 | 82.86 | 607.10 | 0.00 | 72.64 | 272.00 | 32.64 | 34.64 | 18.00 | 4597.82 |

MATTHE01 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
James Allen Matthews

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 52.50 |
| Pay | 480.00 | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 705.00 |
| YTD Hrs | 200.00 | 51.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 251.50 |
| YTD Pay | 2280.00 | 870.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3150.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 705.00 | 43.71 | 10.23 | 68.92 | 0.00 | 582.14 |
| Year | 3150.00 | 195.30 | 45.68 | 288.36 | 0.00 | 2620.66 |

Payroll Register
ACE Constructors, Inc.
03/10/2004
Period Ending: 03/06/2004
Check Date: 03/11/2004



MCDADE01 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
C[illegible]pher P. McDade

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 68.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 68.00 |
| Pay | 1400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1400.00 |
| YTD Hrs | 663.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | | | | 671.00 |
| YTD Pay | 13766.67 | 0.00 | 0.00 | 0.00 | 0.00 | 233.33 | 0.00 | 0.00 | 0.00 | 14000.00 |

| | Gross | Fica | Medicare | Federal | EIC | 401K-D | 401KLOAN | ACC-AT | CANCR-PT | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 1400.00 | 86.29 | 20.18 | 185.17 | 0.00 | 49.00 | 49.00 | 22.90 | 8.16 | 979.30 |
| Year | 14000.00 | 862.94 | 201.82 | 1851.70 | 0.00 | 490.00 | 490.00 | 229.00 | 81.60 | 9792.94 |

---

MURDOC01261-39-7589
Charles D. Murdock

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 22.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 62.50 |
| Pay | 620.00 | 523.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1143.13 |
| YTD Hrs | 388.00 | 121.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 509.50 |
| YTD Pay | 5552.00 | 2635.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8187.88 |

| | Gross | Fica | Medicare | Federal | EIC | CHILD SU | Net Pay |
|---|---|---|---|---|---|---|---|
| Period | 1143.13 | 70.88 | 16.57 | 167.42 | 0.00 | 128.13 | 760.13 |
| Year | 8187.88 | 507.65 | 118.72 | 929.93 | 0.00 | 1281.30 | 5350.28 |

---

MURDOC02261-39-7515
Jerry I. Murdock Jr.

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 18.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 58.50 |
| Pay | 680.00 | 471.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1151.75 |
| YTD Hrs | 200.00 | 85.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 285.00 |
| YTD Pay | 3400.00 | 2167.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5567.50 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 1151.75 | 71.41 | 16.70 | 135.94 | 0.00 | 927.70 |
| Year | 5567.50 | 345.19 | 80.73 | 651.00 | 0.00 | 4490.58 |

---

PARRIS01 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
William John Ben Parrish

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 50.00 |
| Pay | 490.00 | 183.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 673.75 |
| YTD Hrs | 371.50 | 65.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 437.00 |
| YTD Pay | 4259.40 | 1136.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5396.20 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | SHEN-DEN | TERML-AT | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 673.75 | 40.72 | 9.52 | 66.20 | 0.00 | 7.83 | 16.00 | 1.00 | 2.90 | 529.58 |
| Year | 5396.20 | 333.51 | 78.00 | 484.45 | 0.00 | 7.83 | 16.00 | 1.00 | 2.90 | 4472.51 |

---

RAPAL001 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
Hector Osman Rapalo

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 49.00 |
| Pay | 480.00 | 162.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 642.00 |
| YTD Hrs | 395.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 515.00 |
| YTD Pay | 4425.00 | 2008.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6433.50 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 642.00 | 39.81 | 9.31 | 19.01 | 0.00 | 573.87 |
| Year | 6433.50 | 398.88 | 93.29 | 212.47 | 0.00 | 5728.86 |

