# SECOND REVISED SUMMARY OF COSTS

## A. COURT SERVICES

| Payee | Date | Description | Amount |
|---|---|---|---|
| Clerk of the U.S. Court of Fed. Claims | 03/04/2004 | Filing Fee | $150.00 |
| | | **TOTAL** | **$150.00** |

## B. STENOGRAPHIC SERVICES

| Company | Date | Amount | Reference |
|---|---|---|---|
| | | | |
| Brannon Rasberry | 04/05/2005 | $1,828.75 | 59-3 at 23 |
| Accurate Stenotype | 06/10/2005 | $329.75 | 59-3 at 24 |
| Heritage | 10/11/2005 | $250.30 | 59-3 at 27 |
| Keith & Miller | 10/20/2005 | $644.30 | 59-3 at 28 |
| Keith & Miller | 10/21/2005 | $142.81 | 59-3 at 33 |
| Heritage | 11/04/2005 | $10,935.25 | 59-3 at 34-36 |
| Heritage | 02/02/2006 | $306.85 | |
| | **TOTAL** | **$15,419.76** | |

## C. WITNESS FEES & COSTS

| Name & Descr. | Date | Amount | Reference |
|---|---|---|---|
| | | | |
| **Fletcher** | | | |
| Witness Fee | 06/03/2005 | $40.00 | Established by law |
| Meals | 10/16/2005 | $10.00 | US Govt. rate |
| Lodging | 10/16/2005 | $103.00 | US Govt. rate for El Paso area |
| Parking/Tolls | 10/16/2005 | $70.00 | 59-3 at 89-90 |
| Travel | 10/16/2005 | $791.30 | 59-3 at 37; 59-3 at 87 |
| Witness fee | 10/17/2005 | $40.00 | Established by law |
| | | | |
| **Wenick** | | | |
| Witness Fee | 06/02/2005 | $40.00 | Established by law |
| Lodging | 06/03/2005 | $113.00 | US Govt. rate; actual costs 59-4 at 6 |
| Travel | 10/16-21/2005 | $1,130.29 | 59-4 at 13 |
| Lodging | 10/16-21/2005 | $550.00 | US Govt. rate; actual costs 59-4 at 13 |
| Witness Fee | 10/20/2005 | $40.00 | Established by law |
| Witness Fee | 10/21/2005 | $40.00 | Established by law |
| | | | |
| **Hyland** | | | |
| Witness Fee | 03/31/05 | $40.00 | Established by law |
| | | | |

| | | | |
|---|---|---|---|
| **Fulkerson** | | | |
| Witness Fee | 03/31/2005 | $40.00 | Established by law |
| Meals | 03/31/2005 | $60.40 | |
| Witness Fee | 10/17-21/2005 | $120.00 | Established by law |
| Travel | 10/17-21/2005 | $268.30 | 59-4 at 84 |
| Lodging | 10/17-21/2005 | $550.00 | US Govt. rate; actual costs 59-3 at 89-90 |
| | | | |
| | **TOTAL** | **$4,046.29** | |

