DIGITAL COLOR COPIES
AMMONIA PRINTS
XEROX COPIES
SIZE NO LIMIT
ARCHT. & ENGR. SUPPLIES

# Capitol Blueprint Company

INVOICE NO. 05603

1313 SOUTH 1st STREET
SPRINGFIELD, ILLINOIS 62704
Telephone 523-1003 – 523-9743
Fax 523-7770

OVERSIZE COLOR
DIGITAL PRINTING
LAMINATING
MOUNTING
PLOTTING

CMT docs
9-004

FURNISHED TO
Bradley S. Copenhaver
Attorney - Vezina Lawrence & Piscitelli, P.A.
318 North Calhoun Str.
Tallahassee, Florida, 32301

INVOICE NO. 5603
DATE 3/28/05

already pd.

YOUR ORDER NO. ______

| NO. OF ORIGINALS | TOTAL PRINTS | DESCRIPTION | KIND OF WORK | SQ. FT. PRINTS | PRICE | EXTENSION | TOTAL |
|---|---|---|---|---|---|---|---|
| 1223 | 1223 | Ft. Bliss (CMT) | Xerox | | .065 | 79.50 | |
| 52 | 52 | | Xerox-fold | 11x17 | .15 | 7.80 | |
| 1 | 1 | | Color | 8½x11 | | 1.00 | |
| | 33 | | BW 11x17 | | .20 | 6.60 | |
| 1 | 1 | | Color Ink Jet | | | 39.00 | |
| | 3 | | Cover Back | | .10 | .30 | |
| | 1 | | Bind | | | .70 | |
| | 1 | | Bind | | | 1.60 | 138.90 |
| | 1 | | Bind | | | 2.40 | |

Blueprints invoiced at amount of paper required.

**PLEASE PAY FROM THIS INVOICE**

DIGITAL COLOR COPIES
AMMONIA PRINTS
XEROX COPIES
SIZE NO LIMIT
ARCHT. & ENGR. SUPPLIES

# Capitol Blueprint Company

INVOICE NO. 05629

1313 SOUTH 1st STREET
SPRINGFIELD, ILLINOIS 62704
Telephone 523-1003 – 523-9743
Fax 523-7770

OVERSIZE COLOR
DIGITAL PRINTING
LAMINATING
MOUNTING
PLOTTING

FURNISHED TO
Bradley S. Copenhaver. Attorney
Vezina, Lawrence & Piscitelli, P.A.
318 North Calhoun St.
Tallahassee, Florida, 32301

INVOICE NO. 5629
DATE 3/28/05

YOUR ORDER NO. ______

| NO. OF ORIGINALS | TOTAL PRINTS | DESCRIPTION | KIND OF WORK | SQ. FT. PRINTS | PRICE | EXTENSION | TOTAL |
|---|---|---|---|---|---|---|---|
| 245 | 245 | Ft. Bliss (CMT) | Xerox | 12x18 | | 41.65 | |
| 31 | 31 | | Scan BW | 186 | | 27.72 | |
| | | | | | | | 69.37 |

Blueprints invoiced at amount of paper required.

**PLEASE PAY FROM THIS INVOICE**

# Invoice

200 E College Ave
Tallahassee, FL 32301
(850)-425-2679
Tax ID# 59-3340246

| DATE | INVOICE NO. |
|---|---|
| 4/8/2005 | 35650 |

| BILL TO |
|---|
| Vezina, Lawrence, Piscitelli<br>318 N Calhoun St<br>Tallahassee, FL 32301 |

PAID

| DESCRIPTION |
|---|
| Client Matter #<br>009-004 |

| TERMS | ORDERED BY |
|---|---|
| Net 15 | Franklin |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 150 | Litigation file copies | 430 | 0.15 | 64.50T |
| GBC | Spiral Binding | 1 | 4.00 | 4.00T |
| Tabs | Alpha/numeric tabs | 41 | 0.30 | 12.30T |
| | Sales Tax | | 7.50% | 6.06 |

Received By:

**Total** $86.86

# Invoice

200 E College Ave
Tallahassee, FL 32301
(850)-425-2679
Tax ID# 59-3340246

| DATE | INVOICE NO. |
|---|---|
| 10/14/2005 | 37563 |

| BILL TO | DESCRIPTION |
|---|---|
| Vezina, Lawrence, Piscitelli<br>318 N Calhoun St<br>Tallahassee, FL 32301 | Client Matter #<br>ACE v COE<br>009-04 |

PAID

| TERMS | ORDERED BY |
|---|---|
| Net 15 | Vanessa |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| BB12 | litigation copies from CD | 1,121 | 0.12 | 134.52T |
| Misc | tab insert | 1 | 35.00 | 35.00T |
| | Sales Tax | | 7.50% | 12.71 |

Received By:

**Total** $182.23

# Invoice

200 E College Ave
Tallahassee, FL 32301
(850)-425-2679
Tax ID# 59-3340246

| DATE | INVOICE NO. |
|---|---|
| 7/29/2005 | 36749 |

| BILL TO |
|---|
| Vezina, Lawrence, Piscitelli<br>318 N Calhoun St<br>Tallahassee, FL 32301 |

PAID

| DESCRIPTION |
|---|
| Client Matter #<br>009-004 |

| TERMS | ORDERED BY |
|---|---|
| Net 15 | Rita |

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| Prep | Document disassembly/re-assembly | 5,018 | 0.10 | 501.80T |
| S23 | heavy litigation scanning | 5,018 | 0.23 | 1,154.14T |
| CD | CD Burn | | 15.00 | 15.00T |
| | Sales Tax | | 7.50% | 125.32 |

Received By:

**Total** $1,796.26