OCTOBER 22, 2005 3:36 PM

TALLAHASSEE REGIONAL AIRPORT
3300 CAPITAL CIR SW
TALLAHASSEE, FL 32310
312/274-2000

COMP ID:SPRK TERM ID:SPRK720892

CARD TYPE: MASTERCARD
[redacted]
ACCOUNT #: xxxxxxxxxxxx5430

[redacted]

APPROVAL CODE: 259453 STAN: 009371

CUSTOMER COPY

009/Ft. Bliss

009/Ft. Bliss

HARTSFIELD [illegible]
HARTSFIELD INTERNATIONAL AIRPORT
ATLANTA GEORGIA

#380
1 [illegible]
1 [illegible]

TOTAL [illegible]
CASH [illegible]
CHANGE [illegible]

CSHR [illegible]
[illegible]

PAID
APR 03 2006
#13808
$2,790.06

*Vezina, Lawrence & Piscitelli, P.A.*

**TRAVEL REPORT**

| | | | |
|---|---|---|---|
| NAME | W. ROBERT VEZINA, III | DATE(S) INCURRED | FEBRUARY 1-2, 2006 |
| CLIENT/MATTER | 009-004 | CLIENT NAME | ACE CONSTRUCTORS, INC. |
| PURPOSE OF ACTIVITY | ATTEND ORAL ARGUMENT IN WASHINGTON, D.C. | | |
| **TOTAL REIMBURSEMENT AMOUNT** | ~~$935.75~~ 778.21 | | |

| EXPENSE | CHARGE | CASH | TOTAL |
|---|---|---|---|
| AIRFARE | $328.20 | | $328.20 |
| HOTEL | $323.13 | | $323.13 |
| MEALS | 18.30 18.83 31.75 $ 68.88 | | $ 68.88 |
| RENTAL CAR | | | |
| MILEAGE | | | |
| GAS | | | |
| PARKING | | $ 16.00 | $ 58.00 |
| TAXI | | $ 42.00 | |
| TOLLS | | | |
| MISC. | | | |
| LONG DISTANCE TELEPHONE | | | |
| OTHER | | | |
| OTHER | | | |
| OTHER | | | |
| OTHER | | | |
| TOTALS | $720.21 | $ 58.00 | $778.21 |

PREPARED BY: rah
February 7, 2006

009/Ft. Bliss

RECEIPT

-----1234 00:57:41 02-03-2006 01-----

PASS 5 2102 13:13 02/01 00:57 02/03

| | |
|---|---|
| PARKING | 16.00 |
| CASH | 16.00 |

PHONE 850-574-6023

----THANK YOU FOR PARKING WITH US----

Closing Argument 009/Ft. Bliss

**TAXICAB RECEIPT**

Time: ______

Date: 2/1/06

Origin of trip: Wash. National

Destination: Hotel Wash

Fare: 14+2=$16.00 Sign: 009/FT Bliss

— OVER —

2/2/06

CAB w/in D.C. + FROM HOTEL TO AIRPORT

$26.00