# In the United States Court of Federal Claims

**No. 04-299 C**

**ACE CONSTRUCTORS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed March 20, 2008, it was held that plaintiff is entitled to receive attorneys' fees and expenses pursuant to 28 U.S.C. §2412(d).

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff is awarded attorneys' fees in the sum of $127,669.73, and costs totaling $59,149.14, for a total of $186,818.87 .

John S. Buckley
Acting Clerk of Court

**March 25, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.