COPY

United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

April 11, 2008

Timothy Paul McIlmail, Esq.
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW, 8th Floor
Washington, DC 20530

In re: ACE Constructors, Inc. v. The United States No. 04-299 C

Dear Mr. McIlmail:

I forward herewith a certified copy of the judgment in the above-entitled case which judgment provides for the recovery by plaintiff of attorney fees and expenses pursuant to 28 U.S.C. §2412(d) as well as costs.

This copy is forwarded to you for use in securing payment by the subject agency. By copy of this letter, plaintiff's counsel is being informed of this transmission.

Yours truly,

Lisa DeFade Reyes
Chief Deputy Clerk for Operations

Enclosure

cc: William Robert Vezina, III, Esq.