---

ROBBI001 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
Thomas W Robbins

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 52.00 |
| Pay | 500.00 | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 725.00 |
| YTD Hrs | 393.50 | 157.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 550.50 |
| YTD Pay | 4918.75 | 2943.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7862.52 |

| | Gross | Fica | Medicare | Federal | EIC | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Period | 725.00 | 40.45 | 9.46 | 26.02 | 0.00 | 68.00 | 4.50 | 576.57 |
| Year | 7862.52 | 465.00 | 108.75 | 414.82 | 0.00 | 340.00 | 22.50 | 6511.45 |

---

ROBERTS1 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
Dennis Dean Roberts

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 13.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 53.00 |
| Pay | 520.00 | 253.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 773.50 |
| YTD Hrs | 397.00 | 74.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 471.00 |
| YTD Pay | 5161.00 | 1443.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6604.00 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 773.50 | 47.96 | 11.22 | 70.26 | 0.00 | 644.06 |
| Year | 6604.00 | 409.45 | 95.76 | 532.93 | 0.00 | 5565.86 |

---

ROBERTS2 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
R[illegible]t Ray Roberts Jr.

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 49.00 |
| Pay | 520.00 | 175.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 695.50 |
| YTD Hrs | 318.00 | 53.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 371.00 |
| YTD Pay | 4134.00 | 1033.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5167.50 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 695.50 | 43.13 | 10.09 | 72.02 | 0.00 | 570.26 |
| Year | 5167.50 | 320.39 | 74.93 | 522.86 | 0.00 | 4249.32 |

========================================

SHELLM01 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
Sandra Lee Shellman

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 10.00 |
| Pay | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| YTD Hrs | 135.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 135.50 |
| YTD Pay | 1016.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1016.25 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 75.00 | 4.65 | 1.09 | 0.00 | 0.00 | 69.26 |
| Year | 1016.25 | 63.01 | 14.74 | 0.00 | 0.00 | 938.50 |

========================================

STANLE01 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
Rosa Lea Stanley

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 47.00 |
| Pay | 400.00 | 105.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 505.00 |
| YTD Hrs | 400.21 | 56.10 | 0.00 | 7.50 | 0.00 | 8.00 | | | | 471.81 |
| YTD Pay | 3953.73 | 841.50 | 0.00 | 75.00 | 0.00 | 68.00 | 0.00 | 0.00 | 0.00 | 4938.23 |

| | Gross | Fica | Medicare | Federal | EIC | BCBS HEA | SHEN-DEN | TERML-AT | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 505.00 | 30.26 | 7.08 | 49.83 | 0.00 | 16.00 | 1.00 | 4.93 | 395.90 |
| Year | 4938.23 | 295.63 | 69.14 | 462.77 | 0.00 | 160.00 | 10.00 | 49.30 | 3891.39 |

========================================

SULLI001 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
Billy R Sullivan

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 51.00 |
| Pay | 440.00 | 181.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 621.50 |
| YTD Hrs | 280.00 | 87.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 367.50 |
| YTD Pay | 3080.00 | 1443.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4523.75 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 621.50 | 38.53 | 9.01 | 22.92 | 0.00 | 551.04 |
| Year | 4523.75 | 280.47 | 65.59 | 190.68 | 0.00 | 3987.01 |

========================================

TAYLO001 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
James Thomas Taylor, III

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 50.00 |
| Pay | 440.00 | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 605.00 |
| YTD Hrs | 383.00 | 79.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 462.50 |
| YTD Pay | 4213.00 | 1311.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5524.75 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 605.00 | 36.45 | 8.53 | 55.89 | 0.00 | 5.39 | 16.00 | 1.00 | 481.74 |
| Year | 5524.75 | 337.26 | 78.88 | 511.95 | 0.00 | 26.95 | 80.00 | 5.00 | 4484.71 |

========================================

TERHAA01 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
Connie Lee Terhaar