**<u>Revised Costs</u>** **$19,616.05**

# SECOND REVISED SUMMARY OF CLAIMED ATTORNEY'S FEES AND EXPENSES

## A. Reprographic Services

| Company | Date | Amount | Reference |
|---|---|---|---|
| | | | |
| VLP | 08/30/2004 | $14.50 | 59-3 at 57 |
| VLP | 02/28/2005 | 12.50 | 59-3 at 65 |
| IKON | 02/28/2005 | 221.15 | 59-3 at 2 |
| Action Legal | 03/07/2005 | 287.67 | 59-3 at 99 |
| Capitol Blueprint | 03/28/2005 | 208.27 | 59-3 at 72 |
| VLP | 03/31/2005 | 31.75 | 59-3 at 69 |
| Action Legal | 04/04/2005 | 292.99 | 59-3 at 100 |
| Action Legal | 04/08/2005 | 86.86 | 59-3 at 72 |
| VLP | 04/30/2005 | 15.75 | 59-3 at 72 |
| Gordon & Mott | 05/20/2005 | 28.50 | 59-3 at 77 |
| Action Legal | 05/23/2005 | 1,792.00 | 59-3 at 1 |
| Action Legal | 06/06/2005 | 26.32 | 59-3 at 80 |
| Action Legal | 07/06/2005 | 48.32 | 59-3 at 80 |
| Action Legal | 07/29/2005 | 1,796.26 | 59-3 at 86 |
| Action Legal | 09/22/2005 | 2,486.80 | 59-3 at 3 |
| VLP | 09/30/2005 | 31.50 | 59-3 at 86 |
| Action Legal | 10/11/2005 | 1,843.63 | 59-3 at 4 |
| Action Legal | 10/14/2005 | 182.23 | 59-3 at 90 |
| VLP | 10/31/2005 | .25 | 59-3 at 90 |
| Action Legal | 12/21/2005 | 81.70 | 59-3 at 94 |
| VLP | 12/30/2005 | 3.25 | 59-3 at 94 |
| | **TOTAL** | **$9,492.20** | |

## B. Postage & Courier Charges

| Company Name | Date | Amount |
|---|---|---|
| Federal Express | 03/03/2004 | $21.59 |
| Federal Express | 03/10/2004 | 42.61 |
| Federal Express | 03/16/2004 | 21.84 |
| Postage | 06/24/2004 | 3.20 |
| Postage | 08/24/2004 | 1.11 |
| Postage | 09/24/2004 | 2.82 |
| Postage | 01/31/2005 | .37 |
| Pitney Bowes | 02/03/2005 | 30.43 |
| Pitney Bowes | 03/14/2005 | 83.82 |
| Postage | 03/31/2005 | .37 |
| Postage | 04/30/2005 | 2.22 |
| Postage | 06/30/2005 | 12.76 |

| | | |
|---|---|---|
| Postage | 08/31/2005 | 4.34 |
| Postage | 09/30/2005 | 5.12 |
| Pitney Bowes, Inc. | 09/30/2005 | 10.62 |
| Pitney Bowes, Inc. | 10/06/2005 | 298.75 |
| Pitney Bowes, Inc. | 10/12/2005 | 578.05 |
| Pitney Bowes, Inc. | 10/13/2005 | 1,270.12 |
| Pitney Bowes, Inc. | 10/20/2005 | 21.43 |
| Pitney Bowes, Inc. | 11/21/2005 | 45.48 |
| Postage | 11/30/2005 | 1.48 |
| Pitney Bowes, Inc. | 12/15/2005 | 27.90 |
| Postage | 12/30/2005 | 21.22 |
| | **TOTAL** | **$2,507.65** |

## C. LONG DISTANCE & FACSIMILE CHARGES

| **Company Name** | **Date** | **Invoice No.** | **Amount** |
|---|---|---|---|
| (Not disputed by the COE) | Variable | N/A | **$133.06** |