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 40.00 | 13.50 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 53.50 |
| Pay | 480.00 | 243.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 723.00 |
| YTD Hrs | 391.00 | 86.00 | 0.00 | 0.00 | 0.00 | 8.00 | | | | 485.00 |
| YTD Pay | 4692.00 | 1548.00 | 0.00 | 0.00 | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 6336.00 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Period | 723.00 | 44.76 | 10.47 | 77.04 | 0.00 | 10.72 | 1.00 | 579.01 |
| Year | 6336.00 | 392.21 | 91.73 | 627.15 | 0.00 | 107.20 | 10.00 | 5107.71 |

========================================

WILLIA02 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
Kenneth E Williams

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 46.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 46.00 |
| Pay | 1150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1150.00 |
| YTD Hrs | 495.50 | 0.00 | 0.00 | 16.00 | 0.00 | 8.00 | | | | 519.50 |
| YTD Pay | 10925.27 | 0.00 | 0.00 | 360.78 | 0.00 | 213.95 | 0.00 | 0.00 | 0.00 | 11500.00 |

| | Gross | Fica | Medicare | Federal | EIC | ACC-AT | BCBS HEA | SHEN-DEN | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period | 1150.00 | 66.81 | 15.62 | 80.09 | 0.00 | 10.26 | 68.00 | 4.50 | 904.72 |
| Year | 11500.00 | 690.53 | 161.49 | 855.25 | 0.00 | 51.30 | 340.00 | 22.50 | 9378.93 |

========================================

Payroll Register
ACE Constructors, Inc.
03/10/2004
Period Ending: 03/06/2004
Check Date: 03/11/2004

WILLIA04 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
M' el Anthony Williams

| | Regular | Overtime | Double | Sick | Vacation | Holiday | Other | Nontax | Bonus | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hrs | 26.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 26.00 |
| Pay | 390.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 390.00 |
| YTD Hrs | 75.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 84.00 |
| YTD Pay | 1125.00 | 202.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1327.50 |

| | Gross | Fica | Medicare | Federal | EIC | Net Pay |
|---|---|---|---|---|---|---|
| Period | 390.00 | 24.18 | 5.66 | 0.00 | 0.00 | 360.16 |
| Year | 1327.50 | 82.31 | 19.25 | 47.24 | 0.00 | 1178.70 |

Payroll Summary: 50 Checks

| | Hours | Amount |
|---|---|---|
| Regular | 1,910.50 | 30,776.30 |
| Overtime | 301.00 | 5,505.38 |
| Doubletime | 0.00 | 0.00 |
| Sick | 0.00 | 0.00 |
| Vacation | 59.00 | 678.50 |
| Holiday | 0.00 | 0.00 |
| Other Pay | | 0.00 |
| Nontaxable | | 0.00 |
| Bonus Pay | | 0.00 |
| | 2,270.50 | 36,960.18 |

| Description | Amount | | |
|---|---|---|---|
| Employee Fica | 2247.82 | Employer Fica | 2247.82 |
| Employee Medicare | 525.70 | Employer Medicare | 525.70 |
| Federal Tax | 3404.62 | Federal Deposit | 8951.66 |
| Ded 401K-D | 433.53 | | |
| Ded 401KLOAN | 88.45 | | |
| Ded ACC-AT | 132.24 | | |
| Ded ADVANCES | 441.93 | | |
| Ded BCBS HEA | 640.00 | | |
| Ded CANCR-PT | 12.90 | | |
| Ded CHILD SU | 839.07 | | |
| Ded COURT OR | 294.00 | | |
| Ded DISAB-AT | 13.05 | | |
| Ded HRTST-PT | 4.39 | | |
| Ded SHEN-DEN | 47.50 | | |
| Ded TERML-AT | 35.98 | | |
| Ded UNIVL-AT | 10.84 | | |
| Net Pay | 27,788.16 | | |

******* Warning:The following employees have vacation time entered
******* in excess of their vacation hours remaining.

| F | 'l | Number | Name | Remaining | Entered |
|---|---|---|---|---|---|
| F\ | ,LAR | LOPEZ01 | Amondo R. Lopez | -168.00 | 59.00 |