## D. TRAVEL EXPENSES: VLP

| **Name** | **Date** | **Description** | **Amount** | **Reference** |
|---|---|---|---|---|
| BSC | 02/25/2005 | Airfare | $579.80 | 59-3 at 65 |
| | | Meals | 8.61 | 59-3 at 57, 65 |
| | | Tolls/Parking | 19.50 | 59-3 at 65 |
| BSC | 03/15/2005 | Airfare | 717.20 | 59-4 at 14-18 |
| | | Lodging | 332.64 | 59-4 at 19-20; 59-3 at 69 |
| | | Meals | 10.00 | 59-3 at 69 |
| | | Tolls/Parking | 20.00 | 59-3 at 69 |
| BSC | 03/23/2005 | Airfare | 754.79 | 59-4 at 21-24 |
| | | Lodging | 191.17 | 59-4 at 27 |
| | | Meals | 50.97 | 59-4 at 26 |
| | | Rental Car | 106.28 | 59-4 at 28 |
| BSC | 04/01/2005 | Airfare | 578.30 | 59-4 at 29-30 |
| | | Lodging | 332.64 | 59-4 at 65 |
| | | Meals | 45.76 | 59-4 at 31 |
| | | Rental Car | 275.52 | 59-4 at 32-33 |
| | | Tolls/Parking | 40.00 | 59-4 at 31 |
| BSC | 05/17/2005 | Rental Car | 117.05 | 59-4 at 34 |
| WRV | 06/02/2005 | Lodging | 88.09 | 59-3 at 80 |
| BSC | 07/07/2005 | Airfare | 634.30 | 59-4 at 35-37 |
| | | Lodging | 257.12 | 59-4 at 38 |
| | | Meals | 30.12 | 59-4 at 39 |
| | | Rental Car | 24.00 | 59-4 at 34 |
| BSC | 10/10/2005 | Airfare | 390.79 | 59-4 at 41-43 |
| | | Lodging | 291.98 | 59-4 at 44 |

| | | | | |
|---|---|---|---|---|
| | | Meals | 61.91 | 59-4 at 45-46 |
| | | Tolls/Parking | 16.00 | 59-3 at 89 |
| WRV | 10/10/2005 | Airfare | 390.79 | 59-4 at 48-50 |
| | | Lodging | 309.61 | 59-4 at 47 |
| | | Meals | 94.58 | 59-4 at 51-52 |
| | | Tolls/Parking | 40.00 | 59-3 at 89 |
| WRV | 10/15/2005 | Airfare | 559.29 | 59-4 at 53-55 |
| | | Lodging | 1,154.60 | 59-4 at 56-59 |
| | | Meals | 292.92 | 59-3 at 90 |
| | | Tolls/Parking | 64.00 | 59-4 at 57 |
| BSC | 10/15/2005 | Airfare | 534.29 | 59-4 at 60-62 |
| | | Lodging | 2097.92 | 59-4 at 88 |
| | | Meals | 84.93 | 59-3 at 90 |
| | | Rental Car | 555.70 | 59-4 at 88 |
| WRV | 02/01/2006 | Airfare | 328.20 | 59-4 at 90 |
| | | Lodging | 314.88 | 59-4 at 91-92 |
| | | Meals | 68.88 | 59-4 at 93-95 |
| | | Tolls/Parking | 58.00 | 59-4 at 93-95 |
| | | **TOTAL** | **$12,923.13** | |

## E. EXPERT FEES

| Name | Date | Hours | Rate | Amount | Reference |
|---|---|---|---|---|---|
| Lou | 03/07/2005 | 7.25 | $150.00 | $1,087.75 | 59-4 at 5 |
| Lou | 05/01-31/2005 | 75.00 | 150.00 | 11,505.55 | 59-4 at 9 (depo.) |
| Lou | 06/01-19/2005 | 34.50 | 150.00 | 5,175.00 | 59-4 at 7 |
| Lou | 09/30/2005 -10/21/2005 | 50.75 | 150.00 | 7,612.50 | 59-4 at 13 |
| Lou | 09/30/2005 -10/21/2005 | 55.50 | 200.00 | 11,100.00 | 59-4 at 13 |
| | | | **TOTAL** | **$36,480.80** | |

## F. ATTORNEYS' FEES

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Attorneys' Fees – VLP<br>(see attached Detail Fee Transaction File List) | 809.2 | Variable | **$188,513.50** |

## G. PARALEGAL FEES

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Paralegal Fees – VLP<br>(see attached Detail Fee Transaction File List) | 60.6 | $85.00 | **$5,151.00** |

## H. LEGAL RESEARCH

| | | | |
|---|---|---|---|
| Legal Research – Westlaw<br>(Not Disputed by the COE) | N/A | Variable | **$1,902.26** |

**<u>Revised Total Expenses and Fees</u>** **$257103.60**